# EXHIBIT 6

**Sources:**

Workspot, "VDI Reinvented:  The Innovation Behind the Revolutionary Workspot VDI Cloud Service" (Attachment A)

Workspot, "Provisioning Desktops - Integration Configuration Guide" (Attachment B)

Workspot, "Deploying Workspot RD Pools" (Attachment C)

## U.S. Patent 8,341,732

| Claim | Claim Element | Analysis of Workspot's Products |
|---|---|---|
| 1[pre] | A method for selecting a method of execution for an application program, the method comprising: | Upon information and belief, Workspot's products select a method of execution for an application program.<br><br>"Click on Add Application within the RD Pool config or Resources > Application > Add Application. … 4.  Enter data into the following fields … RD Application Type: Select the type of RD Pool deployment." (Attachment C, p. 16)<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13)<br><br>"Select the check boxes next to the users, then click the arrow to pick those users to be assigned desktops" (Attachment B, p. 9)<br><br>"Navigate to Users > User Details :: Assigned Virtual Desktops.  Note that desktops assigned to users are listed for their account." (Attachment B, p. 11.) |
| 1[a] | (a) receiving user credentials; | Upon information and belief, Workspot's products receive user credentials.<br><br>"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)<br><br>"With Workspot, the user can take advantage of single sign-on" (Attachment A, p. 10.) |
| 1[b] | (b) enumerating a plurality of applications available to a client machine responsive to the received user credentials; | Upon information and belief, Workspot's products enumerate a plurality of applications available to a client machine responsive to the received user credentials.<br><br>"Active Directory integration. Enable Active Directory |

| | | |
|---|---|---|
| | | user search for virtual desktop assignments." (Attachment B, p. 1.)<br><br>"Application discovery on Workspot Control" (Attachment C, p. 3.) |
| 1[c] | (c) receiving a request to execute an enumerated application; and | Upon information and belief, Workspot's products receive a request to execute an enumerated application.<br><br>"Workspot client is launched and checks with Workspot Control (HTTPS/443) for:<br>• New entitlement (new app or VDI desktop access)<br>• New security policies<br>• Performs posture checks" (Attachment A, p. 22.) |
| 1[d] | (d) selecting, by a broker machine, one of a plurality of predetermined methods for executing the requested application, responsive to a policy, the plurality of predetermined methods including a method for executing, on the client machine or on a remote machine, | Upon information and belief, Workspot's products select, by a broker machine, one of a plurality of predetermined methods for executing the requested application, responsive to a policy, the plurality of predetermined methods including a method for executing, on the client machine or on a remote machine.<br><br>"Other aspects of Workspot Client behavior can be configured using Workspot Control, including: … Enabling/disabling offline usage of the application" (Attachment A, p. 23.)<br><br>"Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect." (Attachment A, p. 13.)<br><br>"At the core of the solution is Workspot Control, the cloud service that brings together the VDI control plane, the broker, and the load balancer into a unified platform that eliminates the complexity around deploying virtual applications, server-hosted desktops and full virtual desktops.  Virtual apps and desktops can be deployed on-premises, from Microsoft Azure, or both - simultaneously." (Attachment A, p. 7.) |
| 1[d'] | the requested application in a desktop computing environment provided by a virtual machine by | Upon information and belief, with Workspot's products, the requested application is in a desktop computing environment provided by a virtual machine.<br><br>"Workspot offers the only solution on the market that enables delivery of virtualized apps, server hosted desktops, virtual desktops, and GPU accelerated workstations - from the cloud, on-premises, or both, using a single platform" (Attachment A, p. 5.) |

| 1[d][i] | i) selecting the method of execution responsive to the policy based on at least the received user credentials; | Upon information and belief, Workspot's products select the method of execution responsive to the policy based on at least the received user credentials.<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13)<br><br>"Select the check boxes next to the users, then click the arrow to pick those users to be assigned desktops" (Attachment B, p. 9)<br><br>"Navigate to Users > User Details :: Assigned Virtual Desktops.  Note that desktops assigned to users are listed for their account." (Attachment B, p. 11.) |
| --- | --- | --- |
| 1[d][ii] | ii) selecting the virtual machine that can provide the desktop computing environment and an operating system in which to execute the desktop computing environment; | Upon information and belief, Workspot's products select the virtual machine that can provide the desktop computing environment and an operating system in which to execute the desktop computing environment.<br><br>"RD Pools enable you to leverage Workspot's scalable cloud-native architecture to rapidly provision RDSH server virtual machines, delivering virtualized applications through shared hosted desktop sessions.  The unique brokering technology within Workspot Control provides an infinitely scalable, highly available solution for application virtualization." (Attachment A, p. 17.) |
| 1[d][iii] | iii) selecting an execution machine executing a hypervisor providing access to hardware resources required by the virtual machine; | Upon information and belief, Workspot's products select an execution machine executing a hypervisor providing access to hardware resources required by the virtual machine.<br><br>"Create VM:  Workspot RD [Remote Desktop] Pools supports Windows Server 2012 R2 and 2016.  Install any hypervisor guest tools and Microsoft latest updates." (Attachment C, p. 7.) |
| 1[d][iv] | iv) launching the virtual machine into the execution machine, the virtual machine executing the operating system; | Upon information and belief, Workspot's products launch the virtual machine into the execution machine, the virtual machine executing the operating system.<br><br>"Create VM:  Workspot RD [Remote Desktop] Pools supports Windows Server 2012 R2 and 2016.  Install any hypervisor guest tools and Microsoft latest updates." (Attachment C, p. 7.) |

| 1[d][v] | iv) launching the desktop computing environment into the executing operating system on the execution machine; and | Upon information and belief, Workspot's products launch the desktop computing environment into the executing operating system on the execution machine.

"Create VM:  Workspot RD [Remote Desktop] Pools supports Windows Server 2012 R2 and 2016.  Install any hypervisor guest tools and Microsoft latest updates." (Attachment C, p. 7.) |
| 1[d][vi] | vi) launching the requested application into the desktop computing environment. | Upon information and belief, Workspot's products launch the requested application into the desktop computing environment.

"Workspot enables IT to securely deliver any app or data onto any device.  The applications remain in the datacenter.  In order to provision access to different kinds of applications, IT simply needs to 'point' the Workspot solution to those apps."  (Attachment A, p. 19.) |
| 3 | The method of claim 1, wherein step (a) further comprises receiving user credentials associated with a user of a client machine. | Upon information and belief, with Workspot's products, step (a) further comprises receiving user credentials associated with a user of a client machine.

"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)

"With Workspot, the user can take advantage of single sign-on" (Attachment A, p. 10.) |
| 4 | The method of claim 1, wherein step (c) further comprises receiving a request to execute an enumerated application, the enumerated application comprising a plurality of application files. | Upon information and belief, with Workspot's products, step (c) further comprises receiving a request to execute an enumerated application, the enumerated application comprising a plurality of application files.

*See*, for example, Attachment A at p. 20 ("PROVISIONING ACCESS TO A WINDOWS APP"). |
| 16 | The method of claim 1, wherein step (a) further comprises the steps of: receiving a request from a client machine for access to a resource; gathering, by a collection agent, user credentials; and receiving the gathered user credentials. | Upon information and belief, with Workspot's products, step (a) further comprises the steps of: receiving a request from a client machine for access to a resource; gathering, by a collection agent, user credentials; and receiving the gathered user credentials.

"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.) |

| | | |
|---|---|---|
| | | "With Workspot, the user can take advantage of single sign-on" (Attachment A, p. 10.) |
| | | |
| 20[pre] | An apparatus that selects a method of execution for an application program, the apparatus comprising: | Upon information and belief, Workspot's products include an apparatus that selects a method of execution for an application program.<br><br>See information provided for element 1[pre]. |
| 20[a][i] | a transceiver receiving user credentials associated with a user of a client machine, | Upon information and belief, Workspot's products include a transceiver receiving user credentials associated with a user of a client machine, transmitting an enumeration of a plurality of applications available to the user of the client machine, responsive to the received user credentials, and receiving a request to execute an enumerated application.<br><br>See information provided for element 1[a]. |
| 20[a][ii] | transmitting an enumeration of a plurality of applications available to the user of the client machine, responsive to the received user credentials, and | Upon information and belief, Workspot's products transmit an enumeration of a plurality of applications available to the user of the client machine, responsive to the received user credentials.<br><br>See information provided for element 1[b]. |
| 20[a][iii] | receiving a request to execute an enumerated application; | Upon information and belief, Workspot's products transmit an enumeration of a plurality of applications available to the user of the client machine, responsive to the received user credentials.<br><br>See information provided for element 1[c]. |
| 20[b][i] | a server agent selecting one of a plurality of predetermined methods for executing the requested application, responsive to a policy, the plurality of predetermined methods including a method for executing, on the client machine or on a remote machine, | Upon information and belief, Workspot's products include a server agent selecting one of a plurality of predetermined methods for executing the requested application, responsive to a policy, the plurality of predetermined methods including a method for executing, on the client machine or on a remote machine.<br><br>See information provided for element 1[d]. |
| 20[b][ii] | the requested application in a desktop computing environment provided by a virtual machine; | Upon information and belief, with Workspot's products, the requested application is in a desktop computing environment provided by a virtual machine.<br><br>See information provided for element 1[d']. |
| 20[c] | an identification component; | Upon information and belief, Workspot's products |

| | | include an identification component. |
|---|---|---|
| 20[d] | an execution component; and | Upon information and belief, Workspot's products include an execution component. |
| 20[e] | a management component; | Upon information and belief, Workspot's products include a management component. |
| 20[f][i] | wherein the method for executing the requested application in the desktop computing environment provided by the virtual machine includes i) selecting the method of execution responsive to the policy based on at least the received user credentials; | Upon information and belief, with Workspot's products, the method for executing the requested application in the desktop computing environment provided by the virtual machine includes i) selecting the method of execution responsive to the policy based on at least the received user credentials. See information provided for element 1[d][i]. |
| 20[f][ii] | ii) selecting, by the virtual machine management component, the virtual machine that can provide the desktop computing environment and an operating system in which to execute the desktop computing environment; | Upon information and belief, Workspot's products select, by the virtual machine management component, the virtual machine that can provide the desktop computing environment and an operating system in which to execute the desktop computing environment. See information provided for element 1[d][ii]. |
| 20[f][iii] | iii) selecting, by the identification component, an execution machine executing a hypervisor providing access to hardware resources required by the virtual machine; | Upon information and belief, Workspot's products select, by the identification component, an execution machine executing a hypervisor providing access to hardware resources required by the virtual machine. See information provided for element 1[d][iii]. |
| 20[f][iv] | iv) launching, by the execution component, the virtual machine into the execution machine, the virtual machine executing the operating system; | Upon information and belief, Workspot's products launch, by the execution component, the virtual machine into the execution machine, the virtual machine executing the operating system. See information provided for element 1[d][iv]. |
| 20[f][v] | v) launching, by the execution component, the desktop computing environment into the executing operating system on the execution machine; | Upon information and belief, Workspot's products launch, by the execution component, the desktop computing environment into the executing operating system on the execution machine. See information provided for element 1[d][v]. |
| 20[f][vi] | vi) launching the requested application into the desktop computing environment; and | Upon information and belief, Workspot's products launch the requested application into the desktop computing environment. |

| | | See information provided for element 1[d][vi]. |
|---|---|---|
| 20[f][vii] | vi) establishing, by the management component, a connection between the client machine and the desktop computing environment. | Upon information and belief, Workspot's products establish, by the management component, a connection between the client machine and the desktop computing environment.<br><br>"You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP)" (Attachment A, p. 20.) |
| 21 | The apparatus of claim 20, further comprising a policy engine. | Upon information and belief, Workspot's products further comprise a policy engine. |
| 23 | The apparatus of claim 21, wherein the policy engine makes an access control decision, responsive to the received user credentials. | Upon information and belief, with Workspot's products, the policy engine makes an access control decision, responsive to the received user credentials.<br><br>"Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/ company from Workspot Control." (Attachment A, p. 10.)<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.) |
| 24 | The apparatus of claim 23, wherein the server agent selects one of the plurality of predetermined methods for executing the requested application, responsive to the access control decision. | Upon information and belief, with Workspot's products, the server agent selects one of the plurality of predetermined methods for executing the requested application, responsive to the access control decision.<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.) |
| 27 | The apparatus of claim 20, wherein the selected virtual machine provides resource-output data generated by the execution of the application in the desktop computing environment via a presentation level protocol. | Upon information and belief, with Workspot's products, the selected virtual machine provides resource-output data generated by the execution of the application in the desktop computing environment via a presentation level protocol.<br><br>"You can configure access to these applications by specifying the address of the XenApp broker, or the |

| | | Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP)" (Attachment A, p. 20.) |
|---|---|---|
| 30 | The apparatus of claim 20, wherein the identification component selects the virtual machine responsive to a policy. | Upon information and belief, with Workspot's products, the identification component selects the virtual machine responsive to a policy.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.) |
| 31 | The apparatus of claim 20, wherein the identification component further comprises identifying identifies a template from which to provision the virtual machine, the template selected responsive to an evaluation of the requested application. | Upon information and belief, with Workspot's products, the identification component further comprises identifying identifies a template from which to provision the virtual machine, the template selected responsive to an evaluation of the requested application.<br><br>"The Workspot Agent is installed in a Windows Desktop template." (Attachment A, p. 13.)<br><br>"Click on the Search button to display the list of available templates, then click on the Select button next to the desired template." (Attachment B, p. 2.) |
| 32 | The apparatus of claim 20, wherein the identification component receives from the virtual machine management component the identification of the virtual machine. | Upon information and belief, with Workspot's products, the identification component receives from the virtual machine management component the identification of the virtual machine.<br><br>"Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and creates a pool of virtual desktops or applications on the infrastructure." (Attachment A, p. 12.) |
| 33 | The apparatus of claim 20, wherein the identification component receives an identification of the execution machine. | Upon information and belief, with Workspot's products, the identification component receives an identification of the execution machine.<br><br>"Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and |

| | | |
|---|---|---|
| | | creates a pool of virtual desktops or applications on the infrastructure." (Attachment A, p. 12.) |
| 34 | The apparatus of claim 20, wherein the execution component further comprises a means for launching the identified selected virtual machine into the hypervisor. | Upon information and belief, with Workspot's products, the execution component further comprises a means for launching the identified selected virtual machine into the hypervisor.<br><br>"Workspot is tightly integrated with Azure to enable rapid creation of virtual desktops." (Attachment A, p. 15.) |
| 38 | The apparatus of claim 20, wherein the management component provides an internet protocol address associated with the identified selected virtual machine to the client machine. | Upon information and belief, with Workspot's products, the management component provides an internet protocol address associated with the identified selected virtual machine to the client machine.<br><br>"For non-persistent desktops, the client asks Workspot Control for connection configuration." (Attachment A, p. 13.) |
| 39 | The apparatus of claim 20, wherein the management component provides an internet protocol address associated with the execution machine to the client machine. | Upon information and belief, with Workspot's products, the management component provides an internet protocol address associated with the execution machine to the client machine.<br><br>"For non-persistent desktops, the client asks Workspot Control for connection configuration." (Attachment A, p. 13.) |
| 40 | The apparatus of claim 20, wherein the management component provides a proxy for communication between the client machine and the virtual machine. | Upon information and belief, with Workspot's products, the management component provides a proxy for communication between the client machine and the virtual machine.<br><br>"You can use Workspot Control to configure VPN access for Workspot Client." (Attachment A, p. 19.) |
| 41 | The apparatus of claim 20, wherein the management component establishes the connection between the client machine and the desktop computing environment using a presentation-layer protocol. | Upon information and belief, with Workspot's products, the management component establishes the connection between the client machine and the desktop computing environment using a presentation-layer protocol.<br><br>"You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP)" (Attachment A, p. 20.) |
| | | |
| 42[pre] | A non-transitory nonvolatile computer-readable medium | Upon information and belief, Workspot's products include a non-transitory nonvolatile computer-readable |

| | encoded with instructions that, when executed by a computer-implemented system, cause the computer-implemented system to: | medium encoded with instructions that can be executed by a computer-implemented system. |
|---|---|---|
| 42[a] | (a) enumerate a plurality of applications available to a client machine responsive to received user credentials; and | See information provided for elements 1[a] and 1[b]. |
| 42[b] | (b) upon receiving a receiving a request to execute a requested application from among the plurality of applications, | See information provided for element 1[c]. |
| 42[b'] | select one of a plurality of predetermined methods for executing the requested application, responsive to a policy, the plurality of predetermined methods including a method for executing, on the client machine or on a remote machine, | See information provided for element 1[d]. |
| 42[b''] | the requested application in a desktop computing environment provided by a virtual machine by | See information provided for element 1[d']. |
| 42[b][i] | i) selecting the method of execution responsive to the policy based on at least the received user credentials; | See information provided for element 1[d][i]. |
| 42[b][ii] | ii) selecting the virtual machine that can provide the desktop computing environment and an operating system in which to execute the desktop computing environment; | See information provided for element 1[d][ii]. |
| 42[b][iii] | iii) selecting an execution machine executing a hypervisor providing access to hardware resources required by the virtual machine; | See information provided for element 1[d][iii]. |
| 42[b][iv] | iv) launching the virtual machine into the execution machine, the | See information provided for element 1[d][iv]. |

| | | |
|---|---|---|
| | virtual machine executing the operating system; | |
| 42[b][v] | v) launching the desktop computing environment into the executing operating system on the execution machine; and | See information provided for element 1[d][v]. |
| 42[b][vi] | vi) launching the requested application into the desktop computing environment. | See information provided for element 1[d][vi]. |

# ATTACHMENT A



# VDI Reinvented: The Innovation Behind the Revolutionary Workspot VDI Cloud Service

Technical White Paper

# Table of Contents

## INTRODUCTION ...........................................................................4

What If You Have More than One Problem to Solve?.........................................5
Where to Go from Here .................................................................................5
The Workspot Solution..................................................................................5
Workspot's Cloud-First Approach ..................................................................6

## WORKSPOT CONTROL: CLOUD-NATIVE, MULTI-TENANT, INFINITELY SCALABLE ...7

How Does IT Deliver a Workspace?................................................................8
Single Pane of Glass for IT ...........................................................................8
Control Plane Architecture ...........................................................................8

## WORKSPOT CLIENT: A UNIFIED WORKSPACE FOR END USERS.................................9

Secure Access ...........................................................................................9
Single Unified Client....................................................................................9
Cross-Platform Architecture .......................................................................10
First-Time End-User On-Boarding Process ....................................................10
Single Sign-On (SSO) .................................................................................10
Enterprise App Store ..................................................................................10

## VDI POOLS .............................................................................. 11

Problems with VDI 1.0 ...............................................................................11
What's Different About VDI Pools? ..............................................................11
Workspot Connector ..................................................................................12
Workspot Agent........................................................................................13
Connecting to a VDI Desktop......................................................................13
Persistent Desktops for Knowledge Workers.................................................15
Non-Persistent Desktops Have Their Place....................................................15
Workspot Automates Microsoft Azure Deployments.......................................15
Predictable Billing ....................................................................................16
Multi-Site Deployments..............................................................................16

## RD POOLS ............................................................................... 17

Problems with App Virtualization 1.0...........................................................17
What's Different About RD Pools? ...............................................................17
Mixed Multi-Site Deployments....................................................................18

© 2017 Workspot. All Rights Reserved.

# APP DELIVERY 2.0 .................................................................................................. 19

Problems with App Delivery 1.0........................................................................................19
What's Different About App Delivery 2.0?.......................................................................19
Leverage Existing Application Infrastructure ................................................................19
Configuring VPN Access ...................................................................................................20
Provisioning Access to a Windows App ..........................................................................20
Provisioning Access to a Network Drive .........................................................................20
Provisioning Access to a Web App ..................................................................................20
Provisioning a New User ..................................................................................................21
Assigning Apps to Users ..................................................................................................21
Native Email Configuration.............................................................................................21
Connection Workflow ......................................................................................................22

# SECURITY .............................................................................................................. 23

Secure Access with PIN ...................................................................................................23
Device Posture Check ......................................................................................................23
Configuring Security Policies...........................................................................................23
Remote Wipe....................................................................................................................23
Data Retention ................................................................................................................23
Securing Data in Motion .................................................................................................24
Whitelist/Blacklist Traffic ................................................................................................24
Securing Data at Rest ......................................................................................................24
Secure Application Access ...............................................................................................24
Secure Document Viewers ..............................................................................................25
Big Data Context-Driven Security ...................................................................................25
Compliance and Auditing................................................................................................25
Integration with Splunk ..................................................................................................26

# CONTEXT-DRIVEN VISIBILITY ............................................................................. 27

Errors ................................................................................................................................27
Real End User Experience (REUX) ...................................................................................27
Applications......................................................................................................................28
Networks ..........................................................................................................................28
Geos ..................................................................................................................................29
Devices..............................................................................................................................29

# SUMMARY ............................................................................................................. 30

Additional Resources .......................................................................................................31
About Workspot................................................................................................................31

# Introduction

Today, IT has three different scenarios to support when looking to deliver applications and desktops:

1. **Deliver virtual applications:** IT uses virtual app delivery when users already have a Windows endpoint. In this scenario, IT typically wants to deliver 5-7 "problem" applications to those users. The most commonly deployed virtual applications are the browser and SAP.

2. **Deliver server hosted desktops:** IT uses server-hosted desktops for task worker use cases. In this scenario, end users need 3-5 applications and a familiar Windows interface on a thin client. Here, the most common use case is a call center.

3. **Deliver virtual desktops:** IT uses full Windows 7 or Windows 10 virtual desktops for knowledge worker scenarios, in which users may need tens or hundreds of applications.

It used to be that supporting these scenarios meant that IT spent months procuring hardware, architecting a solution, and then deploying it on-premises. However painful and expensive, there were no other deployment options. But with the advent of the public cloud as a viable alternative to on-premises implementations, IT now has the flexibility to deliver virtual desktops and apps from both on-premises and the cloud.

However, with these new options, the solution landscape has become even more fragmented:

The solution landscape is complex and highly fragmented



*Figure 1: VDI 1.0 fragmented solution landscape.*

© 2017 Workspot. All Rights Reserved.

## WHAT IF YOU HAVE MORE THAN ONE PROBLEM TO SOLVE?

It's possible that some organizations fit neatly into a single box, but the majority need to satisfy multiple use cases. Why? Because the world and the workforce have become more mobile; different types of workers have unique computing needs; and then there are regulatory and compliance considerations. As a result, most organizations need some things in the cloud and other things on-premises. They need a hybrid solution. With a hybrid solution, they can serve employees who want to use their own devices (BYOD), as well as satellite offices that don't have on-premises datacenters. Unfortunately, the legacy vendors in the diagram above require organizations to buy multiple products to deploy a hybrid solution. The result is even more cost and more complexity.

As IT teams grapple with constant change and relentless demands on constrained resources, there's no justification for investing 9+ months building out a hybrid infrastructure on your own. Old-fashioned approaches to end user computing (EUC) don't make sense any more. If you don't know where to start, or what's available, you're not alone. That's where Workspot can help.

## WHERE TO GO FROM HERE

Workspot offers the only solution on the market that enables delivery of virtualized apps, server-hosted desktops, virtual desktops, and GPU-accelerated workstations – from the cloud, on-premises, or both, using a single platform.



*Figure 2: Deliver virtualized apps, server-hosted desktops, and virtual desktops from the cloud or on-premises – or both – with a single platform.*

Think about that for a minute. Now all virtual apps, desktops and workstations, regardless of whether they're on Microsoft Azure or on-premises, are managed from a single pane of glass. Workspot is a one-stop shop – there's just one consolidated bill and one console to manage everything, and deployment happens in less than one day.



Workspot ends complexity with a single platform

## THE WORKSPOT SOLUTION

Workspot has revolutionized VDI with its award winning, next-generation VDI 2.0 solutions:  Cloud Apps, Cloud Desktops and Cloud Workstations.  We have solved the cost and complexity challenges customers face with legacy app and desktop virtualization solutions.  VDI 2.0 enables IT to deliver virtual apps, desktops and GPU workstations to any device so people can collaborate better and stay productive no matter where they go. In the following sections we'll explore the technology innovations behind this VDI 2.0 revolution. Workspot has engineered VDI simplicity into two primary components:

1. **Workspot Control** is the cloud-based management console. It's the only cloud-native, multi-tenant VDI control plane. It's a single pane of glass that allows IT to configure and set policies for Workspot Client, provision users, and provision applications and data. Workspot Control also acts as a central repository for gathering and storing configuration data, performance data and activity data in the cloud.

2. **Workspot Client** is an application that can be downloaded from the public App Store. Workspot Client is the workspace on the device where the end user can securely access corporate assets including desktops, applications and data.

© 2017 Workspot. All Rights Reserved.

# WORKSPOT'S CLOUD-FIRST APPROACH

Workspot is tightly integrated with Microsoft Azure, allowing customers to enjoy the benefits of the industry's first turnkey VDI cloud service. However, while many organizations have a cloud-first strategy, some prefer a hybrid deployment.  Workspot also integrates with VMware vSphere, Nutanix Acropolis, Microsoft Hyper-V, and KVM. Workspot Control supports many platforms, both legacy and hyperconverged infrastructure. Workspot Control is completely agnostic about datacenter infrastructure, so apps, desktops and workstations live wherever it makes the most sense for your organization: on-premises, in the cloud, or both. It's completely up to you, and it's important to note that none of this data or user credentials ever enter Workspot Control. Find more detail in the "Control Plane Architecture" section.



*Figure 3: Workspot supports heterogeneous infrastructure.*

# Workspot Control: Cloud-Native, Multi-Tenant, Infinitely Scalable

## HOW DOES IT DELIVER A WORKSPACE?

One of the major challenges with legacy VDI solutions is that their complex architectures require months, sometimes years, to deploy in an organization. IT must invest a significant amount of resources – money, time, and people – to determine the value of the solution, which places all of the risk on the customer.

Workspot takes a completely different approach, originating from the belief that customers shouldn't have to assume all the risk. Workspot's mission is to make virtual application, desktop and app-workstation delivery insanely simple. Our turnkey virtual app, desktop and GPU-workstation service is an industry first, making it possible for customers to be live in hours.

Workspot Control makes VDI and app delivery insanely simple

At the core of the solution is Workspot Control, the cloud service that brings together the VDI control plane, the broker, and the load balancer into a unified platform that eliminates the complexity around deploying virtual applications, server-hosted desktops and full virtual desktops. Virtual apps and desktops can be deployed on-premises, from Microsoft Azure, or both – simultaneously.

Workspot has re-invented application and desktop delivery with:

- VDI Pools, which enable delivery of VDI either on-premises or in the cloud.

- RD Pools, which enable delivery of applications or server-hosted desktops either on-premises or in the cloud.

- App Delivery 2.0, which enables delivery of Web Applications, SaaS applications and file shares.

There's more detail on each of these later in the document.

## SINGLE PANE OF GLASS FOR IT

Workspot Client is managed and monitored using a single pane of glass – Workspot Control. Workspot Control is a 100% cloud-native, multi-tenant architecture. The Workspot Control service runs on Amazon Web Services. IT uses Workspot Control to configure policies, provision users, and provision applications and data. Workspot Control also stores configuration and performance data in the cloud:

1. **Configuration data:** Workspot stores configuration information about the VPN, e.g., public URL address, whether it uses RSA or not. Workspot stores a few details about end users, e.g., First Name, Last Name, Email Address, etc.; and stores information about applications, e.g., Application URLs, whether or not the application is behind the firewall, etc.

2. **Performance data:** For each network access, Workspot stores the amount of time it took to fetch a response from the application (e.g. SharePoint), the device used (e.g. iPad, Windows, Android), the network used (e.g., AT&T), and the location (e.g., California).

3. **Activity data:** Workspot tracks different kinds of activity on the device, e.g., Open/Close Workspot, Open/Close Application (e.g., SAP), Open/Close Document, and View/Print Page of Document. All activity

© 2017 Workspot. All Rights Reserved.

# CONTROL PLANE ARCHITECTURE

Workspot Control has been architected to be a control plane:

- No application data flows through Workspot Control

- No user credentials are stored in Workspot Control

- No business applications or data is moved to Workspot Control



*Figure 4: Workspot architecture.*

When the user is using Workspot to access business apps and data on their device, all the data flows back and forth directly between the client and the business applications (e.g., Exchange, SharePoint, Salesforce.com) via the data plane. If the applications are behind the firewall, then the traffic goes back to the corporate network. If the applications are external, then the traffic goes directly to the external application.

The separation between control and data planes is critical for multiple reasons:

- **Security:** Data flows directly between the client and the applications; it does not flow through Workspot Control.

- **Availability:** Since Workspot Control is not in the data path, the availability of applications is independent of the availability of the service.

- **Performance:** Since Workspot Control is not in the data path, there is nothing to impede the end user experience.



Separation of control and data planes is critical

# Workspot Client: A Unified Workspace for End Users



Workspot Client is a workspace. It is available on any device – PC, Mac, Phone, or Tablet.

*Figure 5: Workspot Client works on any device.*



VDI Desktop

On-premise Web App

SaaS App

File Shares

Windows App

*Figure 6: A single, unified client.*

**Workspot Client is blazing fast!**

## SINGLE UNIFIED CLIENT

Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface. Even better, Workspot Client has the fastest connection speeds in the industry.

## SECURE ACCESS

Workspot Client is a secure area for users to perform work on any device, whether the device is managed by IT, or unmanaged. The client provides the following benefits:

1. **Desktop access:** End users can access a Windows desktop, whether it's a physical desktop or a virtual desktop.

2. **Application access:** End users can seamlessly navigate between corporate applications – web, Windows, and native. IT has tools to add/delete/update applications on the device. IT also has tools to configure policies that control the behavior of applications, e.g., the ability to print from within an application.

3. **Data access:** End users can securely access documents from SharePoint and Network File Shares, and view and edit documents offline.

4. **Device security:** Workspot Client ensures that the device is safe to use; that it is not jail broken; and that there are no rogue applications on the device. IT can define policies to control the behavior of the workspace, e.g., the ability to copy-paste between applications, download documents, etc.

5. **Contextual security:** In an environment where IT doesn't fully manage the device, IT needs analytics, reports and tools to understand what the end user is doing with work-related assets. Workspot enables the CISO to get a granular view of end user business activities on any mobile device, for compliance and auditing purposes.

© 2017 Workspot. All Rights Reserved.

# CROSS-PLATFORM ARCHITECTURE

Workspot Client is a secure container on the device. The container can be fully managed and secured by IT without interfering with the rest of the device. The UI layer delivers a simple and elegant end-user experience with unmatched connection speeds.



*Figure 7: Workspot Client cross-platform architecture.*

# FIRST-TIME END USER ON-BOARDING PROCESS

To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token.

Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. If the VPN box is so configured, the user is prompted for more information, like Group or RSA token. If the end user can successfully authenticate against the SSL-VPN appliance, then Workspot Client is available for use. **User credentials are never routed to, or stored on, Workspot Control.**

# SINGLE SIGN-ON (SSO)

With Workspot, the user can take advantage of single sign-on to access various business applications either using enterprise SSO mechanisms, like CA Siteminder, or cloud SSO mechanisms, like Okta, Ping Identity, etc.

The Single Sign-On feature requires storing sensitive information like username and password on Workspot Client. These credentials are encrypted using the same mechanism used for documents stored in the Encrypted File Repository ("Secure Application Access"). Besides usernames and passwords, any other information required for auto login, like RSA token PIN or RSA secrets, will also be encrypted.

# ENTERPRISE APP STORE

IT can also enable an enterprise App Store within Workspot, as shown in Figure 8. End users can select and install applications which IT has made available to them. IT can easily provision and de-provision applications by using Workspot Control.



*Figure 8: An Enterprise App Store.*

© 2017 Workspot. All Rights Reserved.

# VDI Pools

## PROBLEMS WITH VDI 1.0

VDI 1.0 solutions are operationally complex. Both Citrix XenDesktop and VMware Horizon have complex stacks. Deployments can take months, if not years, and because of the complexity of these solutions, the OpEx incurred to maintain and troubleshoot them grows over time.

Workspot deploys VDI in a day



*Figure 9: Typical VDI 1.0 architecture complexity.*

## WHAT'S DIFFERENT ABOUT VDI POOLS?

Workspot VDI Pools are based on a cloud-native architecture that makes VDI insanely simple to deploy. In addition to Workspot Control and Workspot Client, VDI Pools uses two additional components: Workspot Connector and Workspot Agent.

# WORKSPOT CONNECTOR

Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and creates a pool of virtual desktops or applications on the infrastructure.



*Figure 10: Workspot Connector.*

Workspot Connector is:

- **Stateless:** It receives its state from Workspot Control.

- **Highly available:** The connector can be configured in pairs to be highly available.

- **Not in critical path:** The connector is not in the critical path. If the connector is not available, IT won't be able to provision any new desktops or applications. However, users can continue to connect to existing desktops and applications.

- **Auto-updating:** The connector auto-updates itself whenever a new update is available.

© 2017 Workspot. All Rights Reserved.

# WORKSPOT AGENT

The Workspot Agent is installed in a Windows Desktop template. The Agent is responsible for providing load and availability information to Workspot Control. The Workspot Agent also self-updates.



*Figure 11: Workspot Agent.*

## CONNECTING TO A VDI DESKTOP

When a user connects to their virtual desktop or application, there are two scenarios:

- Persistent Desktop

- Non-persistent Desktop or Application

For persistent desktops, the connection information is always available on the device. For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13. No communication with Workspot Control is necessary since the configuration information is already resident on the user's device.

For non-persistent desktops, the client asks Workspot Control for connection configuration. Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect.

© 2017 Workspot. All Rights Reserved.



*Figure 12: Connecting to a VDI desktop, Step 1.*

**Step 1:** For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration, and then proceeds to Step 2. Users with persistent desktops bypass Step 1 and go directly to Step 2.



*Figure 13: Connecting to a VDI desktop, Step 2.*

**Step 2:** With persistent desktops, the client can go ahead and connect directly to the virtual desktop without asking Workspot Control for configuration information. For non-persistent desktops, once Workspot Client receives its connection configuration from Workspot Control, the user can connect to the configured apps and/or desktops.

© 2017 Workspot. All Rights Reserved.

# PERSISTENT DESKTOPS FOR KNOWLEDGE WORKERS

Since modern datacenter infrastructure has many optimizations built into the architecture – such as de-duplication and high performance Flash storage – IT can choose to cost-effectively create a persistent desktop for each user. This is the same way physical PCs are assigned to users: each user gets their own PC. Similarly, each user gets their own virtual desktop. Workspot recommends that for most knowledge worker use cases, IT create a persistent desktop.

Most IT departments have already invested in PC lifecycle management tools, so they can continue to use the existing tools for persistent desktops. These tools are used to update the operating system, install and update applications, and configure printers and other peripherals. IT can also leverage those same PC lifecycle management tools to manage persistent virtual desktops. No new tools or processes are needed.

# NON-PERSISTENT DESKTOPS HAVE THEIR PLACE

For some use cases, e.g., schools, kiosks and call centers, a non-persistent desktop is appropriate. For those use cases, Workspot recommends that customers create non-persistent desktops.

# WORKSPOT AUTOMATES MICROSOFT AZURE DEPLOYMENTS

Workspot is tightly integrated with Azure to enable rapid creation of virtual desktops. Workspot automates:

- Azure account creation for the customer
- AD and network integration (Read-only domain controller or Azure AD Domain Services)
- Orchestration required to handle VDI and RD Pools
- Storage and networking
- Cloning/customization of VMs
- Security and public GW
- Win10 VMs and RD Pools



Workspot optimizes usage so Azure bills are predictable



Figure 14: Workspot can rapidly spin up virtual desktops on Azure.

© 2017 Workspot. All Rights Reserved.

## PREDICTABLE BILLING

One major challenge with cloud services is the lack of predictable billing. A virtual desktop running on Azure has to be available at all times, but is being used less than 1/4th of the time. Without the proper optimizations, the Azure per hour billing may end up becoming too expensive for customer deployments. Workspot optimizes power and usage management so customers can enjoy predictable billing.

## MULTI-SITE DEPLOYMENTS

IT has spent the last 15 years consolidating datacenters because they were expensive to set up and manage. Today IT might be running XenApp or XenDesktop in a single datacenter in North America, which means that users in Asia Pacific suffer with high-latency connections and a poor user experience.

In response to the datacenter consolidation strategy, legacy software solutions were optimized for one datacenter. This means that in order to distribute datacenters, the entire deployment must be replicated at each datacenter.

Those days are over. Now IT can deploy a datacenter anywhere in the world at zero cost. In theory, IT can have a datacenter per user. Workspot is designed so it enables IT to set up multiple datacenters to address various use cases – some on-premises, and some in the cloud; then they can all be managed from one console – Workspot Control.

Manage on-prem and Azure datacenters from one console



*Figure 15: Manage all sites from a single pane of glass.*

© 2017 Workspot. All Rights Reserved.

# RD Pools

RD Pools enable the deployment of Windows client-server applications on Terminal Servers.



Figure 16: Citrix XenApp 6.5 stack.

## PROBLEMS WITH APP VIRTUALIZATION 1.0

First generation solutions, like Citrix XenApp 6.5, are operationally complex. Deployments can take months, if not years, and are very expensive to maintain over time.

## WHAT'S DIFFERENT ABOUT RD POOLS?

RD Pools use the same architecture as VDI Pools to deploy virtual applications and server-hosted desktops. They use the same Workspot Connector and Workspot Agent. For RD Pools, the Workspot Agent is installed in a Windows Server template and enables support of multiple users. RD Pools enable you to leverage Workspot's scalable cloud-native architecture to rapidly provision RDSH server virtual machines, delivering virtualized applications through shared hosted desktop sessions. The unique brokering technology within Workspot Control provides an infinitely scalable, highly available solution for application virtualization. RD Pools do not need dedicated hardware to run a controller, load balancer, broker, gateway, web-interface, or a separate SQL database to handle session creation, high availability, and failover. RD Pools provide scalability to millions of users and can be deployed in a day. This solution is vastly simpler than legacy solutions.

Simple, infinitely scalable app virtualization

© 2017 Workspot. All Rights Reserved.



*Figure 17: Simple, infinitely scalable, highly available app virtualization.*

# MIXED MULTI-SITE DEPLOYMENTS

From a single pane of glass, you can now deploy virtual applications and desktops on-premises, in the cloud, or both – simultaneously.

You can now locate "datacenters" close to end users, thereby reducing latency and improving the end user experience.



*Figure 18: Locate "datacenters" close to end users.*

© 2017 Workspot. All Rights Reserved.

# App Delivery 2.0

Workspot enables IT to securely deliver any app or data onto any device. The applications remain in the datacenter. In order to provision access to different kinds of applications, IT simply needs to "point" the Workspot solution to those apps.

## PROBLEMS WITH APP DELIVERY 1.0

App Delivery 1.0 solutions include (a) remoting solutions like Citrix XenApp and (b) PC Lifecycle Management solutions like Symantec Altiris, Microsoft System Center Configuration Manager, IBM BigFix, and others. Remoting solutions were useful to deliver Windows client-server applications onto any device. PC Lifecycle management solutions were used to manage and deliver applications onto PC endpoints. Both these solutions don't meet today's requirements, where IT runs web apps, SaaS apps, and increasingly, hybrid and native apps. And users today consume these applications from phones, tablets, and Macs, which are mostly personally owned.

## WHAT'S DIFFERENT ABOUT APP DELIVERY 2.0?

App Delivery 2.0 securely delivers any type of applications (web, SaaS, Windows, hybrid and native) onto any device (PC, Mac, iOS and Android).

## LEVERAGE EXISTING APPLICATION INFRASTRUCTURE

Workspot solutions have been architected from the ground up to leverage existing security and datacenter infrastructures.

Today you're probably running many on-premises business applications: web applications, Windows client-server applications and network drives (CIFS).

In the last decade, companies have deployed VPN and SSL-VPN appliances, like Cisco or Juniper, in their DMZ to provide secure remote access to enterprise applications. These appliances have been integrated into identity systems like Active Directory, and security systems like RSA SecurID.



The advent of mobile devices, like smart phones and tablets, has introduced another set of devices that need access to corporate assets. In terms of access these devices are very similar to previous remote-access end points. Workspot believes that the existing datacenter access infrastructure can be

*Figure 19: Workspot supports your existing security infrastructure.*

leveraged effectively to give employees access to corporate assets from any device. In fact, Workspot has been architected to leverage existing datacenter infrastructure – VPN, applications, and data.

© 2017 Workspot. All Rights Reserved.

## CONFIGURING VPN ACCESS

You can use Workspot Control to configure VPN access for Workspot Client. Workspot has deep integration with Cisco ASA and Juniper (Pulse Secure) SA appliances. Once the clientless mode is enabled on the appliance, you simply need to specify the public address of the VPN appliance.



*Figure 20: Configuring VPN access.*



*Figure 21: Configuring web-app access.*

## PROVISIONING ACCESS TO A WEB APP

Most organizations are already running tens, if not hundreds, of web applications, e.g., SAP, SharePoint, Siebel, and many custom applications. In order to provision access to those web applications, you just need to specify the URL of those applications in Workspot Control as shown in Figure 21. You don't need to make any changes to the operations of the applications.

## PROVISIONING ACCESS TO A WINDOWS APP

Companies still run many core business applications that were written using Windows client-server technologies. You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP). Again, you don't need to make any changes to the operations of the applications.



*Figure 22: Windows app access configuration.*



*Figure 23: Provision network drive access.*

## PROVISIONING ACCESS TO A NETWORK DRIVE

There is a lot of corporate data on network drives. Today these network drives are accessible as drives mounted on a Windows PC. In order to enable access to existing network drives from Workspot Client, IT needs to provide the CIFS path of these network drives. Workspot also support DFS. And you don't need to make any changes to the operations of the network drives.

© 2017 Workspot. All Rights Reserved.

## PROVISIONING A NEW USER

To provision a new user in Workspot Control, the administrator needs the First Name, Last Name, and Email address of the user. They assign the user to a group, which is mapped to a set of applications, a network configuration, and various security policies. If you're using the Workspot self-registration process, you don't need to add the user to Workspot Control.

## ASSIGNING APPS TO USERS

There are multiple ways to assign applications to users: (a) assign a set of apps to users; (b) create bundles of apps and assign to groups; (c) assign a bundle of apps to users; (d) assign individual apps to groups.

## NATIVE EMAIL CONFIGURATION

You can use Workspot Control to configure the native email client on an iOS device. Workspot uses standard iOS MDM profiles to provision enterprise email on the device.



*Figure 24: Provision the native email client on iOS.*

© 2017 Workspot. All Rights Reserved.

## CONNECTION WORKFLOW

Figure 26 describes the steps that occur when a user connects either from inside or outside the firewall.

## Workspot Communication Workflow



Workspot client is launched and checks with Workspot Control (HTTPS/443) for:
* New entitlement (new app or VDI desktop access)
* New security policies
* Performs posture checks

User clicks on a resource such as VDI desktop or app to start session. Workspot client is aware it is outside of the internal network and authenticates with VPN to establish a SSL VPN (443) session.

 User clicks on a resource such as VDI desktop or app to start session. Workspot client establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

Or

Leveraging VPN authentication and ACLs, establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

 Resource (VDI desktop or apps) authenticates with Active Directory/Domain Controller.

*Figure 26: Workspot communication flow.*

© 2017 Workspot. All Rights Reserved.

# Security

## SECURE ACCESS WITH PIN

When a user taps on Workspot Client on their device, they are prompted for a PIN. The PIN is validated against the client master secret (CMS). If the CMS can be decrypted then the PIN is deemed valid; otherwise the PIN is invalid. The Workspot Client will allow up to 5 invalid PIN entries. After 5 incorrect entries, the data inside Workspot Client will be wiped from the device, thereby keeping organization assets secure.

## DEVICE POSTURE CHECK

As soon as the Workspot Client is started, it conducts a posture check to determine whether the device has been jail-broken or rooted. Workspot performs a series of checks to verify supported versions and platforms; only when the device is determined to be secure is the Workspot Client launched.

## CONFIGURING SECURITY POLICIES

Other aspects of Workspot Client behavior can be configured using Workspot Control, including:

- Restricting access to applications or documents
- Enabling/disabling offline usage of the application
- Restricting copy and paste
- Restricting printing within a geography



*Figure 27: Configuring security policies.*

## REMOTE WIPE

Workspot Control provides the capability to remote wipe any data – including documents, cached objects and cookies – that resides inside the Workspot Client. Data outside the Workspot Client is unaffected by the remote wipe operation.

## DATA RETENTION

Workspot's current policy is to retain configuration and activity data in Workspot Control for a period of one year. It is important to note that no application traffic flows through Workspot Control, and no user credentials are ever sent to, or stored inside, Workspot Control.

© 2017 Workspot. All Rights Reserved.

# SECURING DATA IN MOTION

The embedded VPN Client is a full L4-L7 stack and implements a split tunnel that allows the Workspot Client to be connected simultaneously to both the corporate and public networks. Application traffic can be routed to either network based on IT policies. Workspot is using a FIPS compliant SSL library in the embedded VPN Client.



*Figure 28: Security for data in motion.*



*Figure 29: Secure application access.*

# WHITELIST/BLACKLIST TRAFFIC

You can also control which sites the user can and cannot visit from inside the Workspot Client by configuring a blacklist/whitelist. Workspot also enables dynamic blacklisting of known malicious URLs.

# SECURING DATA AT REST

The encrypted file repository stores documents downloaded by the user. All the documents in the file repository are encrypted with a multi-layer scheme:

1. All assets are encrypted in memory before they touch the file system. Every object is encrypted using a different key.

2. Each key is encrypted using a master key.

3. The master key is encrypted with a user-specified PIN that is not stored on the device. The user can access the Workspot application only when they can successfully provide the PIN.

# SECURE APPLICATION ACCESS

Workspot Client enables secure access to different classes of applications running in the datacenter:

1. **Web Applications**: There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc.

2. **Windows Client Server Applications**: There is an RDP client integrated into Workspot that enables access to an app running either on XenApp or Terminal Server. The Terminal Server may be running a Windows application, a Windows server, or a Windows desktop.

3. **Network Drives**: There is a CIFS client integrated into Workspot. This enables an end user to access a network drive in the datacenter.



*Figure 30: Security for data at rest.*

© 2017 Workspot. All Rights Reserved.

# SECURE DOCUMENT VIEWERS

When an end user downloads a document inside Workspot Client, it is encrypted in-flight. The file system remains in an encrypted state even when the end user is within the container. Only when the end user wants to view a document, for example an Adobe Acrobat document, does the Workspot Client decrypt the selected document and present it inside a viewer that is embedded within Workspot Client. Workspot has tuned the embedded viewers for the best possible rendering experience.

Documents are more secure, because the documents stay within Workspot Client. And as soon as the end user finishes viewing the document and closes the viewer, the document is restored to its encrypted state on the device. For large documents, Workspot only decrypts the pages of the document that are currently being viewed.

# BIG DATA CONTEXT-DRIVEN SECURITY

When a user accesses enterprise assets, Workspot Client collects contextual data as shown below – who did what, when, where, and how. Workspot only collects this data for business activity – not for personal applications such as Facebook – on the device. This data can be used for compliance, auditing, and adaptive authentication.



*Figure 31: Context-driven security.*

# COMPLIANCE AND AUDITING

Organizations with compliance and auditing needs are using SIEM systems. Until now, SIEM systems have tried to infer user actions with data from various systems like card swipe, login, logout, system logs, etc. For example, based on a card swipe, the system can detect that the user was in a certain office in China; a log entry in SAP indicates that the user logged into SAP, and that an email generated by SAP indicates a purchase order was placed.

Workspot goes way beyond SIEM systems that infer user actions. Workspot collects end user activity data in Workspot Client. This is granular data of the activity performed by the end user on the device and includes the following:

- Location and time of activity

- Device used to perform activity

- Application accessed

- Documents downloaded, pages viewed and/or printed

The Workspot Events module provides a searchable view of the end user activity data as shown in the figure below.

© 2017 Workspot. All Rights Reserved.



*Figure 32: End user activity data.*

## INTEGRATION WITH SPLUNK

IT can download the Splunk plugin from Workspot Control. The Splunk plugin needs two keys for configuration – these are available inside Workspot Control as shown in Figure 33.

Once integrated the Events data from Workspot is delivered into Splunk. They can be viewed, searched, and manipulated with standard Splunk tools as shown in Figure 34.



*Figure 33: Splunk configuration keys.*



*Figure 34: Workspot event data in Splunk.*

© 2017 Workspot. All Rights Reserved.

# Context-Driven Visibility

In addition to collecting end user actions, Workspot Client also collects the real-time user experience – how long did an access take, and whether or not it was successful. Each such data point is tagged with location, device type, application, user, and network used.

## ERRORS

Any time a user takes an unsuccessful action inside Workspot Client, it is recorded. Workspot then aggregates and classifies the errors across all the users in an organization. IT has an aggregated view of all the problems in the organization – which application, what error, how frequently, and when did it last occur.





Workspot provides rich data for performance analysis

*Figure 35: User Errors Summary.*

## REAL END USER EXPERIENCE (REUX)

The Reports module in Workspot helps you analyze the real end user experience on any devices for all applications, including SaaS.

Every time a user performs an action inside Workspot Client, Workspot records the user, application, location, device used, network name, performance, availability usage metrics etc., and makes that data available for analysis. For example:

- **Performance** – Average response time of an application by application name, network type (WiFi or carrier), and location.

- **Uptime** – If a user is unable to access an application, attribute the source of the error to application, network, or geo based on a time series analysis.

- **Usage** – Data about usage by application, geo, or network (WiFi or carrier).

Upon analysis, this type of data can yield actionable information:

- The applications that are least available

- The applications that have the slowest response time

- The slowest devices for applications

- The slowest wireless network for users

- The least reliable network for users

© 2017 Workspot. All Rights Reserved.

# APPLICATIONS

The Application Reports section enables IT to analyze which apps are used, availability of the applications, the slowest applications, the bandwidth consumed by the application, and other metrics.



*Figure 36: Sample applications report.*



*Figure 37: Sample networks report.*

# NETWORKS

The Network Reports section enables IT to analyze which networks are used by users, availability of different networks, the slowest network, the numbers of users using different networks, and other metrics.

# GEOS

The Geo Reports section enables IT to analyze how users are accessing applications from various geos.



Figure 38: Sample geographic distribution report.

# DEVICES

The Device Reports section enables IT to analyze which devices are being used – how many users, how many sessions, and trends in usage over days, weeks, and months.



Figure 39: Sample device report.

© 2017 Workspot. All Rights Reserved.

# Summary

Existing solutions to deliver virtual desktops and applications are either complex on-premises solutions, or incomplete cloud solutions. Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device, from on-premises, from Microsoft Azure, or both – simultaneously. You'll have a single pane of glass to provision apps, desktops, workstations, and data; manage on-premises and cloud desktops; and monitor security, availability, usage, and performance. End users get an elegant workspace that allows for easy access to any application or desktop, with the fastest connection speeds in the industry, on any device they choose to use.

Compare solutions below and then contact us for a 15-minute demo to learn more about deploying insanely simple Workspot VDI in a day.

| Capability | Workspot | VDI 1.0 | | DaaS 1.0 | |
|---|---|---|---|---|---|
| | | XenDesktop | Horizon | Horizon Cloud | Amazon |
| Enterprise Class Deployment in a Day | ● | | | ● | ● |
| Predictable Subscription Billing | ● | | | ● | ● |
| Support for Mobile – iOS/Android | ● | ● | ● | ● | ● |
| Support for Desktop – Windows/Mac | ● | ● | ● | ● | ● |
| Deliver Server Hosted Desktops | ● | ● | ● | ● | ● |
| Deliver VDI to Any Device | ● | ● | ● | | |
| Deliver Web Apps to Any Device | ● | | | | |
| Deliver Windows Client Server Apps to Any Device | ● | ● | ● | | |
| Deployment Choices – On-Premises or Cloud | ● | ● | ● | | |
| Integration w/ Existing Systems | ● | ● | ● | | |
| Offline Document Access | ● | | | | |
| Consistent Experience Across Locations | ● | ● | | | |
| Simpler Access with Single Sign-On | ● | ● | ● | ● | ● |
| Visibility into Performance, Availability, and Usage | ● | | | | |
| Granular visibility into end user activity | ● | | | | |

© 2017 Workspot. All Rights Reserved.

## ADDITIONAL RESOURCES

Video: <u>Workspot Technical Architecture</u>

Schedule a Demo: <u>Just 15 minutes!</u>

## ABOUT WORKSPOT

Workspot has reinvented Virtual Desktop Infrastructure (VDI) with a cloud-native architecture that delivers applications, desktops and workstations from the cloud. Workspot's "cloud-first" solution solves the corporate challenge of securely delivering apps, desktops and data from anywhere, to any device, and dramatically reduces the total cost of ownership for virtual apps, desktops and workstations. Organizations of all sizes benefit from the shortest implementation times in the industry, achieving unprecedented time-to-value. With a relentless focus on customer success, Workspot's no-risk customer engagement model is an industry first. The Cupertino, California-based company received the Best of VMworld 2016 Gold Award for Desktop and Application Delivery solutions. For more information on Workspot's risk-free, turnkey solutions, visit: <u>www.workspot.com</u>



© 2017 Workspot. All Rights Reserved.    31

# ATTACHMENT B

 **Workspot**

                                                                    Submit a request    [ Sign in ]

[ Search                                                                            🔍 ]

Workspot Help Center > Getting Started

# Provisioning Desktops - Integration Configuration Guide

Richard Support - June 27, 2017 09:06

## Provisioning Desktops Overview

Hyper-convergence Integration enables the provisioning and managing of VDI desktops from **Workspot Control** [1]. **Control** provides a simple interface with easy access to virtualization infrastructures - hyper-convergence platforms for implementing, managing, and provisioning virtual machines (VMs).

## Prerequisites and Configuration Notes

The following are general prerequisites:

- **Workspot Control** Integration with any of the supported **Hyper-convergence Platforms**:
  - Nutanix Prism integration: Enables virtual desktops provisioning on Nutanix deployment. For more information, see the Nutanix Integration Configuration Guide <https://workspot.zendesk.com/hc/en-us/articles/207445463>.
  - Scale Computing integration: Enables virtual desktops provisioning on Scale deployment. For more information, see the Deploying Workspot VDI 2.0 on Scale Computing HC3 <https://workspot.zendesk.com/knowledge/articles/211533183>.
  - VMware vSphere integration: Enables virtual desktops provisioning on VMware vSphere deployment. For more information, see the VMware vSphere Integration Configuration Guide <https://workspot.zendesk.com/hc/en-us/articles/209691463>.

- **Active Directory** integration: Sync deleted and disabled users to **Control**. Enable Active Directory user search for virtual desktop assignments. For more information, see the Active Directory Integration reference < https://workspot.zendesk.com/hc/en-us/articles/206717426>.

- Workspot's **Enterprise Connector,** see the Enterprise Connector Configuration Guide. <https://workspot.zendesk.com/hc/en-us/articles/206596913>.

## Configure Control for provisioning using any of the Hyper-convergence Platforms:

1. Add Pool to provision Virtual Machines (VMs).
2. Assign Desktops in the pool to users from: (a) users defined in **Workspot,** (b) users defined in Active Directory, (c) or users listed in a spreadsheet that is imported. For the purposes of this guide, only method (a) is shown.

**Add Pool:** Navigate to *Resources > VDI* to provision Virtual Machines (VMs). Click on the *Add Pool* button. Optionally, you may click on the **VDI Setup** link in item (4.) of the instructions, as shown in Figure 1 previously, to arrive on the same page.

1. Navigate to *Resources > VDI* and click on the **Add Pool** button. Provide a **Desktop Pool Name** and **Select a Config**. *Note that the **Desktop Pool Name** will be the VDI desktop display name in the user's Workspot.* ⃞
   Figure 2 - Add Pool - Create Your Virtual Desktops

Select the **vCenter** config to display the related fields.

| | |
|---|---|
| * **Desktop Pool Name** | Windows 10 Enterprise Desktops |
| **Description** | |
| * **Select a Config** | vCenter ▾ |
| * **Select Template** | [ Search ] |
| * **Host or Cluster** | [ Browse ] |
| * **Resource Pool** | [ Browse ] |
| * **Datastores** | Select Datastore ▾ |
| **Guest Customization** | [ Select ] |
| * **Number of Desktops** | |

Add Pool - VMware vSphere-Specific Parameters

2. Click on the **Search** button to display the list of available templates, then click on the **Select** button next to the desired template.



Figure 3 - Add Pool - Select a Template



Add Pool - Host of Cluster



Add Pool - Resource Pool

| | |
|---|---|
| **\* Select a Config** | vCenter ▼ |
| **\* Select Template** | vm-T-W10E-LTSB    [Search] |
| **\* Host or Cluster** | /Cupertino/host/DeAnzaRack/10.1.2    [Browse] |
| **\* Resource Pool** | /Cupertino/host/DeAnzaRack/Resou    [Browse] |
| **\* Datastores** | Select Datastore ▼ |
| | Select Datastore |
| | DeAnzaRack:datastore1 |
| **Guest Customization** | [Select] |

Add Pool - Datastore



Add Pool - Get Customization for VM Image

3. Enter the **Number of Desktops** to provision. Enter the **Naming Prefix** and **Suffix Length** that is used to uniquely name each virtual desktop during provisioning. Click on the **Upload an icon** link to use a custom icon for the desktop in Workspot Client.



Figure 4 - Add Pool - Enter Final Parameters for Pool



Figure 5 - Add Pool - Upload an Icon

4. Manage Virtual Desktops and Check Progress during provisioning.



Figure 6 - Add Pool - Manage Virtual Desktops - Check Progress



Figure 7 - Add Pool - Virtual Desktops Creation Progress - 0% - Waiting for IP...



Figure 8 - Add Pool - Virtual Desktops Creation Progress - 0% - Powering On...



Figure 9 - Add Pool - Virtual Desktops Creation Progress - 67% - Online



Figure 10 - Add Pool - Virtual Desktops Creation Progress - 100% Complete

5. After completion of pool creation, click on the **< Back to Pool Details** link to see the list of virtual desktops provisioned for the **Ops Windows 10 E Desktop Pool (3)**.



Figure 11 - Add Pool - Manage Virtual Desktops - Back to Pool Details

6. Logging into vCenter and going to **VM > Table**, the virtual desktops provisioned through **Control** are listed.
   Figure 12 - Add Pool - VMware vSphere - VM Table View

7. Once the first pool has been created, the **Virtual Desktop Infrastructure (VDI) Setup** instructions are no longer displayed and in its place, the list of available pools.



Figure 13 - Add Pool - Manage Virtual Desktop Pools (1) list

**Assign Desktops:** Navigate to **Resources** > **VDI** to assign VMs. Click on the **Assign Desktops** button. Click on name of the pool to open the **Manage Virtual Desktops**.

1. Click on the name of the pool from where you want to assign the VDI desktops.



Figure 14 - Assign Desktops - Ops Windows 10 E Desktops Pool (3)

2. In Figure 14 above, all three (3) provisioned desktops were selected. Clicking on the **Assign Desktops** button, the tabs shown under **All Users** act as search filters. Click on the **Workspot** tab to search users that are already registered with your company in **Control**.



Figure 15 - Assign Desktops - "Assign Selected Virtual Desktop(s) to New Users Desktops:" tool

3. Entering "demo" shows the two users with names or emails that include "demo". Select the check boxes next to the users, then click the arrow to pick those users to be assigned desktops, then click on the **Assign** button.



Figure 16 - Assign Desktops - Using the "Workspot" filter and user assignment tool

4. In this example, two desktops were assigned, one desktop to each user.



Figure 17 - Assign Desktops - Manage Virtual Desktop Pools detail status table

5. Summary status is displayed for the pool by clicking on the **< Back to Desktop Pools** navigation link shown in the figure above.



Figure 18 - Assign Desktops - Manage Virtual Desktop Pools summary status table

6. Navigate to **Users > User Details :: Assigned Virtual Desktops**. Note that desktops assigned to users are listed for their account.



Figure 19 - Assign Desktops - Users < User Details :: Assigned Virtual Desktops

**List of Figures in this Guide**

Figure 1 - Virtual Desktop Infrastructure (VDI) Setup - First Time Use (FTU)

Figure 2 - Add Pool - Create Your Virtual Desktops

Figure 3 - Add Pool - Select a Template

Figure 4 - Add Pool - Enter the Paramters for Pool

Figure 5 - Add Pool - Upload an Icon

Figure 6 - Add Pool - Manage Virtual Desktops - Check Progress

Figure 7 - Add Pool - Virtual Desktops Creation Progress - 0% - Waiting for IP...

Figure 8 - Add Pool - Virtual Desktops Creation Progress - 0% - Powering On...

Figure 9 - Add Pool - Virtual Desktops Creation Progress - 67% - Online

Figure 10 - Add Pool - Virtual Desktops Creation Progress - 100% Complete

Figure 11 - Add Pool - Manage Virtual Desktops - Back to Pool Details

Figure 12 - Add Pool - VMware vSphere - VM Table View

Figure 13 - Add Pool - Manage Virtual Desktop Pools (1) list

Figure 14 - Assign Desktops - Ops Windows 10 E Desktops Pool (3)

Figure 15 - Assign Desktops - "Assign Selected Virtual Desktop(s) to New Users Desktops:" tool

Figure 16 - Assign Desktops - Using the "Workspot" filter and user assignment tool

Figure 17 - Assign Desktops - Manage Virtual Desktop Pools detail status table

Figure 18 - Assign Desktops - Manage Virtual Desktop Pools summary status table

Figure 19 - Assign Desktops - Users < User Details :: Assigned Virtual Desktops

[1] **Control** is Workspot's cloud-based, comprehensive management solution. Integrated with hypervisor platforms, **Control** simplifies the automatic provisioning of VDI desktops, and management of configurations and policies applied to the desktops.

Was this article helpful?    👍  👎      0 out of 0 found this helpful

Have more questions? Submit a request

**Comments**

© 2017 Workspot, Inc. - All rights reserved

Powered by Zendesk

# ATTACHMENT C



# Deploying
# Workspot RD Pools

Step by Step Configuration Guide

# Contents

1.  Creating a Windows RD Pools Template .................................................................................. 3

    I.     Creating the Workspot AD Security Group .......................................................... 3

    II.    Create OU and GPO for Remote Desktop Users local group ........................................ 5

    III.   Create VM ................................................................................................................... 7

    IV.   Enable Remote Desktop Connection ............................................................................ 7

    V.    Windows Firewall ......................................................................................................... 9

    VI.   Install RD Session Host role ...................................................................................... 10

    VII.  Install applications you want to deliver to end users using RD-Install mode ........... 11

    VIII.  Application Discovery on Workspot Control ............................................................... 11

    IX.   Workspot Agent installation ....................................................................................... 13

    X.    Prepping template for Workspot Agent provisioning ...................................................... 13

2.  Provisioning RD Pools Machines .................................................................................... 14

Additional resources ................................................................................................................... 17

Workspot   www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo
are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## 1.  Creating a Windows RD Pools Template

Creating a Windows RD Pools template prepares the template from which each RD Session Host will be cloned.

The ten steps to create template/golden image are:

I. Create AD Security Group for Workspot users, then add Workspot users' AD user accounts as members of the Group.

II. Create OU in Active Directory for VDI desktops and create a Group Policy (GPO) to add the Workspot AD Security Group to the Remote Desktop Users local group.

III. Create VM. Install appropriate Windows Server OS (Windows 2012 R2 or 2016). Apply latest updates.

IV. Enable Remote Desktop Connections: Allow connections from computers running Remote Desktop

V. Disable Windows Firewall or allow Remote Desktop Connection (RDP port 3389) on firewall.

VI. Install RD Session Host role via Server Manager

VII. Install applications you want to deliver to end users (i.e. Microsoft Office 2013, Adobe Acrobat, etc) using RD-install mode for multi-user execution.

VIII. Application discovery on Workspot Control

IX. Workspot Agent Installation and template registration to Workspot Control.

X. Workspot Agent preparation for Sysprep or Quickprep.


### I.  Creating the Workspot AD Security Group

To provide Workspot users access to the VDI desktop, they are added to the local Remote Desktop Users group of the VDI desktop. In order to simplify this, create an AD Security Group which will be added to the Remote Desktop Users group.

Note: This is an optional step for trial/PoC testing since we can add Domain User group to the VDI desktop. However, this is recommended in a production environment.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

1. Create AD Security Group(s) for Workspot users.



2. Add Workspot users as appropriate to AD Security group.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo
are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## II.   Create OU and GPO for Remote Desktop Users local group

1.   Create OU in Active Directory for newly provisioned VDI desktops.



2.   Create Group Policy for the new OU and configure Remote Desktops Users local group adding the Workspot AD Group as a member.

Computer Configuration > Policies > Windows Settings > Security Settings > Restricted Groups > Add Group > Type in Remote Desktop Users.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

In the Members of this group section, add the Workspot AD Security Group.





© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo
are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

III.    Create VM

Workspot RD Pools supports Windows Server 2012 R2 and 2016. Install any hypervisor guest tools and Microsoft latest updates.

IV.    Enable Remote Desktop Connection

Workspot leverages Remote Desktop Connection to connect to VDI desktops.

1. Go to **Control Panel** > **System** > **Remote settings**



2. Select either **Allow connections from computers running any version of Remote Desktop** or **Allow connections only from computers running Remote Desktop with Network Level Authentication** radio button.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

DEPLOYING WORKSPOT RD POOLS




© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## V.    Windows Firewall

Workspot leverages Remote Desktop Connection on port 3389 to connect to VDI desktops. Disable Windows Firewall to prevent issues connecting or allow port 3389 in firewall. Example below disables Windows Firewall. Note: Verify Domain Profile is disabled.

1. Open Control Panel > Windows Firewall > System and Security > Windows Firewall > Advanced settings



2. Verify all profiles are disabled. If not, click on Properties to disable.



Workspot    www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## VI.    Install RD Session Host role

This will install necessary components to enable the VM as an RD Session Host machine along with activating RDS CAL grace period.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## VII.   Install applications you want to deliver to end users using RD-Install mode

Use RD-Install mode to ensure applications are installed properly for multi-user.

To enable RD-Install mode: **change user /install** at command prompt.

Install any applications on the virtual machine such as Office, Adobe, etc.

To disable RD-Install mode: **change user /execute** at command prompt.



## VIII.   Application Discovery on Workspot Control

Configuring RD Pools apps in Workspot Control requires providing application path and executable along with optional parameters\flags. This can be done manually typing in the required information or using Workspot Application Discovery.

During the Workspot Agent installation\registration, the Agent will query a list of applications installed on the machine from the Start Menu and send it to your Workspot Control instance. This allows applications to be available for selection in Workspot Control minimizing errors typing in executable paths for each application.

If application does not exist in the Start Menu, create shortcuts with the target to the executable path under: C:\ProgramData\Microsoft\Windows\Start Menu\Programs\.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.





For applications to appear in Workspot Control, install the Workspot Agent after installing and configuring the applications on the template VM.

Note: Workspot Control will ignore shortcuts pointing to folders, documents, help files, network shares, etc.



www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## IX.    Workspot Agent installation

Before running the Workspot Agent installation, shut down the template VM. Clone the template VM then boot into the new clone. The Workspot agent will register the template to Workspot Control using the MAC address of the VM or GUID so once the template is registered and used for the RD Pool, no changes can be made. For changes or image updates, use the original template VM and clone again.

Download the Workspot Agent install from:
http://download.workspot.com/WorkspotAgentSetup64.exe

Run the Workspot Agent installer and use your Workspot admin credentials to register the template.



## X.    Prepping template for Workspot Agent provisioning
Review Workspot Agent prep guide for Sysprep and Quickprep instructions:
https://workspot.zendesk.com/hc/en-us/articles/115002951363

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## 2. Provisioning RD Pools Machines

RD Pools machines can be provisioned automatically within Workspot Control.

1. Navigate to Workspot Control > Resources > RD Pools > Add RD Pool.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

2. Enter data into the following fields.

**Select Datacenter**: Select the datacenter where RD Pools machines should be hosted in.

**Select a Config**: Select the Hyper-V cluster you want to provision RD Pools machines on.

**Select Template**: This will search for VM Templates on the cluster selected above. Select the RD Pools VM template created in previous steps.

**Pool Name**: Name of RD Pool

**Description:** Provide description for the RD Pool.

**Number of Desktops**: Enter the number of desktops Workspot Control will provision.

**Naming Prefix**: Enter the naming prefix that will uniquely identify the VM in Hyper-V.

**Suffix Length**: Workspot Control will automatically add a dash (-) and numerals to VDI names. Select 1 digit for small RD pools of 1-10 machines, 2 digits for medium size pools of 11-100 and 3 digits for large size pools of 101-1000 machines.

**Auto Create on Delete**: Workspot Control will auto-provision RD Pools machines to replace any deleted RD Pools machines to match the configured pool size if this checkbox is checked.

**Pause on First Failure:** If provisioning fails, Workspot will pause RD Pools provisioning if checked. Otherwise RD Pools provisioning continues.

3. Click on Create and start RD Pools provisioning.

Clicking Create will kick off the RD Pools provisioning on the cluster which will clone the template VM and power it on. Once the VMs are powered on, Workspot Control will show them being Online. It can take a few minutes for the Sysprep (if used) to complete and for the Workspot Agent to report back Ready status.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

At this point, the applications can published on Workspot Control. Click on Add Application within the RD Pool config or Resources > Application > Add Application.



4.  Enter data into the following fields.

**Application Type**: Select Windows Applications as Application Type.

**Server Type**: Select Workspot RD Pools as Server Type.

**Workspot RD Pools**: Select Workspot RD Pools as Server Type.

**RD Application Type**: Select the type of RD Pool deployment.

- Installed Application – List Applications queried by the Workspot Agent; selecting an app will automatically fill in Full Path.



www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

- Custom Application – Allows Workspot admin to manually type in application settings such as Full Path.
- RD Session Hosted Desktop – Configure full desktop access to RD Pools machines.

**Select Application**: For Installed Application Type, search for application in queried list.

**Application Name**: Provide name of Application shown in Workspot workspace.

**Full Path:** Path to executable of app.

**Working Directory**: Provide path to directory\folder if application requires to start in.

**Route through VPN**: For Call Center or internal network use cases (such as thin clients), select No. For all others, if there is a scenario where a user is outside the internal network, select Yes.

**Pool Icon**: Select a predefined icon or upload PNG/JPG for application icon.

**Login Type**: Select Single Sign On using domain\username and password, otherwise select Single Sign On using username and password.


5. Test user access.

Assign or add application to an App Bundle to test. With a PC, Mac, iOS, or Android device, go to http://www.workspot.com/download and follow in the instructions to download the Workspot Client.  Once Workspot client is on-boarded, click on RD Pools app to connect.


## Additional resources

- Workspot Help Center:  https://workspot.zendesk.com
    - Workspot Enterprise Connector Configuration Guide
    - Workspot Active Director Integration Guide
    - Workspot Control Training
- Contact Workspot at support@workspot.com

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## About Workspot

Workspot is the leading 100% cloud-based Workspace as a Service platform. Built for the mobile, cloud and hyper-converged infrastructure era, Workspot is the fastest and simplest solution for solving IT's end user BYOx and mobility challenges. Workspot also solves the corporate challenge of securely delivering apps, desktops and data to any device with a single frictionless user experience across mobile, Mac and PC platforms. Workspot's 100% cloud-based platform simplifies IT's workload, requires zero maintenance, scales instantly, provides deep end user experience analytics and monitoring, and is always up to date with the latest features.

Based in Cupertino, California, Workspot is recognized by Gartner as "Cool Vendor" in endpoint computing and bestowed Skyhigh Enterprise-Ready$^{TM}$ for fully satisfying the most stringent requirements for data protection, identity verification, service security, business practices, and legal protection. For more information, visit www.workspot.com.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

# EXHIBIT 7

**Sources:**

Workspot, "VDI Reinvented:  The Innovation Behind the Revolutionary Workspot VDI Cloud Service" (Attachment A)

Workspot, "Provisioning Desktops - Integration Configuration Guide" (Attachment B)


## U.S. Patent 7,594,018

| Claim | Claim Element | Analysis of Workspot's Products |
|---|---|---|
| 1[pre] | A method for providing remote access to a plurality of application sessions, the method comprising: | On information and belief, Workspot's products provide remote access to a plurality of application sessions.<br><br>"VDI 2.0 enables IT to deliver virtual apps, desktops and GPU workstations to any device" (Attachment A, p. 5.) |
| 1[a] | receiving authentication information associated with a user, the user having a plurality of application sessions that were disconnected from one or more client computers operated by the user; | On information and belief, Workspot's products receive authentication information associated with a user, the user having a plurality of application sessions that were disconnected from one or more client computers operated by the user.<br><br>"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)<br><br>"With Workspot, the user can take advantage of single sign-on" (Attachment A, p. 10.)<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.)<br><br>"Select the check boxes next to the users, then click the arrow to pick those users to be assigned desktops" (Attachment B, p. 9.)<br><br>"Navigate to Users > User Details :: Assigned Virtual Desktops.  Note that desktops assigned to users are listed for their account." (Attachment B, p. 11.) |
| 1[b] | authenticating the user; | On information and belief, Workspot's products authenticate the user.<br><br>"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.) |

| | | "When a user taps on Workspot Client on their device, they are prompted for a PIN." (Attachment A, p. 23.) |
|---|---|---|
| 1[c] | identifying the plurality of disconnected application sessions already associated with the user in response to the received information; | On information and belief, Workspot's products identify the plurality of disconnected application sessions already associated with the user in response to the received information.<br><br>"Select the check boxes next to the users, then click the arrow to pick those users to be assigned desktops" (Attachment B, p. 9.)<br><br>"Navigate to Users > User Details :: Assigned Virtual Desktops.  Note that desktops assigned to users are listed for their account." (Attachment B, p. 11.)<br><br>"Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control." (Attachment A, p. 10.) |
| 1[d] | identifying from a rule source a rule governing a reaction to receiving authentication information from the user; | On information and belief, Workspot's products identify from a rule source a rule governing a reaction to receiving authentication information from the user.<br><br>"Workspot client is launched and checks with Workspot Control (HTTPS/443) for:<br>• New entitlement (new app or VDI desktop access)<br>• New security policies<br>• Performs posture checks" (Attachment A, p. 22.)<br><br>"Other aspects of Workspot Client behavior can be configured using Workspot Control, including: …  Enabling/disabling offline usage of the application" (Attachment A, p. 23.) |
| 1[e] | determining via the rule that the user is one of required, permitted and forbidden to connect to a first disconnected application session of the identified plurality of disconnected application sessions; and | On information and belief, Workspot's products determine via the rule that the user is one of required, permitted and forbidden to connect to a first disconnected application session of the identified plurality of disconnected application sessions.<br><br>See information provided for element 1[d]. |
| 1[e] | reestablishing the first disconnected application session of the identified plurality of disconnected application sessions with a | On information and belief, Workspot's products reestablish the first disconnected application session of the identified plurality of disconnected application sessions with a client computer operated by the user in response to the determined rule. |

| | client computer operated by the user in response to the determined rule. | "Workspot client establishes RDP/RemoteFx connection to VDI/RDS apps" (Attachment A, p. 22.) |
|---|---|---|
| 2 | The method of claim 1 wherein the first application session of the plurality of disconnected application sessions is running on a first server and a second application session of the plurality of disconnected application sessions is running on a second server. | On information and belief, with Workspot's products, the first application session of the plurality of disconnected application sessions is running on a first server and a second application session of the plurality of disconnected application sessions is running on a second server.<br><br>"Workspot has re-invented application and desktop delivery with: VDI Pools, which enable delivery of VDI either on-premises or in the cloud" (Attachment A, p. 7.) |
| 3 | The method of claim 1 further determining via the rule the user is one of required, permitted and forbidden to connect to the first application session based on a state of one of the first application session and the identified plurality of disconnected application sessions. | On information and belief, Workspot's products determine via the rule the user is one of required, permitted and forbidden to connect to the first application session based on a state of one of the first application session and the identified plurality of disconnected application sessions.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.)<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.) |
| 4 | The method of claim 1 wherein the rule is created by one of the user and an administrator. | On information and belief, with Workspot's products, the rule is created by one of the user and an administrator.<br><br>"There are multiple ways to assign applications to users: (a) assign a set of apps to users; (b) create bundles of apps and assign to groups; (c) assign a bundle of apps to users; (d) assign individual apps to groups." (Attachment A, p. 21.) |
| 5 | The method of claim 1 further comprising automatically establishing the connection to the first application session upon authentication of the received information. | On information and belief, Workspot's products automatically establish the connection to the first application session upon authentication of the received information.<br><br>"For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13." (Attachment A, p. 13.) |
| 6 | The method of claim 1 wherein the connection | On information and belief, with Workspot's products, the connection between the user and at least the first application |

3

| | between the user and at least the first application session of the identified plurality of disconnected application sessions is triggered by the selection of a single user interface element. | session of the identified plurality of disconnected application sessions is triggered by the selection of a single user interface element.<br><br>"Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface." (Attachment A, p. 9.) |
|---|---|---|
| 7 | The method of claim 1 further comprising determining the first application session is active and automatically connecting the client computer operated by the user to the active first application session. | On information and belief, Workspot's products determine the first application session is active and automatically connecting the client computer operated by the user to the active first application session.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.)<br><br>"For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13." (Attachment A, p. 13.) |
| 8 | The method of claim 1 further comprising determining via the rule the user is allowed to connect to application sessions for a specific application, and identifying the first application session as including the specific application. | On information and belief, Workspot's products determine via the rule the user is allowed to connect to application sessions for a specific application, and identifying the first application session as including the specific application.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.) |
| 9 | The method of claim 1 further comprising determining via the rule the user is allowed to connect to application sessions contingent on the client computer and identifying the client computer operated by the user as allowed to connect to the first application session. | On information and belief, Workspot's products determine via the rule the user is allowed to connect to application sessions contingent on the client computer and identifying the client computer operated by the user as allowed to connect to the first application session.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.)<br><br>"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)<br><br>"When a user taps on Workspot Client on their device, they |

| | | are prompted for a PIN." (Attachment A, p. 23.) |
|---|---|---|
| 10 | The method of claim 1 further comprising authenticating the user in response to the received authentication information. | On information and belief, Workspot's products authenticate the user in response to the received authentication information.<br><br>"The end user is prompted to enter their business email address.  If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)<br><br>"When a user taps on Workspot Client on their device, they are prompted for a PIN." (Attachment A, p. 23.)<br><br>"With Workspot, the user can take advantage of single sign-on to access various business applications." (Attachment A, p. 10.) |
| 11 | The method of claim 1 wherein the step of identifying the plurality of application sessions comprises consulting stored data associated with a plurality of servers executing application sessions. | On information and belief, with Workspot's products, the step of identifying the plurality of application sessions comprises consulting stored data associated with a plurality of servers executing application sessions.<br><br>"Workspot has re-invented application and desktop delivery with: VDI Pools, which enable delivery of VDI either on-premises or in the cloud" (Attachment A, p. 7.)<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.) |
| 12 | The method of claim 1 wherein the plurality of application sessions was connected to a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is reconnected to the first client computer. | On information and belief, with Workspot's products, the plurality of application sessions was connected to a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is reconnected to the first client computer.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.)<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.) |
| 13 | The method of claim 1 wherein the plurality of application sessions was associated with a first client computer prior to | On information and belief, with Workspot's products, the plurality of application sessions was associated with a first client computer prior to establishing the connection and, after establishing the connection, at least the first application session of the plurality of disconnected application sessions is |

| | establishing the connection and, after establishing the connection, at least the first application session of the plurality of disconnected application sessions is connected to a second client computer. | connected to a second client computer.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.)<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.) |
|---|---|---|
| 14 | The method of claim 1 wherein at least one of the plurality of application sessions is one of disconnected and active. | On information and belief, with Workspot's products, at least one of the plurality of application sessions is one of disconnected and active.<br><br>"For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration" (Attachment A, p. 14.) |
| 16 | The method of claim 1 comprising automatically identifying the plurality of applications sessions upon receipt of the authentication information. | On information and belief, Workspot's products automatically identify the plurality of applications sessions upon receipt of the authentication information.<br><br>"The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token." (Attachment A, p. 10.)<br><br>"When a user taps on Workspot Client on their device, they are prompted for a PIN." (Attachment A, p. 23.)<br><br>"With Workspot, the user can take advantage of single sign-on to access various business applications." (Attachment A, p. 10.) |
| 17[pre] | A method for providing remote access to a plurality of application sessions, the method comprising: | On information and belief, Workspot's products provide remote access to a plurality of application sessions.<br><br>See information provided for element 1[pre]. |
| 17[a] | transmitting authentication information associated with a user operating one of a first computer and a second computer selected from a plurality of client computers, the user associated with a plurality | On information and belief, Workspot's products transmit authentication information associated with a user operating one of a first computer and a second computer selected from a plurality of client computers, the user associated with a plurality of disconnected application sessions.<br><br>See information provided for element 1[a]. |

|  | of disconnected application sessions; |  |
|---|---|---|
| 17[b] | providing to the user, a menu option for selecting one of the plurality of disconnected application sessions; | On information and belief, Workspot's products provide to the user, a menu option for selecting one of the plurality of disconnected application sessions.<br><br>"Workspot Client provides unified access to desktops, apps, and data.  Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications or network file shares through the elegant user interface." (Attachment A, p. 9.)<br><br>"User clicks on a resource such as VDI desktop or app to start a session."  (Attachment A, p. 22.) |
| 17[c] | receiving a user's selection indicating to connect to a first disconnected application session identified from the plurality of disconnected application sessions, | On information and belief, Workspot's products receive a user's selection indicating to connect to a first disconnected application session identified from the plurality of disconnected application sessions.<br><br>See information provided for element 17[b]. |
| 17[d] | the first disconnected application session selected based on a rule determining whether the user is one of required, permitted and forbidden to connect to the first disconnected application session; and | On information and belief, with Workspot's products, the first disconnected application session is selected based on a rule determining whether the user is one of required, permitted and forbidden to connect to the first disconnected application session.<br><br>See information provided for element 1[c]. |
| 17[e] | receiving application output from the first application session in response to transmission of the user's selection to connect to the first disconnected application session. | On information and belief, Workspot's products receive application output from the first application session in response to transmission of the user's selection to connect to the first disconnected application session.<br><br>See information provided for element 1[e]. |
| 18 | The method of claim 17 wherein the receiving application output is automatic upon the transmission of the user's indication. | On information and belief, with Workspot's products, the receiving application output is automatic upon the transmission of the user's indication.<br><br>"For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13." (Attachment A, p. 13.) |

| | | |
|---|---|---|
| 21 | The method of claim 17 wherein the plurality of active application sessions is initially connected to a first client computer and, upon transmitting the information, the user is operating a second client computer. | On information and belief, with Workspot's products, the plurality of active application sessions is initially connected to a first client computer and, upon transmitting the information, the user is operating a second client computer.<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.)<br><br>"Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device" (Attachment A, p. 30.) |
| 25 | The method of claim 17 further comprising selecting by the user a single user interface element to automatically connect to the plurality of disconnected application sessions associated with the user. | On information and belief, Workspot's products select by the user a single user interface element to automatically connect to the plurality of disconnected application sessions associated with the user.<br><br>"Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface." (Attachment A, p. 9.) |
| 27 | The method of claim 17 wherein the plurality of disconnected application sessions was connected to a first client computer prior to disconnection and, at connection, at least the first application session of the plurality of disconnected application session is reconnected to the first client computer. | On information and belief, with Workspot's products, the plurality of disconnected application sessions was connected to a first client computer prior to disconnection and, at connection, at least the first application session of the plurality of disconnected application session is reconnected to the first client computer.<br><br>"When a user connects to their virtual desktop or application, there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.)<br><br>"Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device" (Attachment A, p. 30.) |
| 28 | The method of claim 17 wherein the plurality of disconnected application sessions was connected to a first client computer prior to disconnection and, at connection, at least the first application session of | On information and belief, with Workspot's products, the plurality of disconnected application sessions was connected to a first client computer prior to disconnection and, at connection, at least the first application session of the plurality of disconnected application session is connected to a second client computer.<br><br>"When a user connects to their virtual desktop or application, |

| | the plurality of disconnected application session is connected to a second client computer. | there are two scenarios:<br>• Persistent Desktop<br>• Non-persistent Desktop or Application" (Attachment A, p. 13.)<br><br>"Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device" (Attachment A, p. 30.) |
|---|---|---|
| 29[pre] | A server for providing remote access to an application session, the server comprising: | On information and belief, Workspot's products include a server for providing remote access to an application session.<br><br>See information provided for element 1[pre]. |
| 29[a] | a network module for receiving authentication information associated with a user operating a client computer, the user having a plurality of applications sessions that were disconnected from one or more client computers operated by the user; | On information and belief, Workspot's products include a network module for receiving authentication information associated with a user operating a client computer, the user having a plurality of applications sessions that were disconnected from one or more client computers operated by the user.<br><br>See information provided for element 1[a]. |
| 29[b] | an authentication module for authenticating the user via the authentication information received from the user; | On information and belief, Workspot's products include an authentication module for authenticating the user via the authentication information received from the user.<br><br>See information provided for element 1[b]. |
| 29[c] | a data store for identifying a plurality of disconnected application sessions already associated with the user in response to the received information; | On information and belief, Workspot's products include a data store for identifying a plurality of disconnected application sessions already associated with the user in response to the received information.<br><br>See information provided for element 1[c]. |
| 29[d] | a rule source for providing one or more rules governing a reaction to receiving authentication information from the user, | On information and belief, Workspot's products include a rule source for providing one or more rules governing a reaction to receiving authentication information from the user.<br><br>See information provided for element 1[d]. |
| 29[e] | the one or more rules determining whether to one of require, permit and forbid the user's connection to a first | On information and belief, with Workspot's products, the one or more rules determine whether to one of require, permit and forbid the user's connection to a first disconnected application session of the identified plurality of disconnected application sessions. |

|  | disconnected application session of the identified plurality of disconnected application sessions; and | See information provided for element 1[e]. |
|---|---|---|
| 29[f] | a server process for reestablishing the first disconnected application session of the identified plurality of disconnected application sessions with a client computer operated by the user in response to the determined rule. | On information and belief, Workspot's products include a server process for reestablishing the first disconnected application session of the identified plurality of disconnected application sessions with a client computer operated by the user in response to the determined rule.<br><br>See information provided for element 1[f]. |
| 30 | The server of claim 29 wherein the first application session of the plurality of disconnected application sessions is running on a first server and a second application session of the plurality of application sessions is running on a second server. | On information and belief, with Workspot's products, the first application session of the plurality of disconnected application sessions is running on a first server and a second application session of the plurality of application sessions is running on a second server.<br><br>See information provided for claim 2. |
| 31 | The server of claim 29 wherein the server process determines via the one or more rules the user is allowed to connect to the first application session based on a state of one of the first application session and the enumerated plurality of disconnected application sessions. | On information and belief, with Workspot's products, the server process determines via the one or more rules the user is allowed to connect to the first application session based on a state of one of the first application session and the enumerated plurality of disconnected application sessions.<br><br>See information provided for claim 3. |
| 32 | The server of claim 29 wherein the one or more rules is created by one of the user and an administrator. | On information and belief, with Workspot's products, the one or more rules is created by one of the user and an administrator.<br><br>See information provided for claim 4. |
| 33 | The server of claim 29 wherein the server process establishes the connection to the first application | On information and belief, with Workspot's products, the server process establishes the connection to the first application session upon authentication of the received information. |

| | session upon authentication of the received information. | See information provided for claim 5. |
|---|---|---|
| 34 | The server of claim 29 wherein the connection of the user to at least the first application session of the plurality of disconnected application sessions is triggered by the selection of a single user interface element. | On information and belief, with Workspot's products, the connection of the user to at least the first application session of the plurality of disconnected application sessions is triggered by the selection of a single user interface element.<br><br>See information provided for claim 6. |
| 35 | The server of claim 29 wherein the server process determines the first application session is active and automatically connects the client computer operated by the user to the active first application session. | See information provided for claim 7. |
| 36 | The server of claim 29 wherein the server process determines via the one or more rules the user is allowed to connect to application sessions for a specific application, and identifying the first application session as including the specific application. | On information and belief, with Workspot's products, the server process determines via the one or more rules the user is allowed to connect to application sessions for a specific application, and identifying the first application session as including the specific application.<br><br>See information provided for claim 8. |
| 37 | The server of claim 29 wherein the server process determines via the one or more rules the user is allowed to connect to application sessions contingent on the client computer and identifying the client computer operated by the user as allowed to connect to the first application session. | On information and belief, with Workspot's products, the server process determines via the one or more rules the user is allowed to connect to application sessions contingent on the client computer and identifying the client computer operated by the user as allowed to connect to the first application session.<br><br>See information provided for claim 9. |
| 38 | The server of claim 29 | On information and belief, Workspot's products comprise an |

| | further comprising an authentication module for authenticating the user in response to the received authentication information. | authentication module for authenticating the user in response to the received authentication information.<br><br>See information provided for claim 10. |
|---|---|---|
| 39 | The server of claim 29 wherein the data store comprises stored data associated with a plurality of servers executing application sessions. | On information and belief, with Workspot's products, the data store comprises stored data associated with a plurality of servers executing application sessions.<br><br>See information provided for claim 11. |
| 40 | The server of claim 29 wherein the plurality of application sessions was connected to a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is reconnected to the first client computer. | On information and belief, with Workspot's products, the plurality of application sessions was connected to a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is reconnected to the first client computer.<br><br>See information provided for claim 12. |
| 41 | The server of claim 29 wherein the plurality of application sessions was associated with a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is connected to a second client computer. | On information and belief, with Workspot's products, the plurality of application sessions was associated with a first client computer prior to connection and, after connection, at least the first application session of the plurality of disconnected application sessions is connected to a second client computer.<br><br>See information provided for claim 13. |
| 42 | The server of claim 29 wherein at least one of the plurality of application sessions is one of disconnected and active. | See information provided for claim 14. |

# ATTACHMENT A



# Workspot

# VDI Reinvented: The Innovation Behind the Revolutionary Workspot VDI Cloud Service

Technical White Paper

# Table of Contents

## INTRODUCTION ....................................................................................................4

What If You Have More than One Problem to Solve?.................................................. 5
Where to Go from Here ............................................................................................... 5
The Workspot Solution................................................................................................ 5
Workspot's Cloud-First Approach .............................................................................. 6

## WORKSPOT CONTROL: CLOUD-NATIVE, MULTI-TENANT, INFINITELY SCALABLE ...7

How Does IT Deliver a Workspace?............................................................................. 8
Single Pane of Glass for IT ......................................................................................... 8
Control Plane Architecture ......................................................................................... 8

## WORKSPOT CLIENT: A UNIFIED WORKSPACE FOR END USERS................................9

Secure Access ............................................................................................................ 9
Single Unified Client................................................................................................... 9
Cross-Platform Architecture ...................................................................................... 10
First-Time End-User On-Boarding Process ............................................................... 10
Single Sign-On (SSO) ................................................................................................ 10
Enterprise App Store .................................................................................................. 10

## VDI POOLS ........................................................................................................ 11

Problems with VDI 1.0 ............................................................................................... 11
What's Different About VDI Pools? ............................................................................ 11
Workspot Connector .................................................................................................. 12
Workspot Agent.......................................................................................................... 13
Connecting to a VDI Desktop..................................................................................... 13
Persistent Desktops for Knowledge Workers ............................................................ 15
Non-Persistent Desktops Have Their Place............................................................... 15
Workspot Automates Microsoft Azure Deployments.................................................. 15
Predictable Billing ...................................................................................................... 16
Multi-Site Deployments.............................................................................................. 16

## RD POOLS ......................................................................................................... 17

Problems with App Virtualization 1.0 ........................................................................ 17
What's Different About RD Pools? ............................................................................. 17
Mixed Multi-Site Deployments................................................................................... 18

© 2017 Workspot. All Rights Reserved.

## APP DELIVERY 2.0 .......................................................................................... 19

Problems with App Delivery 1.0 ................................................................................19
What's Different About App Delivery 2.0? .................................................................19
Leverage Existing Application Infrastructure ............................................................19
Configuring VPN Access ...........................................................................................20
Provisioning Access to a Windows App ....................................................................20
Provisioning Access to a Network Drive ...................................................................20
Provisioning Access to a Web App ...........................................................................20
Provisioning a New User ...........................................................................................21
Assigning Apps to Users ...........................................................................................21
Native Email Configuration .......................................................................................21
Connection Workflow ................................................................................................22

## SECURITY ..................................................................................................... 23

Secure Access with PIN ............................................................................................23
Device Posture Check ...............................................................................................23
Configuring Security Policies .....................................................................................23
Remote Wipe .............................................................................................................23
Data Retention ..........................................................................................................23
Securing Data in Motion ...........................................................................................24
Whitelist/Blacklist Traffic ..........................................................................................24
Securing Data at Rest ...............................................................................................24
Secure Application Access .........................................................................................24
Secure Document Viewers .........................................................................................25
Big Data Context-Driven Security .............................................................................25
Compliance and Auditing ..........................................................................................25
Integration with Splunk ............................................................................................26

## CONTEXT-DRIVEN VISIBILITY ....................................................................... 27

Errors ........................................................................................................................27
Real End User Experience (REUX) ...........................................................................27
Applications ..............................................................................................................28
Networks ...................................................................................................................28
Geos ..........................................................................................................................29
Devices ......................................................................................................................29

## SUMMARY ..................................................................................................... 30

Additional Resources ................................................................................................31
About Workspot .........................................................................................................31

# Introduction

Today, IT has three different scenarios to support when looking to deliver applications and desktops:

1. **Deliver virtual applications:** IT uses virtual app delivery when users already have a Windows endpoint. In this scenario, IT typically wants to deliver 5-7 "problem" applications to those users. The most commonly deployed virtual applications are the browser and SAP.

2. **Deliver server hosted desktops:** IT uses server-hosted desktops for task worker use cases. In this scenario, end users need 3-5 applications and a familiar Windows interface on a thin client. Here, the most common use case is a call center.

3. **Deliver virtual desktops:** IT uses full Windows 7 or Windows 10 virtual desktops for knowledge worker scenarios, in which users may need tens or hundreds of applications.

It used to be that supporting these scenarios meant that IT spent months procuring hardware, architecting a solution, and then deploying it on-premises. However painful and expensive, there were no other deployment options. But with the advent of the public cloud as a viable alternative to on-premises implementations, IT now has the flexibility to deliver virtual desktops and apps from both on-premises and the cloud.

The solution landscape is complex and highly fragmented

However, with these new options, the solution landscape has become even more fragmented:



*Figure 1: VDI 1.0 fragmented solution landscape.*

© 2017 Workspot. All Rights Reserved.

## WHAT IF YOU HAVE MORE THAN ONE PROBLEM TO SOLVE?

It's possible that some organizations fit neatly into a single box, but the majority need to satisfy multiple use cases. Why? Because the world and the workforce have become more mobile; different types of workers have unique computing needs; and then there are regulatory and compliance considerations. As a result, most organizations need some things in the cloud and other things on-premises. They need a hybrid solution. With a hybrid solution, they can serve employees who want to use their own devices (BYOD), as well as satellite offices that don't have on-premises datacenters. Unfortunately, the legacy vendors in the diagram above require organizations to buy multiple products to deploy a hybrid solution. The result is even more cost and more complexity.

As IT teams grapple with constant change and relentless demands on constrained resources, there's no justification for investing 9+ months building out a hybrid infrastructure on your own. Old-fashioned approaches to end user computing (EUC) don't make sense any more. If you don't know where to start, or what's available, you're not alone. That's where Workspot can help.

## WHERE TO GO FROM HERE

Workspot offers the only solution on the market that enables delivery of virtualized apps, server-hosted desktops, virtual desktops, and GPU-accelerated workstations – from the cloud, on-premises, or both, using a single platform.



*Figure 2: Deliver virtualized apps, server-hosted desktops, and virtual desktops from the cloud or on-premises – or both – with a single platform.*

Think about that for a minute. Now all virtual apps, desktops and workstations, regardless of whether they're on Microsoft Azure or on-premises, are managed from a single pane of glass. Workspot is a one-stop shop – there's just one consolidated bill and one console to manage everything, and deployment happens in less than one day.



Workspot ends complexity with a single platform

## THE WORKSPOT SOLUTION

Workspot has revolutionized VDI with its award winning, next-generation VDI 2.0 solutions:  Cloud Apps, Cloud Desktops and Cloud Workstations.  We have solved the cost and complexity challenges customers face with legacy app and desktop virtualization solutions.  VDI 2.0 enables IT to deliver virtual apps, desktops and GPU workstations to any device so people can collaborate better and stay productive no matter where they go. In the following sections we'll explore the technology innovations behind this VDI 2.0 revolution. Workspot has engineered VDI simplicity into two primary components:

1. **Workspot Control** is the cloud-based management console. It's the only cloud-native, multi-tenant VDI control plane. It's a single pane of glass that allows IT to configure and set policies for Workspot Client, provision users, and provision applications and data. Workspot Control also acts as a central repository for gathering and storing configuration data, performance data and activity data in the cloud.

2. **Workspot Client** is an application that can be downloaded from the public App Store. Workspot Client is the workspace on the device where the end user can securely access corporate assets including desktops, applications and data.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT'S CLOUD-FIRST APPROACH

Workspot is tightly integrated with Microsoft Azure, allowing customers to enjoy the benefits of the industry's first turnkey VDI cloud service. However, while many organizations have a cloud-first strategy, some prefer a hybrid deployment.  Workspot also integrates with VMware vSphere, Nutanix Acropolis, Microsoft Hyper-V, and KVM. Workspot Control supports many platforms, both legacy and hyperconverged infrastructure. Workspot Control is completely agnostic about datacenter infrastructure, so apps, desktops and workstations live wherever it makes the most sense for your organization: on-premises, in the cloud, or both. It's completely up to you, and it's important to note that none of this data or user credentials ever enter Workspot Control. Find more detail in the "Control Plane Architecture" section.



*Figure 3: Workspot supports heterogeneous infrastructure.*

© 2017 Workspot. All Rights Reserved.

# Workspot Control: Cloud-Native, Multi-Tenant, Infinitely Scalable

## HOW DOES IT DELIVER A WORKSPACE?

One of the major challenges with legacy VDI solutions is that their complex architectures require months, sometimes years, to deploy in an organization. IT must invest a significant amount of resources – money, time, and people – to determine the value of the solution, which places all of the risk on the customer.

Workspot takes a completely different approach, originating from the belief that customers shouldn't have to assume all the risk. Workspot's mission is to make virtual application, desktop and workstation delivery insanely simple. Our turnkey virtual app, desktop and GPU-workstation service is an industry first, making it possible for customers to be live in hours.

Workspot Control makes VDI and app delivery insanely simple

At the core of the solution is Workspot Control, the cloud service that brings together the VDI control plane, the broker, and the load balancer into a unified platform that eliminates the complexity around deploying virtual applications, server-hosted desktops and full virtual desktops. Virtual apps and desktops can be deployed on-premises, from Microsoft Azure, or both – simultaneously.

Workspot has re-invented application and desktop delivery with:

- VDI Pools, which enable delivery of VDI either on-premises or in the cloud.

- RD Pools, which enable delivery of applications or server-hosted desktops either on-premises or in the cloud.

- App Delivery 2.0, which enables delivery of Web Applications, SaaS applications and file shares.

There's more detail on each of these later in the document.

## SINGLE PANE OF GLASS FOR IT

Workspot Client is managed and monitored using a single pane of glass – Workspot Control. Workspot Control is a 100% cloud-native, multi-tenant architecture. The Workspot Control service runs on Amazon Web Services. IT uses Workspot Control to configure policies, provision users, and provision applications and data. Workspot Control also stores configuration and performance data in the cloud:

1. **Configuration data:** Workspot stores configuration information about the VPN, e.g., public URL address, whether it uses RSA or not. Workspot stores a few details about end users, e.g., First Name, Last Name, Email Address, etc.; and stores information about applications, e.g., Application URLs, whether or not the application is behind the firewall, etc.

2. **Performance data:** For each network access, Workspot stores the amount of time it took to fetch a response from the application (e.g. SharePoint), the device used (e.g. iPad, Windows, Android), the network used (e.g., AT&T), and the location (e.g., California).

3. **Activity data:** Workspot tracks different kinds of activity on the device, e.g., Open/Close Workspot, Open/Close Application (e.g., SAP), Open/Close Document, and View/Print Page of Document. All activity

© 2017 Workspot. All Rights Reserved.

# CONTROL PLANE ARCHITECTURE

Workspot Control has been architected to be a control plane:

- No application data flows through Workspot Control
- No user credentials are stored in Workspot Control
- No business applications or data is moved to Workspot Control



*Figure 4: Workspot architecture.*

When the user is using Workspot to access business apps and data on their device, all the data flows back and forth directly between the client and the business applications (e.g., Exchange, SharePoint, Salesforce. com) via the data plane. If the applications are behind the firewall, then the traffic goes back to the corporate network. If the applications are external, then the traffic goes directly to the external application.

The separation between control and data planes is critical for multiple reasons:

- **Security:** Data flows directly between the client and the applications; it does not flow through Workspot Control.

- **Availability:** Since Workspot Control is not in the data path, the availability of applications is independent of the availability of the service.

- **Performance:** Since Workspot Control is not in the data path, there is nothing to impede the end user experience.



Separation of control and data planes is critical

© 2017 Workspot. All Rights Reserved.

# Workspot Client: A Unified Workspace for End Users



Workspot Client is a workspace. It is available on any device – PC, Mac, Phone, or Tablet.



VDI Desktop

On-premise Web App

SaaS App

File Shares

Windows App

*Figure 5: Workspot Client works on any device.*

*Figure 6: A single, unified client.*

**Workspot Client is blazing fast!**

## SINGLE UNIFIED CLIENT

Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface. Even better, Workspot Client has the fastest connection speeds in the industry.

## SECURE ACCESS

Workspot Client is a secure area for users to perform work on any device, whether the device is managed by IT, or unmanaged. The client provides the following benefits:

1. **Desktop access:** End users can access a Windows desktop, whether it's a physical desktop or a virtual desktop.

2. **Application access:** End users can seamlessly navigate between corporate applications – web, Windows, and native. IT has tools to add/delete/update applications on the device. IT also has tools to configure policies that control the behavior of applications, e.g., the ability to print from within an application.

3. **Data access:** End users can securely access documents from SharePoint and Network File Shares, and view and edit documents offline.

4. **Device security:** Workspot Client ensures that the device is safe to use; that it is not jail broken; and that there are no rogue applications on the device. IT can define policies to control the behavior of the workspace, e.g., the ability to copy-paste between applications, download documents, etc.

5. **Contextual security:** In an environment where IT doesn't fully manage the device, IT needs analytics, reports and tools to understand what the end user is doing with work-related assets. Workspot enables the CISO to get a granular view of end user business activities on any mobile device, for compliance and auditing purposes.

© 2017 Workspot. All Rights Reserved.

## CROSS-PLATFORM ARCHITECTURE

Workspot Client is a secure container on the device. The container can be fully managed and secured by IT without interfering with the rest of the device. The UI layer delivers a simple and elegant end-user experience with unmatched connection speeds.



Figure 7: Workspot Client cross-platform architecture.

## FIRST-TIME END USER ON-BOARDING PROCESS

To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token.

Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. If the VPN box is so configured, the user is prompted for more information, like Group or RSA token. If the end user can successfully authenticate against the SSL-VPN appliance, then Workspot Client is available for use. **User credentials are never routed to, or stored on, Workspot Control.**

## SINGLE SIGN-ON (SSO)

With Workspot, the user can take advantage of single sign-on to access various business applications either using enterprise SSO mechanisms, like CA Siteminder, or cloud SSO mechanisms, like Okta, Ping Identity, etc.

The Single Sign-On feature requires storing sensitive information like username and password on Workspot Client. These credentials are encrypted using the same mechanism used for documents stored in the Encrypted File Repository ("Secure Application Access"). Besides usernames and passwords, any other information required for auto login, like RSA token PIN or RSA secrets, will also be encrypted.

## ENTERPRISE APP STORE

IT can also enable an enterprise App Store within Workspot, as shown in Figure 8. End users can select and install applications which IT has made available to them. IT can easily provision and de-provision applications  by using Workspot Control.



Figure 8: An Enterprise App Store.

© 2017 Workspot. All Rights Reserved.

# VDI Pools

## PROBLEMS WITH VDI 1.0

VDI 1.0 solutions are operationally complex. Both Citrix XenDesktop and VMware Horizon have complex stacks. Deployments can take months, if not years, and because of the complexity of these solutions, the OpEx incurred to maintain and troubleshoot them grows over time.

Workspot deploys VDI in a day



*Figure 9: Typical VDI 1.0 architecture complexity.*

## WHAT'S DIFFERENT ABOUT VDI POOLS?

Workspot VDI Pools are based on a cloud-native architecture that makes VDI insanely simple to deploy. In addition to Workspot Control and Workspot Client, VDI Pools uses two additional components: Workspot Connector and Workspot Agent.

© 2017 Workspot. All Rights Reserved.

# WORKSPOT CONNECTOR

Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and creates a pool of virtual desktops or applications on the infrastructure.



*Figure 10: Workspot Connector.*

Workspot Connector is:

- **Stateless:** It receives its state from Workspot Control.

- **Highly available:** The connector can be configured in pairs to be highly available.

- **Not in critical path:** The connector is not in the critical path. If the connector is not available, IT won't be able to provision any new desktops or applications. However, users can continue to connect to existing desktops and applications.

- **Auto-updating:** The connector auto-updates itself whenever a new update is available.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT AGENT

The Workspot Agent is installed in a Windows Desktop template. The Agent is responsible for providing load and availability information to Workspot Control. The Workspot Agent also self-updates.



*Figure 11: Workspot Agent.*

## CONNECTING TO A VDI DESKTOP

When a user connects to their virtual desktop or application, there are two scenarios:

- Persistent Desktop

- Non-persistent Desktop or Application

For persistent desktops, the connection information is always available on the device. For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13. No communication with Workspot Control is necessary since the configuration information is already resident on the user's device.

For non-persistent desktops, the client asks Workspot Control for connection configuration. Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect.



*Figure 12: Connecting to a VDI desktop, Step 1.*

**Step 1:** For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration, and then proceeds to Step 2. Users with persistent desktops bypass Step 1 and go directly to Step 2.



*Figure 13: Connecting to a VDI desktop, Step 2.*

**Step 2:** With persistent desktops, the client can go ahead and connect directly to the virtual desktop without asking Workspot Control for configuration information. For non-persistent desktops, once Workspot Client receives its connection configuration from Workspot Control, the user can connect to the configured apps and/or desktops.

# PERSISTENT DESKTOPS FOR KNOWLEDGE WORKERS

Since modern datacenter infrastructure has many optimizations built into the architecture – such as de-duplication and high performance Flash storage – IT can choose to cost-effectively create a persistent desktop for each user. This is the same way physical PCs are assigned to users: each user gets their own PC. Similarly, each user gets their own virtual desktop. Workspot recommends that for most knowledge worker use cases, IT create a persistent desktop.

Most IT departments have already invested in PC lifecycle management tools, so they can continue to use the existing tools for persistent desktops. These tools are used to update the operating system, install and update applications, and configure printers and other peripherals. IT can also leverage those same PC lifecycle management tools to manage persistent virtual desktops. No new tools or processes are needed.

# NON-PERSISTENT DESKTOPS HAVE THEIR PLACE

For some use cases, e.g., schools, kiosks and call centers, a non-persistent desktop is appropriate. For those use cases, Workspot recommends that customers create non-persistent desktops.

# WORKSPOT AUTOMATES MICROSOFT AZURE DEPLOYMENTS

Workspot is tightly integrated with Azure to enable rapid creation of virtual desktops. Workspot automates:

- Azure account creation for the customer
- AD and network integration (Read-only domain controller or Azure AD Domain Services)
- Orchestration required to handle VDI and RD Pools
- Storage and networking
- Cloning/customization of VMs
- Security and public GW
- Win10 VMs and RD Pools



Workspot optimizes usage so Azure bills are predictable



Figure 14: Workspot can rapidly spin up virtual desktops on Azure.

© 2017 Workspot. All Rights Reserved.

## PREDICTABLE BILLING

One major challenge with cloud services is the lack of predictable billing. A virtual desktop running on Azure has to be available at all times, but is being used less than 1/4th of the time. Without the proper optimizations, the Azure per hour billing may end up becoming too expensive for customer deployments. Workspot optimizes power and usage management so customers can enjoy predictable billing.

## MULTI-SITE DEPLOYMENTS

IT has spent the last 15 years consolidating datacenters because they were expensive to set up and manage. Today IT might be running XenApp or XenDesktop in a single datacenter in North America, which means that users in Asia Pacific suffer with high-latency connections and a poor user experience.

In response to the datacenter consolidation strategy, legacy software solutions were optimized for one datacenter. This means that in order to distribute datacenters, the entire deployment must be replicated at each datacenter.

Those days are over. Now IT can deploy a datacenter anywhere in the world at zero cost. In theory, IT can have a datacenter per user. Workspot is designed so it enables IT to set up multiple datacenters to address various use cases – some on-premises, and some in the cloud; then they can all be managed from one console – Workspot Control.

Manage on-prem and Azure datacenters from one console



*Figure 15: Manage all sites from a single pane of glass.*

© 2017 Workspot. All Rights Reserved.

# RD Pools

RD Pools enable the deployment of Windows client-server applications on Terminal Servers.



*Figure 16: Citrix XenApp 6.5 stack.*

## PROBLEMS WITH APP VIRTUALIZATION 1.0

First generation solutions, like Citrix XenApp 6.5, are operationally complex. Deployments can take months, if not years, and are very expensive to maintain over time.

## WHAT'S DIFFERENT ABOUT RD POOLS?

RD Pools use the same architecture as VDI Pools to deploy virtual applications and server-hosted desktops. They use the same Workspot Connector and Workspot Agent. For RD Pools, the Workspot Agent is installed in a Windows Server template and enables support of multiple users. RD Pools enable you to leverage Workspot's scalable cloud-native architecture to rapidly provision RDSH server virtual machines, delivering virtualized applications through shared hosted desktop sessions. The unique brokering technology within Workspot Control provides an infinitely scalable, highly available solution for application virtualization. RD Pools do not need dedicated hardware to run a controller, load balancer, broker, gateway, web-interface, or a separate SQL database to handle session creation, high availability, and failover. RD Pools provide scalability to millions of users and can be deployed in a day. This solution is vastly simpler than legacy solutions.

Simple, infinitely scalable app virtualization

© 2017 Workspot. All Rights Reserved.



*Figure 17: Simple, infinitely scalable, highly available app virtualization.*

## MIXED MULTI-SITE DEPLOYMENTS

From a single pane of glass, you can now deploy virtual applications and desktops on-premises, in the cloud, or both – simultaneously.

You can now locate "datacenters" close to end users, thereby reducing latency and improving the end user experience.



*Figure 18: Locate "datacenters" close to end users.*

© 2017 Workspot. All Rights Reserved.

# App Delivery 2.0

Workspot enables IT to securely deliver any app or data onto any device. The applications remain in the datacenter. In order to provision access to different kinds of applications, IT simply needs to "point" the Workspot solution to those apps.

## PROBLEMS WITH APP DELIVERY 1.0

App Delivery 1.0 solutions include (a) remoting solutions like Citrix XenApp and (b) PC Lifecycle Management solutions like Symantec Altiris, Microsoft System Center Configuration Manager, IBM BigFix, and others. Remoting solutions were useful to deliver Windows client-server applications onto any device. PC Lifecycle management solutions were used to manage and deliver applications onto PC endpoints. Both these solutions don't meet today's requirements, where IT runs web apps, SaaS apps, and increasingly, hybrid and native apps. And users today consume these applications from phones, tablets, and Macs, which are mostly personally owned.

## WHAT'S DIFFERENT ABOUT APP DELIVERY 2.0?

App Delivery 2.0 securely delivers any type of applications (web, SaaS, Windows, hybrid and native) onto any device (PC, Mac, iOS and Android).

## LEVERAGE EXISTING APPLICATION INFRASTRUCTURE

Workspot solutions have been architected from the ground up to leverage existing security and datacenter infrastructures.

Today you're probably running many on-premises business applications: web applications, Windows client-server applications and network drives (CIFS).

In the last decade, companies have deployed VPN and SSL-VPN appliances, like Cisco or Juniper, in their DMZ to provide secure remote access to enterprise applications. These appliances have been integrated into identity systems like Active Directory, and security systems like RSA SecurID.



*Figure 19: Workspot supports your existing security infrastructure.*

The advent of mobile devices, like smart phones and tablets, has introduced another set of devices that need access to corporate assets. In terms of access these devices are very similar to previous remote-access end points. Workspot believes that the existing datacenter access infrastructure can be leveraged effectively to give employees access to corporate assets from any device. In fact, Workspot has been architected to leverage existing datacenter infrastructure – VPN, applications, and data.

© 2017 Workspot. All Rights Reserved.

## CONFIGURING VPN ACCESS

You can use Workspot Control to configure VPN access for Workspot Client. Workspot has deep integration with Cisco ASA and Juniper (Pulse Secure) SA appliances. Once the clientless mode is enabled on the appliance, you simply need to specify the public address of the VPN appliance.



*Figure 20: Configuring VPN access.*



*Figure 21: Configuring web-app access.*

## PROVISIONING ACCESS TO A WEB APP

Most organizations are already running tens, if not hundreds, of web applications, e.g., SAP, SharePoint, Siebel, and many custom applications. In order to provision access to those web applications, you just need to specify the URL of those applications in Workspot Control as shown in Figure 21. You don't need to make any changes to the operations of the applications.

## PROVISIONING ACCESS TO A WINDOWS APP

Companies still run many core business applications that were written using Windows client-server technologies. You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP). Again, you don't need to make any changes to the operations of the applications.



*Figure 22: Windows app access configuration.*



*Figure 23: Provision network drive access.*

## PROVISIONING ACCESS TO A NETWORK DRIVE

There is a lot of corporate data on network drives. Today these network drives are accessible as drives mounted on a Windows PC. In order to enable access to existing network drives from Workspot Client, IT needs to provide the CIFS path of these network drives. Workspot also support DFS. And you don't need to make any changes to the operations of the network drives.

© 2017 Workspot. All Rights Reserved.

## PROVISIONING A NEW USER

To provision a new user in Workspot Control, the administrator needs the First Name, Last Name, and Email address of the user. They assign the user to a group, which is mapped to a set of applications, a network configuration, and various security policies. If you're using the Workspot self-registration process, you don't need to add the user to Workspot Control.

## ASSIGNING APPS TO USERS

There are multiple ways to assign applications to users: (a) assign a set of apps to users; (b) create bundles of apps and assign to groups; (c) assign a bundle of apps to users; (d) assign individual apps to groups.

## NATIVE EMAIL CONFIGURATION

You can use Workspot Control to configure the native email client on an iOS device. Workspot uses standard iOS MDM profiles to provision enterprise email on the device.



*Figure 24: Provision the native email client on iOS.*

© 2017 Workspot. All Rights Reserved.

## CONNECTION WORKFLOW

Figure 26 describes the steps that occur when a user connects either from inside or outside the firewall.

## Workspot Communication Workflow



**1A** Workspot client is launched and checks with Workspot Control (HTTPS/443) for:
* New entitlement (new app or VDI desktop access)
* New security policies
* Performs posture checks

**1B** User clicks on a resource such as VDI desktop or app to start session. Workspot client is aware it is outside of the internal network and authenticates with VPN to establish a SSL VPN (443) session.

**2** User clicks on a resource such as VDI desktop or app to start session. Workspot client establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

Or

Leveraging VPN authentication and ACLs, establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

**3** Resource (VDI desktop or apps) authenticates with Active Directory/Domain Controller.

*Figure 26: Workspot communication flow.*

# Security

## SECURE ACCESS WITH PIN

When a user taps on Workspot Client on their device, they are prompted for a PIN. The PIN is validated against the client master secret (CMS). If the CMS can be decrypted then the PIN is deemed valid; otherwise the PIN is invalid. The Workspot Client will allow up to 5 invalid PIN entries. After 5 incorrect entries, the data inside Workspot Client will be wiped from the device, thereby keeping organization assets secure.

## DEVICE POSTURE CHECK

As soon as the Workspot Client is started, it conducts a posture check to determine whether the device has been jail-broken or rooted. Workspot performs a series of checks to verify supported versions and platforms; only when the device is determined to be secure is the Workspot Client launched.

## CONFIGURING SECURITY POLICIES

Other aspects of Workspot Client behavior can be configured using Workspot Control, including:

- Restricting access to applications or documents
- Enabling/disabling offline usage of the application
- Restricting copy and paste
- Restricting printing within a geography



*Figure 27: Configuring security policies.*

## REMOTE WIPE

Workspot Control provides the capability to remote wipe any data – including documents, cached objects and cookies – that resides inside the Workspot Client. Data outside the Workspot Client is unaffected by the remote wipe operation.

## DATA RETENTION

Workspot's current policy is to retain configuration and activity data in Workspot Control for a period of one year. It is important to note that no application traffic flows through Workspot Control, and no user credentials are ever sent to, or stored inside, Workspot Control.

# SECURING DATA IN MOTION

The embedded VPN Client is a full L4-L7 stack and implements a split tunnel that allows the Workspot Client to be connected simultaneously to both the corporate and public networks. Application traffic can be routed to either network based on IT policies. Workspot is using a FIPS compliant SSL library in the embedded VPN Client.



*Figure 28: Security for data in motion.*



*Figure 29: Secure application access.*

# SECURE APPLICATION ACCESS

Workspot Client enables secure access to different classes of applications running in the datacenter:

1. **Web Applications**: There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc.

2. **Windows Client Server Applications**: There is an RDP client integrated into Workspot that enables access to an app running either on XenApp or Terminal Server. The Terminal Server may be running a Windows application, a Windows server, or a Windows desktop.

3. **Network Drives**: There is a CIFS client integrated into Workspot. This enables an end user to access a network drive in the datacenter.

# WHITELIST/BLACKLIST TRAFFIC

You can also control which sites the user can and cannot visit from inside the Workspot Client by configuring a blacklist/whitelist. Workspot also enables dynamic blacklisting of known malicious URLs.

# SECURING DATA AT REST

The encrypted file repository stores documents downloaded by the user. All the documents in the file repository are encrypted with a multi-layer scheme:

1. All assets are encrypted in memory before they touch the file system. Every object is encrypted using a different key.

2. Each key is encrypted using a master key.

3. The master key is encrypted with a user-specified PIN that is not stored on the device. The user can access the Workspot application only when they can successfully provide the PIN.



*Figure 30: Security for data at rest.*

© 2017 Workspot. All Rights Reserved.

# SECURE DOCUMENT VIEWERS

When an end user downloads a document inside Workspot Client, it is encrypted in-flight. The file system remains in an encrypted state even when the end user is within the container. Only when the end user wants to view a document, for example an Adobe Acrobat document, does the Workspot Client decrypt the selected document and present it inside a viewer that is embedded within Workspot Client. Workspot has tuned the embedded viewers for the best possible rendering experience.

Documents are more secure, because the documents stay within Workspot Client. And as soon as the end user finishes viewing the document and closes the viewer, the document is restored to its encrypted state on the device. For large documents, Workspot only decrypts the pages of the document that are currently being viewed.

## BIG DATA CONTEXT-DRIVEN SECURITY

When a user accesses enterprise assets, Workspot Client collects contextual data as shown below – who did what, when, where, and how. Workspot only collects this data for business activity – not for personal applications such as Facebook – on the device. This data can be used for compliance, auditing, and adaptive authentication.



*Figure 31: Context-driven security.*

## COMPLIANCE AND AUDITING

Organizations with compliance and auditing needs are using SIEM systems. Until now, SIEM systems have tried to infer user actions with data from various systems like card swipe, login, logout, system logs, etc. For example, based on a card swipe, the system can detect that the user was in a certain office in China; a log entry in SAP indicates that the user logged into SAP, and that an email generated by SAP indicates a purchase order was placed.

Workspot goes way beyond SIEM systems that infer user actions. Workspot collects end user activity data in Workspot Client. This is granular data of the activity performed by the end user on the device and includes the following:

- Location and time of activity
- Device used to perform activity
- Application accessed
- Documents downloaded, pages viewed and/or printed

The Workspot Events module provides a searchable view of the end user activity data as shown in the figure below.

© 2017 Workspot. All Rights Reserved.



*Figure 32: End user activity data.*

## INTEGRATION WITH SPLUNK

IT can download the Splunk plugin from Workspot Control. The Splunk plugin needs two keys for configuration – these are available inside Workspot Control as shown in Figure 33.



*Figure 33: Splunk configuration keys.*

Once integrated the Events data from Workspot is delivered into Splunk. They can be viewed, searched, and manipulated with standard Splunk tools as shown in Figure 34.



*Figure 34: Workspot event data in Splunk.*

© 2017 Workspot. All Rights Reserved.

# Context-Driven Visibility

In addition to collecting end user actions, Workspot Client also collects the real-time user experience – how long did an access take, and whether or not it was successful. Each such data point is tagged with location, device type, application, user, and network used.

## ERRORS

Any time a user takes an unsuccessful action inside Workspot Client, it is recorded. Workspot then aggregates and classifies the errors across all the users in an organization. IT has an aggregated view of all the problems in the organization – which application, what error, how frequently, and when did it last occur.





*Figure 35: User Errors Summary.*

## REAL END USER EXPERIENCE (REUX)

The Reports module in Workspot helps you analyze the real end user experience on any devices for all applications, including SaaS.

Every time a user performs an action inside Workspot Client, Workspot records the user, application, location, device used, network name, performance, availability usage metrics etc., and makes that data available for analysis. For example:

- **Performance** – Average response time of an application by application name, network type (WiFi or carrier), and location.

- **Uptime** – If a user is unable to access an application, attribute the source of the error to application, network, or geo based on a time series analysis.

- **Usage** – Data about usage by application, geo, or network (WiFi or carrier).

Upon analysis, this type of data can yield actionable information:

- The applications that are least available

- The applications that have the slowest response time

- The slowest devices for applications

- The slowest wireless network for users

- The least reliable network for users

© 2017 Workspot. All Rights Reserved.

## APPLICATIONS

The Application Reports section enables IT to analyze which apps are used, availability of the applications, the slowest applications, the bandwidth consumed by the application, and other metrics.



*Figure 36: Sample applications report.*



## NETWORKS

The Network Reports section enables IT to analyze which networks are used by users, availability of different networks, the slowest network, the numbers of users using different networks, and other metrics.

*Figure 37: Sample networks report.*

© 2017 Workspot. All Rights Reserved.

## GEOS

The Geo Reports section enables IT to analyze how users are accessing applications from various geos.



*Figure 38: Sample geographic distribution report.*

## DEVICES

The Device Reports section enables IT to analyze which devices are being used – how many users, how many sessions, and trends in usage over days, weeks, and months.



*Figure 39: Sample device report.*

# Summary

Existing solutions to deliver virtual desktops and applications are either complex on-premises solutions, or incomplete cloud solutions. Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device, from on-premises, from Microsoft Azure, or both – simultaneously. You'll have a single pane of glass to provision apps, desktops, workstations, and data; manage on-premises and cloud desktops; and monitor security, availability, usage, and performance. End users get an elegant workspace that allows for easy access to any application or desktop, with the fastest connection speeds in the industry, on any device they choose to use.

Compare solutions below and then contact us for a 15-minute demo to learn more about deploying insanely simple Workspot VDI in a day.

| Capability | Workspot | VDI 1.0 | | DaaS 1.0 | |
|---|---|---|---|---|---|
| | | XenDesktop | Horizon | Horizon Cloud | Amazon |
| Enterprise Class Deployment in a Day | ● | | | ● | ● |
| Predictable Subscription Billing | ● | | | ● | ● |
| Support for Mobile – iOS/Android | ● | ● | ● | ● | ● |
| Support for Desktop – Windows/Mac | ● | ● | ● | ● | ● |
| Deliver Server Hosted Desktops | ● | ● | ● | ● | ● |
| Deliver VDI to Any Device | ● | ● | ● | | |
| Deliver Web Apps to Any Device | ● | | | | |
| Deliver Windows Client Server Apps to Any Device | ● | ● | ● | | |
| Deployment Choices – On-Premises or Cloud | ● | ● | ● | | |
| Integration w/ Existing Systems | ● | ● | ● | | |
| Offline Document Access | ● | | | | |
| Consistent Experience Across Locations | ● | ● | | | |
| Simpler Access with Single Sign-On | ● | ● | ● | ● | ● |
| Visibility into Performance, Availability, and Usage | ● | | | | |
| Granular visibility into end user activity | ● | | | | |

© 2017 Workspot. All Rights Reserved.

## ADDITIONAL RESOURCES

Video: Workspot Technical Architecture

Schedule a Demo: Just 15 minutes!

## ABOUT WORKSPOT

Workspot has reinvented Virtual Desktop Infrastructure (VDI) with a cloud-native architecture that delivers applications, desktops and workstations from the cloud. Workspot's "cloud-first" solution solves the corporate challenge of securely delivering apps, desktops and data from anywhere, to any device, and dramatically reduces the total cost of ownership for virtual apps, desktops and workstations. Organizations of all sizes benefit from the shortest implementation times in the industry, achieving unprecedented time-to-value. With a relentless focus on customer success, Workspot's no-risk customer engagement model is an industry first. The Cupertino, California-based company received the Best of VMworld 2016 Gold Award for Desktop and Application Delivery solutions. For more information on Workspot's risk-free, turnkey solutions, visit: www.workspot.com



© 2017 Workspot. All Rights Reserved.    31

# ATTACHMENT B

 **Workspot**

Search

Workspot Help Center > Getting Started

# Provisioning Desktops - Integration Configuration Guide

Richard Support - June 27, 2017 09:06

## Provisioning Desktops Overview

Hyper-convergence Integration enables the provisioning and managing of VDI desktops from **Workspot Control** [1]. **Control** provides a simple interface with easy access to virtualization infrastructures - hyper-convergence platforms for implementing, managing, and provisioning virtual machines (VMs).

## Prerequisites and Configuration Notes

The following are general prerequisites:

- **Workspot Control** Integration with any of the supported **Hyper-convergence Platforms**:
  - Nutanix Prism integration: Enables virtual desktops provisioning on Nutanix deployment. For more information, see the Nutanix Integration Configuration Guide <https://workspot.zendesk.com/hc/en-us/articles/207445463>.
  - Scale Computing integration: Enables virtual desktops provisioning on Scale deployment. For more information, see the Deploying Workspot VDI 2.0 on Scale Computing HC3 <https://workspot.zendesk.com/knowledge/articles/211533183>.
  - VMware vSphere integration: Enables virtual desktops provisioning on VMware vSphere deployment. For more information, see the VMware vSphere Integration Configuration Guide <https://workspot.zendesk.com/hc/en-us/articles/209691463>.

- **Active Directory** integration: Sync deleted and disabled users to **Control**. Enable Active Directory user search for virtual desktop assignments. For more information, see the Active Directory Integration reference < https://workspot.zendesk.com/hc/en-us/articles/206717426>.

- **Workspot's Enterprise Connector,** see the Enterprise Connector Configuration Guide. <https://workspot.zendesk.com/hc/en-us/articles/206596913>.

## Configure Control for provisioning using any of the Hyper-convergence Platforms:

1. Add Pool to provision Virtual Machines (VMs).
2. Assign Desktops in the pool to users from: (a) users defined in **Workspot,** (b) users defined in Active Directory, (c) or users listed in a spreadsheet that is imported. For the purposes of this guide, only method (a) is shown.

**Add Pool:** Navigate to *Resources > VDI* to provision Virtual Machines (VMs). Click on the *Add Pool* button. Optionally, you may click on the **VDI Setup** link in item (4.) of the instructions, as shown in Figure 1 previously, to arrive on the same page.

1. Navigate to *Resources > VDI* and click on the **Add Pool** button. Provide a **Desktop Pool Name** and **Select a Config**. *Note that the **Desktop Pool Name** will be the VDI desktop display name in the user's Workspot.*
   Figure 2 - Add Pool - Create Your Virtual Desktops

Select the **vCenter** config to display the related fields.

**\* Desktop Pool Name**     Windows 10 Enterprise Desktops

**Description**

**\* Select a Config**     vCenter ▼

**\* Select Template**     [                    ]  Search

**\* Host or Cluster**     [                    ]  Browse

**\* Resource Pool**     [                    ]  Browse

**\* Datastores**     Select Datastore ▼

**Guest Customization**     [                    ]  Select

**\* Number of Desktops**     [                    ]

Add Pool - VMware vSphere-Specific Parameters

2. Click on the **Search** button to display the list of available templates, then click on the **Select** button next to the desired template.



Figure 3 - Add Pool - Select a Template



Add Pool - Host of Cluster



Add Pool - Resource Pool

| | |
|---|---|
| **\* Select a Config** | vCenter ▾ |
| **\* Select Template** | vm-T-W10E-LTSB    Search |
| **\* Host or Cluster** | /Cupertino/host/DeAnzaRack/10.1.2    Browse |
| **\* Resource Pool** | /Cupertino/host/DeAnzaRack/Reso    Browse |
| **\* Datastores** | Select Datastore ▾ |
| | **Select Datastore** |
| | DeAnzaRack:datastore1 |
| **Guest Customization** | Select |

Add Pool - Datastore



Add Pool - Get Customization for VM Image

3. Enter the **Number of Desktops** to provision. Enter the **Naming Prefix** and **Suffix Length** that is used to uniquely name each virtual desktop during provisioning. Click on the **Upload an icon** link to use a custom icon for the desktop in Workspot Ciient.



Figure 4 - Add Pool - Enter Final Parameters for Pool



Figure 5 - Add Pool - Upload an Icon

4. Manage Virtual Desktops and Check Progress during provisioning.



Figure 6 - Add Pool - Manage Virtual Desktops - Check Progress



Figure 7 - Add Pool - Virtual Desktops Creation Progress - 0% - Waiting for IP...



Figure 8 - Add Pool - Virtual Desktops Creation Progress - 0% - Powering On...



Figure 9 - Add Pool - Virtual Desktops Creation Progress - 67% - Online



Figure 10 - Add Pool - Virtual Desktops Creation Progress - 100% Complete

5. After completion of pool creation, click on the **< Back to Pool Details** link to see the list of virtual desktops provisioned for the **Ops Windows 10 E Desktop Pool (3)**.



Figure 11 - Add Pool - Manage Virtual Desktops - Back to Pool Details

6. Logging into vCenter and going to **VM > Table**, the virtual desktops provisioned through **Control** are listed.

Figure 12 - Add Pool - VMware vSphere - VM Table View

7. Once the first pool has been created, the **Virtual Desktop Infrastructure (VDI) Setup** instructions are no longer displayed and in its place, the list of available pools.



Figure 13 - Add Pool - Manage Virtual Desktop Pools (1) list

**Assign Desktops:** Navigate to **Resources** > **VDI** to assign VMs. Click on the **Assign Desktops** button. Click on name of the pool to open the **Manage Virtual Desktops**.

1. Click on the name of the pool from where you want to assign the VDI desktops.



Figure 14 - Assign Desktops - Ops Windows 10 E Desktops Pool (3)

2. In Figure 14 above, all three (3) provisioned desktops were selected. Clicking on the **Assign Desktops**
   button, the tabs shown under **All Users** act as search filters. Click on the **Workspot** tab to search users that
   are already registered with your company in **Control**.



Figure 15 - Assign Desktops - "Assign Selected Virtual Desktop(s) to New Users Desktops:" tool

3. Entering "demo" shows the two users with names or emails that include "demo". Select the check boxes next
   to the users, then click the arrow to pick those users to be assigned desktops, then click on the **Assign**
   button.



Figure 16 - Assign Desktops - Using the "Workspot" filter and user assignment tool

4. In this example, two desktops were assigned, one desktop to each user.



Figure 17 - Assign Desktops - Manage Virtual Desktop Pools detail status table

5. Summary status is displayed for the pool by clicking on the **< Back to Desktop Pools** navigation link shown in the figure above.



Figure 18 - Assign Desktops - Manage Virtual Desktop Pools summary status table

6. Navigate to **Users > User Details :: Assigned Virtual Desktops**. Note that desktops assigned to users are listed for their account.



Figure 19 - Assign Desktops - Users < User Details :: Assigned Virtual Desktops

**List of Figures in this Guide**

Figure 1 - Virtual Desktop Infrastructure (VDI) Setup - First Time Use (FTU)
Figure 2 - Add Pool - Create Your Virtual Desktops
Figure 3 - Add Pool - Select a Template
Figure 4 - Add Pool - Enter the Paramters for Pool
Figure 5 - Add Pool - Upload an Icon
Figure 6 - Add Pool - Manage Virtual Desktops - Check Progress
Figure 7 - Add Pool - Virtual Desktops Creation Progress - 0% - Waiting for IP...
Figure 8 - Add Pool - Virtual Desktops Creation Progress - 0% - Powering On...
Figure 9 - Add Pool - Virtual Desktops Creation Progress - 67% - Online

Figure 10 - Add Pool - Virtual Desktops Creation Progress - 100% Complete

Figure 11 - Add Pool - Manage Virtual Desktops - Back to Pool Details

Figure 12 - Add Pool - VMware vSphere - VM Table View

Figure 13 - Add Pool - Manage Virtual Desktop Pools (1) list

Figure 14 - Assign Desktops - Ops Windows 10 E Desktops Pool (3)

Figure 15 - Assign Desktops - "Assign Selected Virtual Desktop(s) to New Users Desktops:" tool

Figure 16 - Assign Desktops - Using the "Workspot" filter and user assignment tool

Figure 17 - Assign Desktops - Manage Virtual Desktop Pools detail status table

Figure 18 - Assign Desktops - Manage Virtual Desktop Pools summary status table

Figure 19 - Assign Desktops - Users < User Details :: Assigned Virtual Desktops

[1] **Control** is Workspot's cloud-based, comprehensive management solution. Integrated with hypervisor platforms, **Control** simplifies the automatic provisioning of VDI desktops, and management of configurations and policies applied to the desktops.

Was this article helpful?      0 out of 0 found this helpful        

Have more questions? Submit a request

**Comments**

© 2017 Workspot, Inc. - All rights reserved

Powered by Zendesk

# EXHIBIT 8

**Sources:**

Workspot, "VDI Reinvented:  The Innovation Behind the Revolutionary Workspot VDI Cloud Service" (Attachment A)

Workspot, "Deploying Workspot RD Pools" (Attachment B)

Workspot, "Why Workspot" (Attachment C)

Workspot, "Remote Desktop Gateway (RDG) Configuration and Workspot Integration Guide" (Attachment D)

Workspot, "Workspace as a Service enables Secure Access to Applications and Data from Any Device" (Attachment E)


**U.S. Patent 8,135,843**

| Claim | Claim Element | Analysis of Workspot's Products |
|-------|---------------|--------------------------------|
| 1[pre] | 1. A method of providing access to a remote application to an application client or end user application comprising: | Upon information and belief, Workspot's products provide access to a remote application to an application client or end user application. <br><br> "Workspot is reinventing Virtual Desktop Infrastructure (VDI) to transform how IT securely delivers desktops, applications and data to any device." (Attachment C, p. 1.) <br><br> "To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token.  Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. If the VPN box is so configured, the user is prompted for more information, like Group or RSA token. If the end user can successfully authenticate against the SSL-VPN appliance, then Workspot Client is available for use. User credentials are never routed to, or stored on, Workspot Control."  (Attachment A, p. 10.) |

| | | |
|---|---|---|
| | | "IT can also enable an enterprise App Store within Workspot, as shown in Figure 8. End users can select and install applications which IT has made available to them. IT can easily provision and de-provision applications by using Workspot Control."  (Attachment A, p. 10.)<br><br>"For non-persistent desktops, the client asks Workspot Control for connection configuration. Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect. Step 1: For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration, and then proceeds to Step 2. … Step 2: … For non-persistent desktops, once Workspot Client receives its connection configuration from Workspot Control, the user can connect to the configured apps and/or desktops."  (Attachment A, pp. 13-14.)<br><br>"PROVISIONING ACCESS TO A WINDOWS APP  Companies still run many core business applications that were written using Windows client-server technologies. You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP)."  (Attachment A, p. 20.) |
| 1[a] | (a) receiving, by a client, from a web service directory on a content server, a service access point associated with a first application, the service access point identifying a web server; | Upon information and belief, Workspot's products receive, by a client, from a web service directory on a content server, a service access point associated with a first application, the service access point identifying a web server.<br><br>"There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc." (Attachment A, p. 24.)<br><br>"The RD Gateway integration with Workspot Control enables authorized remote users to connect to resources… The network resources can be RD Session Host servers, RD Session Host servers running RemoteApp programs, or computers with Remote Desktop enabled." (Attachment D, p. 1.) |

| | | |
|---|---|---|
| | | "VIII. Application Discovery on Workspot Control … During the Workspot Agent installation\registration, the Agent will query a list of applications installed on the machine from the Start Menu and send it to your Workspot Control instance. This allows applications to be available for selection in Workspot Control minimizing errors typing in executable paths for each application." (Attachment B, p. 11.) |
| 1[b] | (b) receiving, by the client, from the web server identified by the service access point, address information associated with the first application; | Upon information and belief, Workspot's products receive, by the client, from the web server identified by the service access point, address information associated with the first application.<br><br>"There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc." (Attachment A, p. 24.)<br><br>"In order to provision access to those web applications, you just need to specify the URL of those applications in Workspot Control." (Attachment A, p. 20; *See* FIG. 21.)<br><br>"To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token. Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials." (Attachment A, p. 10.) |
| 1[c] | (c) launching, by the client, a second application, | Upon information and belief, Workspot's products launch, by the client, a second application.<br><br>"There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc." (Attachment A, p. 24.)<br><br>"For non-persistent desktops, once Workspot Client receives its connection configuration from |

| | | configured apps and/or desktops." (Attachment A, p. 14.) |
|---|---|---|
| 1[c'] | the second application communicating via a presentation layer protocol with an application server identified by the received address information; and | Upon information and belief, with Workspot's products, the second application communicates via a presentation layer protocol with an application server identified by the received address information.<br><br>"These applications will be accessed using the Remote Desktop Protocol (RDP)." (Attachment E, p. 9.) |
| 1[d] | (d) launching, by the application server, the first application and returning information to the second application via the presentation layer protocol. | Upon information and belief, Workspot's products launch, by the application server, the first application and returning information to the second application via the presentation layer protocol.<br><br>"The RD Gateway integration with Workspot Control enables authorized remote users to connect to resources… The network resources can be RD Session Host servers, RD Session Host servers running RemoteApp programs, or computers with Remote Desktop enabled." (Attachment D, p. 1.) |
| | | |
| 9[pre] | A client device for use in a system for executing a remote first application provided by a service provider on a web service directory, the client comprising: | Upon information and belief, Workspot's products include a client device for use in a system for executing a remote first application provided by a service provider on a web service directory.<br><br>See information provided for element 1[pre]. |
| 9[a] | a client browser, the client browser | Upon information and belief, Workspot's products include a client browser.<br><br>"There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc." (Attachment A, p. 24.) |
| 9[a][i] | (a) receiving, from a web service directory on a content server, a service access point associated with the first application, the service access point identifying a web server and | Upon information and belief, Workspot's products receive, from a web service directory on a content server, a service access point associated with the first application, the service access point identifying a web server.<br><br>See information provided for element 1[a]. |

| | | |
|---|---|---|
| 9[a][ii] | (b) receiving address information associated with the first application from the web server identified by the service access point; and | Upon information and belief, Workspot's products receive address information associated with the first application from the web server identified by the service access point.<br><br>See information provided for element 1[b]. |
| 9[b] | an application client, the application client | Upon information and belief, Workspot's products include an application client.<br><br>"Workspot Client is a secure area for users to perform work on any device, whether the device is managed by IT, or unmanaged." (Attachment A, p. 9.) |
| 9[b][i] | (a) being launched in response to the received address information, | Upon information and belief, with Workspot's products, the application client is launched in response to the received address information.<br><br>See information provided for element 1[c]. |
| 9[b][ii] | (b) communicating via a presentation layer protocol with an application server identified by the received address information to receive data from the first application; and | Upon information and belief, with Workspot's products, the application client communicates via a presentation layer protocol with an application server identified by the received address information to receive data from the first application.<br><br>See information provided for element 1[c']. |
| 9[b][iii] | c) launching, by the application server, the first application and returning information to the application client. | Upon information and belief, Workspot's products launch, by the application server, the first application and returning information to the application client.<br><br>See information provided for element 1[d]. |
| | | |
| 12[pre] | A method of providing access to a remote application to an application client or end user application comprising: | Upon information and belief, Workspot's products include an application client or end user application.<br><br>See information provided for element 1[pre]. |
| 12[a] | a) sending, by a client, a query to a web service directory on a content server for information associated with a first application; | Upon information and belief, Workspot's products send, by a client, a query to a web service directory on a content server for information associated with a first application. |

| | | See information provided for element 1[a]. |
|---|---|---|
| 12[b] | b) transmitting, to the client, from the web service directory, a service access point associated with the first application, the service access point identifying a web server; | Upon information and belief, Workspot's products transmit, to the client, from the web service directory, a service access point associated with the first application, the service access point identifying a web server.<br><br>See information provided for element 1[a]. |
| 12[c] | c) receiving, by the client, address information associated with the first application from the web server identified by the service access point; | Upon information and belief, Workspot's products receive, by the client, address information associated with the first application from the web server identified by the service access point.<br><br>See information provided for element 1[b]. |
| 12[d] | d) launching, by the client, a second application, | Upon information and belief, Workspot's products launch, by the client, a second application.<br><br>See information provided for element 1[c]. |
| 12[e] | the second application communicating via a presentation layer protocol with an application server identified by the received address information; and | Upon information and belief, with Workspot's products, the second application communicates via a presentation layer protocol with an application server identified by the received address information.<br><br>See information provided for element 1[d]. |
| 12[f] | e) launching, by the application server, the first application and returning information to the second application via the presentation layer protocol. | Upon information and belief, Workspot's products launch, by the application server, the first application and returning information to the second application via the presentation layer protocol.<br><br>See information provided for element 1[d]. |
| | | |
| 19[pre] | A method of providing access to a remote application to an application client or end user application comprising: | Upon information and belief, Workspot's products provide access to a remote application to an application client or end user application.<br><br>See information provided for element 1[pre]. |
| 19[a] | a) receiving, by a content server, from a client, a request to access a service access point associated with a first application; | Upon information and belief, Workspot's products receive, by a content server, from a client, a request to access a service access point |

| | | associated with a first application.<br><br>See information provided for element 1[a]. |
|---|---|---|
| 19[b] | b) identifying, by the content server, that the requested service access point can be used with an application client; | Upon information and belief, Workspot's products identify, by the content server, that the requested service access point can be used with an application client.<br><br>See information provided for element 1[a]. |
| 19[c] | c) requesting, by the client, from a web server, address information associated with the first application identified by the service access point; | Upon information and belief, Workspot's products request, by the client, from a web server, address information associated with the first application identified by the service access point.<br><br>See information provided for element 1[b]. |
| 19[d] | d) converting, by the web server, the requested address information into a file, the format of the file associated with the application client; | Upon information and belief, Workspot's products convert, by the web server, the requested address information into a file, the format of the file associated with the application client. |
| 19[e] | e) transmitting, by the web server, the file including the converted address information to the client; | Upon information and belief, Workspot's products transmit, by the web server, the file including the converted address information to the client. |
| 19[f] | (f) launching by the client a second application, | Upon information and belief, Workspot's products launch by the client a second application.<br><br>See information provided for element 1[c]. |
| 19[g] | the second application communicating via a presentation layer protocol with an application server identified by the converted address information; and | Upon information and belief, with Workspot's products, the second application communicating via a presentation layer protocol with an application server identified by the converted address information.<br><br>See information provided for element 1[c']. |
| 19[h] | (g) launching by the application server the first application and returning information to the second application via the presentation layer protocol. | Upon information and belief, Workspot's products launch by the application server the first application and returning information to the second application via the presentation layer protocol. |

|  |  | See information provided for element 1[d]. |
|---|---|---|

# ATTACHMENT A



# Workspot

## VDI Reinvented: The Innovation Behind the Revolutionary Workspot VDI Cloud Service

Technical White Paper

# Table of Contents

## INTRODUCTION ....................................................................................................4
What If You Have More than One Problem to Solve?.........................................................5
Where to Go from Here ...................................................................................................5
The Workspot Solution....................................................................................................5
Workspot's Cloud-First Approach ...................................................................................6

## WORKSPOT CONTROL: CLOUD-NATIVE, MULTI-TENANT, INFINITELY SCALABLE ...7
How Does IT Deliver a Workspace?..................................................................................8
Single Pane of Glass for IT ..............................................................................................8
Control Plane Architecture ..............................................................................................8

## WORKSPOT CLIENT: A UNIFIED WORKSPACE FOR END USERS...............................9
Secure Access ................................................................................................................9
Single Unified Client.......................................................................................................9
Cross-Platform Architecture ..........................................................................................10
First-Time End-User On-Boarding Process ......................................................................10
Single Sign-On (SSO) ....................................................................................................10
Enterprise App Store ....................................................................................................10

## VDI POOLS .......................................................................................................11
Problems with VDI 1.0 ..................................................................................................11
What's Different About VDI Pools? .................................................................................11
Workspot Connector.....................................................................................................12
Workspot Agent............................................................................................................13
Connecting to a VDI Desktop.........................................................................................13
Persistent Desktops for Knowledge Workers ..................................................................15
Non-Persistent Desktops Have Their Place......................................................................15
Workspot Automates Microsoft Azure Deployments........................................................15
Predictable Billing ........................................................................................................16
Multi-Site Deployments.................................................................................................16

## RD POOLS .......................................................................................................17
Problems with App Virtualization 1.0.............................................................................17
What's Different About RD Pools? ..................................................................................17
Mixed Multi-Site Deployments.......................................................................................18

# APP DELIVERY 2.0 ...................................................................................................... 19

Problems with App Delivery 1.0 ..........................................................................................19
What's Different About App Delivery 2.0? ...........................................................................19
Leverage Existing Application Infrastructure .......................................................................19
Configuring VPN Access .....................................................................................................20
Provisioning Access to a Windows App ...............................................................................20
Provisioning Access to a Network Drive ..............................................................................20
Provisioning Access to a Web App ......................................................................................20
Provisioning a New User .....................................................................................................21
Assigning Apps to Users .....................................................................................................21
Native Email Configuration ..................................................................................................21
Connection Workflow ...........................................................................................................22

# SECURITY ................................................................................................................... 23

Secure Access with PIN .......................................................................................................23
Device Posture Check ..........................................................................................................23
Configuring Security Policies ...............................................................................................23
Remote Wipe ........................................................................................................................23
Data Retention .....................................................................................................................23
Securing Data in Motion ......................................................................................................24
Whitelist/Blacklist Traffic .....................................................................................................24
Securing Data at Rest ..........................................................................................................24
Secure Application Access ...................................................................................................24
Secure Document Viewers ...................................................................................................25
Big Data Context-Driven Security ........................................................................................25
Compliance and Auditing .....................................................................................................25
Integration with Splunk ........................................................................................................26

# CONTEXT-DRIVEN VISIBILITY .................................................................................. 27

Errors ...................................................................................................................................27
Real End User Experience (REUX) ......................................................................................27
Applications ..........................................................................................................................28
Networks ..............................................................................................................................28
Geos .....................................................................................................................................29
Devices .................................................................................................................................29

# SUMMARY .................................................................................................................. 30

Additional Resources ...........................................................................................................31
About Workspot .....................................................................................................................31

© 2017 Workspot. All Rights Reserved.

# Introduction

Today, IT has three different scenarios to support when looking to deliver applications and desktops:

1. **Deliver virtual applications:** IT uses virtual app delivery when users already have a Windows endpoint. In this scenario, IT typically wants to deliver 5-7 "problem" applications to those users. The most commonly deployed virtual applications are the browser and SAP.

2. **Deliver server hosted desktops:** IT uses server-hosted desktops for task worker use cases. In this scenario, end users need 3-5 applications and a familiar Windows interface on a thin client. Here, the most common use case is a call center.

3. **Deliver virtual desktops:** IT uses full Windows 7 or Windows 10 virtual desktops for knowledge worker scenarios, in which users may need tens or hundreds of applications.

It used to be that supporting these scenarios meant that IT spent months procuring hardware, architecting a solution, and then deploying it on-premises. However painful and expensive, there were no other deployment options. But with the advent of the public cloud as a viable alternative to on-premises implementations, IT now has the flexibility to deliver virtual desktops and apps from both on-premises and the cloud.

However, with these new options, the solution landscape has become even more fragmented:

The solution landscape is complex and highly fragmented



*Figure 1: VDI 1.0 fragmented solution landscape.*

© 2017 Workspot. All Rights Reserved.

## WHAT IF YOU HAVE MORE THAN ONE PROBLEM TO SOLVE?

It's possible that some organizations fit neatly into a single box, but the majority need to satisfy multiple use cases. Why? Because the world and the workforce have become more mobile; different types of workers have unique computing needs; and then there are regulatory and compliance considerations. As a result, most organizations need some things in the cloud and other things on-premises. They need a hybrid solution. With a hybrid solution, they can serve employees who want to use their own devices (BYOD), as well as satellite offices that don't have on-premises datacenters. Unfortunately, the legacy vendors in the diagram above require organizations to buy multiple products to deploy a hybrid solution. The result is even more cost and more complexity.

As IT teams grapple with constant change and relentless demands on constrained resources, there's no justification for investing 9+ months building out a hybrid infrastructure on your own. Old-fashioned approaches to end user computing (EUC) don't make sense any more. If you don't know where to start, or what's available, you're not alone. That's where Workspot can help.

## WHERE TO GO FROM HERE

Workspot offers the only solution on the market that enables delivery of virtualized apps, server-hosted desktops, virtual desktops, and GPU-accelerated workstations – from the cloud, on-premises, or both, using a single platform.



*Figure 2: Deliver virtualized apps, server-hosted desktops, and virtual desktops from the cloud or on-premises – or both – with a single platform.*

Think about that for a minute. Now all virtual apps, desktops and workstations, regardless of whether they're on Microsoft Azure or on-premises, are managed from a single pane of glass. Workspot is a one-stop shop – there's just one consolidated bill and one console to manage everything, and deployment happens in less than one day.



Workspot ends complexity with a single platform

## THE WORKSPOT SOLUTION

Workspot has revolutionized VDI with its award winning, next-generation VDI 2.0 solutions:  Cloud Apps, Cloud Desktops and Cloud Workstations.  We have solved the cost and complexity challenges customers face with legacy app and desktop virtualization solutions.  VDI 2.0 enables IT to deliver virtual apps, desktops and GPU workstations to any device so people can collaborate better and stay productive no matter where they go. In the following sections we'll explore the technology innovations behind this VDI 2.0 revolution. Workspot has engineered VDI simplicity into two primary components:

1. **Workspot Control** is the cloud-based management console. It's the only cloud-native, multi-tenant VDI control plane. It's a single pane of glass that allows IT to configure and set policies for Workspot Client, provision users, and provision applications and data. Workspot Control also acts as a central repository for gathering and storing configuration data, performance data and activity data in the cloud.

2. **Workspot Client** is an application that can be downloaded from the public App Store. Workspot Client is the workspace on the device where the end user can securely access corporate assets including desktops, applications and data.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT'S CLOUD-FIRST APPROACH

Workspot is tightly integrated with Microsoft Azure, allowing customers to enjoy the benefits of the industry's first turnkey VDI cloud service. However, while many organizations have a cloud-first strategy, some prefer a hybrid deployment.  Workspot also integrates with VMware vSphere, Nutanix Acropolis, Microsoft Hyper-V, and KVM. Workspot Control supports many platforms, both legacy and hyperconverged infrastructure. Workspot Control is completely agnostic about datacenter infrastructure, so apps, desktops and workstations live wherever it makes the most sense for your organization: on-premises, in the cloud, or both. It's completely up to you, and it's important to note that none of this data or user credentials ever enter Workspot Control. Find more detail in the "Control Plane Architecture" section.



*Figure 3: Workspot supports heterogeneous infrastructure.*

© 2017 Workspot. All Rights Reserved.

# Workspot Control: Cloud-Native, Multi-Tenant, Infinitely Scalable

## HOW DOES IT DELIVER A WORKSPACE?

One of the major challenges with legacy VDI solutions is that their complex architectures require months, sometimes years, to deploy in an organization. IT must invest a significant amount of resources – money, time, and people – to determine the value of the solution, which places all of the risk on the customer.

Workspot takes a completely different approach, originating from the belief that customers shouldn't have to assume all the risk. Workspot's mission is to make virtual application, desktop and workstation delivery insanely simple. Our turnkey virtual app, desktop and GPU-workstation service is an industry first, making it possible for customers to be live in hours.

> Workspot Control makes VDI and app delivery insanely simple

At the core of the solution is Workspot Control, the cloud service that brings together the VDI control plane, the broker, and the load balancer into a unified platform that eliminates the complexity around deploying virtual applications, server-hosted desktops and full virtual desktops. Virtual apps and desktops can be deployed on-premises, from Microsoft Azure, or both – simultaneously.

Workspot has re-invented application and desktop delivery with:

- VDI Pools, which enable delivery of VDI either on-premises or in the cloud.
- RD Pools, which enable delivery of applications or server-hosted desktops either on-premises or in the cloud.
- App Delivery 2.0, which enables delivery of Web Applications, SaaS applications and file shares.

There's more detail on each of these later in the document.

## SINGLE PANE OF GLASS FOR IT

Workspot Client is managed and monitored using a single pane of glass – Workspot Control. Workspot Control is a 100% cloud-native, multi-tenant architecture. The Workspot Control service runs on Amazon Web Services. IT uses Workspot Control to configure policies, provision users, and provision applications and data. Workspot Control also stores configuration and performance data in the cloud:

1. **Configuration data:** Workspot stores configuration information about the VPN, e.g., public URL address, whether it uses RSA or not. Workspot stores a few details about end users, e.g., First Name, Last Name, Email Address, etc.; and stores information about applications, e.g., Application URLs, whether or not the application is behind the firewall, etc.

2. **Performance data:** For each network access, Workspot stores the amount of time it took to fetch a response from the application (e.g. SharePoint), the device used (e.g. iPad, Windows, Android), the network used (e.g., AT&T), and the location (e.g., California).

3. **Activity data:** Workspot tracks different kinds of activity on the device, e.g., Open/Close Workspot, Open/Close Application (e.g., SAP), Open/Close Document, and View/Print Page of Document. All activity

© 2017 Workspot. All Rights Reserved.

# CONTROL PLANE ARCHITECTURE

Workspot Control has been architected to be a control plane:

- No application data flows through Workspot Control
- No user credentials are stored in Workspot Control
- No business applications or data is moved to Workspot Control



Figure 4: Workspot architecture.

When the user is using Workspot to access business apps and data on their device, all the data flows back and forth directly between the client and the business applications (e.g., Exchange, SharePoint, Salesforce.com) via the data plane. If the applications are behind the firewall, then the traffic goes back to the corporate network. If the applications are external, then the traffic goes directly to the external application.

The separation between control and data planes is critical for multiple reasons:

- **Security:** Data flows directly between the client and the applications; it does not flow through Workspot Control.

- **Availability:** Since Workspot Control is not in the data path, the availability of applications is independent of the availability of the service.

- **Performance:** Since Workspot Control is not in the data path, there is nothing to impede the end user experience.



Separation of control and data planes is critical

© 2017 Workspot. All Rights Reserved.

# Workspot Client: A Unified Workspace for End Users



Workspot Client is a workspace. It is available on any device – PC, Mac, Phone, or Tablet.

*Figure 5: Workspot Client works on any device.*



VDI Desktop

On-premise Web App

SaaS App

File Shares

Windows App

*Figure 6: A single, unified client.*

**Workspot Client is blazing fast!**

## SINGLE UNIFIED CLIENT

Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface. Even better, Workspot Client has the fastest connection speeds in the industry.

## SECURE ACCESS

Workspot Client is a secure area for users to perform work on any device, whether the device is managed by IT, or unmanaged. The client provides the following benefits:

1. **Desktop access:** End users can access a Windows desktop, whether it's a physical desktop or a virtual desktop.

2. **Application access:** End users can seamlessly navigate between corporate applications – web, Windows, and native. IT has tools to add/delete/update applications on the device. IT also has tools to configure policies that control the behavior of applications, e.g., the ability to print from within an application.

3. **Data access:** End users can securely access documents from SharePoint and Network File Shares, and view and edit documents offline.

4. **Device security:** Workspot Client ensures that the device is safe to use; that it is not jail broken; and that there are no rogue applications on the device. IT can define policies to control the behavior of the workspace, e.g., the ability to copy-paste between applications, download documents, etc.

5. **Contextual security:** In an environment where IT doesn't fully manage the device, IT needs analytics, reports and tools to understand what the end user is doing with work-related assets. Workspot enables the CISO to get a granular view of end user business activities on any mobile device, for compliance and auditing purposes.

© 2017 Workspot. All Rights Reserved.

# CROSS-PLATFORM ARCHITECTURE

Workspot Client is a secure container on the device. The container can be fully managed and secured by IT without interfering with the rest of the device. The UI layer delivers a simple and elegant end-user experience with unmatched connection speeds.



*Figure 7: Workspot Client cross-platform architecture.*

## FIRST-TIME END USER ON-BOARDING PROCESS

To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token.

Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. If the VPN box is so configured, the user is prompted for more information, like Group or RSA token. If the end user can successfully authenticate against the SSL-VPN appliance, then Workspot Client is available for use. **User credentials are never routed to, or stored on, Workspot Control.**

## SINGLE SIGN-ON (SSO)

With Workspot, the user can take advantage of single sign-on to access various business applications either using enterprise SSO mechanisms, like CA Siteminder, or cloud SSO mechanisms, like Okta, Ping Identity, etc.

The Single Sign-On feature requires storing sensitive information like username and password on Workspot Client. These credentials are encrypted using the same mechanism used for documents stored in the Encrypted File Repository ("Secure Application Access"). Besides usernames and passwords, any other information required for auto login, like RSA token PIN or RSA secrets, will also be encrypted.

## ENTERPRISE APP STORE

IT can also enable an enterprise App Store within Workspot, as shown in Figure 8. End users can select and install applications which IT has made available to them. IT can easily provision and de-provision applications by using Workspot Control.



*Figure 8: An Enterprise App Store.*

© 2017 Workspot. All Rights Reserved.

# VDI Pools

## PROBLEMS WITH VDI 1.0

VDI 1.0 solutions are operationally complex. Both Citrix XenDesktop and VMware Horizon have complex stacks. Deployments can take months, if not years, and because of the complexity of these solutions, the OpEx incurred to maintain and troubleshoot them grows over time.

**Workspot deploys VDI in a day**



*Figure 9: Typical VDI 1.0 architecture complexity.*

## WHAT'S DIFFERENT ABOUT VDI POOLS?

Workspot VDI Pools are based on a cloud-native architecture that makes VDI insanely simple to deploy. In addition to Workspot Control and Workspot Client, VDI Pools uses two additional components: Workspot Connector and Workspot Agent.

© 2017 Workspot. All Rights Reserved.

# WORKSPOT CONNECTOR

Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and creates a pool of virtual desktops or applications on the infrastructure.



*Figure 10: Workspot Connector.*

Workspot Connector is:

- **Stateless:** It receives its state from Workspot Control.

- **Highly available:** The connector can be configured in pairs to be highly available.

- **Not in critical path:** The connector is not in the critical path. If the connector is not available, IT won't be able to provision any new desktops or applications. However, users can continue to connect to existing desktops and applications.

- **Auto-updating:** The connector auto-updates itself whenever a new update is available.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT AGENT

The Workspot Agent is installed in a Windows Desktop template. The Agent is responsible for providing load and availability information to Workspot Control. The Workspot Agent also self-updates.



*Figure 11: Workspot Agent.*

## CONNECTING TO A VDI DESKTOP

When a user connects to their virtual desktop or application, there are two scenarios:

- Persistent Desktop

- Non-persistent Desktop or Application

For persistent desktops, the connection information is always available on the device. For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13. No communication with Workspot Control is necessary since the configuration information is already resident on the user's device.

For non-persistent desktops, the client asks Workspot Control for connection configuration. Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect.

© 2017 Workspot. All Rights Reserved.



*Figure 12: Connecting to a VDI desktop, Step 1.*

**Step 1:** For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration, and then proceeds to Step 2. Users with persistent desktops bypass Step 1 and go directly to Step 2.



*Figure 13: Connecting to a VDI desktop, Step 2.*

**Step 2:** With persistent desktops, the client can go ahead and connect directly to the virtual desktop without asking Workspot Control for configuration information. For non-persistent desktops, once Workspot Client receives its connection configuration from Workspot Control, the user can connect to the configured apps and/or desktops.

# PERSISTENT DESKTOPS FOR KNOWLEDGE WORKERS

Since modern datacenter infrastructure has many optimizations built into the architecture – such as de-duplication and high performance Flash storage – IT can choose to cost-effectively create a persistent desktop for each user. This is the same way physical PCs are assigned to users: each user gets their own PC. Similarly, each user gets their own virtual desktop. Workspot recommends that for most knowledge worker use cases, IT create a persistent desktop.

Most IT departments have already invested in PC lifecycle management tools, so they can continue to use the existing tools for persistent desktops. These tools are used to update the operating system, install and update applications, and configure printers and other peripherals. IT can also leverage those same PC lifecycle management tools to manage persistent virtual desktops. No new tools or processes are needed.

# NON-PERSISTENT DESKTOPS HAVE THEIR PLACE

For some use cases, e.g., schools, kiosks and call centers, a non-persistent desktop is appropriate. For those use cases, Workspot recommends that customers create non-persistent desktops.

# WORKSPOT AUTOMATES MICROSOFT AZURE DEPLOYMENTS

Workspot is tightly integrated with Azure to enable rapid creation of virtual desktops. Workspot automates:

- Azure account creation for the customer
- AD and network integration (Read-only domain controller or Azure AD Domain Services)
- Orchestration required to handle VDI and RD Pools
- Storage and networking
- Cloning/customization of VMs
- Security and public GW
- Win10 VMs and RD Pools



Workspot optimizes usage so Azure bills are predictable



*Figure 14: Workspot can rapidly spin up virtual desktops on Azure.*

© 2017 Workspot. All Rights Reserved.

## PREDICTABLE BILLING

One major challenge with cloud services is the lack of predictable billing. A virtual desktop running on Azure has to be available at all times, but is being used less than 1/4th of the time. Without the proper optimizations, the Azure per hour billing may end up becoming too expensive for customer deployments. Workspot optimizes power and usage management so customers can enjoy predictable billing.

## MULTI-SITE DEPLOYMENTS

IT has spent the last 15 years consolidating datacenters because they were expensive to set up and manage. Today IT might be running XenApp or XenDesktop in a single datacenter in North America, which means that users in Asia Pacific suffer with high-latency connections and a poor user experience.

In response to the datacenter consolidation strategy, legacy software solutions were optimized for one datacenter. This means that in order to distribute datacenters, the entire deployment must be replicated at each datacenter.

Those days are over. Now IT can deploy a datacenter anywhere in the world at zero cost. In theory, IT can have a datacenter per user. Workspot is designed so it enables IT to set up multiple datacenters to address various use cases – some on-premises, and some in the cloud; then they can all be managed from one console – Workspot Control.

Manage on-prem and Azure datacenters from one console



*Figure 15: Manage all sites from a single pane of glass.*

© 2017 Workspot. All Rights Reserved.

# RD Pools

RD Pools enable the deployment of Windows client-server applications on Terminal Servers.



*Figure 16: Citrix XenApp 6.5 stack.*

## PROBLEMS WITH APP VIRTUALIZATION 1.0

First generation solutions, like Citrix XenApp 6.5, are operationally complex. Deployments can take months, if not years, and are very expensive to maintain over time.

## WHAT'S DIFFERENT ABOUT RD POOLS?

RD Pools use the same architecture as VDI Pools to deploy virtual applications and server-hosted desktops. They use the same Workspot Connector and Workspot Agent. For RD Pools, the Workspot Agent is installed in a Windows Server template and enables support of multiple users. RD Pools enable you to leverage Workspot's scalable cloud-native architecture to rapidly provision RDSH server virtual machines, delivering virtualized applications through shared hosted desktop sessions. The unique brokering technology within Workspot Control provides an infinitely scalable, highly available solution for application virtualization. RD Pools do not need dedicated hardware to run a controller, load balancer, broker, gateway, web-interface, or a separate SQL database to handle session creation, high availability, and failover. RD Pools provide scalability to millions of users and can be deployed in a day. This solution is vastly simpler than legacy solutions.

Simple, infinitely scalable app virtualization

© 2017 Workspot. All Rights Reserved.



*Figure 17: Simple, infinitely scalable, highly available app virtualization.*

# MIXED MULTI-SITE DEPLOYMENTS

From a single pane of glass, you can now deploy virtual applications and desktops on-premises, in the cloud, or both – simultaneously.

You can now locate "datacenters" close to end users, thereby reducing latency and improving the end user experience.



*Figure 18: Locate "datacenters" close to end users.*

© 2017 Workspot. All Rights Reserved.

# App Delivery 2.0

Workspot enables IT to securely deliver any app or data onto any device. The applications remain in the datacenter. In order to provision access to different kinds of applications, IT simply needs to "point" the Workspot solution to those apps.

## PROBLEMS WITH APP DELIVERY 1.0

App Delivery 1.0 solutions include (a) remoting solutions like Citrix XenApp and (b) PC Lifecycle Management solutions like Symantec Altiris, Microsoft System Center Configuration Manager, IBM BigFix, and others. Remoting solutions were useful to deliver Windows client-server applications onto any device. PC Lifecycle management solutions were used to manage and deliver applications onto PC endpoints. Both these solutions don't meet today's requirements, where IT runs web apps, SaaS apps, and increasingly, hybrid and native apps. And users today consume these applications from phones, tablets, and Macs, which are mostly personally owned.

## WHAT'S DIFFERENT ABOUT APP DELIVERY 2.0?

App Delivery 2.0 securely delivers any type of applications (web, SaaS, Windows, hybrid and native) onto any device (PC, Mac, iOS and Android).

## LEVERAGE EXISTING APPLICATION INFRASTRUCTURE

Workspot solutions have been architected from the ground up to leverage existing security and datacenter infrastructures.

Today you're probably running many on-premises business applications: web applications, Windows client-server applications and network drives (CIFS).

In the last decade, companies have deployed VPN and SSL-VPN appliances, like Cisco or Juniper, in their DMZ to provide secure remote access to enterprise applications. These appliances have been integrated into identity systems like Active Directory, and security systems like RSA SecurID.



The advent of mobile devices, like smart phones and tablets, has introduced another set of devices that need access to corporate assets. In terms of access these devices are very similar to previous remote-access end points. Workspot believes that the existing datacenter access infrastructure can be

*Figure 19: Workspot supports your existing security infrastructure.*

leveraged effectively to give employees access to corporate assets from any device. In fact, Workspot has been architected to leverage existing datacenter infrastructure – VPN, applications, and data.

© 2017 Workspot. All Rights Reserved.

## CONFIGURING VPN ACCESS

You can use Workspot Control to configure VPN access for Workspot Client. Workspot has deep integration with Cisco ASA and Juniper (Pulse Secure) SA appliances. Once the clientless mode is enabled on the appliance, you simply need to specify the public address of the VPN appliance.



*Figure 20: Configuring VPN access.*



## PROVISIONING ACCESS TO A WEB APP

Most organizations are already running tens, if not hundreds, of web applications, e.g., SAP, SharePoint, Siebel, and many custom applications. In order to provision access to those web applications, you just need to specify the URL of those applications in Workspot Control as shown in Figure 21. You don't need to make any changes to the operations of the applications.

*Figure 21: Configuring web-app access.*

## PROVISIONING ACCESS TO A WINDOWS APP

Companies still run many core business applications that were written using Windows client-server technologies. You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP). Again, you don't need to make any changes to the operations of the applications.



*Figure 22: Windows app access configuration.*



## PROVISIONING ACCESS TO A NETWORK DRIVE

There is a lot of corporate data on network drives. Today these network drives are accessible as drives mounted on a Windows PC. In order to enable access to existing network drives from Workspot Client, IT needs to provide the CIFS path of these network drives. Workspot also support DFS. And you don't need to make any changes to the operations of the network drives.

*Figure 23: Provision network drive access.*

© 2017 Workspot. All Rights Reserved.

## PROVISIONING A NEW USER

To provision a new user in Workspot Control, the administrator needs the First Name, Last Name, and Email address of the user. They assign the user to a group, which is mapped to a set of applications, a network configuration, and various security policies. If you're using the Workspot self-registration process, you don't need to add the user to Workspot Control.

## ASSIGNING APPS TO USERS

There are multiple ways to assign applications to users: (a) assign a set of apps to users; (b) create bundles of apps and assign to groups; (c) assign a bundle of apps to users; (d) assign individual apps to groups.

## NATIVE EMAIL CONFIGURATION

You can use Workspot Control to configure the native email client on an iOS device. Workspot uses standard iOS MDM profiles to provision enterprise email on the device.



*Figure 24: Provision the native email client on iOS.*

© 2017 Workspot. All Rights Reserved.

# CONNECTION WORKFLOW

Figure 26 describes the steps that occur when a user connects either from inside or outside the firewall.

## Workspot Communication Workflow



**1A** Workspot client is launched and checks with Workspot Control (HTTPS/443) for:
   * New entitlement (new app or VDI desktop access)
   * New security policies
   * Performs posture checks

**1B** User clicks on a resource such as VDI desktop or app to start session. Workspot client is aware it is outside of the internal network and authenticates with VPN to establish a SSL VPN (443) session.

**2** User clicks on a resource such as VDI desktop or app to start session. Workspot client establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

   Or

   Leveraging VPN authentication and ACLs, establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

**3** Resource (VDI desktop or apps) authenticates with Active Directory/Domain Controller.

*Figure 26: Workspot communication flow.*

# Security

## SECURE ACCESS WITH PIN

When a user taps on Workspot Client on their device, they are prompted for a PIN. The PIN is validated against the client master secret (CMS). If the CMS can be decrypted then the PIN is deemed valid; otherwise the PIN is invalid. The Workspot Client will allow up to 5 invalid PIN entries. After 5 incorrect entries, the data inside Workspot Client will be wiped from the device, thereby keeping organization assets secure.

## DEVICE POSTURE CHECK

As soon as the Workspot Client is started, it conducts a posture check to determine whether the device has been jail-broken or rooted. Workspot performs a series of checks to verify supported versions and platforms; only when the device is determined to be secure is the Workspot Client launched.

## CONFIGURING SECURITY POLICIES

Other aspects of Workspot Client behavior can be configured using Workspot Control, including:

- Restricting access to applications or documents
- Enabling/disabling offline usage of the application
- Restricting copy and paste
- Restricting printing within a geography



*Figure 27: Configuring security policies.*

## REMOTE WIPE

Workspot Control provides the capability to remote wipe any data – including documents, cached objects and cookies – that resides inside the Workspot Client. Data outside the Workspot Client is unaffected by the remote wipe operation.

## DATA RETENTION

Workspot's current policy is to retain configuration and activity data in Workspot Control for a period of one year. It is important to note that no application traffic flows through Workspot Control, and no user credentials are ever sent to, or stored inside, Workspot Control.

© 2017 Workspot. All Rights Reserved.

## SECURING DATA IN MOTION

The embedded VPN Client is a full L4-L7 stack and implements a split tunnel that allows the Workspot Client to be connected simultaneously to both the corporate and public networks. Application traffic can be routed to either network based on IT policies. Workspot is using a FIPS compliant SSL library in the embedded VPN Client.



*Figure 28: Security for data in motion.*



*Figure 29: Secure application access.*

## WHITELIST/BLACKLIST TRAFFIC

You can also control which sites the user can and cannot visit from inside the Workspot Client by configuring a blacklist/whitelist. Workspot also enables dynamic blacklisting of known malicious URLs.

## SECURING DATA AT REST

The encrypted file repository stores documents downloaded by the user. All the documents in the file repository are encrypted with a multi-layer scheme:

1. All assets are encrypted in memory before they touch the file system. Every object is encrypted using a different key.

2. Each key is encrypted using a master key.

3. The master key is encrypted with a user-specified PIN that is not stored on the device. The user can access the Workspot application only when they can successfully provide the PIN.

## SECURE APPLICATION ACCESS

Workspot Client enables secure access to different classes of applications running in the datacenter:

1. **Web Applications**: There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc.

2. **Windows Client Server Applications**: There is an RDP client integrated into Workspot that enables access to an app running either on XenApp or Terminal Server. The Terminal Server may be running a Windows application, a Windows server, or a Windows desktop.

3. **Network Drives**: There is a CIFS client integrated into Workspot. This enables an end user to access a network drive in the datacenter.



*Figure 30: Security for data at rest.*

© 2017 Workspot. All Rights Reserved.

## SECURE DOCUMENT VIEWERS

When an end user downloads a document inside Workspot Client, it is encrypted in-flight. The file system remains in an encrypted state even when the end user is within the container. Only when the end user wants to view a document, for example an Adobe Acrobat document, does the Workspot Client decrypt the selected document and present it inside a viewer that is embedded within Workspot Client. Workspot has tuned the embedded viewers for the best possible rendering experience.

Documents are more secure, because the documents stay within Workspot Client. And as soon as the end user finishes viewing the document and closes the viewer, the document is restored to its encrypted state on the device. For large documents, Workspot only decrypts the pages of the document that are currently being viewed.

## BIG DATA CONTEXT-DRIVEN SECURITY

When a user accesses enterprise assets, Workspot Client collects contextual data as shown below – who did what, when, where, and how. Workspot only collects this data for business activity – not for personal applications such as Facebook – on the device. This data can be used for compliance, auditing, and adaptive authentication.



*Figure 31: Context-driven security.*

## COMPLIANCE AND AUDITING

Organizations with compliance and auditing needs are using SIEM systems. Until now, SIEM systems have tried to infer user actions with data from various systems like card swipe, login, logout, system logs, etc. For example, based on a card swipe, the system can detect that the user was in a certain office in China; a log entry in SAP indicates that the user logged into SAP, and that an email generated by SAP indicates a purchase order was placed.

Workspot goes way beyond SIEM systems that infer user actions. Workspot collects end user activity data in Workspot Client. This is granular data of the activity performed by the end user on the device and includes the following:

- Location and time of activity
- Device used to perform activity
- Application accessed
- Documents downloaded, pages viewed and/or printed

The Workspot Events module provides a searchable view of the end user activity data as shown in the figure below.

© 2017 Workspot. All Rights Reserved.



*Figure 32: End user activity data.*

## INTEGRATION WITH SPLUNK

IT can download the Splunk plugin from Workspot Control. The Splunk plugin needs two keys for configuration – these are available inside Workspot Control as shown in Figure 33.

Once integrated the Events data from Workspot is delivered into Splunk. They can be viewed, searched, and manipulated with standard Splunk tools as shown in Figure 34.



*Figure 33: Splunk configuration keys.*



*Figure 34: Workspot event data in Splunk.*

© 2017 Workspot. All Rights Reserved.

# Context-Driven Visibility

In addition to collecting end user actions, Workspot Client also collects the real-time user experience – how long did an access take, and whether or not it was successful. Each such data point is tagged with location, device type, application, user, and network used.

## ERRORS

Any time a user takes an unsuccessful action inside Workspot Client, it is recorded. Workspot then aggregates and classifies the errors across all the users in an organization. IT has an aggregated view of all the problems in the organization – which application, what error, how frequently, and when did it last occur.





*Figure 35: User Errors Summary.*

## REAL END USER EXPERIENCE (REUX)

The Reports module in Workspot helps you analyze the real end user experience on any devices for all applications, including SaaS.

Every time a user performs an action inside Workspot Client, Workspot records the user, application, location, device used, network name, performance, availability usage metrics etc., and makes that data available for analysis. For example:

- **Performance** – Average response time of an application by application name, network type (WiFi or carrier), and location.

- **Uptime** – If a user is unable to access an application, attribute the source of the error to application, network, or geo based on a time series analysis.

- **Usage** – Data about usage by application, geo, or network (WiFi or carrier).

Upon analysis, this type of data can yield actionable information:

- The applications that are least available

- The applications that have the slowest response time

- The slowest devices for applications

- The slowest wireless network for users

- The least reliable network for users

© 2017 Workspot. All Rights Reserved.

## APPLICATIONS

The Application Reports section enables IT to analyze which apps are used, availability of the applications, the slowest applications, the bandwidth consumed by the application, and other metrics.



*Figure 36: Sample applications report.*

## NETWORKS

The Network Reports section enables IT to analyze which networks are used by users, availability of different networks, the slowest network, the numbers of users using different networks, and other metrics.



*Figure 37: Sample networks report.*

© 2017 Workspot. All rights reserved.

# GEOS

The Geo Reports section enables IT to analyze how users are accessing applications from various geos.



*Figure 38: Sample geographic distribution report.*

# DEVICES

The Device Reports section enables IT to analyze which devices are being used – how many users, how many sessions, and trends in usage over days, weeks, and months.



*Figure 39: Sample device report.*

# Summary

Existing solutions to deliver virtual desktops and applications are either complex on-premises solutions, or incomplete cloud solutions. Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device, from on-premises, from Microsoft Azure, or both – simultaneously. You'll have a single pane of glass to provision apps, desktops, workstations, and data; manage on-premises and cloud desktops; and monitor security, availability, usage, and performance. End users get an elegant workspace that allows for easy access to any application or desktop, with the fastest connection speeds in the industry, on any device they choose to use.

Compare solutions below and then contact us for a 15-minute demo to learn more about deploying insanely simple Workspot VDI in a day.

| Capability | Workspot | VDI 1.0 | | DaaS 1.0 | |
|---|---|---|---|---|---|
| | | XenDesktop | Horizon | Horizon Cloud | Amazon |
| Enterprise Class Deployment in a Day | ● | | | ● | ● |
| Predictable Subscription Billing | ● | | | ● | ● |
| Support for Mobile – iOS/Android | ● | ● | ● | ● | ● |
| Support for Desktop – Windows/Mac | ● | ● | ● | ● | ● |
| Deliver Server Hosted Desktops | ● | ● | ● | ● | ● |
| Deliver VDI to Any Device | ● | ● | ● | | |
| Deliver Web Apps to Any Device | ● | | | | |
| Deliver Windows Client Server Apps to Any Device | ● | ● | ● | | |
| Deployment Choices – On-Premises or Cloud | ● | ● | ● | | |
| Integration w/ Existing Systems | ● | ● | ● | | |
| Offline Document Access | ● | | | | |
| Consistent Experience Across Locations | ● | ● | | | |
| Simpler Access with Single Sign-On | ● | ● | ● | ● | ● |
| Visibility into Performance, Availability, and Usage | ● | | | | |
| Granular visibility into end user activity | ● | | | | |

© 2017 Workspot. All Rights Reserved.

## ADDITIONAL RESOURCES

Video: <u>Workspot Technical Architecture</u>

Schedule a Demo: <u>Just 15 minutes!</u>

## ABOUT WORKSPOT

Workspot has reinvented Virtual Desktop Infrastructure (VDI) with a cloud-native architecture that delivers applications, desktops and workstations from the cloud. Workspot's "cloud-first" solution solves the corporate challenge of securely delivering apps, desktops and data from anywhere, to any device, and dramatically reduces the total cost of ownership for virtual apps, desktops and workstations. Organizations of all sizes benefit from the shortest implementation times in the industry, achieving unprecedented time-to-value. With a relentless focus on customer success, Workspot's no-risk customer engagement model is an industry first. The Cupertino, California-based company received the Best of VMworld 2016 Gold Award for Desktop and Application Delivery solutions. For more information on Workspot's risk-free, turnkey solutions, visit: <u>www.workspot.com</u>



© 2017 Workspot. All Rights Reserved.   31

# ATTACHMENT B



# Deploying
# Workspot RD Pools

Step by Step Configuration Guide

# Contents

1.   Creating a Windows RD Pools Template ........................................................................3

    I.     Creating the Workspot AD Security Group ...........................................................3

    II.    Create OU and GPO for Remote Desktop Users local group............................................5

    III.   Create VM ..........................................................................................7

    IV.    Enable Remote Desktop Connection...................................................................7

    V.     Windows Firewall ...................................................................................9

    VI.    Install RD Session Host role ......................................................................10

    VII.   Install applications you want to deliver to end users using RD-Install mode ............11

    VIII.  Application Discovery on Workspot Control ....................................................11

    IX.    Workspot Agent installation........................................................................13

    X.     Prepping template for Workspot Agent provisioning ........................................13

2.   Provisioning RD Pools Machines.............................................................................14

Additional resources .............................................................................................17

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## 1.  Creating a Windows RD Pools Template

Creating a Windows RD Pools template prepares the template from which each RD Session Host will be cloned.

The ten steps to create template/golden image are:

I.   Create AD Security Group for Workspot users, then add Workspot users' AD user accounts as members of the Group.
II.  Create OU in Active Directory for VDI desktops and create a Group Policy (GPO) to add the Workspot AD Security Group to the Remote Desktop Users local group.
III. Create VM. Install appropriate Windows Server OS (Windows 2012 R2 or 2016). Apply latest updates.
IV.  Enable Remote Desktop Connections: Allow connections from computers running Remote Desktop
V.   Disable Windows Firewall or allow Remote Desktop Connection (RDP port 3389) on firewall.
VI.  Install RD Session Host role via Server Manager
VII. Install applications you want to deliver to end users (i.e. Microsoft Office 2013, Adobe Acrobat, etc) using RD-install mode for multi-user execution.
VIII. Application discovery on Workspot Control
IX.  Workspot Agent Installation and template registration to Workspot Control.
X.   Workspot Agent preparation for Sysprep or Quickprep.

### I.   Creating the Workspot AD Security Group

To provide Workspot users access to the VDI desktop, they are added to the local Remote Desktop Users group of the VDI desktop. In order to simplify this, create an AD Security Group which will be added to the Remote Desktop Users group.

Note: This is an optional step for trial/PoC testing since we can add Domain User group to the VDI desktop. However, this is recommended in a production environment.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

1. Create AD Security Group(s) for Workspot users.



2. Add Workspot users as appropriate to AD Security group.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## II. Create OU and GPO for Remote Desktop Users local group

1. Create OU in Active Directory for newly provisioned VDI desktops.



2. Create Group Policy for the new OU and configure Remote Desktops Users local group adding the Workspot AD Group as a member.
   Computer Configuration > Policies > Windows Settings > Security Settings > Restricted Groups > Add Group > Type in Remote Desktop Users.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

In the Members of this group section, add the Workspot AD Security Group.





© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## III.     Create VM

Workspot RD Pools supports Windows Server 2012 R2 and 2016. Install any hypervisor guest tools and Microsoft latest updates.

## IV.     Enable Remote Desktop Connection

Workspot leverages Remote Desktop Connection to connect to VDI desktops.

1. Go to **Control Panel** > **System** > **Remote settings**



2. Select either **Allow connections from computers running any version of Remote Desktop** or **Allow connections only from computers running Remote Desktop with Network Level Authentication** radio button.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## V.    Windows Firewall

Workspot leverages Remote Desktop Connection on port 3389 to connect to VDI desktops. Disable Windows Firewall to prevent issues connecting or allow port 3389 in firewall. Example below disables Windows Firewall. Note: Verify Domain Profile is disabled.

1. Open Control Panel > Windows Firewall > System and Security > Windows Firewall > Advanced settings



2. Verify all profiles are disabled. If not, click on Properties to disable.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## VI.  Install RD Session Host role

This will install necessary components to enable the VM as an RD Session Host machine along with activating RDS CAL grace period.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## VII.    Install applications you want to deliver to end users using RD-Install mode

Use RD-Install mode to ensure applications are installed properly for multi-user.

To enable RD-Install mode: **change user /install** at command prompt.

Install any applications on the virtual machine such as Office, Adobe, etc.

To disable RD-Install mode: **change user /execute** at command prompt.



## VIII.    Application Discovery on Workspot Control

Configuring RD Pools apps in Workspot Control requires providing application path and executable along with optional parameters\flags. This can be done manually typing in the required information or using Workspot Application Discovery.

During the Workspot Agent installation\registration, the Agent will query a list of applications installed on the machine from the Start Menu and send it to your Workspot Control instance. This allows applications to be available for selection in Workspot Control minimizing errors typing in executable paths for each application.

If application does not exist in the Start Menu, create shortcuts with the target to the executable path under: C:\ProgramData\Microsoft\Windows\Start Menu\Programs\.

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.





For applications to appear in Workspot Control, install the Workspot Agent after installing and configuring the applications on the template VM.

Note: Workspot Control will ignore shortcuts pointing to folders, documents, help files, network shares, etc.



www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

### IX.    Workspot Agent installation

Before running the Workspot Agent installation, shut down the template VM. Clone the template VM then boot into the new clone. The Workspot agent will register the template to Workspot Control using the MAC address of the VM or GUID so once the template is registered and used for the RD Pool, no changes can be made. For changes or image updates, use the original template VM and clone again.

Download the Workspot Agent install from:
http://download.workspot.com/WorkspotAgentSetup64.exe

Run the Workspot Agent installer and use your Workspot admin credentials to register the template.



### X.    Prepping template for Workspot Agent provisioning

Review Workspot Agent prep guide for Sysprep and Quickprep instructions:
https://workspot.zendesk.com/hc/en-us/articles/115002951363

![Workspot] **Workspot**    www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## 2. Provisioning RD Pools Machines

RD Pools machines can be provisioned automatically within Workspot Control.

1. Navigate to Workspot Control > Resources > RD Pools > Add RD Pool.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

2. Enter data into the following fields.

**Select Datacenter**: Select the datacenter where RD Pools machines should be hosted in.

**Select a Config**: Select the Hyper-V cluster you want to provision RD Pools machines on.

**Select Template**: This will search for VM Templates on the cluster selected above. Select the RD Pools VM template created in previous steps.

**Pool Name**: Name of RD Pool

**Description:** Provide description for the RD Pool.

**Number of Desktops**: Enter the number of desktops Workspot Control will provision.

**Naming Prefix**: Enter the naming prefix that will uniquely identify the VM in Hyper-V.

**Suffix Length**: Workspot Control will automatically add a dash (-) and numerals to VDI names. Select 1 digit for small RD pools of 1-10 machines, 2 digits for medium size pools of 11-100 and 3 digits for large size pools of 101-1000 machines.

**Auto Create on Delete**: Workspot Control will auto-provision RD Pools machines to replace any deleted RD Pools machines to match the configured pool size if this checkbox is checked.

**Pause on First Failure:** If provisioning fails, Workspot will pause RD Pools provisioning if checked. Otherwise RD Pools provisioning continues.

3. Click on Create and start RD Pools provisioning.

Clicking Create will kick off the RD Pools provisioning on the cluster which will clone the template VM and power it on. Once the VMs are powered on, Workspot Control will show them being Online. It can take a few minutes for the Sysprep (if used) to complete and for the Workspot Agent to report back Ready status.



At this point, the applications can published on Workspot Control. Click on Add Application within the RD Pool config or Resources > Application > Add Application.



4. Enter data into the following fields.

**Application Type**: Select Windows Applications as Application Type.

**Server Type**: Select Workspot RD Pools as Server Type.

**Workspot RD Pools**: Select Workspot RD Pools as Server Type.

**RD Application Type**: Select the type of RD Pool deployment.

- Installed Application – List Applications queried by the Workspot Agent; selecting an app will automatically fill in Full Path.



www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

- Custom Application – Allows Workspot admin to manually type in application settings such as Full Path.
- RD Session Hosted Desktop – Configure full desktop access to RD Pools machines.

**Select Application**: For Installed Application Type, search for application in queried list.

**Application Name**: Provide name of Application shown in Workspot workspace.

**Full Path:** Path to executable of app.

**Working Directory**: Provide path to directory\folder if application requires to start in.

**Route through VPN**: For Call Center or internal network use cases (such as thin clients), select No. For all others, if there is a scenario where a user is outside the internal network, select Yes.

**Pool Icon**: Select a predefined icon or upload PNG/JPG for application icon.

**Login Type**: Select Single Sign On using domain\username and password, otherwise select Single Sign On using username and password.

5. Test user access.

Assign or add application to an App Bundle to test. With a PC, Mac, iOS, or Android device, go to http://www.workspot.com/download and follow in the instructions to download the Workspot Client.  Once Workspot client is on-boarded, click on RD Pools app to connect.

## Additional resources

- Workspot Help Center:  https://workspot.zendesk.com
  - Workspot Enterprise Connector Configuration Guide
  - Workspot Active Director Integration Guide
  - Workspot Control Training
- Contact Workspot at support@workspot.com

**Workspot**   www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

## About Workspot

Workspot is the leading 100% cloud-based Workspace as a Service platform. Built for the mobile, cloud and hyper-converged infrastructure era, Workspot is the fastest and simplest solution for solving IT's end user BYOx and mobility challenges. Workspot also solves the corporate challenge of securely delivering apps, desktops and data to any device with a single frictionless user experience across mobile, Mac and PC platforms. Workspot's 100% cloud-based platform simplifies IT's workload, requires zero maintenance, scales instantly, provides deep end user experience analytics and monitoring, and is always up to date with the latest features.

Based in Cupertino, California, Workspot is recognized by Gartner as "Cool Vendor" in endpoint computing and bestowed Skyhigh Enterprise-Ready$^{TM}$ for fully satisfying the most stringent requirements for data protection, identity verification, service security, business practices, and legal protection. For more information, visit www.workspot.com.



Workspot   www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries.

# ATTACHMENT C



# Why Workspot

Workspot is reinventing Virtual Desktop Infrastructure (VDI) to transform how IT securely delivers desktops, applications and data to any device. DaaS 2.0 and VDI 2.0 solve the challenges with VDI 1.0. By leveraging a disruptive cloud architecture, Workspot enables IT to simplify operations, deliver high performance to any user, and at the lowest cost of any VDI solution on the market.

## 1.  VDI Industry Leaders Run Workspot

**Workspot's leadership built VDI 1.0.** The company is co-founded and led by former Citrix and VMware alumni including Amitabh Sinha, the former GM of the Citrix XenApp and XenDesktop business unit and Puneet Chawla, the founding engineer of VMware Horizon View.



| CEO | CTO | VP Marketing | VP Products | VP Engineering |
| Amitabh Sinha | Puneet Chawla | Brad Peterson | Jimmy Chang | Prasad Krothapalli |
| Formerly Citrix GM for XenDesktop & XenApp | Formerly VMware View Founding Engineer | Formerly Citrix Sr. Director Marketing | Formerly Citrix Director Product Management, XenDesktop & XenApp | Formerly Citrix Sr. Director Engineering XenDesktop & XenApp |

Collectively, Workspot's leadership team has worked with 250,000 organizations worldwide to successfully deploy application and desktop virtualization, including 95% of the Fortune 100 companies. We understand all the challenges of what you've been through with VMware Horizon View, Citrix XenApp, or XenDesktop.

## 2. Deploy Enterprise Class VDI in One Day on Azure or on-premises

Workspot enables you to deliver desktops and apps running either in Azure or on-premises to your users.
Workspot simplifies app and desktop delivery by moving complex operational components into the cloud. The benefit of its design is that the cloud automates VDI's specialized layers of technology, resulting in peak operational performance and requiring no management from IT. Thanks to the cloud, Workspot can be deployed in a single day and can scale instantly to add more users, desktops, or locations.



# 3. Lowest TCO/Zero CapEx

Workspot has two deployment models:

(i)     All-Cloud also referred to as Desktops as a Service 2.0 (DaaS 2.0)
(ii)    Hybrid where control plane is in the cloud, but desktops run on premises. We refer to this deployment model
        as VDI 2.0

With VDI 2.0, the load balancing, brokering, databases, portal, configuration, monitoring, and image management
functionalities are a cloud-centric service, requiring no deployment or ongoing maintenance resources. The benefits are:

- Upfront CapEx is reduced by 95% for VDI 2.0
- OpEx for deployment and management of component operations is reduced by 50-90%
- VDI can now be deployed in 1 day instead of 6-9 months.
- **VDI 2.0 can achieve a TCO reduction of 50%+ compared to VDI 1.0**.

Workspot VDI 2.0 simplifies the operational aspects of VDI deployment. But IT still needs to buy and manage the hardware
needed to run virtual desktops. Our DaaS 2.0 eliminates the CapEx requirements for VDI. DaaS 2.0 combines the power of
Azure with VDI 2.0, so that IT can deploy all their virtual desktops in Azure. With DaaS 2.0 there is no CapEx!

# 4. Cloud Control Plane/Single Pane of Glass

Workspot's disruptive approach to VDI is built on a unique next generation cloud control plane architecture. The separation
between the control and data plane is critical for better performance, reliability, and scalability.



**Highlights of the Control Plane**:

- Data is transmitted securely directly between the end
  point and host. No sensitive data is transferred through
  the Workspot Cloud.

- Using a single pane of glass, IT can provision desktops
  and apps, set policies, and monitor performance.

- Scaling to more users is instant. The Workspot cloud
  doesn't require sizing, installing, configuring critical
  components.

"… [Workspot's] current
product is doing today exactly
what Citrix and VMware are
talking about as long term
goals…"

Brian Madden
Fiercely independent desktop virtualization expert



**www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc**

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United
States and/or other countries. DS-0814

## 5.  Simple, Unified Workspace for Your End Users

Workspot provides end users a simple, unified workspace for all their desktops, applications, and data. IT can deliver the necessary mix and match of VDI, apps, and data all in one unified workspace. Users can access any of these tools from any of their devices (PC, Mac, iOS, and Android). They have a consistent, fast, and seamless experience, regardless of their location or device. The result is reduced calls to the help desk.

Workspot delivers incredible user performance because it leverages a built-in toolkit of enterprise-grade secured browser, powerful Single-Sign On (SSO) technology and modular application engines. VDI 2.0 delivers the best-in-class experience for every class of application: SaaS, VDI, Web, HTML5, Windows client-server, and Network File Shares. Designed with future applications and workflows in mind, **Workspot delivers a future-proof workspace to end users**.



## 6.  Cloud-First, Hybrid Multi-Site Data Centers

Physical data centers are expensive. Therefore, for the last two decades, IT has been consolidating data centers. This results in deployment scenarios where most of the users of a VDI 1.0 deployment are thousands of miles away. The cloud and hyper-converged infrastructure allows you to re-think your data center architecture. The cloud allows you to deploy a virtual data center closer to your end users. For example, if your remote users are in India and China, you can create an Azure data center in those locations. For headquarter users in North America, you might choose to use an on-premises data center running hyper-converged infrastructure. Our unique architecture allows you to think of data centers with a cloud-first, hybrid, multi-site philosophy. Instead of consolidating data centers, think of expanding.



© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries. DS-0814

# 7. No Risk Engagement Model

We are focused on making our customers successful. Legacy software vendors sell you software where the risk of implementation is transferred to the customer. Projects can take months, sometimes years. And often IT is unable to see the value of the software purchased. We don't think is fair. We have designed our product to be insanely simple and we want to ensure that you see the value of the solution. For that reason, we have introduced a no risk engagement model where a customer has a 45 day period in which we will prove to them the value of our solution. If we are unable to do so to the satisfaction of the customer, we do not bill the customer.



During the 45 day period, our customer success team works with the customer to deliver a pilot. There are three stages to the pilot:

    (i)    Pre-deployment Planning, involving creation of use cases and a mutual success plan
    (ii)   Create Deployment Environment either on Azure or on-premises
    (iii)  Pilot Users

The customer success process is offered to the customer at no extra cost. The service is included in the subscription cost.



# Get Started With Workspot

Contact Workspot at sales@workspot.com. For more technical information, visit https://www.workspot.com/vdi-2-0/

# About Workspot

Workspot is the leading 100% cloud-based Workspace as a Service platform. Built for the mobile, cloud and hyper-converged infrastructure era, Workspot is the fastest and simplest solution for solving IT's end user BYOx and mobility challenges. Workspot also solves the corporate challenge of securely delivering apps, desktops and data to any device with a single frictionless user experience across mobile, Mac and PC platforms. Workspot's 100% cloud-based platform simplifies IT's workload, requires zero maintenance, scales instantly, provides deep end user experience analytics and monitoring, and is always up to date with the latest features.

Based in Cupertino, California, Workspot is recognized by Gartner as "Cool Vendor" in endpoint computing and bestowed Skyhigh Enterprise-Ready™ for fully satisfying the most stringent requirements for data protection, identity verification, service security, business practices, and legal protection. For more information, visit www.workspot.com.





www.workspot.com | 1 888 426 8113 | sales@workspot.com | @workspotinc

© 2016 Workspot, Inc. All rights reserved. Workspot, Workspot product and service names, and the Workspot logo are trademarks or registered trademarks of Workspot, Inc. in the United States and/or other countries. DS-0814

# ATTACHMENT D



Submit a request          Sign in

Search

Workspot Help Center > References

# Remote Desktop Gateway (RDG) Configuration and Workspot Integration Guide

Richard Support - October 19, 2017 10:54

## Overview

The RD Gateway integration with **Workspot Control** enables authorized remote users to connect to resources in an internal corporate or private network, from any Internet-connected device that can run the Workspot client.[1] The network resources can be RD Session Host servers, RD Session Host servers running RemoteApp programs, or computers with Remote Desktop enabled.[2]

## Prerequisites

- [OPTIONAL] A Remote Desktop Services (RDS) implementation: RDS Farm with one RDS Broker (or more for high availability [HA]).
- RDS Host(s) with applicable licenses and applications installed.
- An RD Gateway - may be installed stand-alone or, optionally, an RDG farm for HA.

Follow these steps to create an RD Gateway profile in **Workspot Control**:

- Go to **Setup** > **RD Gatway**



- Click on the **Add RD Gateway** button and describe the Gateway (Name, URI, Use the default setting for **"Allow Self Signed Certificates"** for now).



- Submit the profile by clicking on **Add RD Gateway** button. The message "RD Gateway created successfully" is shown.

Follow these steps to use the RD Gateway defined in **Workspot Control** for Remote Connections to desktops and to utilize applications in RDS environment:

- The figure below illustrates how to define a **Workspot Application** that opens up the desktop of a support server. Go to **Resources** > **Applications** and click on the **Add Application** button.
  *(\*) The key to routing through the RD Gateway is to Select the "No" radio button and pick the desired RD Gateway from the drop-down that becomes visible.*



- This figure illustrates how to define a **Workspot Application** that opens up WordPad published in an RDS Farm. Go to **Resources** > **Applications** and click on the **Add Application** button.

  *(*) The key to routing through the RD Gateway is to Select the "No" radio button and pick the desired RD*

*Gateway from the drop-down that becomes visible.*



## Checking that the Configuration Works

- Verify transport settings using the RD Gateway manager.

- Verify proper RD Gateway deployment using Windows RD Client.



- Launch the WordPad from the Workspot applications panel.



- Verify that WordPad launched.



## Conclusion

Workspot integrated with RD Gateway in Windows Server 2012 R2 offers new HTTP and UDP transports designed to allow remote users to take advantage of the WAN improvements in RDP 8.0 outside the corporate network. This integration with **Workspot Control** management console features, Microsoft's IIS configuration and load balancing, provide a quality, scalable RDP 8.0 experience.

### References

Deploying the RD Gateway role service for a 2012 RDS Farm

Configuring the RD Gateway Server for a 2012 RDS farm with HA enabled for the RD Connection Brokers

Configuring UDP Support on the RD Gateway in Windows Server 2012

Verifying RD Gateway Functionality

Specify Computers That Users Can Connect to Through Remote Desktop Gateway

### Additional References

Deploying Remote Desktop Gateway Step-by-Step Guide

Installing RD Gateway

What's new in Windows Server 2012 Remote Desktop Gateway

[1] Refer to our Workspot Client Features in the Getting Started section of our Workspot Help Center.

[2] **Workspot** supports Windows Server 2012 R2 RD Gateway.

[3] **RD Gateway Capacity: Opinion by Brad Bouchard.**

Was this article helpful?  👍 👎   0 out of 0 found this helpful   f  t  in  g+

Have more questions? Submit a request

**Comments**

© 2017 Workspot, Inc. - All rights reserved

Powered by Zendesk

# ATTACHMENT E

Workspot

Workspace as a Service
enables Secure Access to
Applications and Data from
Any Device

Technical White Paper

## Introduction

A few years ago an employee used two devices to perform work – often a Windows laptop and a Blackberry phone. Both of these devices were purchased and managed by IT. Increasingly today employees have 3+ devices – phone, tablet, and laptop - the majority of which are owned by the employee. How does IT enable secure access to business apps and data from a variety of devices (iOS, Android, Windows OS, Mac OS) most of which are not owned by IT?

There were two promising solutions: Virtual Desktop Infrastructure (VDI) and Mobile Device Management (MDM).

## Challenges with Virtual Desktop Infrastructure (VDI)

On the surface, VDI is a very simple solution. Just virtualize a desktop in the data center using standard server virtualization technology. Then the virtual desktop is securely accessible from any device. However, VDI creates a new set of challenges for IT in terms of poor user experience and high total cost of ownership, and often takes several quarters to deploy.

## Challenges with Mobile Device Management (MDM)

The basic tenet of MDM is to enable IT to gain control and lock down a device. This matches the current best practice in most companies, which use Enterprise Software Distribution (ESD) tools to fully manage corporate owned PCs.

MDM creates two challenges for IT.   First, end users don't want IT to lock down their devices. Second and more importantly, MDM does not enable access to business applications and data. In order to solve this problem MDM solutions evolved to add an alphabet soup of capabilities: Mobile Application Management (MAM), Mobile Content Management (MCM), Secure Browser, Per-App VPN, Container, and others. The result is a disjointed end user experience, low adoption rate by end users, and a complex solution for IT to deploy.

## The right solution is Workspace as a Service

We believe that the right solution is a Workspace as a Service, which enables IT to securely deliver apps and data to any device in 60 minutes

## What is a Workspace?

A workspace is a secure area for work on any device, whether the device is managed or unmanaged. The requirements of a workspace are:

1. **Cross-Platform Architecture**: A workspace needs to be portable across different kinds of devices. A workspace should be available on iOS, Mac OS, Windows OS, and Android. It should be available on phone, tablet, and laptop form factors.
2. **Device Security**: The solution needs to ensure that the device is safe to use: it is not jail broken and that there are no rogue applications on the device. The solution also needs to provide tools for IT to define policies to control the behavior of the device, e.g., copy-paste between applications, download documents, etc.
3. **Application Access**: The solution must provide end users the ability to seamlessly navigate between corporate applications – web, Windows, and native.  IT needs tools to add/delete/update applications on the device. IT also needs configuration policies tools to control the behavior of applications, e.g., printing from within an application.
4. **Data Access**: Provide end user the ability to securely access (from SharePoint and Network File Shares), view and edit documents offline. The solution must incorporate data leakage prevention mechanisms.
5. **Contextual Security**: In an environment where IT doesn't fully manage the device, IT needs analytics, reports and tools to understand what the end user is doing with work related assets. The solution needs to enable the Chief Information Security Officer (CISO) to get a granular view of end user business activities on a mobile device for compliance and auditing.

## Workspace as a Service

One of the major challenges with any new infrastructure software is that it often comes with a brand new architecture that needs months, sometimes years, to deploy inside a business. IT has to invest significant amount of resources – money, time, and people – in order to determine the true value of the infrastructure.

Unlike traditional infrastructure software, Workspace as a Service is a 100% cloud service. That means:

- Zero footprint in your datacenter. No new devices, servers, gateways. Nothing.
- Web scalability. Instantly scales for new users without installing new servers.
- Control plane architecture. Apps and data stay in your datacenter and not copied to the cloud.
- No special training required for IT resources to manage workspace.
- Workspace as a Service can be in production in 60 minutes.

## Workspot is Workspace as a Service

The Workspot solution has two components:

1. **Workspot Control** is a 100% Cloud service that allows IT to configure and set policies for the Workspot Client.
2. **Workspot Client** is an application that can be downloaded from the public app store.  The Workspot Client is the single place on the device where the end user can access corporate assets including applications and data.

## Workspot Control

The Workspot Client is managed using a 100% Cloud service called
Workspot Control.  Workspot Control is a control plane architecture.

### 100% Cloud Architecture

Workspot is a 100% Cloud multi-tenant architecture. The Workspot Control
service runs on Amazon Web Services. IT uses Workspot Control to
configure policies, provision users, and provision applications and data.
Workspot Control stores configuration and performance data in the
cloud:

1. Configuration Data: We store configuration information about the
   VPN, e.g., public URL address, whether it uses RSA or not. We store a
   few details about end users, e.g., First Name, Last Name, Email
   Address, etc. We store information about applications, e.g.,
   Application URLs, whether or not it is behind the firewall, etc.
2. Performance Data: For each network access, we store the amount
   of time it took to fetch a response from the application (e.g.
   SharePoint), the device used (e.g. iPad3), the network used (e.g.,
   AT&T), and the location (e.g., California).
3. Activity Data: We track different kinds of activity on the device,
   e.g., Open/Close Workspot, Open/Close Application (e.g., SAP),
   Open/Close Document, and View/Print Page of Document. All
   activity data is anonymized.

## Zero Footprint Architecture

The Workspot solution has been architected from the ground up to leverage existing data center infrastructure. The Workspot solution has zero additional footprint in the data center.

Today IT is running many on-premises business applications: web applications, Windows client server applications, and network drives (CIFS) as shown in Figure 1.

Companies have deployed VPN and SSL-VPN appliances, like Cisco or Juniper, in their DMZ in the last decade to provide secure remote access to enterprise applications. These appliances have been integrated into identity systems like Active Directory, and security systems like RSA SecurID.



**Figure 1: High-Level Data Center Architecture**

The advent of mobile devices, like smart phones and tablets, has introduced another set of devices that need access to corporate assets. In terms of access these devices are very similar to previous remote access end points.  We believe that the existing data center access infrastructure can be leveraged effectively to give employees access to corporate assets from any device. The Workspot solution has been architected to leverage existing data center infrastructure – VPN, Applications, and Data.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Control Plane Architecture

Workspot Control has been architected to be a control plane as shown
Figure 2:

- No application data flows through Workspot Control
- No user credentials flow through Workspot Control
- No business applications or data is moved to Workspot Control

When the user is accessing business apps and data on the device using
Workspot, all the data flows back and forth directly between the client
and the business applications (e.g., Exchange, SharePoint,
Salesforce.com) as shown in Figure 2. If the applications are behind the
firewall, then they go back to the corporate network. If the applications
are external, then the traffic directly goes to the external application.



Figure 2: Control vs. Data Plane Separation

The separation between control and data planes is very critical for a
number of reasons:

- **Security**: Data flows directly between the client and the
  applications; it does not flow through Workspot Control
- **Availability**: Since Workspot Control is not in the data path, the
  availability of applications is independent of the availability of our
  service
- **Performance**: Since Workspot Control is not in the data path, there is
  nothing to impede the end user experience

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Configuring VPN Access

IT can use Workspot
Control to configure VPN
access for Workspot Client
as shown in Figure 3. We
have deep integration with
Cisco ASA and Juniper
(Pulse Secure) SA
appliances. Once the
clientless mode is enabled
on the appliance, IT needs
to specify the public
address of the VPN
appliance.



Figure 3: Configure VPN Access

## Provisioning access to a Web App

An organization is already running
tens, if not hundreds, of web
applications in their organization,
for example, SAP, SharePoint,
Siebel, and many custom
applications. In order to provision
access to those web applications,
IT needs to specify the URL of those
applications in Workspot Control as
shown in Figure 4.  It does not need
to make any changes to the
operations of the applications.



Figure 4: Provision Web App Access

## Provisioning access to a Windows App

Companies still run many core business applications that were written using Windows client-server technologies. IT can configure access to these applications by specifying the address of the Terminal Server on which these applications are running in the data center as shown in Figure 5. These applications will be accessed using the Remote Desktop Protocol (RDP).  IT does not need to make any changes to the operations of the applications.



Figure 5: Provision Windows App Access

## Provisioning access to a Network Drive

There is a lot of corporate data on network drives. Today these network drives are accessible as drives mounted on a Windows PC. In order to enable access to existing network drives from Workspot Client, IT needs to provide the CIFS path of these network drives as shown in Figure 6. We also support DFS. IT does not need to make any changes to the operations of the network drives.



Figure 6: Provision Network Drive Access

## Provisioning a New User

A new user is provisioned in Workspot Control. The administrator needs the First Name, Last Name, and Email address of the user. They assign the user to a group, which is mapped to a set of applications, a network configuration, and various security policies. We have also enabled a self-registration process, in which case IT doesn't need to add the user to Workspot Control.

## Native Email Configuration

IT can use Workspot Control to configure the native email client on an iOS7 device as shown in Figure 7.  Workspot uses standard iOS MDM profiles to provision enterprise email on the device.



Figure 7: Configure Native Email

## Delivering Native Applications

IT can use Workspot Control to deliver both iOS applications from the
public app store and homegrown iOS applications as shown in Figure 8. IT
can enable standard iOS policies for the applications, like auto-removal
when the MDM profile is deleted, and/or to not backup the applications'
data onto iCloud.

Workspace as a Service enables Secure Access to
Applications and Data from any Device



Figure 8: Provision Native Application

## Configuring Security Policies

IT can configure other aspects of the behavior of the client using Workspot
Control:

- Restricting access to application or documents by user
- Restricting access to applications or documents
- Enabling/disabling offline usage of the application
- Restricting copy and paste
- Restricting printing within geography

## Remote Wipe

Workspot Control provides IT the capability to remote wipe any data,
including documents, cached objects and cookies, inside the Workspot
Client. Data outside the Workspot Client is unaffected by the remote wipe
operation.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Data Retention

Our current policy is to retain configuration and activity data in Workspot
Control for a period of one year. Note that there is no application traffic
through Workspot Control. Also no user credentials is ever sent to or stored
inside Workspot Control.

## Workspot Client

The Workspot Client is a workspace on any device. The Workspot Client provides a consistent user experience across different platforms and form factors as shown in Figure 9.



**Figure 9: The Workspot Client on different devices**

The Workspot Client provides a unified place for users to access corporate applications and data. Applications can be on-premises and behind the firewall like SharePoint, SAP, etc. Applications can also be SaaS applications like Salesforce.com, Netsuite, etc. Documents can also be downloaded into the Workspot Client from SharePoint and other document repositories. Documents can be made available offline inside the Workspot Client.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Cross-Platform Architecture

The Workspot Client is a secure container on the device as shown in Figure 10. The container can be fully managed and secured by IT, without interfering with the rest of the device. The UI layer delivers the end user experience.



Figure 10: Workspot Client Architecture

## First time end user on-boarding process

The end user downloads the Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token. Once the user enters the token in the client, the Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. The Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. The user is prompted for more information, like Group or RSA token, if the VPN box is so configured. If the end user can successfully authenticate against the SSL-VPN appliance, then the Workspot Client is available for use. **Note that user credentials are never routed to or stored on Workspot Control**.

## Secure Access with PIN

When a user taps on Workspot Client on their device, they are prompted for a PIN. The PIN is validated against Client Master Secret (CMS). If the CMS can be decrypted then the PIN is deemed valid; otherwise the PIN is invalid. The Workspot Client will allow up to 5 invalid PIN entries after which Workspot Client will wipe all the data on the device.

## Device Posture Check

As soon as the Workspot Client is started, it conducts a posture check to determine whether the device has been jail-broken or rooted. An evolving set of checks to verify supported versions and platforms are performed, and only when the device is determined to be secure is the Workspot Client launched.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Securing Data in Motion

The embedded VPN Client as shown in Figure 11 is a full L4-L7 stack and
implements a split tunnel that allows the Workspot Client to be connected
simultaneously to both the corporate and public networks. Application
traffic can be routed to either network based on IT policies. We are using
a FIPS compliant SSL library in the embedded VPN Client.



**Figure 11: Virtual Network**

## Single Sign-On

Workspot can single sign on the user onto various business applications
either using enterprise SSO mechanisms, like CA Siteminder, or cloud SSO
mechanisms, like Okta, Ping Identity, etc.

The Single Sign-On feature requires storing sensitive information like
username and password on Workspot Client. These credentials are
encrypted using the same mechanism described above for documents
stored in the Encrypted File Repository. Besides usernames and passwords,
any other information required for auto login like RSA token PIN or RSA
secrets will also be encrypted.

## Secure Application Access

The Workspot client enables secure access to different classes of
applications running in the data center as shown in Figure 12:

1. **Web Applications**: There is a secure browser bundled into Workspot
   that enables access to web applications like SAP, SharePoint, etc.
2. **Windows Client Server Applications**: There is an RDP client
   integrated into Workspot that enables access to a Terminal Server.
   The Terminal Server may be running a Windows application, a
   Windows server, or even a Windows desktop.
3. **Network Drives:** We have integrated a CIFS client into Workspot. This
   enables an end user to access a network drive in the data center.



Figure 12: Securely Accessing Applications & Data

## Whitelist/Blacklist Traffic

IT can control which sites the user can and cannot visit from inside the
Workspot client by configuring a blacklist/whitelist. Workspot can also
enable dynamic blacklisting of known malicious URLs.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Securing Data at Rest

The encrypted file repository as shown in Figure 13 stores documents
downloaded by the user. All the documents in the file repository are
encrypted with a multi-layer scheme:

1. All assets are encrypted in memory before they touch the file
   system. Every object is encrypted using a different key.
2. Each key is encrypted using a master key.
3. The master key is encrypted with a user specified PIN that is not
   stored on the device. The user can access the Workspot application
   only when they can successfully provide the PIN.



Figure 13: Virtual File System

## Secure Document Viewers

When an end user downloads a document inside the Workspot
application, it is encrypted in-flight. The file system remains in an
encrypted state even when the end user is within the container. Only
when the end user wants to view a document, for example an Adobe
Acrobat document, does the Workspot Client decrypt the selected
document and present it inside a viewer that is embedded within
Workspot. We have tuned the embedded viewers for the best possible
rendering experience. Documents are more secure, because the
documents stay within the Workspot Client. As soon as the end user
finishes viewing the document and closes the viewer, the document is
restored to its encrypted state on the device. For large documents, we
only decrypt the pages of the document that are currently being viewed.

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Enterprise App Store

IT can enable an enterprise app store as shown in Figure 14 within
Workspot. End users can select and install applications made available to
them by IT. These applications can be provisioned and de-provisioned by
IT using Workspot Control.



Figure 14: On-device App Store

Workspace as a Service enables Secure Access to
Applications and Data from any Device

# Big Data Context Driven Security

When a user uses Workspot to access enterprise assets, the client collects contextual data (as shown in Figure 15) – who did what, when, where, and how. Workspot only collects this data for business activity – not for personal applications like Facebook on the device. This data can be used for compliance, auditing, and adaptive authentication.



Figure 15: Context Collection is built into Workspot Client

## Compliance and Auditing

Organizations with compliance and auditing needs are using SIEM systems. Until now SIEM systems have tried to infer user actions with data from various systems like card swipe, login, logout, system logs, etc. For example, based on a card swipe, the system can detect that the user was in a certain office in China, followed by a log entry in SAP that the user logged into SAP, and finally an approval email generated by SAP for a purchase order.

We collect end user activity data in Workspot client. This is granular data of the activity performed by the end user on the device, and includes the following:

- Location and Time of activity
- Device used to perform activity
- Application accessed
- Documents downloaded, pages viewed and/or printed

Our Events module provides a searchable view of the end user activity
data as shown in Figure 16.



Figure 16: Events Module

## Integration with SIEM systems

This end user activity data can be converted into Common Event Format
(CEF) and uploaded to a Security Information and Event Management
(SIEM) system for processing as shown in Figure 17. The granular data
collected by the collection agent will enhance the capabilities of SIEM
systems.

Workspace as a Service enables Secure Access to
Applications and Data from any Device



**Figure 17: Integrating Context into SIEM**

## Integration with Splunk

IT can download the Splunk plugin from Workspot Control. The Splunk
plugin needs two keys for configuration – these are available inside
Workspot Control as shown in Figure 18.



**Figure 18: Configuring Splun    k Integration**

Once integrated the Events data from Workspot is delivered into Splunk.
They can be viewed, searched, and manipulated with standard Splunk
tools as shown in Figure 19.



Figure 19: Workspot Context Data in Splunk

Workspace as a Service enables Secure Access to
Applications and Data from any Device

## Context Driven Visibility

In addition to collecting end user actions, the Workspot Client also collects
the real time user experience – how long did an access take, whether or
not it was successful. Each such data point is tagged with location,
device type, application, user, and network used.



**Figure 20: Insights Module**

The Insights module in Workspot shown in **Error! Reference source not
found.** helps IT analyze the real end user experience on mobile devices for
all applications, including SaaS. For example:
- The applications that are least available
- The applications that have the slowest response time
- The slowest devices for your applications
- The fastest wireless network for users
- The most reliable network for users

## Summary

Existing IT solutions to deliver, manage, and secure enterprise applications relies on employees using devices that are purchased, provisioned, and managed by IT. These solutions don't transfer to an environment where the devices are increasingly employee owned, and hence not under IT control.

The Workspot Workspace as a Service leverages existing infrastructure for applications and security and enables IT to rapidly deliver those applications onto personal mobile devices. Our solution enhances the security, compliance, and auditing capabilities of IT for applications delivered using Workspot. Finally, and most importantly, our solution is designed with the end user in mind, and will simplify their experience in accessing business applications and data on their personal devices.

# EXHIBIT 9

# Cloud-Native is Better Than Cloud-Hosted: Workspot vs. Citrix Cloud

**Author:** *Amitabh Sinha*
**Publish on:** *May 25, 2016 6:00:00 AM*

Tweet   Share   Like 1   Share

## Cloud-Native versus Cloud-Hosted

Cloud-native and cloud-hosted are not the same thing. The difference essentially comes down to the underlying architecture. For you, the benefits are vastly different.

## The differences between cloud-hosted and cloud-native

The cloud is an increasing presence in enterprise software. To compete, every software company has to have a "cloud" product. There are two ways for a company to have a cloud product strategy: (1) cloud-hosted, and (2) cloud-native.

### The cloud-hosted strategy

Many legacy software companies attempt to solve the problem of the cloud with a **cloud-hosted** product. They host the legacy version of their software in the cloud. Since the legacy product does not support multiple customers, the vendor will often host a separate instance of the product for each customer.

On the surface the value proposition of a cloud-hosted product is similar to a cloud-native product: Customers do not need to deploy complex solution components, instead they can consume the "service". However, there are some challenges with this architecture because all of the strengths and weaknesses of the legacy architecture manifest themselves in the cloud.

The Citrix Cloud is an example of cloud-hosted. Citrix hosts its legacy (XenDesktop, XenApp, and XenMobile) architecture and offers this as a service. Citrix stands up a separate instance of the entire Citrix stack for each customer. The architectural challenges present a very high operational cost to Citrix, which they pass onto the customer.

### The cloud-native strategy

A **cloud-native** product is designed from scratch for the cloud and a subscription business model. It is multi-tenant to support multiple customers from a single instance. It can be deployed instantly. It also scales instantly to handle usage spikes, like when everyone logs in at the same time.

Workspot is cloud-native and was built from scratch to leverage the cloud's multi-tenancy and web-scale. The result is speed, perfomance, and lower cost of operations, which are passed onto the customer.

So architecture matters, and there are substantial differences in benefits between a cloud-hosted and a cloud-native product.

## Search this site on Google

[ ]   SEARCH THIS BLOG

## Subscribe To Our Blog

Email*

[ ]   SUBSCRIBE

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



Workspot
Comparing TCO:
VDI 1.0 versus VDI 2.0
Get the White Paper Now
White Paper

What's Inside?
- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO



# Workspot vs. Citrix Cloud

In the table below, we've listed the Top 5 differences between Workspot and Citrix Cloud, which also illustrate why cloud-native is better:

| Benefits | Features | Workspot (Cloud-Native) | Citrix Cloud (Cloud-Hosted) |
|---|---|---|---|
| 1. *Equal Value for Customers* | • Single Cloud-Native, Multi-Tenant, Code Base for All Customers<br>• Fixes/Updates are Rolled Out to Single Cloud-Native, Multi-Tenant Code Base for All Customers | Yes | No |
| 2. *Architecture built for the cloud* | • Well-Designed Integration Between Components Running On-Premises, Cloud, and Client | Yes | No |
| 3. *Agility* | • Time to Value (Up and Running in Minutes vs. Weeks)<br>• Feature-Velocity (Available in Days vs. Months) | Yes | No |
| 4. *Availability, Elasticity, and Performance* | • Automatic Scaling<br>• Automatic Handling of Usage Spikes | Yes | No |
| 5. *Unique Benefits of the Cloud* | • Big Data Performance Analytics - Usage, Availability, Performance<br>• Big Data Security Analytics - User actions | Yes | No |

Don't take our word for all the potential here. Listen to our friend Douglas Brown on his recent podcast where he interviewed our CTO Puneet Chawla on the new possiblities for VDI 2.0.

**Download The Podcast!**

Or want to know more about Workspot today? Click the image below to download the solution brief:



---

**Juan Villullas** 5/25/2016, 10:49:44 AM

Nice one. I was thinking of software updates which are a mess when not multitenant.

Reply to *Juan Villullas*

First Name*

Last Name

Email*

Comment*

☐

Subscribe to follow-up comments for this post

protected by **reCAPTCHA**
Privacy · Terms

SUBMIT COMMENT

# Related Posts

May 24, 2016
Citrix & VMware's Strategy is To Overwhelm You With Too Many Choices

March 31, 2016
Faster VDI? - Workspot vs. Citrix (Attention Coffee Lovers!)



| | | |
|---|---|---|
| Home | Why Workspot | Contact |
| About | Compare Workspot | Support |
| Customers | Resources | Admin Login |
| Partners | News | App Download |
| Legal | Blog | Qualified Multitenant Hoster |
| Privacy Policy | | |

  

# EXHIBIT 10



# XenApp 6.5
# Migration Guide e-book

EOL is looming;
Will you be ready?

# WE BUILT DESKTOP & APP VIRTUALIZATION 1.0



**Amitabh Sinha**
CEO

GM XenApp & XenDesktop



**Puneet Chawla**
CTO

Founding Engineer VDI



**Brad Peterson**
VP Marketing


VP Marketing



**Jimmy Chang**
VP Products & Alliances

Director Products



**Prasad Krothapalli**
VP Engineering

Sr. Director Engineering

© 2017 Workspot. All Rights Reserved.

# CITRIX XENAPP 6.5 ARCHITECTURE IS 20 YEARS OLD!

- XenApp 6.5 end of life (EOL) is set for June 30, 2018

- XenApp 6.5 Independent Management Architecture (IMA) is nearing obsolescence

- Upgrading to XenApp 7.x – and its FlexCast Management Architecture (FMA) – requires ripping-and-replacing 6.5



## You have 4 go-forward options…

© 2017 Workspot. All Rights Reserved.

3

# OPTION 1: DO NOTHING

Option 1 is probably a non-starter. The fact is that XenApp 6.5 is EOL soon; you only have so much time to prepare.

## PROS

More time to binge-watch
Game of Thrones

## CONS

You don't want to explain this fire drill

June 30, 2018 you're on your own

Cranky end users will haunt you

You could have been a hero(ine)



© 2017 Workspot. All Rights Reserved.

4

# OPTION 2: RIP-AND-REPLACE UPGRADE TO XENAPP 7.X

You think that's easy? Unfortunately, the migration to FMA is anything but easy – even if you're a Citrix PhD!

## PROS

Your friends at Citrix will be happy

## CONS

It's expensive

It takes a long time to deploy

You get the same complexity as before!

Your CIO will ask a bunch of questions

Significant staffing requirements

Lost opportunities for other cool IT projects



**CITRIX® IMA**
Introduced: early 2000s

- Load Balancer
- MMC
- Citrix Licensing Server
- Data Collector
- XenApp Host
- Web Interface
- Data Store
- vCenter
- vSphere
- Storage
- Servers

**CITRIX® FMA**
Introduced: 2011

- Citrix Licensing Server
- NetScaler
- Citrix Studio
- Citrix Director
- Delivery Controller
- Provisioning Services
- StoreFront
- SQL Server
- Windows Server
- vCenter
- vSphere
- Storage
- Servers

© 2017 Workspot. All Rights Reserved.

# OPTION 2: A DIFFERENT FLAVOR OF COMPLEXITY

We'd really be remiss if we didn't emphasize that after you pay all that money and spend all that time ripping, replacing, and crying you'll have the same complexity you had before.

You get to update, patch and troubleshoot
a whole bunch of components (forever)

And login takes 33 steps before end users can access
their apps and data! (that takes way too long!)

## Here's what it looks like:



© 2017 Workspot. All Rights Reserved.

# OPTION 3:
# MIGRATE TO VMWARE

Option 3 is moving to VMware, an impressive company best known for server virtualization. Unfortunately you get a repeat performance of all the cost and complexity you had with Citrix!

## PROS

Your friends at VMware will be happy

Your CIO may have fewer questions

## CONS

It's expensive

It takes a long time to deploy

Hybrid on-prem and cloud requires two products

Significant staffing requirements

Lost opportunities for other cool IT projects



**CITRIX** IMA

Introduced: early 2000s

| |
|---|
| Load Balancer |
| MMC |
| Citrix Licensing Server |
| Data Collector |
| XenApp Host |
| Web Interface |
| Data Store |
| vCenter |
| vSphere |
| Storage |
| Servers |



Horizon 7 on premise

| |
|---|
| HTML5 Proxy |
| Load Balancer |
| View Administrator |
| View Security Server / PCoIP Secure Gateway |
| View Connection Server |
| Mirage |
| Composer |
| SQL Server |
| Windows Server |
| vCenter |
| vSphere |
| Storage |
| Servers |

© 2017 Workspot. All Rights Reserved.

# OPTION 4: ADOPT A MODERN SOLUTION

Option 4 is an amazing opportunity to modernize your app and desktop virtualization solutions. Plus, your entire data center also becomes future-proof.

## PROS

You will be happy, live long and prosper

Your CIO may have fewer questions

## CONS

Your organization is not ready for an all-cloud solution (That's ok, you can do a hybrid!)

### Then



### Now (Wow!)




© 2017 Workspot. All Rights Reserved.

# OUR INSANELY SIMPLE APPROACH

In the VDI 1.0 world, we heard so many customers say *"I wish there was an easier way."* So, we decided to build a new solution.

Why spend 6-9 months running a POC, sizing, testing, troubleshooting and deploying (and ending up with same old complexity), *when you can deploy a proven, award-winning solution in a day?*

**With Workspot, you get:**

✓ A cloud-native architecture that scales instantly and infinitely

✓ Flexibility to run your apps and desktops in Azure, on-prem, or both

✓ A unified workspace on any device; securely access apps and data from anywhere

✓ Deep analytics to monitor performance, usage, and security

We want you to be as excited as we are for you: **enterprise-level deployment can happen from start to finish in just 1 day**.



© 2017 Workspot. All Rights Reserved.

# A SINGLE PLATFORM FOR MULTI-SITE, CLOUD-FIRST DEPLOYMENTS

We really do understand, so we built a solution that allows you to play in a hybrid world. Workspot provides a single platform that allows IT to deliver apps and desktops to end users whether they are running in an on-premises data center or Azure.

The benefit of the cloud? Regardless what existing solution you bring, Workspot plays beautifully with it:  Azure, hyper-converged or 3-tier infrastructure.



# THE MODERN DATA CENTER IS ABOUT SPEED & AGILITY

You used to be constrained by the cost and complexity of setting up a new data center; the cloud enables you to bring the data center to the user for optimal performance.

Now that your data center has evolved into a streamlined, cloud-first architecture, you can fire up a data center in any Azure region very quickly.

Citrix FMA wasn't designed for the modern data center. It was designed for the data center architecture of ten years ago.

Why be stuck in the past?



© 2017 Workspot. All Rights Reserved.

# UNIFIED ACCESS & CONSISTENT EXPERIENCE

With Workspot, users launch their desired app with a single click. It doesn't matter whether the app resides remotely in the data center, or in the cloud.  Workspot's blazing fast client connection speed is unmatched, and that means fewer support calls to IT and much higher productivity.



VDI Desktop

On-premise Web App

SaaS App

File Shares

Windows App

© 2017 Workspot. All Rights Reserved.

# CLOUD-ENABLED DEEP ANALYTICS



For better security, Workspot provides a real-time feed of end-user activity.

Fine-grained analytics tools provide information on usage, performance, and availability.

© 2017 Workspot. All Rights Reserved.

13

# WHAT NEXT?

**You're stuck between a rock and a hard place.** We feel your pain. Consider the XenApp EOL options carefully.

If you're interested in a better way, consider Workspot… Insanely simple VDI and DaaS solutions that just work.

Deploy in a day, not 6+ months. Which means you can get back to more important things.

| Capability | Product Feature | Workspot | XenApp 7.x |
|---|---|---|---|
| Enterprise Class Deployment in a Day | Cloud-native | ✓ | |
| Predictable Subscription Billing | Cloud-native | ✓ | |
| Automatic Scaling | Cloud-native | ✓ | |
| Automatic High Availability | Cloud-native | ✓ | |
| Automatic Updates | Cloud-native | ✓ | |
| Support for Mobile – iOS/Android | Cross-platform | ✓ | ✓ |
| Support for Desktop – Windows/Mac | Cross-platform | ✓ | ✓ |
| Deliver Server Hosted Desktops | Embedded RDP Client | ✓ | ✓ |
| Deliver VDI to Any Device | Connector | ✓ | ✓ |
| Deliver Web Apps to Any Device | Embedded Browser | ✓ | |
| Deliver Windows Client Server Apps to Any Device | Embedded RDP Client | ✓ | ✓ |
| Deployment Choices – On-premises or Cloud | Control Plane | ✓ | ✓ |
| Integration w/ Existing Systems | Control Plane | ✓ | ✓ |
| Offline Document Access | Embedded CIFS Client | ✓ | |
| Consistent Experience Across Locations | Embedded VPN Client | ✓ | ✓ |
| Simpler Access with Single Sign-On | Client-side SSO | ✓ | ✓ |
| Visibility into Performance, Availability, and Usage | Big Data Analytics Engine | ✓ | |
| Granular Visibility into End-user Activity | Big Data Analytics Engine | ✓ | |

© 2017 Workspot. All Rights Reserved.

# TAKE THE NEXT STEP!

## SCHEDULE A DEMO

**15 minutes** that will change the way you think about virtual desktops and apps.

## WATCH A VIDEO

**Workspot Co-founder and VDI Rockstar**
Puneet Chawla shares a technical overview of how we make VDI insanely simple.

**Workspot**

1601 S. De Anza Blvd. Suite 230
Cupertino, CA 95014 USA

© 2017 Workspot. All Rights Reserved.

# EXHIBIT 11

# Workspot is 10x better than Citrix

**Author:** *Amitabh Sinha*

**Publish on:** *Feb 24, 2015 6:00:00 AM*

Tweet        Share        Like 2    Share

## A Better Workspace Solution

I recently read/saw two separate posts on 10x better platforms: one by Pat Gelsinger (CEO, VMware), and another by Ben Horowitz (cofounder and Partner of the venture capital firm Andreessen Horowitz). In this post I review what it really takes to deliver a 10x better workspace solution:

So, '10x better' is an often-touted acclaim, but what's the real story?

Pat Gelsinger's post discussed how a new platform needed to be 10x better than the platform it sought to replace in order to be successful. He used x86 and ARM chips as examples. Intel has been trying to replace ARM chips on mobile and ARM is trying to replace x86 chips in the data center. His prediction was that neither would succeed because neither solution was 10x better than the solution it was trying to replace.

The second post I read by Ben Horowitz talked about the a16z investment in Transferwise and how it was a 10x better solution than existing Foreign Exchange solutions.

That led me to think about Workspot. We've built a Workspace as a Service offering that competes against the Workspace Suite vision from Citrix. Before we get to workspace solutions, let's spend some time on the multi-billion dollar Citrix product called XenApp.

Citrix XenApp has been enabling companies to deliver Windows client-server applications for 20 years. Citrix XenApp is a strongly entrenched platform in the enterprise and generates nearly $2B in revenue. Many other companies have tried and failed to replace XenApp - Microsoft with RDS, Ericom, nComputing, Teradici, Quest, and most recently VMware with Horizon Apps. In the early days, Citrix was 10x better than competitive solutions (great user experience over low bandwidth/high latency scenarios). But more recently, other solutions have closed the gap significantly. And yet, no solution has displaced XenApp because none of them have been 10x better than XenApp.

Now Citrix is expanding the XenApp product with an offering called Workspace Suite, which will enable companies to securely deliver windows apps, web apps, network shares, mobile apps, etc.  Workspace Suite is competitive with our Workspace as a Service offering.

Using Pat Gelsinger/Ben Horowitz methodology, our Workspace as a Service needs to be 10x better than the comparable Workspace Suite solution from Citrix in order for us to be successful. Is it? Yes. (You wouldn't expect a different answer, now would you?)

Why the Workspot solution is 10x better than Citrix:

(1) Considerably faster time to value: 60 minutes with Workspot vs. several months (or more) with Citrix

(2) Way lower TCO: Workspot is priced at $144/user/year vs. the total cost of ownership (servers, storage, people, licenses) of a Citrix deployment which can be upwards of $1000/user/year. While Citrix is comprised of a complex SKU of products requiring significant IT integration, Workspot has a significantly LOWER total cost of ownership derived from a single integrated product.

## Search this site on Google

SEARCH THIS BLOG

## Subscribe To Our Blog

Email*

SUBSCRIBE

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring





- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO





(3) Much Faster Speed of Innovation: We are adding features to our product every month!

Contrast that to a typical 12-18 month release cycle from any traditional vendor. Since we upgrade features each month, Workspot users enjoy a better product every month. Moreover, this monthly innovation cycle ensures that we implement your feature enhancement requests 10 times faster than with ANY other traditional vendor.

## So, is the Workspot solution 10x better than Citrix? Yes!

Want to know more about Workspot today? Click the image below to download the solution brief:



**Diane** 9/27/2015, 10:52:44 AM

I have a little experience in using Workspot, but another alternative for Citrix would be the Winflector software
http://winflectorexpert.com/

Reply to *Diane*

First Name*

Welcome to Workspot! What brought you here today?

2

Last Name

Email*

Comment*

☐
Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

## Related Posts

February 9, 2016
What's next for Enterprise Mobility Management (EMM)?

January 7, 2016
VDI Solutions: 3 Ways to lower IT Costs with VDI 2.0

January 5, 2016
VDI Solutions: 3 Ways VDI 2.0 Improves Security (and Stops Shadow IT)

 Workspot

| | | |
|---|---|---|
| Home | Why Workspot | Contact |
| About | Compare Workspot | Support |
| Customers | Resources | Admin Login |
| Partners | News | App Download |
| Legal | Blog | Qualified Multitenant |
| Privacy Policy | | |

Welcome to Workspot! What brought you here today?

2

  

Welcome to Workspot! What brought you here today?

2

# EXHIBIT 12

# Is It Time To Break Up With Citrix? Another 4 Reasons.

**Author:** *Jimmy Chang*

**Publish on:** *Mar 3, 2016 6:00:00 AM*

Tweet   | Share |   | Like 3 |   | Share |

## Do you love Citrix or are you planning your escape?



Anyone who has made it through the multiple stages of a romantic relationship knows you take a big sigh of relief when you've made it past the initial honeymoon phase to a point where you both commit to a life together. At this point, you both know each other's quirks and yet you love each other anyway.

A relationship with software is sorta like that. (Trust me—I can make the analogy work here.)

In the beginning you're attracted to the software's features and can't wait to explore all of its possible new uses. Then, you encounter the problems: where to find a budget to pay for the licensing costs? What about the challenges of implementation?  (These are the quirks.) You come to the make-or-break moment. Either you can move past the quirks to the commitment phase or you move on.

## 4 Reasons to Leave Citrix

Lately, we've been hearing from more and more Citrix users that they're hitting the make-or-break moment. And they're thinking it's time to move on. **Here's a list of all Citrix's biggest quirks** - collectively we call them the **"Citrix tax."**

## Citrix Tax  #1: The Subscription Advantage renewal is due sooner than expected.

This is the first quirk that often comes up. Around 10 months into your relationship with Citrix you will receive a call to renew Subscription Advantage (SA) for the following year to keep your XenApp/XenDesktop current. Depending on your sales rep, they might have "forgotten" to mention SA was included in the first year of perpetual licensing but that it must be renewed annually (from the date of purchase **NOT** deployment). It is important

## Search this site on Google

| |
|---|

| SEARCH THIS BLOG |
|---|

## Subscribe To Our Blog

Email*

| |
|---|

| SUBSCRIBE |
|---|

## Recent Posts

[GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms](#)

[Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)](#)

[Missing: Have You Seen the "D" in VDI Lately?](#)

[The Tao of DaaS Monitoring](#)



Welcome to Workspot! What brought you here today?

you don't miss the renewal. If you miss it, there's a hefty reactivation penalty of almost $200 for each XenDesktop Platinum-named user or $400 for a concurrent license, which is nearly what you paid for the original license.

Considering a typical customer takes 6-9 months to roll Citrix out in production (Workspot can be as quick as 60 minutes), it is definitely unpleasant to pay again when you've barely gotten the product working. Most CIOs will tell you they had envisioned partnering with Citrix in which they'd both be working on delivering business success. They didn't think of Citrix as a just another vendor focused on selling stuff. As a result, many CIOs are shocked by the call from Citrix in the 10th month of the relationship.

## Citrix Tax #2: You need tech support? Well that's extra.

If you think renewing your product after only a few months of use is ridiculous, you're not going to like how technical support is not included with your purchase or the SA. Many Citrix customers are completely blindsided by this.

Previously, customers got "free" or highly discounted tech support through their reseller who bought a support contract from Citrix and then recuperated that cost by spreading it across all of their clients' contracts. To boost revenue, in early 2015 Citrix introduced "Software Maintenance" (SWM), which combined 24x7x365 Premier Support with SA. SWM essentially became a double whammy for customers. Not only did they immediately experience an increase in annual support costs, they also found themselves burdened with the additional responsibility of chasing Citrix for issue resolution – something that used to be the reseller's responsibility.

Of course, you can forego all the hassles of SWM by paying for Technical Relationship Manager (TRM). The TRM is a fantastic concierge support service fully equipped with a Ritz-Carlton level price tag. (Or there is simply no need with Workspot.)

## Citrix Tax #3: Want simpler and faster deployment? Hire Citrix Consulting Services.

Some organizations decide that rolling out in 6-9 months isn't for them. So they enlist the help of Citrix Consulting Services, which can offer a custom Statement of Work (SoW) that gets Citrix up and running fast. However, the price tag might be hard to swallow...maybe passing a gallstone is less painful. It isn't unusual to hear about a SoW that costs more than the Citrix licenses. Here are the hidden costs of XenDesktop Platinum for a typical organization. For simplicity's sake, we're assuming it has 200-people who need user licenses:

### Year 1:

- Licenses - $235 x 200 named users = $47,000 (XenDesktop Platinum pricing from CDW.com)
- Premier Support - $25 x 200 named users = $5,000
- Technical Relationship Manager - $15,000 - 30,000 (Estimated cost of shared TRM. The cost for a dedicated TRM goes into 6 figures annually.)
- Citrix Consulting Services - $25,000-100,000 (Estimated, depends on SoW)
- Total to deploy Citrix initially and keep it up and running: **$92,000 - 182,000, or $460 - 910 per user.** And that doesn't include the cost of hardware, OpEx, etc.

### Year 2+:

- Subscription Advantage - $50 x 200 named users = $10,000
- Premier Support - $25 x 200 named users = $5,000
- Technical Relationship Manager - $15,000 - 30,000
- Total to keep it up and running: **$ 30,000 - 45,000, or $150 - 225 per user.** And again, that doesn't include  the cost of hardware, OpEx, etc.

(Or you can deploy Workspot for as little as $40 per user - see how in our TCO white paper.)

## Citrix Tax #4: You need more licenses than you think you do.

- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO

Welcome to Workspot! What brought you here today?

2

Citrix charges for product features as though they were individual users, which essentially eats up the total number of your purchased licenses. For example some features – such as Linux Virtual Desktop Session Pre-launch or XenClient – will each eat up one license in your Citrix license pool. Customers who don't know about this pricing strategy (or budget for it) face the prospect of having to return to their sales rep to buy additional licenses when they need them most and when they have least bargaining power (e.g., during disaster recovery or an M&A situation). And don't forget that with more licenses, you might need the TRM or Citrix Consulting Service to help you scale up the Citrix infrastructure.

If all of these Citrix taxes make you wonder whether your relationship is worth it, you're not alone. And these aren't the only hidden costs of Citrix. Download the white paper below to learn more about the hidden costs of Citrix and compare with alternative VDI solutions.



First Name*

Last Name

Email*

Comment*

☐
Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

Welcome to Workspot! What brought you here today?

2

# Related Posts

January 25, 2018
The 4 T's of Cloud Desktop Success

December 19, 2017
Top 3 Considerations for Your XenApp 6.5 End of Life (EOL) Plan

November 30, 2017
Azure is the New Home for Desktops. Don't Leave Your VDI Skills in the Datacenter.



| | | |
|---|---|---|
| Home | Why Workspot | Contact |
| About | Compare Workspot | Support |
| Customers | Resources | Admin Login |
| Partners | News | App Download |
| Legal | Blog | Qualified Multitenant Hoster |
| Privacy Policy | | |

  

Welcome to Workspot! What brought you here today?

# EXHIBIT 13

# Compare Workspot VDI 2.0 & DaaS 2.0 to Other Solutions

**Author:** *Amitabh Sinha*
**Publish on:** *Feb 2, 2017 9:28:28 AM*

Tweet    Share    Like 2    Share

## Workspot delivers on the promise of VDI

For years organizations have struggled to realize the promised benefits of VDI. Unbearably high CapEx and OpEx plus mind-boggling complexity has seriously limited the value of first generation solutions. Workspot has a completely different approach.  A single, unified solution enables IT to deliver apps and desktops that run on either Microsoft Azure or on-premises infrastructure (or both). End users get a single workspace client to securely access any app or desktop from any device. The business gets a scalable, simplified, future-proof solution that reduces IT cost and complexity. It may feel like you've heard this story before, but there are huge differences between the old way and the modern architecture that allows Workspot to deliver on the promise of VDI.

VDI 2.0 is the next generation VDI architecture, where the control/management plane runs in the cloud and the desktops/apps run on-premises. DaaS 2.0 is an all-cloud solution where in addition to the control plane, the apps & desktops also run in the cloud.



## Top 3 differences between VDI 2.0/DaaS 2.0 and other solutions

### 1. Time to value - deploy enterprise class VDI in a day

Our customers deploy their desktops and apps either in the cloud or on-premises in 1 day! Compare that to legacy solutions which can take months to deploy.

### 2. Built-in high availability, scalability, updates and support

IT no longer has to worry about high availability, scalability and updates. Workspot takes care of it automatically. Every component of the solution is *always* up-to-date. The cloud is designed to be highly reliable and scalable. And just-in-case you ever need help, we

## Search this site on Google

[                    ]

SEARCH THIS BLOG

## Subscribe To Our Blog

Email*

[                    ]

SUBSCRIBE

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



include level 2 support in our subscription pricing.

## 3. Single unified workspace for any app on any device

Workspot's platform enables IT to deliver a workspace to their end users. A workspace is a client that is available on any end point - Windows PC, Macs, iPhones, iPads, Android phones and tablets.

From their workspace client, end users get an elegant, simple way to access a virtual desktop or any application, including on-premises web apps like SharePoint, SaaS apps like Office 365, Windows client-server applications, and network shares.



## Compare solutions at-a-glance

Here is a table comparing the capabilities of Workspot's VDI 2.0 and DaaS 2.0 platforms with VDI 1.0 and DaaS 1.0. The complete table is available here.

What's Inside?
- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO

| FEATURES | WORKSPOT VDI 2.0 & DaaS 2.0 | VDI 1.0 (Citrix XenDesktop, VMware Horizon) | DaaS 1.0 (Amazon Workspaces) |
|---|---|---|---|
| Enterprise Class VDI in a Day | ✔ | 🚫 Can take many months to deploy multiple components (portals, databases, licensing servers, brokers, provisioning servers, and gateways) requiring architecture, server, storage, networking, virtualization, and desktop team participation | ✔ |
| Subscription Billing Per User Per Month | ✔ | 🚫 Workspot TCO is 50-90% lower than VDI 1.0 Solutions | ✔ |
| Is high availability built-into solution by design? No IT resources should be required for high availability | ✔ | 🚫 Each component in the solution (load balancer, gateway, portal, broker, database, licensing server, and provisioning servers) must be configured for high availability | ✔ |
| Are product updates automatic? Are product updates included in the price? | ✔ | 🚫 Additional maintenance fees; Need to update each component: portals, databases, gateways, brokers, load balancers, licensing servers, provisioning servers, etc. | ✔ |
| Does the solution scale instantly to meet customer demand? No IT resources should be required for scaling the solution | ✔ | 🚫 Need to scale each component separately: portals, databases, gateways, brokers, load balancers, licensing servers, provisioning servers | ✔ |
| Is support included in the price? | ✔ | 🚫 Additional cost for each vendor in the solution stack - load balancing, database, VDI 1.0, etc. | 🚫 Additional cost |
| Deliver VDI & Windows 10 Desktops | ✔ | ✔ | 🚫 |
| Deliver Server Hosted Desktops | ✔ | ✔ | ✔ |
| Deliver Windows Client Server Apps | ✔ | ✔ | 🚫 |
| Deliver Web Apps | ✔ | 🚫 | 🚫 |
| Deliver Native Mobile Apps | ✔ | 🚫 | 🚫 |
| Offline Document Access Users can download documents for offline access from network shares, SharePoint, and OneDrive | ✔ | 🚫 | 🚫 |
| Smart, rich, simple, unified workspace client Built-in secure browser, RDP client, VPN, SSO, 2FA, secure document repository, and document viewers | ✔ | ✔ Partial | ✔ Partial |
| Support for smart cards, webcams, isochronous USB devices | ✔ | ✔ | 🚫 |
| Client side SSO Integrates with existing SSO engines, e.g., CA Siteminder, Oracle IDP, Okta, AD, and others | ✔ | 🚫 | 🚫 |
| Fast, Reliable Connectivity to | ✔ Direct connection between client and resource can happen in a few seconds, can connect even if cloud | 🚫 Connecting to a resource can take as many as 30+seconds & 30+ handshakes through multiple components - load balancing, portal, broker, database, and licensing servers. Connection will fail if any of those handshakes are | 🚫 |

Want to know more about DaaS 2.0 - click the image below to download the solution brief:

First Name*

Last Name

Email*

Comment*

☐
Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

# Related Posts

November 28, 2017
5 Reasons Partners Add Workspot DaaS to their
Azure Portfolio

November 9, 2017
Got GPU Envy? Get the Advantage with Workstation
Cloud!

October 5, 2017
DaaS 2.0 is an Uber, VDI is a Taxi



Home

About

Customers

Partners

Legal

Privacy Policy

Why Workspot

Compare Workspot

Resources

News

Blog

Contact

Support

Admin Login

App Download

Qualified Multitenant Hoster

  

# EXHIBIT 14

# How You Can Achieve VDI Simplicity with a Single Platform

**Author:** *Brad Peterson*
**Publish on:** *May 4, 2017 6:00:00 AM*

Tweet   Share   Like 6   Share

The past few weeks, we wrote a series of blogs and made some pretty bold claims about Workspot's leadership and innovative VDI solutions for the cloud era. Last week, we stated:

> *Workspot offers the only solution on the market that enables you to deliver virtualized apps, server-hosted desktops, and virtual desktops--from the cloud, on-prem, or both.*

We even posted some diagrams to illustrate how Workspot basically replaces everything out there. Here are the VDI solutions on the market:



Now you can forget all those solutions. Why? They're complex and expensive and they don't scale well.  Instead, go for VDI simplicity, reduce TCO, and scale infinitely with Workspot:



If you missed the blog series and are interested in taking a look, you can read them right here: blog 1, blog 2, and blog 3. If you read the series, and you'd like to hear even more details, this blog is for you. Now it's time for the explanation behind how it's possible to achieve this kind of radical simplicity in a VDI solution.

## The 4 Workspot components that enable hybrid VDI with a single platform

Workspot provides the simplest VDI solution for delivering virtual desktops, server-hosted desktops, and virtual apps on any hybrid infrastructure on-premises or in the cloud.  The Workspot hybrid architecture is enabled by 4 main components.

The first two components are involved in connecting end users to resources: **Workspot Client** and **Workspot Control**.

## Search this site on Google

SEARCH THIS BLOG

## Subscribe To Our Blog

Email*

SUBSCRIBE

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



Welcome to Workspot! What brought you here today?

- Workspot Client is how users connect to their virtual desktops and applications from their devices.
- Workspot Control lives in the cloud and is what brokers and load balances the connections between the Clients (running on peoples' devices) and your resources.

The third component is responsible for provisioning on any on-premises or cloud platform: **Workspot Enterprise Connector**.

- Workspot Enterprise Connector does the heavy lifting of provisioning and managing desktop and server VMs across any hypervisor platform. The Enterprise Connector enables Workspot Control to manage multiple platforms, clouds, and locations as a single hybrid deployment.

The fourth component is responsible for system performance: **Workspot Agent**.

- Workspot Agent works behind the scenes, gathering data about everything that's happening in the desktop VM and the application server host and loading it into a big data analytics engine. These 4 components are the backbone of Workspot VDI Pools (how we deliver virtual desktops) and Workspot RD Pools (how we deliver virtual apps and server-hosted desktops). And they're all managed from a single pane of glass.

Let's take a closer look at how they work.

## Why Workspot VDI Pools is the alternative to XenDesktop and HorizonAir

A VDI strategy should not be like a board game where IT rolls the dice and hopes to land on the right square for their current and future business requirements.

On-premises-only or cloud-only architectures require organizations to buy multiple solutions or install complex configurations to achieve the hybrid approach most organizations need. Workspot is different.

Because Workspot Control is a multi-tenant, cloud-native service, it supports the deployment and brokering of all your Windows desktops wherever they're located. They can be on Azure, or on-prem, whether on 3-tier or hyper-converged infrastructure. Workspot Control uses the Workspot Enterprise Connector to spin up your Windows desktops from any Azure region and/or any data center location in the world, and since Control is instantly and infinitely scalable it can create unlimited desktops all while dynamically load balancing across all available compute resources.

And the cloud service is important downstream too.

End users access virtual desktops via the cloud by downloading the Workspot Client onto their PC, Mac, iOS and Android devices. When opened, the Client talks with Control to get information about which resources it's allowed to access. The Client then leverages the RDP 10.x stack to connect to virtual desktops. Control is what brokers and load balances the connection between the Client and your Windows 7/10 desktop environment.

Here's a diagram of how VDI Pools work:

What's Inside?

- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO



VDI Pools – Scales VDI to Millions of Users

Welcome to Workspot! What brought you here today?

# Why Workspot RD Pools is the alternative to XenApp and more

The unique brokering technology of Workspot's scalable, cloud-native architecture provides the simplest VDI solution for delivering virtual apps and server-hosted desktops, making it a great alternative to all the other complex legacy VDI solutions available today.

RD Pools shares the same technical foundation with Workspot VDI Pools, so it works much the same way. When end users connect with the Workspot Client, Workspot Control is the broker for them, sending them off to get their applications and automatically doing load balancing and high availability.

Workspot will quickly deploy as many RDSH servers as you need and not be limited in user scalability. And you can mix and match your server OSs with Windows Server 2012 R2, or 2016 server and on any platform. Just install your various windows applications on your RDSH server template and you are all set to serve them across multiple users.

Workspot RD Pools eliminates the need to install the load balancer, connection broker, web access, databases etc., required by Citrix XenApp or when setting up a Microsoft RDSH farm. This means a dramatically lower TCO. No expensive infrastructure to install and no need to hire highly skilled, expensive administrators to configure that infrastructure. Workspot Control provisions your RDSH server virtual machines, as well as the apps that run on top of them. Workspot launches and load-balances as many as you need, across your choice of infrastructure - Azure cloud or on-prem. It's infinitely scalable and enables a truly global deployment.

Here's a diagram of how RD Pools work:



## Track and monitor everything with Workspot Agent

Not only does Workspot enable you to deliver thousands of virtual desktops, virtual apps, or server-hosted desktops to your users and manage them all with a single pane of glass, it also reports on everything via the Workspot Agent.

The Agent collects fine-grained data. It provides deep performance visibility for RDP and systems performance, load, and health. It sends this data back to Workspot Control where big data analytics and insights are generated using our big data pipeline.

The system is always up-to-date because it auto-updates. You never have to deal with outage or maintenance windows. It leverages the same VDI Pool technology, which means that scaling up or down can be done instantly.

## At-a-glance: VDI Pools, RD Pools and Agent

Here's a breakdown of the components:

**Workspot Control**

- Single platform to deploy, load balance and broker windows apps and desktops

Welcome to Workspot! What brought you here today?

- Single platform to deploy across multiple sites, including cloud and on-premises *(Compare that to Legacy VDI 1.0 "brokers," which typically do one site--you want to do multiple sites, you'll often find yourself replicating their complexity over and over again.)*
- Auto-scale and auto-update is built-in
- Scales to millions of users *(Compare that to Citrix "broker," requiring that you add multiple brokers to scale up further.)*
- Automatically load balances users
- High availability by design
- Not part of data plane

**Workspot Client**

- Single hop for persistent desktops
- Two hops for non-persistent desktops and apps *(In contrast, Citrix Receiver uses 33 hops for a connection.)*
- Auto-updates, so there are no outages or maintenance windows *(In contrast, IT has to update Citrix Receiver at every end point.)*
- Tenant can handle 100 logins per second due to simplified direct connection scheme
- No bottlenecks due to databases, brokers, AD authorization, HA
- Leverages RDP 10.x stack, which means it's always up-to-date with Windows releases

**Workspot Agent**

- Focuses on system performance, health, and app usage data *(Compare to Citrix, which is focused on doing ICA protocol.)*
- Auto-update is built-in *(Compare to Citrix, which must be updated on every desktop and server.)*
- Auto-recognizes it is on a server OS and enables multiple user sessions per server

## Key takeaways

Here's that bold claim again:

*Workspot offers the only solution on the market that enables you to deliver virtualized apps, server-hosted desktops, and virtual desktops--from the cloud, on-prem, or both.*

## So what's in it for you?

- Unprecedented VDI time-to-value; deploy in days not months
- Better performance and scalability than legacy vendors
- Significantly lower CapEx and OpEx
- No-risk customer engagement program

Schedule a 15 minute demo and we'll show you how we've changed everything about the way VDI is deployed and managed.

Many XenApp customers are facing 6.5 EOL. In this eBook we explore the 4 options you have. Download it now!

Welcome to Workspot! What brought you here today?

2



First Name*

Last Name

Email*

Comment*

☐
Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy · Terms

SUBMIT COMMENT

## Related Posts

November 28, 2017
5 Reasons Partners Add Workspot DaaS to their Azure Portfolio

November 9, 2017
Got GPU Envy? Get the Advantage with Workstation Cloud!

October 5, 2017
DaaS 2.0 is an Uber, VDI is a Taxi

Welcome to Workspot! What brought you here today?

2



| | | |
|---|---|---|
| Home | Why Workspot | Contact |
| About | Compare Workspot | Support |
| Customers | Resources | Admin Login |
| Partners | News | App Download |
| Legal | Blog | Qualified Multitenant Hoster |
| Privacy Policy | | |

  

Welcome to Workspot! What brought you here today?

# EXHIBIT 15

# Top 3 Windows Workloads for Microsoft Azure

**Author:** *Brad Peterson*

**Publish on:** *Jun 1, 2017 5:00:00 AM*

Tweet    Share    Like 17    Share

Knowing what you can (and can't) run on Microsoft Azure is half the battle. More importantly, which workloads running on Azure are likely to be the most revolutionary for your IT environment? In this article, we'll tell you the top 3 ways Workspot and Azure can change your world, enabling you to run Windows Desktops, address XenApp 6.5 end of life (EOL), and harness the power of GPU-accelerated technology.



## 1. Windows 10 VDI

Until recently, Legacy VDI 1.0 solutions were the only way to deliver Windows 7/10 virtual desktops to end users. These solutions have always been complex and can take months to deploy. Until very recently, you could not run Windows Desktop workloads in the public cloud. Here's what VDI 1.0 looks like:

## Search this site on Google

[                    ]

SEARCH THIS BLOG

## Subscribe To Our Blog

Email*

[                    ]

SUBSCRIBE

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



What's Inside?
- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware on average*

- New approaches to lowering VDI TCO



Figure 1: Legacy VDI 1.0 solutions are complex and outdated

However, in March 2017, Microsoft made Windows 10 desktop licensing available in Microsoft Azure. Workspot was ready for that day, so we stepped-in to deliver a portfolio of all-cloud solutions that combine the power of the Workspot cloud-native VDI control plane architecture with Windows 10 on Azure to deliver a solution that is 100x simpler than legacy solutions.



Figure 2: Workspot all-cloud DaaS solution is unmatched in simplicity, performance and scalability

With Workspot Cloud Desktops, you can consume Windows 10 Desktop-as-a-Service (DaaS) from any Azure data center. You don't have to worry about upgrades, patching, reliability, and scalability. Our cloud-native, turnkey Cloud Desktops delivers it all.



Figure 3: Run workloads on Azure, on-prem or both - simultaneously

## 2. Migrate from XenApp 6.5 to Workspot Cloud Apps

Today, upwards of 150,000 customers are still running XenApp 6.5 - an outdated IMA architecture that is scheduled for EOL in 2018. These customers are looking for a migration strategy, as well as a future-proof solution they won't need to worry about in 5 years. Behold the complexity of legacy app publishing:



Figure 4: XenApp 6.5 EOL is looming; it's a great time to migrate to a modern solution

Organizations facing XenApp EOL have a few options, but only Workspot Cloud Apps provides an all-cloud, infinitely scalable, completely cloud-native solution for virtualizing Windows applications (**and it can be up and running in a day!**). For a fixed price per month, we deliver your Windows applications as a service. You don't have to deal with complexity anymore, and you don't have to worry about patching, upgrading, scalability, or availability. And you don't have to worry about the future.



Figure 5: Workspot Cloud Apps: Replace XenApp 6.5 with an architecture that scales infinitely

## 3. High Performance 3D Graphics Computing

Engineers and architects use the most expensive liquid cooled workstations to run advanced 3D applications like CATIA, Autocad, etc. Delivering the best user experience to these demanding users creates challenges for IT:

- ***Workstation GPUs are less powerful than data center GPUs.*** There are cooling limits to workstations on users' desks. These cooling limitations, in turn, limit the power of the GPU that can be run inside the workstations. However, when the GPUs are running in the datacenter, there are theoretically no limits to the power of the GPUs.
- ***Size of models: All users cannot be in one location.*** This means that IT must synchronize models for users in different locations. They have to use WAN acceleration technologies to transfer large terabyte sized files between locations. This results in lost productivity because end users have to wait for large models to move.

One solution to both these problems is to put the models and the workstations in the cloud: Workspot Cloud Workstations! That way, IT can leverage the most powerful workstations. Moreover, because models are co-located with the workstations, end users can access them rapidly. Remote access protocols can deliver a great user experience. If you're interested in how this works, go here. In case you're wondering whether this technology might work for you, check out our GPU use cases.

How can running these top 3 workloads on Azure impact your organization? We can help you find out. It's time to modernize your outdated legacy VDI solution with a cloud-native, multi-tenant solution that solves the cost and complexity problems of traditional solutions and provides the flexibility and scalability that are essential for your success. There's no reason to look back at the legacy vendors.  If you're new to VDI and app publishing, be sure to consider Workspot's innovative solutions for deploying these workloads on Azure, on-premises, or both!

Learn more about Workspot Cloud Desktops on Azure.

Download the solution brief now!



First Name*

Last Name

Email*

Comment*

Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

## Related Posts

March 1, 2018
The Tao of DaaS Monitoring

January 18, 2018
The Workspot Desktop Cloud Difference

January 11, 2018
What's Your New Year's Resolution? Workspot Cloud Desktops Can Help You Keep It!



| Home | Why Workspot | Contact |
| About | Compare Workspot | Support |
| Customers | Resources | Admin Login |
| Partners | News | App Download |
| Legal | Blog | Qualified Multitenant Hoster |
| Privacy Policy | | |

  

**EXHIBIT 16**

# Three of our Engineering Team's Favorite New Features in Workspot Cloud

**Author:** *Puneet Chawla*
**Publish on:** *Mar 23, 2017 5:00:00 AM*



Workspot is the first multi-tenant, cloud-native solution to deploy both VDI and Windows applications across multiple sites - including on-premises and public clouds like Microsoft Azure. Our obsession with customer success drives us to continually innovate and transform VDI and application publishing. With that in mind, I would like to talk about 3 key features today and the value they deliver to customers: (1) Cloud-managed RDSH Pools (2) Automatic Storage Management on Azure (3) Dynamic Feature Rollout.

## Feature #1: Cloud-managed RDSH Pools

We are excited to announce the industry's first cloud-managed, published RDSH application farms. Traditional remote-app architectures like XenApp were designed in the client-server era where the "controller" and the RD session hosts were all running in the same LAN. As customers are migrating to multi-site architectures and a large number of customers are looking at easy cross-site failover or DR solutions, a new design for managing large, multi-site and multi-geo application farms is highly desirable.

We are extending our VDI architecture to manage RDS hosts directly from the Workspot Cloud. RDS hosts run the Microsoft remote desktop session host service. They are managed directly from the Workspot cloud using an agent. **There is no "connector" in the middle.** Each RD host runs an agent that talks directly to the Workspot Cloud over port 443. The architecture is location agnostic. RDS Hosts can run on any hypervisor and any location. This provides unprecedented flexibility to Workspot customers.



The legacy VDI 1.0 products use old client-server architectures where many of the components are statically setup for each set of VDAs. From an availability standpoint, the nested hub-spoke architecture of proxying traffic via a connector at every location is just bad design. It's a hack introduced by legacy vendors to retrofit on-prem products for cloud deployments. It's also a scalability bottleneck if every connection or every virtual machine-to-cloud API call is proxied through a windows VM in the datacenter. Additional work is required for sizing and HA and the promise by legacy vendors of simplicity is sabotaged again.

## Search this site on Google

[                                    ]

[ SEARCH THIS BLOG ]

## Subscribe To Our Blog

Email*

[                                    ]

[ SUBSCRIBE ]

## Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



Instead, Workspot has leapfrogged legacy products by simplifying and optimizing the agent-to-cloud and cloud-to-agent bi-directional protocol over SSL/TLS. Users can be load balanced to the nearest datacenter in addition to addressing failover and DR scenarios.

Template and network fileshare replication best practices are already part of the *Workspot Disaster Recovery solution* when customers want to manage multiple sites for VDI DR today.

Setting up app-publishing or RD pools is simple:

- Set up the RDS host (Win2012 or Win2016)
- Install applications to be published, using any application installation tool
- Install the Workspot Agent. Convert VM into template or mark it as a master image for the RD Pool
- Create the RD pool on any hypervisor or Azure. Wait for all the hosts to go into "available" state
- Publish applications and assign apps to users or groups

**When the process is complete, users get instant notification about new published applications.**



One unique aspect of the Workspot architecture is that all devices are **always connected** to the Workspot cloud for policy updates over a latent control channel. We use a modern, full-duplex, web-sockets based communication mechanism to push instant updates to all the users globally. There is no need for users to re-login to see the new apps published in Workspot (unlike legacy products!).

Customers want simple and automatic failover as they think about hybrid deployments across multiple sites. The elegance of cloud products is directly proportional to the simplicity in the overall consumption experience and the fungibility in expanding or addressing more use-cases quickly. Having separate stacks for on-prem and cloud with no interoperability and migration path is a classic legacy vendor playbook to confuse the market.

# Feature #2: Automatic Storage Management on Azure using Managed Disks

Data center admins need to provide a lot of information about infrastructure when creating VDI pools on hypervisors: (a) Which datastore or storage location should be used to create VM virtual disks? (b) Which virtual network (VLAN) should be used? (c) VM Customization information (like naming, AD membership, etc.)?

What's Inside?
- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware costs on average*
- New approaches to lowering VDI TCO

4/2/2018

Then in order to ensure good performance and optimal capacity usage administrators need detailed plans: (a) Management of multiple resource locations (vSphere Clusters, ResourcePools, Datastores), (b) Type of disk for provisioning (full clones, thin clones, differencing disks, etc.), and (c) Storage limits handling (i.e., how many disks per volume?), etc.

Modern hyper-converged products hide this storage provisioning complexity. As a result, most IT teams expect the same simplified experience from public cloud infrastructure. And that is precisely why we're going to give them that experience - because it should be simple for customers.

Creating VDI pools on cloud infrastructure can be very different than creating them on hypervisors on-prem. Recently, Microsoft announced support for automatic storage management on Azure. Its Managed Disks feature introduces a layer of abstraction for disk management and hides all the limits previously associated with every storage account (such as 20,000 IOPS / account).

With Workspot, this Managed Disks feature means that you can now create up to 10,000 VM disks in a single subscription. Workspot customers only need to specify a template and type of storage (standard or premium) and clones are automatically placed on the right storage accounts.



Behind the scenes, the Workspot cloud plane provisions each VM with a managed disk and network interface using a simple pool-based naming scheme. The deletion or update workflow (for non-persistent or RD pools) cleans up all resources, including virtual network interfaces and disks, automatically.



We have also added support for Azure tags. This simplifies the process of master-VM filtering for large deployments.



Best of all, this new feature is in production now. There is a single cost center; it's priced on a flat per-VM monthly rate. Workspot includes everything-- including the internal Azure compute, storage, networking and security elements, in a single SKU.

# Feature #3: Dynamic Feature Rollout Delivers Innovation to Customers Fast

Another key feature is our ability to rapidly roll out new services to customers.

EUC cloud products are not only web SaaS. There are also a lot of native clients in the field, and they need regular upgrades and new features to leverage the cloud-first agility model. It is imperative that a cloud service regularly introduces new features and functionality in a controlled fashion to customers. That way, agility can be nicely balanced with high reliability.

The Workspot cloud control plane is designed to rapidly roll out new services to our customers as soon as they're ready. Multiple times per day, we deploy new services to our Dev cloud. And several times per quarter, we roll out well-tested new features to our Production cloud. Workspot modeled its approach to dynamic feature rollout for customers on the way modern cloud companies like Dropbox, Facebook and Google accomplish feature rollouts. We call our approach "Feature Egress".

Here's how it works:

- The main goal with this **full stack instrumentation** (cloud, clients, agents and connectors) is to be able to selectively turn on/off new features to tenants with fine-grained control.
- Most features span multiple components and are not part of a single code path. Having the ability to redirect users to different run-time behaviors and operating low-level infrastructure operations (like cloning on a hypervisor based on ops dashboard flags) enables us to scale and elegantly "**gate features**" to our production cloud.
  - For example, a new feature that introduces functionality in the admin UI and Windows client can be exposed at a **per-customer level, per-AD Group** level, and also at a **per-user level** within a customer organization.

Our ability to configure features and **dial them up or down** based on both the "tenant" and "provider" engagement makes Workspot the most flexible EUC cloud offering available.





Continuous Integration/Continuous Development (CI/CD) tools are great for automating the process of shipping code to production. Most customers, however, expect controlled rollouts. They also expect some form of a heads-up for important new functionality in the EUC stack.

Workspot addresses these issues using "controlled rollouts," which means that all new major features are added as selective features. Here's how rollouts work:

- Features are divided into 3 segments: 1) low entropy, high value features, 2) high entropy, high value features, and 3) invasive and replace-the-old-functionality features. Based on the feature and the risk associated with it, the feature is either pushed out site-wide or a controlled rollout option is used. *(Please note that we don't ship low value features!)*
- Customers are divided into numerous segments, including internal users, pilot customers, customers in early-stage, customers in specific verticals, etc. It's similar to A/B testing in the traditional SaaS nomenclature. However, in the context of VDI the features can also influence the native-clients and other components in the overall picture.
- We monitor usage and use our unique Customer Success Engagement Model to collect early feedback from customers. A tight feedback loop is our core competency as a company and enables us to polish the functionality within a few months

Most importantly, we have added the functionality to track how the feature is doing in the field. This way, if any problems are encountered we can remediate or back-out the conditionals. All of these steps are completely automated (ops team dashboard driven). It took us several years to fine-tune the functionality across all our components.

**A cloud-native, microservices-based pluggable architecture is the only elegant way to add this type of feature rollout because the cloud is a single service. This is a key assertion. We make it often because we want to really educate customers who might otherwise be bamboozled by *cloud-washed* products where a separate stack runs for every tenant.**



*List of current features in Selective Mode*

As shown in the above screenshot, Workspot currently exposes "Azure Config" to select customers who are engaged with us to run Win10 VDI on Azure. The feature link allows us to enable the feature for the tenant and pass secondary controls to the customer IT

team. This way, the customer can control how features are exposed to their end users also.

Shipping new features is great. However, if new functionality is not provided to customers in a timely fashion it defeats the cloud-first promise. **The real test of a cloud-service is not the frequency of new releases every month. The real test is how quickly the new features are deployed to the customers in a controlled and non-disruptive fashion. Cloud DNA is not just about shipping software. It is also the machinery required to take the shipped feature to the customer end-to-end.**

## Workspot is transforming the industry

We are excited to announce that in addition to simplified management and infinite scalability, Workspot will also provide RDS-SALs for Workspot managed RD pools on Azure. Again, one cost center for all things related to VDI and app-publishing!

We care deeply about addressing the most important painpoints customers experience with legacy VDI solutions. The result is significant innovation in VDI that makes our customers more successsful, and the Workspot team is inspired to continue delivering on our commitment to customer success!

Want to know more about Workspot? Click the image below to download the solution brief:



First Name*

Last Name

Email*

Comment*

Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

# Related Posts



Home

About

Customers

Partners

Legal

Privacy Policy

Why Workspot

Compare Workspot

Resources

News

Blog

Contact

Support

Admin Login

App Download

Qualified Multitenant Hoster

  

**EXHIBIT 17**

# Top 10 Questions You Must Ask About Citrix Cloud

Author: *Amitabh Sinha*
Publish on: *May 22, 2017 5:00:00 AM*

Tweet    Share    Like 5    Share

Citrix Synergy kicks off this week and as Citrix gears up to promote their VDI-in-the-cloud story, we wholeheartedly say "we couldn't agree more." In theory that is... We believe the cloud is the most transformative technology that has come along in the last 20 years. And we believe so strongly that delivering virtual desktops and apps from the cloud is a wonderful solution that we've built a company around it; we are laser-focused on making customers successful with VDI. But all VDI cloud solutions are not created equal and you need to have all the answers to make the best solution choice for your organization.



Workspot has built a cloud-native, multi-tenant solution to deliver virtual desktops and applications from on-premises and the cloud. We built it from the ground-up just like Salesforce for CRM, Workday for HR, Netsuite for ERP, ServiceNow for IT Management. The solution was built with a modern, micro-services architecture similar to how Facebook and Twitter are built which allows it to scale to millions of users.

Unlike Workspot, Citrix Cloud is built from many of the same on-prem, stateful components used in their standard product. It is really important for you to drill down on the differences and what they mean for your implementation. Here are the 10 most important questions you need to ask Citrix about the Citrix Cloud.

For details about how Workspot addresses these questions, read this brief comparison guide.

## 1. Are you really hosting 1 instance of XenApp/ XenDesktop for each customer?

Citrix Answer: Yes, we host one copy of a legacy XenApp/XenDesktop deployment per customer, including Storefront, Brokers, Databases, AD, Licensing servers, etc.

## 2. Are my company's user credentials stored in the Citrix Cloud?

Citrix Answer: Yes, when a user connects to a virtual application or desktop, the user authenticates against the Citrix Cloud. User credentials have to be stored in the Citrix hosting infrastructure. There is no way to use SAML authentication or federated identity.

## 3. Is my company's data flowing through Citrix Cloud?

Citrix Answer: Yes. When a user connects to a virtual application or desktop, data flows through the Citrix Cloud. You can avoid this by installing Netscaler Gateway on premises.

# Search this site on Google

[ ]   SEARCH THIS BLOG

# Subscribe To Our Blog

Email*

[ ]

SUBSCRIBE

# Recent Posts

GPU Workstations on Azure Are a Big Deal for BIM in AEC Firms

Found: The "D" in VDI. (It's in the Workspot Desktop Cloud!)

Missing: Have You Seen the "D" in VDI Lately?

The Tao of DaaS Monitoring



What's Inside?
- The top challenges CIOs face when calculating VDI TCO
- How much Citrix and VMware cost on average*
- New approaches to lowering VDI TCO

## 4. Are you sending data traffic through Citrix Cloud? Does this create a bottleneck?

Citrix Answer: Yes and it depends. The data traffic is transferred through a rate limited gateway running in the Citrix Cloud. This then is connected to the on-premises Connector and then to the virtual application and/or desktop. This means that if the user is in APAC, the Citrix Cloud is in North America, and the data center is in Europe, the data traffic would have very high latencies. Potentially, you could use the Citrix SD-WAN product to limit that issue.

## 5. Is the Citrix Cloud a single point of failure?

Citrix Answer: Yes. Since all authentication and data traffic goes through the Citrix Cloud, if it is unavailable, then your users will not be able to access their applications and desktops.

## 6. How many panes of glass do I have to use to manage my deployment?

Citrix Answer: At a minimum, three. Essentially every component still has its own management console. All of these consoles are embedded together using session frames into the Citrix Cloud portal management.  This isn't any different from what you are used to on premises.

## 7. Who pays for Microsoft Azure?

Citrix Answer: You are responsible for Azure bills. We understand that it can be complex and highly variable.  You should work with your Microsoft representative on this.

## 8. Can I manage both my licenses in the Cloud and my on-premises licenses?

Citrix Answer: No.  In Citrix Cloud, we manage your licenses and your allocations. You continue to manage your on-premises licenses.

## 9. If I'm a Citrix Cloud customer, do I work with a single support group?

Citrix Answer: No.  Depending on the Citrix Cloud service that you use, you will be routed to different support groups depending on the issue and severity.

## 10. If I'm a current Citrix customer, can I keep my Subscription Advantage without support?

Citrix Answer: No.  Citrix is moving towards Software Maintenance, which is support and renewal.  While it may be higher than the Subscription Advantage you pay for now, you are entitled to more services including support.  The Subscription Advantage program is being retired.

# Learn More

If you want to read more about how Workspot's modern, cloud-native solution compares to Citrix Cloud and what those differences mean for your organization, download the white paper, Workspot vs Citrix Cloud Comparison Guide. It's an easy read you don't want to miss.

What can a 100% cloud-native VDI solution do for you? Read the solution brief "*Workspot DaaS 2.0: Insanely Simple Desktop-as-a-service on Microsoft Azure*" to learn more.

![Workspot DaaS 2.0 whitepaper cover]

**First Name***

**Last Name**

**Email***

**Comment***

☐
Subscribe to follow-up comments for this post

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

# Related Posts



Home          Why Workspot        Contact

About         Compare Workspot    Support

Customers     Resources           Admin Login

Partners      News                App Download

4/2/2018

Legal                    Blog                         Qualified Multitenant Hoster

Privacy Policy

 

# EXHIBIT 18

✕

**Workspot**
@Workspot

Follow ⌄

# Top 3 considerations for your #Citrix #XenApp 6.5 end of life plan. Time to modernize your virtual app solution! Spend months upgrading XenApp? Or deploy @Workspot in a day on #Azure at a fraction of the cost? Learn more. #RemoteApp #HealthIT #LegalIT



Top 3 Considerations for Your XenApp 6.5 End of Life (EOL) Plan
Citrix XenApp 6.5 end of life is approaching. Time to modernize your virtual app solution! You can spend months upgrading XenApp or deploy Workspot in a day.
blog.workspot.com

4:06 PM - 10 Jan 2018

💬          ⟲ 2          2          ✉

  Tweet your reply

## Trends for you

#humanability ↗ Promoted by Verizon    #WorldAutismAwarenessDay    #NPHW
#oklahomateacherwalkout    Winnie Mandela    #MondayMotivation    #DACA    White House Easter

# EXHIBIT 19



# Workspot

# VDI Reinvented: The Innovation Behind the Revolutionary Workspot VDI Cloud Service

## Technical White Paper

# Table of Contents

## INTRODUCTION .........................................................................................................4
What If You Have More than One Problem to Solve?.................................................5
Where to Go from Here .................................................................................................5
The Workspot Solution..................................................................................................5
Workspot's Cloud-First Approach ...............................................................................6

## WORKSPOT CONTROL: CLOUD-NATIVE, MULTI-TENANT, INFINITELY SCALABLE ...7
How Does IT Deliver a Workspace?.............................................................................8
Single Pane of Glass for IT ...........................................................................................8
Control Plane Architecture ...........................................................................................8

## WORKSPOT CLIENT: A UNIFIED WORKSPACE FOR END USERS.................................9
Secure Access .................................................................................................................9
Single Unified Client......................................................................................................9
Cross-Platform Architecture .......................................................................................10
First-Time End-User On-Boarding Process ...............................................................10
Single Sign-On (SSO) ...................................................................................................10
Enterprise App Store ...................................................................................................10

## VDI POOLS .............................................................................................................. 11
Problems with VDI 1.0 .................................................................................................11
What's Different About VDI Pools? ............................................................................11
Workspot Connector ...................................................................................................12
Workspot Agent............................................................................................................13
Connecting to a VDI Desktop.....................................................................................13
Persistent Desktops for Knowledge Workers...........................................................15
Non-Persistent Desktops Have Their Place...............................................................15
Workspot Automates Microsoft Azure Deployments..............................................15
Predictable Billing .......................................................................................................16
Multi-Site Deployments...............................................................................................16

## RD POOLS ............................................................................................................... 17
Problems with App Virtualization 1.0........................................................................17
What's Different About RD Pools? .............................................................................17
Mixed Multi-Site Deployments...................................................................................18

© 2017 Workspot. All Rights Reserved.

# APP DELIVERY 2.0

APP DELIVERY 2.0 ......................................................................................... 19

Problems with App Delivery 1.0 ........................................................................19
What's Different About App Delivery 2.0? .........................................................19
Leverage Existing Application Infrastructure .....................................................19
Configuring VPN Access ...................................................................................20
Provisioning Access to a Windows App .............................................................20
Provisioning Access to a Network Drive ............................................................20
Provisioning Access to a Web App ....................................................................20
Provisioning a New User ...................................................................................21
Assigning Apps to Users ...................................................................................21
Native Email Configuration ...............................................................................21
Connection Workflow ........................................................................................22

# SECURITY

SECURITY ..................................................................................................... 23

Secure Access with PIN ....................................................................................23
Device Posture Check .......................................................................................23
Configuring Security Policies .............................................................................23
Remote Wipe .....................................................................................................23
Data Retention ..................................................................................................23
Securing Data in Motion ...................................................................................24
Whitelist/Blacklist Traffic ..................................................................................24
Securing Data at Rest .......................................................................................24
Secure Application Access ................................................................................24
Secure Document Viewers ................................................................................25
Big Data Context-Driven Security .....................................................................25
Compliance and Auditing ..................................................................................25
Integration with Splunk .....................................................................................26

# CONTEXT-DRIVEN VISIBILITY

CONTEXT-DRIVEN VISIBILITY ...................................................................... 27

Errors ................................................................................................................27
Real End User Experience (REUX) ....................................................................27
Applications .......................................................................................................28
Networks ...........................................................................................................28
Geos .................................................................................................................29
Devices ..............................................................................................................29

# SUMMARY

SUMMARY ..................................................................................................... 30

Additional Resources ........................................................................................31
About Workspot ................................................................................................31

© 2017 Workspot. All Rights Reserved.

# Introduction

Today, IT has three different scenarios to support when looking to deliver applications and desktops:

1. **Deliver virtual applications:** IT uses virtual app delivery when users already have a Windows endpoint. In this scenario, IT typically wants to deliver 5-7 "problem" applications to those users. The most commonly deployed virtual applications are the browser and SAP.

2. **Deliver server hosted desktops:** IT uses server-hosted desktops for task worker use cases. In this scenario, end users need 3-5 applications and a familiar Windows interface on a thin client. Here, the most common use case is a call center.

3. **Deliver virtual desktops:** IT uses full Windows 7 or Windows 10 virtual desktops for knowledge worker scenarios, in which users may need tens or hundreds of applications.

It used to be that supporting these scenarios meant that IT spent months procuring hardware, architecting a solution, and then deploying it on-premises. However painful and expensive, there were no other deployment options. But with the advent of the public cloud as a viable alternative to on-premises implementations, IT now has the flexibility to deliver virtual desktops and apps from both on-premises and the cloud.

However, with these new options, the solution landscape has become even more fragmented:

> The solution landscape is complex and highly fragmented



*Figure 1: VDI 1.0 fragmented solution landscape.*

© 2017 Workspot. All Rights Reserved.

## WHAT IF YOU HAVE MORE THAN ONE PROBLEM TO SOLVE?

It's possible that some organizations fit neatly into a single box, but the majority need to satisfy multiple use cases. Why? Because the world and the workforce have become more mobile; different types of workers have unique computing needs; and then there are regulatory and compliance considerations. As a result, most organizations need some things in the cloud and other things on-premises. They need a hybrid solution. With a hybrid solution, they can serve employees who want to use their own devices (BYOD), as well as satellite offices that don't have on-premises datacenters. Unfortunately, the legacy vendors in the diagram above require organizations to buy multiple products to deploy a hybrid solution. The result is even more cost and more complexity.

As IT teams grapple with constant change and relentless demands on constrained resources, there's no justification for investing 9+ months building out a hybrid infrastructure on your own. Old-fashioned approaches to end user computing (EUC) don't make sense any more. If you don't know where to start, or what's available, you're not alone. That's where Workspot can help.

## WHERE TO GO FROM HERE

Workspot offers the only solution on the market that enables delivery of virtualized apps, server-hosted desktops, virtual desktops, and GPU-accelerated workstations – from the cloud, on-premises, or both, using a single platform.



*Figure 2: Deliver virtualized apps, server-hosted desktops, and virtual desktops from the cloud or on-premises – or both – with a single platform.*

Think about that for a minute. Now all virtual apps, desktops and workstations, regardless of whether they're on Microsoft Azure or on-premises, are managed from a single pane of glass. Workspot is a one-stop shop – there's just one consolidated bill and one console to manage everything, and deployment happens in less than one day.



Workspot ends complexity with a single platform

## THE WORKSPOT SOLUTION

Workspot has revolutionized VDI with its award winning, next-generation VDI 2.0 solutions:  Cloud Apps, Cloud Desktops and Cloud Workstations.  We have solved the cost and complexity challenges customers face with legacy app and desktop virtualization solutions.  VDI 2.0 enables IT to deliver virtual apps, desktops and GPU workstations to any device so people can collaborate better and stay productive no matter where they go. In the following sections we'll explore the technology innovations behind this VDI 2.0 revolution. Workspot has engineered VDI simplicity into two primary components:

1. **Workspot Control** is the cloud-based management console. It's the only cloud-native, multi-tenant VDI control plane. It's a single pane of glass that allows IT to configure and set policies for Workspot Client, provision users, and provision applications and data. Workspot Control also acts as a central repository for gathering and storing configuration data, performance data and activity data in the cloud.

2. **Workspot Client** is an application that can be downloaded from the public App Store. Workspot Client is the workspace on the device where the end user can securely access corporate assets including desktops, applications and data.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT'S CLOUD-FIRST APPROACH

Workspot is tightly integrated with Microsoft Azure, allowing customers to enjoy the benefits of the industry's first turnkey VDI cloud service. However, while many organizations have a cloud-first strategy, some prefer a hybrid deployment.  Workspot also integrates with VMware vSphere, Nutanix Acropolis, Microsoft Hyper-V, and KVM. Workspot Control supports many platforms, both legacy and hyperconverged infrastructure. Workspot Control is completely agnostic about datacenter infrastructure, so apps, desktops and workstations live wherever it makes the most sense for your organization: on-premises, in the cloud, or both. It's completely up to you, and it's important to note that none of this data or user credentials ever enter Workspot Control. Find more detail in the "Control Plane Architecture" section.



*Figure 3: Workspot supports heterogeneous infrastructure.*

© 2017 Workspot. All Rights Reserved.

# Workspot Control: Cloud-Native, Multi-Tenant, Infinitely Scalable

## HOW DOES IT DELIVER A WORKSPACE?

One of the major challenges with legacy VDI solutions is that their complex architectures require months, sometimes years, to deploy in an organization. IT must invest a significant amount of resources – money, time, and people – to determine the value of the solution, which places all of the risk on the customer.

Workspot takes a completely different approach, originating from the belief that customers shouldn't have to assume all the risk. Workspot's mission is to make virtual application, desktop and workstation delivery insanely simple. Our turnkey virtual app, desktop and GPU-workstation service is an industry first, making it possible for customers to be live in hours.

> Workspot Control makes VDI and app delivery insanely simple

At the core of the solution is Workspot Control, the cloud service that brings together the VDI control plane, the broker, and the load balancer into a unified platform that eliminates the complexity around deploying virtual applications, server-hosted desktops and full virtual desktops. Virtual apps and desktops can be deployed on-premises, from Microsoft Azure, or both – simultaneously.

Workspot has re-invented application and desktop delivery with:

- VDI Pools, which enable delivery of VDI either on-premises or in the cloud.

- RD Pools, which enable delivery of applications or server-hosted desktops either on-premises or in the cloud.

- App Delivery 2.0, which enables delivery of Web Applications, SaaS applications and file shares.

There's more detail on each of these later in the document.

## SINGLE PANE OF GLASS FOR IT

Workspot Client is managed and monitored using a single pane of glass – Workspot Control. Workspot Control is a 100% cloud-native, multi-tenant architecture. The Workspot Control service runs on Amazon Web Services. IT uses Workspot Control to configure policies, provision users, and provision applications and data. Workspot Control also stores configuration and performance data in the cloud:

1. **Configuration data:** Workspot stores configuration information about the VPN, e.g., public URL address, whether it uses RSA or not. Workspot stores a few details about end users, e.g., First Name, Last Name, Email Address, etc.; and stores information about applications, e.g., Application URLs, whether or not the application is behind the firewall, etc.

2. **Performance data:** For each network access, Workspot stores the amount of time it took to fetch a response from the application (e.g. SharePoint), the device used (e.g. iPad, Windows, Android), the network used (e.g., AT&T), and the location (e.g., California).

3. **Activity data:** Workspot tracks different kinds of activity on the device, e.g., Open/Close Workspot, Open/Close Application (e.g., SAP), Open/Close Document, and View/Print Page of Document. All activity

© 2017 Workspot. All Rights Reserved.

# CONTROL PLANE ARCHITECTURE

Workspot Control has been architected to be a control plane:

- No application data flows through Workspot Control
- No user credentials are stored in Workspot Control
- No business applications or data is moved to Workspot Control



*Figure 4: Workspot architecture.*

When the user is using Workspot to access business apps and data on their device, all the data flows back and forth directly between the client and the business applications (e.g., Exchange, SharePoint, Salesforce.com) via the data plane. If the applications are behind the firewall, then the traffic goes back to the corporate network. If the applications are external, then the traffic goes directly to the external application.

The separation between control and data planes is critical for multiple reasons:

- **Security:** Data flows directly between the client and the applications; it does not flow through Workspot Control.

- **Availability:** Since Workspot Control is not in the data path, the availability of applications is independent of the availability of the service.

- **Performance:** Since Workspot Control is not in the data path, there is nothing to impede the end user experience.



Separation of control and data planes is critical

© 2017 Workspot. All Rights Reserved.

# Workspot Client: A Unified Workspace for End Users



Workspot Client is a workspace. It is available on any device – PC, Mac, Phone, or Tablet.

*Figure 5: Workspot Client works on any device.*



VDI Desktop

On-premise Web App

SaaS App

File Shares

Windows App

*Figure 6: A single, unified client.*

**Workspot Client is blazing fast!**

## SINGLE UNIFIED CLIENT

Workspot Client provides unified access to desktops, apps, and data. Users can easily access their virtual desktops, virtual applications, proprietary web applications, SaaS applications, or network file shares through this elegant user interface. Even better, Workspot Client has the fastest connection speeds in the industry.

## SECURE ACCESS

Workspot Client is a secure area for users to perform work on any device, whether the device is managed by IT, or unmanaged. The client provides the following benefits:

1. **Desktop access:** End users can access a Windows desktop, whether it's a physical desktop or a virtual desktop.

2. **Application access:** End users can seamlessly navigate between corporate applications – web, Windows, and native. IT has tools to add/delete/update applications on the device. IT also has tools to configure policies that control the behavior of applications, e.g., the ability to print from within an application.

3. **Data access:** End users can securely access documents from SharePoint and Network File Shares, and view and edit documents offline.

4. **Device security:** Workspot Client ensures that the device is safe to use; that it is not jail broken; and that there are no rogue applications on the device. IT can define policies to control the behavior of the workspace, e.g., the ability to copy-paste between applications, download documents, etc.

5. **Contextual security:** In an environment where IT doesn't fully manage the device, IT needs analytics, reports and tools to understand what the end user is doing with work-related assets. Workspot enables the CISO to get a granular view of end user business activities on any mobile device, for compliance and auditing purposes.

© 2017 Workspot. All Rights Reserved.

## CROSS-PLATFORM ARCHITECTURE

Workspot Client is a secure container on the device. The container can be fully managed and secured by IT without interfering with the rest of the device. The UI layer delivers a simple and elegant end-user experience with unmatched connection speeds.



*Figure 7: Workspot Client cross-platform architecture.*

## FIRST-TIME END USER ON-BOARDING PROCESS

To get started, the end user downloads Workspot Client from the App Store. The end user is prompted to enter their business email address. If the email address has been provisioned in Workspot Control, an email is sent to the user with a four-digit token.

Once the user enters the token in the client, Workspot Client downloads the relevant configuration for that user/company from Workspot Control. The configuration information includes the public address of the SSL-VPN appliance against which the user must authenticate. Workspot Client prompts the user for their Active Directory credentials. Workspot Client then initiates a call to the known SSL-VPN appliance sitting in the corporate DMZ and presents the credentials for verification. If the VPN box is so configured, the user is prompted for more information, like Group or RSA token. If the end user can successfully authenticate against the SSL-VPN appliance, then Workspot Client is available for use. **User credentials are never routed to, or stored on, Workspot Control.**

## SINGLE SIGN-ON (SSO)

With Workspot, the user can take advantage of single sign-on to access various business applications either using enterprise SSO mechanisms, like CA Siteminder, or cloud SSO mechanisms, like Okta, Ping Identity, etc.

The Single Sign-On feature requires storing sensitive information like username and password on Workspot Client. These credentials are encrypted using the same mechanism used for documents stored in the Encrypted File Repository ("Secure Application Access"). Besides usernames and passwords, any other information required for auto login, like RSA token PIN or RSA secrets, will also be encrypted.

## ENTERPRISE APP STORE

IT can also enable an enterprise App Store within Workspot, as shown in Figure 8. End users can select and install applications which IT has made available to them. IT can easily provision and de-provision applications  by using Workspot Control.



*Figure 8: An Enterprise App Store.*

© 2017 Workspot. All Rights Reserved.

# VDI Pools

## PROBLEMS WITH VDI 1.0

VDI 1.0 solutions are operationally complex. Both Citrix XenDesktop and VMware Horizon have complex stacks. Deployments can take months, if not years, and because of the complexity of these solutions, the OpEx incurred to maintain and troubleshoot them grows over time.

Workspot deploys VDI in a day



*Figure 9: Typical VDI 1.0 architecture complexity.*

## WHAT'S DIFFERENT ABOUT VDI POOLS?

Workspot VDI Pools are based on a cloud-native architecture that makes VDI insanely simple to deploy. In addition to Workspot Control and Workspot Client, VDI Pools uses two additional components: Workspot Connector and Workspot Agent.

© 2017 Workspot. All Rights Reserved.

# WORKSPOT CONNECTOR

Workspot Connector provisions virtual applications and desktops, and synchronizes Active Directory with Workspot Directory. Workspot Connector is a Windows virtual machine that is installed on the datacenter infrastructure or on Azure. Workspot Connector receives configuration information from Workspot Control, and creates a pool of virtual desktops or applications on the infrastructure.



*Figure 10: Workspot Connector.*

Workspot Connector is:

- **Stateless:** It receives its state from Workspot Control.

- **Highly available:** The connector can be configured in pairs to be highly available.

- **Not in critical path:** The connector is not in the critical path. If the connector is not available, IT won't be able to provision any new desktops or applications. However, users can continue to connect to existing desktops and applications.

- **Auto-updating:** The connector auto-updates itself whenever a new update is available.

© 2017 Workspot. All Rights Reserved.

## WORKSPOT AGENT

The Workspot Agent is installed in a Windows Desktop template. The Agent is responsible for providing load and availability information to Workspot Control. The Workspot Agent also self-updates.



*Figure 11: Workspot Agent.*

## CONNECTING TO A VDI DESKTOP

When a user connects to their virtual desktop or application, there are two scenarios:

- Persistent Desktop

- Non-persistent Desktop or Application

For persistent desktops, the connection information is always available on the device. For users connecting to their persistent desktops, the client connects directly to their desktop as shown in the second step in Figure 13. No communication with Workspot Control is necessary since the configuration information is already resident on the user's device.

For non-persistent desktops, the client asks Workspot Control for connection configuration. Workspot Control evaluates the load information it has from various Workspot Agents and provides the best resource for the user to connect.

© 2017 Workspot. All Rights Reserved.



*Figure 12: Connecting to a VDI desktop, Step 1.*

**Step 1:** For non-persistent desktops, Workspot Client asks Workspot Control for the appropriate connection configuration, and then proceeds to Step 2. Users with persistent desktops bypass Step 1 and go directly to Step 2.



*Figure 13: Connecting to a VDI desktop, Step 2.*

**Step 2:** With persistent desktops, the client can go ahead and connect directly to the virtual desktop without asking Workspot Control for configuration information. For non-persistent desktops, once Workspot Client receives its connection configuration from Workspot Control, the user can connect to the configured apps and/or desktops.

## PERSISTENT DESKTOPS FOR KNOWLEDGE WORKERS

Since modern datacenter infrastructure has many optimizations built into the architecture – such as de-duplication and high performance Flash storage – IT can choose to cost-effectively create a persistent desktop for each user. This is the same way physical PCs are assigned to users: each user gets their own PC. Similarly, each user gets their own virtual desktop. Workspot recommends that for most knowledge worker use cases, IT create a persistent desktop.

Most IT departments have already invested in PC lifecycle management tools, so they can continue to use the existing tools for persistent desktops. These tools are used to update the operating system, install and update applications, and configure printers and other peripherals. IT can also leverage those same PC lifecycle management tools to manage persistent virtual desktops. No new tools or processes are needed.

## NON-PERSISTENT DESKTOPS HAVE THEIR PLACE

For some use cases, e.g., schools, kiosks and call centers, a non-persistent desktop is appropriate. For those use cases, Workspot recommends that customers create non-persistent desktops.

## WORKSPOT AUTOMATES MICROSOFT AZURE DEPLOYMENTS

Workspot is tightly integrated with Azure to enable rapid creation of virtual desktops. Workspot automates:

- Azure account creation for the customer
- AD and network integration (Read-only domain controller or Azure AD Domain Services)
- Orchestration required to handle VDI and RD Pools
- Storage and networking
- Cloning/customization of VMs
- Security and public GW
- Win10 VMs and RD Pools



Workspot optimizes usage so Azure bills are predictable



*Figure 14: Workspot can rapidly spin up virtual desktops on Azure.*

© 2017 Workspot. All Rights Reserved.

## PREDICTABLE BILLING

One major challenge with cloud services is the lack of predictable billing. A virtual desktop running on Azure has to be available at all times, but is being used less than 1/4th of the time. Without the proper optimizations, the Azure per hour billing may end up becoming too expensive for customer deployments. Workspot optimizes power and usage management so customers can enjoy predictable billing.

## MULTI-SITE DEPLOYMENTS

IT has spent the last 15 years consolidating datacenters because they were expensive to set up and manage. Today IT might be running XenApp or XenDesktop in a single datacenter in North America, which means that users in Asia Pacific suffer with high-latency connections and a poor user experience.

In response to the datacenter consolidation strategy, legacy software solutions were optimized for one datacenter. This means that in order to distribute datacenters, the entire deployment must be replicated at each datacenter.

Those days are over. Now IT can deploy a datacenter anywhere in the world at zero cost. In theory, IT can have a datacenter per user. Workspot is designed so it enables IT to set up multiple datacenters to address various use cases – some on-premises, and some in the cloud; then they can all be managed from one console – Workspot Control.

Manage on-prem and Azure datacenters from one console



*Figure 15: Manage all sites from a single pane of glass.*

© 2017 Workspot. All Rights Reserved.

# RD Pools

RD Pools enable the deployment of Windows client-server applications on Terminal Servers.



*Figure 16: Citrix XenApp 6.5 stack.*

## PROBLEMS WITH APP VIRTUALIZATION 1.0

First generation solutions, like Citrix XenApp 6.5, are operationally complex. Deployments can take months, if not years, and are very expensive to maintain over time.

## WHAT'S DIFFERENT ABOUT RD POOLS?

RD Pools use the same architecture as VDI Pools to deploy virtual applications and server-hosted desktops. They use the same Workspot Connector and Workspot Agent. For RD Pools, the Workspot Agent is installed in a Windows Server template and enables support of multiple users. RD Pools enable you to leverage Workspot's scalable cloud-native architecture to rapidly provision RDSH server virtual machines, delivering virtualized applications through shared hosted desktop sessions. The unique brokering technology within Workspot Control provides an infinitely scalable, highly available solution for application virtualization. RD Pools do not need dedicated hardware to run a controller, load balancer, broker, gateway, web-interface, or a separate SQL database to handle session creation, high availability, and failover. RD Pools provide scalability to millions of users and can be deployed in a day. This solution is vastly simpler than legacy solutions.

Simple, infinitely scalable app virtualization

© 2017 Workspot. All Rights Reserved.



*Figure 17: Simple, infinitely scalable, highly available app virtualization.*

## MIXED MULTI-SITE DEPLOYMENTS

From a single pane of glass, you can now deploy virtual applications and desktops on-premises, in the cloud, or both – simultaneously.

You can now locate "datacenters" close to end users, thereby reducing latency and improving the end user experience.



*Figure 18: Locate "datacenters" close to end users.*

© 2017 Workspot. All Rights Reserved.

# App Delivery 2.0

Workspot enables IT to securely deliver any app or data onto any device. The applications remain in the datacenter. In order to provision access to different kinds of applications, IT simply needs to "point" the Workspot solution to those apps.

## PROBLEMS WITH APP DELIVERY 1.0

App Delivery 1.0 solutions include (a) remoting solutions like Citrix XenApp and (b) PC Lifecycle Management solutions like Symantec Altiris, Microsoft System Center Configuration Manager, IBM BigFix, and others. Remoting solutions were useful to deliver Windows client-server applications onto any device. PC Lifecycle management solutions were used to manage and deliver applications onto PC endpoints. Both these solutions don't meet today's requirements, where IT runs web apps, SaaS apps, and increasingly, hybrid and native apps. And users today consume these applications from phones, tablets, and Macs, which are mostly personally owned.

## WHAT'S DIFFERENT ABOUT APP DELIVERY 2.0?

App Delivery 2.0 securely delivers any type of applications (web, SaaS, Windows, hybrid and native) onto any device (PC, Mac, iOS and Android).

## LEVERAGE EXISTING APPLICATION INFRASTRUCTURE

Workspot solutions have been architected from the ground up to leverage existing security and datacenter infrastructures.

Today you're probably running many on-premises business applications: web applications, Windows client-server applications and network drives (CIFS).

In the last decade, companies have deployed VPN and SSL-VPN appliances, like Cisco or Juniper, in their DMZ to provide secure remote access to enterprise applications. These appliances have been integrated into identity systems like Active Directory, and security systems like RSA SecurID.

The advent of mobile devices, like smart phones and tablets, has introduced another set of devices that need access to corporate assets. In terms of access these devices are very similar to previous remote-access end points. Workspot believes that the existing datacenter access infrastructure can be leveraged effectively to give employees access to corporate assets from any device. In fact, Workspot has been architected to leverage existing datacenter infrastructure – VPN, applications, and data.



*Figure 19: Workspot supports your existing security infrastructure.*

© 2017 Workspot. All Rights Reserved.

## CONFIGURING VPN ACCESS

You can use Workspot Control to configure VPN access for Workspot Client. Workspot has deep integration with Cisco ASA and Juniper (Pulse Secure) SA appliances. Once the clientless mode is enabled on the appliance, you simply need to specify the public address of the VPN appliance.



*Figure 20: Configuring VPN access.*



*Figure 21: Configuring web-app access.*

## PROVISIONING ACCESS TO A WEB APP

Most organizations are already running tens, if not hundreds, of web applications, e.g., SAP, SharePoint, Siebel, and many custom applications. In order to provision access to those web applications, you just need to specify the URL of those applications in Workspot Control as shown in Figure 21. You don't need to make any changes to the operations of the applications.

## PROVISIONING ACCESS TO A WINDOWS APP

Companies still run many core business applications that were written using Windows client-server technologies. You can configure access to these applications by specifying the address of the XenApp broker, or the Terminal Server, or the Terminal Server broker on which these applications are running in the datacenter. These applications will be accessed using the Remote Data Protocol (RDP). Again, you don't need to make any changes to the operations of the applications.



*Figure 22: Windows app access configuration.*



*Figure 23: Provision network drive access.*

## PROVISIONING ACCESS TO A NETWORK DRIVE

There is a lot of corporate data on network drives. Today these network drives are accessible as drives mounted on a Windows PC. In order to enable access to existing network drives from Workspot Client, IT needs to provide the CIFS path of these network drives. Workspot also support DFS. And you don't need to make any changes to the operations of the network drives.

© 2017 Workspot. All Rights Reserved.

## PROVISIONING A NEW USER

To provision a new user in Workspot Control, the administrator needs the First Name, Last Name, and Email address of the user. They assign the user to a group, which is mapped to a set of applications, a network configuration, and various security policies. If you're using the Workspot self-registration process, you don't need to add the user to Workspot Control.

## ASSIGNING APPS TO USERS

There are multiple ways to assign applications to users: (a) assign a set of apps to users; (b) create bundles of apps and assign to groups; (c) assign a bundle of apps to users; (d) assign individual apps to groups.

## NATIVE EMAIL CONFIGURATION

You can use Workspot Control to configure the native email client on an iOS device. Workspot uses standard iOS MDM profiles to provision enterprise email on the device.



*Figure 24: Provision the native email client on iOS.*

© 2017 Workspot. All Rights Reserved.

## CONNECTION WORKFLOW

Figure 26 describes the steps that occur when a user connects either from inside or outside the firewall.

## Workspot Communication Workflow



**1A** Workspot client is launched and checks with Workspot Control (HTTPS/443) for:
* New entitlement (new app or VDI desktop access)
* New security policies
* Performs posture checks

**1B** User clicks on a resource such as VDI desktop or app to start session. Workspot client is aware it is outside of the internal network and authenticates with VPN to establish a SSL VPN (443) session.

**2** User clicks on a resource such as VDI desktop or app to start session. Workspot client establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

Or

Leveraging VPN authentication and ACLs, establishes RDP/RemoteFx connection to VDI/RDS apps (3389), HTTP/HTTPS (80/443) communicate to web apps or CIFS (137, 138, 139, 445) connection to network file shares.

**3** Resource (VDI desktop or apps) authenticates with Active Directory/Domain Controller.

*Figure 26: Workspot communication flow.*

# Security

## SECURE ACCESS WITH PIN

When a user taps on Workspot Client on their device, they are prompted for a PIN. The PIN is validated against the client master secret (CMS). If the CMS can be decrypted then the PIN is deemed valid; otherwise the PIN is invalid. The Workspot Client will allow up to 5 invalid PIN entries. After 5 incorrect entries, the data inside Workspot Client will be wiped from the device, thereby keeping organization assets secure.

## DEVICE POSTURE CHECK

As soon as the Workspot Client is started, it conducts a posture check to determine whether the device has been jail-broken or rooted. Workspot performs a series of checks to verify supported versions and platforms; only when the device is determined to be secure is the Workspot Client launched.

## CONFIGURING SECURITY POLICIES

Other aspects of Workspot Client behavior can be configured using Workspot Control, including:

- Restricting access to applications or documents
- Enabling/disabling offline usage of the application
- Restricting copy and paste
- Restricting printing within a geography



*Figure 27: Configuring security policies.*

## REMOTE WIPE

Workspot Control provides the capability to remote wipe any data – including documents, cached objects and cookies – that resides inside the Workspot Client. Data outside the Workspot Client is unaffected by the remote wipe operation.

## DATA RETENTION

Workspot's current policy is to retain configuration and activity data in Workspot Control for a period of one year. It is important to note that no application traffic flows through Workspot Control, and no user credentials are ever sent to, or stored inside, Workspot Control.

## SECURING DATA IN MOTION

The embedded VPN Client is a full L4-L7 stack and implements a split tunnel that allows the Workspot Client to be connected simultaneously to both the corporate and public networks. Application traffic can be routed to either network based on IT policies. Workspot is using a FIPS compliant SSL library in the embedded VPN Client.



*Figure 28: Security for data in motion.*



*Figure 29: Secure application access.*

## WHITELIST/BLACKLIST TRAFFIC

You can also control which sites the user can and cannot visit from inside the Workspot Client by configuring a blacklist/whitelist. Workspot also enables dynamic blacklisting of known malicious URLs.

## SECURING DATA AT REST

The encrypted file repository stores documents downloaded by the user. All the documents in the file repository are encrypted with a multi-layer scheme:

1. All assets are encrypted in memory before they touch the file system. Every object is encrypted using a different key.

2. Each key is encrypted using a master key.

3. The master key is encrypted with a user-specified PIN that is not stored on the device. The user can access the Workspot application only when they can successfully provide the PIN.

## SECURE APPLICATION ACCESS

Workspot Client enables secure access to different classes of applications running in the datacenter:

1. **Web Applications**: There is a secure browser bundled into Workspot that enables access to web applications like SAP, SharePoint, etc.

2. **Windows Client Server Applications**: There is an RDP client integrated into Workspot that enables access to an app running either on XenApp or Terminal Server. The Terminal Server may be running a Windows application, a Windows server, or a Windows desktop.

3. **Network Drives**: There is a CIFS client integrated into Workspot. This enables an end user to access a network drive in the datacenter.



*Figure 30: Security for data at rest.*

© 2017 Workspot. All Rights Reserved.

## SECURE DOCUMENT VIEWERS

When an end user downloads a document inside Workspot Client, it is encrypted in-flight. The file system remains in an encrypted state even when the end user is within the container. Only when the end user wants to view a document, for example an Adobe Acrobat document, does the Workspot Client decrypt the selected document and present it inside a viewer that is embedded within Workspot Client. Workspot has tuned the embedded viewers for the best possible rendering experience.

Documents are more secure, because the documents stay within Workspot Client. And as soon as the end user finishes viewing the document and closes the viewer, the document is restored to its encrypted state on the device. For large documents, Workspot only decrypts the pages of the document that are currently being viewed.

## BIG DATA CONTEXT-DRIVEN SECURITY

When a user accesses enterprise assets, Workspot Client collects contextual data as shown below – who did what, when, where, and how. Workspot only collects this data for business activity – not for personal applications such as Facebook – on the device. This data can be used for compliance, auditing, and adaptive authentication.



*Figure 31: Context-driven security.*

## COMPLIANCE AND AUDITING

Organizations with compliance and auditing needs are using SIEM systems. Until now, SIEM systems have tried to infer user actions with data from various systems like card swipe, login, logout, system logs, etc. For example, based on a card swipe, the system can detect that the user was in a certain office in China; a log entry in SAP indicates that the user logged into SAP, and that an email generated by SAP indicates a purchase order was placed.

Workspot goes way beyond SIEM systems that infer user actions. Workspot collects end user activity data in Workspot Client. This is granular data of the activity performed by the end user on the device and includes the following:

- Location and time of activity
- Device used to perform activity
- Application accessed
- Documents downloaded, pages viewed and/or printed

The Workspot Events module provides a searchable view of the end user activity data as shown in the figure below.

© 2017 Workspot. All Rights Reserved.



*Figure 32: End user activity data.*

## INTEGRATION WITH SPLUNK

IT can download the Splunk plugin from Workspot Control. The Splunk plugin needs two keys for configuration – these are available inside Workspot Control as shown in Figure 33.

Once integrated the Events data from Workspot is delivered into Splunk. They can be viewed, searched, and manipulated with standard Splunk tools as shown in Figure 34.



*Figure 33: Splunk configuration keys.*



*Figure 34: Workspot event data in Splunk.*

© 2017 Workspot. All Rights Reserved.

# Context-Driven Visibility

In addition to collecting end user actions, Workspot Client also collects the real-time user experience – how long did an access take, and whether or not it was successful. Each such data point is tagged with location, device type, application, user, and network used.

## ERRORS

Any time a user takes an unsuccessful action inside Workspot Client, it is recorded. Workspot then aggregates and classifies the errors across all the users in an organization. IT has an aggregated view of all the problems in the organization – which application, what error, how frequently, and when did it last occur.





*Figure 35: User Errors Summary.*

## REAL END USER EXPERIENCE (REUX)

The Reports module in Workspot helps you analyze the real end user experience on any devices for all applications, including SaaS.

Every time a user performs an action inside Workspot Client, Workspot records the user, application, location, device used, network name, performance, availability usage metrics etc., and makes that data available for analysis. For example:

- **Performance** – Average response time of an application by application name, network type (WiFi or carrier), and location.

- **Uptime** – If a user is unable to access an application, attribute the source of the error to application, network, or geo based on a time series analysis.

- **Usage** – Data about usage by application, geo, or network (WiFi or carrier).

Upon analysis, this type of data can yield actionable information:

- The applications that are least available

- The applications that have the slowest response time

- The slowest devices for applications

- The slowest wireless network for users

- The least reliable network for users

# APPLICATIONS

The Application Reports section enables IT to analyze which apps are used, availability of the applications, the slowest applications, the bandwidth consumed by the application, and other metrics.



*Figure 36: Sample applications report.*



# NETWORKS

The Network Reports section enables IT to analyze which networks are used by users, availability of different networks, the slowest network, the numbers of users using different networks, and other metrics.

*Figure 37: Sample networks report.*

© 2017 Workspot. All Rights Reserved.

# GEOS

The Geo Reports section enables IT to analyze how users are accessing applications from various geos.



Figure 38: Sample geographic distribution report.



Figure 39: Sample device report.

# DEVICES

The Device Reports section enables IT to analyze which devices are being used – how many users, how many sessions, and trends in usage over days, weeks, and months.

© 2017 Workspot. All Rights Reserved.

# Summary

Existing solutions to deliver virtual desktops and applications are either complex on-premises solutions, or incomplete cloud solutions. Workspot provides a unified platform to deliver virtual apps, desktops, and workstations to any device, from on-premises, from Microsoft Azure, or both – simultaneously. You'll have a single pane of glass to provision apps, desktops, workstations, and data; manage on-premises and cloud desktops; and monitor security, availability, usage, and performance. End users get an elegant workspace that allows for easy access to any application or desktop, with the fastest connection speeds in the industry, on any device they choose to use.

Compare solutions below and then contact us for a 15-minute demo to learn more about deploying insanely simple Workspot VDI in a day.

| Capability | Workspot | VDI 1.0 | | DaaS 1.0 | |
|---|---|---|---|---|---|
| | | XenDesktop | Horizon | Horizon Cloud | Amazon |
| Enterprise Class Deployment in a Day | ● | | | ● | ● |
| Predictable Subscription Billing | ● | | | ● | ● |
| Support for Mobile – iOS/Android | ● | ● | ● | ● | ● |
| Support for Desktop – Windows/Mac | ● | ● | ● | ● | ● |
| Deliver Server Hosted Desktops | ● | ● | ● | ● | ● |
| Deliver VDI to Any Device | ● | ● | ● | | |
| Deliver Web Apps to Any Device | ● | | | | |
| Deliver Windows Client Server Apps to Any Device | ● | ● | ● | | |
| Deployment Choices – On-Premises or Cloud | ● | ● | ● | | |
| Integration w/ Existing Systems | ● | ● | ● | | |
| Offline Document Access | ● | | | | |
| Consistent Experience Across Locations | ● | ● | | | |
| Simpler Access with Single Sign-On | ● | ● | ● | ● | ● |
| Visibility into Performance, Availability, and Usage | ● | | | | |
| Granular visibility into end user activity | ● | | | | |

© 2017 Workspot. All Rights Reserved.

## ADDITIONAL RESOURCES

Video: Workspot Technical Architecture

Schedule a Demo: Just 15 minutes!

## ABOUT WORKSPOT

Workspot has reinvented Virtual Desktop Infrastructure (VDI) with a cloud-native architecture that delivers applications, desktops and workstations from the cloud. Workspot's "cloud-first" solution solves the corporate challenge of securely delivering apps, desktops and data from anywhere, to any device, and dramatically reduces the total cost of ownership for virtual apps, desktops and workstations. Organizations of all sizes benefit from the shortest implementation times in the industry, achieving unprecedented time-to-value. With a relentless focus on customer success, Workspot's no-risk customer engagement model is an industry first. The Cupertino, California-based company received the Best of VMworld 2016 Gold Award for Desktop and Application Delivery solutions. For more information on Workspot's risk-free, turnkey solutions, visit: www.workspot.com

