**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>WORKSPOT, INC.<br><br>                    Defendant. | C.A. No. 1:18-cv-00588-VAC-SRF |

**STIPULATION AND ORDER TO EXCEED PAGE LIMITS FOR
BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS Plaintiff Citrix Systems, Inc. ("Citrix") intends to file a Motion for Preliminary Injunction (the "Motion") related to Citrix's claims of patent infringement and false advertising;

WHEREAS Local Rule 7.1.3(a)(4) provides page limits for opening and answering briefs of 20 pages;

WHEREAS Citrix requires 30 pages for its opening brief in support of the Motion due to the scope and complexity of the issues on which Citrix seeks relief; and

WHEREAS the parties met and conferred, and Defendant Workspot, Inc. ("Workspot") agreed to Citrix's request for 30 pages for its opening brief as long as Workspot would receive 30 pages for its answering brief;

IT IS HEREBY STIPULATED by the undersigned counsel, subject to the approval of the Court, that Citrix's opening brief in support of the Motion shall not exceed 30 pages, and Workspot's answering brief shall not exceed 30 pages.

Dated: May 4, 2018

| | |
|---|---|
| **DLA PIPER LLP (US)** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Denise S. Kraft* | */s/ Stephanie E. O'Byrne* |
| Denise S. Kraft (DE Bar No. 2778) | David E. Moore (#3983) |
| Brian A. Biggs (DE Bar No. 5591) | Stephanie E. O'Byrne (#4446) |
| 1201 North Market Street, Suite 2100 | 1313 North Market Street, 6th Floor |
| Wilmington, DE 19801-1147 | P. O. Box 951 |
| Telephone: (302) 468-5700 | Wilmington, DE 19801 |
| Facsimile: (302) 394-2341 | Telephone: (302) 984-6000 |
| denise.kraft@dlapiper.com | Facsimile: (302) 658-1192 |
| brian.biggs@dlapiper.com | dmoore@potteranderson.com |
| | sobyrne@potteransderson.com |

*Attorneys for Defendant Workspot, Inc.*

**OF COUNSEL**:

Michael Strapp (admitted *Pro Hac Vice*)
Larissa Park (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.park@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

*Attorneys for Plaintiff Citrix Systems, Inc.*

SO ORDERED this __ day of May, 2018

_____
THE HONORABLE SHERRY R. FALLON