**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC., | C.A. No. 1:18-cv-00588-VAC-SRF |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| WORKSPOT, INC. | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 7.1.2, Plaintiff Citrix Systems, Inc. ("Citrix"), by and through its undersigned counsel, respectfully moves this Court to preliminary enjoin Defendant Workspot, Inc. ("Workspot") from infringing Citrix's U.S. Patent Nos. 7,949,677; 8,341,732; 7,594,018; and 8,135,843 (the "Asserted Patents"), and from making false and misleading statements about Citrix's products.

In support of its motion, Citrix submits herewith Plaintiff's Opening Brief in Support of its Motion for Preliminary Injunction ("Opening Brief"), and supporting Declarations and Exhibits.

As explained in the Opening Brief, this Court should preliminarily enjoin Workspot's continuing infringement of Citrix's Asserted Patents and continuing false and misleading advertising because Citrix has established a reasonable likelihood of success on the merits, without an injunction Citrix will be irreparably harmed, and the balance of equities and public interest favor an injunction. Citrix therefore respectfully requests that the Court grant this motion.

Dated: May 4, 2018

Respectfully submitted,

**OF COUNSEL**:

**DLA PIPER LLP (US)**

Michael Strapp (admitted *Pro Hac Vice*)
Larissa Park (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone:  (617) 406-6031
michael.strapp@dlapiper.com
larissa.park@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Plaintiff Citrix Systems, Inc.*