

**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
T  302.468.5645
F  302.778.7917

May 4, 2018
*VIA E-FILE AND HAND DELIVERY*

The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
844 N. King Street
Unit 14, Room 6100
Wilmington, DE 19801

      Re:    *Citrix Systems, Inc. v. Workspot, Inc.*,
              C.A. No. 1:18-cv-00588-VAC-SRF

Dear Judge Fallon:

      Today Plaintiff Citrix Systems, Inc. ("Citrix") filed a motion for preliminary injunction (the "Motion") seeking to preliminary enjoin Defendant Workspot, Inc. ("Workspot") from: (1) making, using, selling, or offering to sell products that infringe certain Citrix patents and (2) making false and misleading statements about Citrix's products.

      By way of background, on April 19, 2018, Citrix filed the complaint in this action (D.I. 1) which alleges, *inter alia*, that Workspot has infringed and continues to infringe four of Citrix's patents, U.S. Patent Nos. 7,949,677; 8,341,732; 7,594,018; and 8,135,843 (the "Asserted Patents") and that Workspot has made, and continues to make, false and misleading statements about Citrix's products in violation of § 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), the Delaware Deceptive Trade Practices Act (6 *Del. C.* § 2531, *et seq.*), and common law unfair competition.  Citrix needs preliminary injunctive relief because, as set forth in Citrix's opening brief, Workspot's conduct has irreparably harmed Citrix.

      Citrix respectfully requests a conference at the Court's earliest convenience to discuss the scheduling of a hearing on the Motion and an appropriate schedule for discovery and briefing related thereto.  For instance, at the outset, Citrix will need discovery into non-public Workspot technical and business information.  The parties have begun the meet-and-confer process regarding an appropriate schedule.

      Counsel is available at the Court's earliest convenience should the Court have any questions.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Denise S. Kraft*

Denise S. Kraft
Partner

DSK