# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WORKSPOT, INC., )<br>)<br>Defendant. ) | C.A. No. 18-588-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on June 20, 2018, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-5) **[CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER]**

DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-16)

## VIA ELECTRONIC MAIL

Denise S. Kraft
John L. Reed
Brian A. Biggs
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801
denise.kraft@dlapiper.com
john.reed@dlapiper.com
brian.biggs@dlapiper.com

Michael G. Strapp
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
michael.strapp@dlapiper.com

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| H. Mark Lyon<br>GIBSON DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Tel:  (650) 849-5300 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com |
| Y. Ernest Hsin<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-0921<br>Tel:  (415) 393-8200 | |
| Brian K. Andrea<br>Brian M. Buroker<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Tel:  (202) 995-8500 | *Attorneys for Defendant Workspot, Inc.* |

Dated:  June 20, 2018
5848310 / 45039