# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-588-GMS |

**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING SCHEDULE FOR CITRIX SYSTEMS, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS Plaintiff Citrix Systems, Inc. ("Citrix") and Defendant Workspot, Inc. ("Workspot") filed a Stipulation Regarding the Schedule for Citrix's Motion for Preliminary Injunction (the "Motion") on June 6, 2018 (D.I. 26; the "Stipulation");

WHEREAS the Court granted the Stipulation on June 12, 2018 (D.I. 31);

WHEREAS Citrix and Workspot have made a good faith effort to exchange discovery on an expedited basis, but believe that they would benefit from additional time to complete discovery related to the Motion and to submit additional briefing regarding the Motion;

IT IS HEREBY STIPULATED by the undersigned counsel, subject to the approval of the Court, that additional briefing for the Motion and a hearing regarding the Motion shall proceed according to the following amended schedule:

| Event | Date |
|---|---|
| Defendant's Opposition and Declarations and Expert Disclosures | August 17, 2018 |
| Plaintiff's Reply and Expert Disclosures | September 21, 2018 |
| Pre-Hearing Teleconference | September 28, 2018, at 2:00 pm ET |
| Hearing on Preliminary Injunction Motion | October 5, 2018, at 10:00 am ET |

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ *Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Plaintiff Citrix Systems, Inc.*

**OF COUNSEL**:

Michael Strapp (admitted *Pro Hac Vice*)
Larissa Park (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.park@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

Dated: July 17, 2018

**POTTER ANDERSON & CORROON LLP**

/s/ *David E. Moore*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Bindu A. Palapura (#5370)
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
dmoore@potteranderson.com
sobyrne@potteransderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Workspot, Inc.*

**OF COUNSEL:**

H. Mark Lyon
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5300

Y. Ernest Hsin
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: (415) 393-8200

Brian K. Andrea
Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 995-8500

SO ORDERED this 20th day of July, 2018

_____
UNITED STATES DISTRICT JUDGE

2