**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>WORKSPOT, INC.<br><br>    Defendant. | C.A. No. 18-588-GMS |

## NOTICE OF CHANGE OF NAME

PLEASE TAKE NOTICE that, Larissa Park, Esquire of DLA Piper LLP (US), admitted *pro hac vice* in this matter (D.I. 6) is now known as Larissa Bifano, Esquire. Her email address is larissa.bifano@dlapiper.com. Her address and telephone remain unchanged.

Dated: July 25, 2018

                **DLA PIPER LLP (US)**

                */s/ Denise S. Kraft*
                Denise S. Kraft (DE Bar No. 2778)
                Brian A. Biggs (DE Bar No. 5591)
                1201 North Market Street, Suite 2100
                Wilmington, DE  19801-1147
                Telephone:  (302) 468-5700
                Facsimile:   (302) 394-2341
                denise.kraft@dlapiper.com
                brian.biggs@dlapiper.com

**OF COUNSEL**:

Michael Strapp (admitted *Pro Hac Vice*)
Larissa Bifano (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.bifano@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

*Attorneys for Plaintiff Citrix Systems, Inc.*