# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) C.A. No. 18-588-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| WORKSPOT, INC., | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Aaron B. Frumkin of Gibson Dunn & Crutcher LLP, 2029 Century Park East, Suite 4000, Los Angeles, CA 90067 to represent Defendant Workspot, Inc. in this action.

        POTTER ANDERSON & CORROON LLP

        By:  */s/ Stephanie E. O'Byrne*
            David E. Moore (#3983)
            Bindu A. Palapura (#5370)
            Stephanie E. O'Byrne (#4446)
            Hercules Plaza, 6th Floor
            1313 N. Market Street
            Wilmington, DE  19801
            Tel:  (302) 984-6000
            dmoore@potteranderson.com
            bpalapura@potteranderson.com

Dated:  August 1, 2018
5881954 / 45039
            sobyrne@potteranderson.com

        *Attorneys for Defendant Workspot, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                                   United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated:  August 1, 2018                    Signed: */s/ Aaron B. Frumkin*
                                                                                           Aaron B. Frumkin
                                                                                           Gibson Dunn & Crutcher LLP
                                                                                           2029 Century Park East, Suite 4000
                                                                                           Los Angeles, CA 90067
                                                                                           Tel:  (310) 552-8500
                                                                                           afrumkin@gibsondunn.com