

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

August 2, 2018

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    <u>Citrix Systems, Inc. v. Workspot, Inc.</u>, C.A. No. 18-588-LPS

Dear Chief Judge Stark:

      The parties in the above-referenced matters write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on August 1, 2018:

**<u>August 1, 2018</u>**

For Plaintiff Citrix Systems, Inc.:

    <u>Delaware Counsel</u>:    Brian A. Biggs
    <u>Lead Counsel</u>:    Michael G. Strapp; Yasmin Ghassab

For Defendant Workspot, Inc.:

    <u>Delaware Counsel</u>:    Bindu A. Palapura
    <u>Lead Counsel</u>:    Brian K. Andrea

      Counsel respectfully request that Your Honor schedule a discovery dispute teleconference to resolve the following issue:

- Whether Citrix should be compelled to produce unredacted versions of certain documents

                                               Respectfully,

                                               */s/ Bindu A. Palapura*

                                               Bindu A. Palapura

5883395/45039
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)