**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WORKSPOT, INC., )<br>)<br>Defendant. ) | C.A. No. 18-588-GMS<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Karen A. Gibbs, Esq., 1901 S. Bascom Ave, Suite 900, Campbell, CA 95008 to represent Defendant Workspot, Inc. in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

Dated: August 27, 2018
5905965 / 45039

*Attorneys for Defendant Workspot, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Dated:  August 27, 2018                    Signed: */s/ Karen A. Gibbs, Esq.*
                                                                                     Karen A. Gibbs, Esq.
                                                                                     1901 S. Bascom Ave
                                                                                     Suite 900
                                                                                     Campbell, CA 95008
                                                                                     Tel:  (714) 225-2816
                                                                                     karen.gibbs@workspot.com