# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 1:18-cv-00588-LPS |

**STIPULATION AND [PROPOSED] ORDER TO
SERVE A SUBPOENA PURSUANT TO 47 U.S.C. § 551(c)(2)(B)**

WHEREAS Plaintiff Citrix Systems, Inc. ("Citrix") and two of its key executives have been threatened and harassed through a series of emails by an individual or individuals who have threatened to unlawfully disseminate highly-confidential Citrix information;

WHEREAS each of these emails has been sent anonymously;

WHEREAS Citrix has identified that six of these emails have been sent from a computing device associated with an internet protocol ("IP") address of a Comcast Cable Communications, LLC ("Comcast") subscriber;

WHEREAS Comcast, as a cable operator, is subject to the Cable Communications Policy Act, 47 U.S.C. § 551;

WHEREAS pursuant to 47 U.S.C. § 551(c)(2)(B), a cable operator may disclose the personal identifying information of a subscriber "pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed";

WHEREAS Citrix seeks an order from this Court pursuant to 47 U.S.C. § 551(c)(2)(B) authorizing Comcast to disclose, in response to an otherwise valid subpoena, the true name and address of the subscriber associated with the known IP address;

WHEREAS in this case, disclosure is necessary to assist Citrix in ascertaining the identity of the individual or individuals who are threatening disclosure of Citrix confidential information;

WHEREAS the parties have met and conferred and hereby stipulate and agree to seek a Court order permitting Citrix to serve a subpoena on Comcast as discussed above, on the condition that counsel for Citrix will provide to counsel for Workspot copies of any information provided by Comcast in response to the subpoena;

WHEREAS the subpoena Citrix will serve on Comcast will have a copy of this order attached;

WHEREFORE subject to the Court's approval, Comcast is hereby authorized pursuant to 47 U.S.C. § 551(c)(2)(B) to disclose, in response to Citrix's otherwise valid subpoena, personally identifiable information concerning the subscriber associated with the known IP address.

| WILKS, LUKOFF & BRACEGIRDLE, LLC | POTTER ANDERSON & CORROON, LLP |
|---|---|
| */s/ Scott B. Czerwonka* <br> Scott B. Czerwonka (No. 4844) <br> 4250 Lancaster Pike, Suite 200 <br> Wilmington, DE 19805 <br> Telephone: (302) 225-0850 <br><br> *Attorneys for Plaintiff* | */s/ David Ellis Moore* <br> David Ellis Moore (No. 3983) <br> Stephanie E. O'Byrne (No. 4446) <br> Bindu Ann George Palapura (No. 5370) <br> 1313 N. Market St., Hercules Plaza, 6th Flr. <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br><br> *Attorneys for Defendant* |

DATED: October 17, 2018

**IT IS SO ORDERED**, this ___ day of October, 2018.

_____
THE HONORABLE LEONARD P. STARK