

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192  Fax

October 23, 2018

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    <u>Citrix Systems, Inc. v. Workspot, Inc.</u>, C.A. No. 18-588-LPS

Dear Chief Judge Stark:

    The parties in the above-referenced matter write to request that the preliminary injunction hearing, currently scheduled for December 19th, be rescheduled for the week of December 10th, subject to the Court's availability.  Due to a personal matter, lead counsel for Workspot is unavailable on December 19th.  Consistent with the Court's Oral Order (D.I. 100), Workspot shall submit its surreply one week prior to the rescheduled hearing date.  If the Court has availability, Citrix prefers moving up the date for the hearing to the week of December 10th instead of postponing the hearing until January.  To the extent the Court is not available during the week of December 10th, counsel for Workspot is available on the following dates:  January 9-11 or anytime week of January 14th.

    Counsel are available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    */s/ Bindu A. Palapura*

    Bindu A. Palapura

BAP:nmt/5972235/45039

cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)