

De1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 8, 2018

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    <u>Citrix Systems, Inc. v. Workspot, Inc.</u>, C.A. No. 18-588-LPS

Dear Chief Judge Stark:

    The parties in the above-referenced matters write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on November 1, 2018:

For Plaintiff Citrix Systems, Inc.:

    <u>Delaware Counsel</u>:    Denise S. Kraft
    <u>Lead Counsel</u>:    Michael G. Strapp; Yasmin Ghassab

For Defendant Workspot, Inc.:

    <u>Delaware Counsel</u>:    David E. Moore
    <u>Lead Counsel</u>:    H. Mark Lyon, Y. Ernest Hsin, Karen Gibbs

    Counsel respectfully request that Your Honor schedule a discovery dispute teleconference to resolve the following issue:

- Workspot's request that Citrix search for and produce communications to and from persons referenced and identified in the email attached to Citrix's Motion for Temporary Restraining Order, D.I. 104, at Exhibit M.

                                           Respectfully,

                                           */s/ David E. Moore*

                                           David E. Moore

5991602/45039
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)