# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 18-588-LPS |
| WORKSPOT, INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## WORKSPOT, INC.'S RESPONSE TO PLAINTIFF'S
## REQUEST FOR ORAL ARGUMENT

Workspot, Inc. ("Workspot") hereby responds to Plaintiff's request for oral argument (D.I. 121). Workspot does not oppose Plaintiff's request, but disagrees with its statement that briefing is complete on Plaintiff's Motion for a Temporary Restraining Order ("TRO Motion"). The parties' respective investigations concerning the issues in the TRO Motion are ongoing. Plaintiff's reply brief includes new information and arguments not included in its opening brief and expressly states that Plaintiff intends to further "supplement the record." *See* D.I. 117 at fn. 2.

Workspot intends to submit a surreply after Plaintiff's supplement, and the parties have been in the process, since last Thursday, November 8, 2018, of conferring on the length and timing of additional briefing. If the parties cannot reach agreement, Workspot will submit a motion seeking leave to file a surreply to address the new material in Plaintiff's reply brief. To ensure that the Court has a complete record, Workspot respectfully requests that oral argument occur after the parties have completed their submissions on the TRO Motion.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| H. Mark Lyon<br>GIBSON DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel: (650) 849-5300 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street |
| Y. Ernest Hsin<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Tel: (415) 393-8200 | Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| Jennifer Rho<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 229-7000 | *Attorneys for Defendant Workspot, Inc.* |

Dated: November 13, 2018
6001054 / 45039