## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-588-LPS ) ) **JURY TRIAL DEMANDED** |
| WORKSPOT, INC., | ) ) |
| Defendant. | ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Citrix Systems, Inc. and Defendant Workspot, Inc., ("Workspot"), subject to the approval of the Court, that Workspot shall file a 7-page Sur-Reply Brief in Further Opposition to Citrix's TRO Motion (D.I. 101) by December 7, 2018.

| **DLA PIPER LLP (US)** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Denise S. Kraft* | */s/ Bindu A. Palapura* |
| Denise S. Kraft (DE Bar No. 2778) | David E. Moore (#3983) |
| Brian A. Biggs (DE Bar No. 5591) | Bindu A. Palapura (#5370) |
| 1201 North Market Street, Suite 2100 | Stephanie E. O'Byrne (#4446) |
| Wilmington, DE 19801-1147 | Hercules Plaza, 6th Floor |
| Tel: (302) 468-5700 | 1313 N. Market Street |
| denise.kraft@dlapiper.com | Wilmington, DE 19801 |
| brian.biggs@dlapiper.com | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff Citrix Systems, Inc.* | bpalapura@potteranderson.com |
| | sobyrne@potteransderson.com |
| | *Attorneys for Defendant Workspot, Inc.* |

<table>
<tr><td>

**OF COUNSEL**:

Michael Strapp
Larissa Bifano
Kristoffer W. Lange
Yasmin Ghassab
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel:  (617) 406-6031
michael.strapp@dlapiper.com
larissa.bifano@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

*Attorneys for Plaintiff Citrix Systems, Inc.*

Dated:  November 26, 2018
6009160/45039

</td><td>

**OF COUNSEL**:

H. Mark Lyon
**GIBSON DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94 3 04-1211
Tel: (650) 849-5300
MLyon@gibsondunn.com

Y. Ernest Hsin
**GIBSON DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: (415) 393-8200
ehsin@gibsondunn.com

Jennifer Rho
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
jrho@gibsondunn.com

*Attorneys for Defendant Workspot, Inc.*

</td></tr>
</table>

SO ORDERED this __ day of November, 2018

_____
THE HONORABLE LEONARD P. STARK