IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-588-LPS |

## STIPULATION AND [PROPOSED] ORDER FOR SANCTIONS

WHEREAS, on December 12, 2018 Oral Argument on Plaintiff's Motion for Temporary Restraining Order and to Show Cause Why Workspot Should Not Be Held in Contempt (D.I. 125) was heard before Judge Leonard P. Stark;

WHEREAS, at the conclusion of the December 12, 2018 hearing, Judge Stark ordered all parties to meet and confer with regard to filing a stipulation setting forth agreed-upon sanctions relating to Plaintiff's Motion for Temporary Restraining Order and to Show Cause Why Workspot Should Not Be Held in Contempt;

WHEREAS, the parties have met and conferred and agreed to the below sanctions.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, as follows:

1) for at least the duration of the Delaware litigation, Puneet Chawla is prohibited from: (a) contacting anyone working at Citrix without Workspot CEO or Board approval; and (b) posting on social media regarding Citrix;

2) Puneet Chawla may use only Workspot-issued electronic devices, such as computers, and phones, for Workspot-related business requiring electronic communications;

3) Puneet Chawla's electronic communications will be monitored for compliance with Section 1 above and with Workspot company policies generally;

4) Workspot agrees to cease and desist from any uninvited threatening communications with Citrix employees; and

5) Workspot will confirm by January 18, 2019 that beyond the information that it has already disclosed in pleadings filed with the Court, it is not aware of any additional information concerning the identities of the individual(s) who may have sent the emails to Juan Rivera and David Henshall, posted the messages on TheLayoff.com and Pastebin.com, or have access to, or own the devices associated with IP addresses 98.207.108.220 or 104.46.110.21.

6) The above sanctions shall be effective immediately upon the entry of this Order.

Dated: December 21, 2018

| | |
|---|---|
| **DLA PIPER LLP (US)** | **POTTER ANDERSON & CORROON LLP** |
| /s/ *Denise S. Kraft* | /s/ *David E. Moore* |
| Denise S. Kraft (DE Bar No. 2778) | David E. Moore (#3983) |
| Brian A. Biggs (DE Bar No. 5591) | Stephanie E. O'Byrne (#4446) |
| 1201 North Market Street, Suite 2100 | Bindu A. Palapura (#5370) |
| Wilmington, DE 19801-1147 | 1313 North Market Street, 6th Floor |
| Telephone: (302) 468-5700 | P. O. Box 951 |
| Facsimile: (302) 394-2341 | Wilmington, DE 19801 |
| denise.kraft@dlapiper.com | Telephone: (302) 984-6000 |
| brian.biggs@dlapiper.com | Facsimile: (302) 658-1192 |
| | dmoore@potteranderson.com |
| **OF COUNSEL**: | sobyrne@potteransderson.com |
| | bpalapura@potteranderson.com |
| Michael Strapp (admitted *Pro Hac Vice*) | |
| Larissa Bifano (admitted *Pro Hac Vice*) | H. Mark Lyon |
| Kristoffer W. Lange (admitted *Pro Hac Vice*) | **GIBSON DUNN & CRUTCHER LLP** |
| Yasmin Ghassab (admitted *Pro Hac Vice*) | 1881 Page Mill Road |
| **DLA PIPER LLP (US)** | Palo Alto, CA 94 3 04-1211 |
| 33 Arch Street, 26th Floor | Tel: (650) 849-5300 |
| Boston, MA 02110-1447 | MLyon@gibsondunn.com |
| Telephone: (617) 406-6031 | |
| michael.strapp@dlapiper.com | Y. Ernest Hsin |
| larissa.bifano@dlapiper.com | **GIBSON DUNN & CRUTCHER LLP** |
| kris.lange@dlapiper.com | 555 Mission Street, Suite 3000 |
| yasmin.ghassab@dlapiper.com | San Francisco, CA 94105-0921 |
| | Tel: (415) 393-8200 |
| *Attorneys for Plaintiff Citrix Systems, Inc.* | ehsin@gibsondunn.com |
| | |
| | Brian K. Andrea |
| | Brian M. Buroker |
| | **GIBSON DUNN & CRUTCHER LLP** |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036-5306 |
| | Tel: (202) 995-8500 |
| | bandrea@gibsondunn.com |
| | bburoker@gibsondunn.com |

        Aaron B. Frumkin
        Jennifer Rho
        **GIBSON DUNN & CRUTCHER LLP**
        333 South Grand Avenue
        Los Angeles, CA 90071
        afrumkin@gibsondunn.com
        jrho@gibsondunn.com

        Karen A. Gibbs
        1901 S. Bascom Ave Suite 900
        Campbell, CA 95008
        Tel:  (714) 225-2816
        karen.gibbs@workspot.com

        *Attorneys for Defendant Workspot, Inc.*

SO ORDERED this __ day of December, 2018

_____
THE HONORABLE LEONARD P. STARK