# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| Plaintiff, | ) C.A. No. 18-588-LPS |
| v. | ) **JURY TRIAL DEMANDED** |
| WORKSPOT, INC., | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Ronald F. Lopez of Nixon Peabody LLP, One Embarcadero Center, San Francisco, CA 94111; Jennifer Hayes of Nixon Peabody LLP, 300 South Grand Avenue, Los Angeles, CA 90071; Matthew A. Werber and Angelo Christopher of Nixon Peabody LLP, 70 West Madison St., Chicago, IL 60602 to represent Defendant Workspot, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Workspot, Inc.*

Dated: January 28, 2019
6066849 / 45001

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                   United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon filing of this motion.

Date: January 28, 2019

                                      */s/ Ronald F. Lopez*
                                      Ronald F. Lopez
                                      Nixon Peabody LLP
                                      One Embarcadero Center
                                      San Francisco, CA 94111
                                      Tel: (415) 984-8200
                                      rflopez@nixonpeabody.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: January 28, 2019

*/s/ Jennifer Hayes*
Jennifer Hayes
Nixon Peabody LLP
300 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 629-6000
jenhayes@nixonpeabody.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: January 28, 2019

                                                 */s/ Matthew A. Werber*
                                                 Matthew A. Werber
                                                 Nixon Peabody LLP
                                                 70 West Madison St.
                                                 Chicago, IL 60602
                                                 Tel: (312) 977-4400
                                                 mwerber@nixonpeabody.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon filing of this motion.

Date: January 28, 2019

                                             */s/ Angelo Christopher*
                                             Angelo Christopher
                                             Nixon Peabody LLP
                                             70 West Madison St.
                                             Chicago, IL 60602
                                             Tel: (312) 977-4400
                                             achristopher@nixonpeabody.com