# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CITRIX SYSTEMS, INC.,

                Plaintiff,

      v.

WORKSPOT, INC.

                Defendant.

C.A. No. 1:18-cv-00588-LPS

████████████████████████
██████

Public Version

## DECLARATION OF YASMIN GHASSAB

I, Yasmin Ghassab, hereby declare as follows:

1.      I am an attorney with the law firm of DLA Piper LLP (US) ("DLA Piper"), counsel for Plaintiff Citrix Systems, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath. I make this declaration in support of Plaintiff's Reply Brief in Support of its Motion for Temporary Restraining Order and to Show Cause Why Workspot Should Not be Held in Contempt.

2.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████

3.      ████████████████████████████████████████████████████████████████████████████████████████████████████

4.      Attached hereto as Exhibit 3 is a true and correct copy of the September 28, 2018 cover e-mail from Brian Biggs to Bindu Palapura attaching redacted versions of the Citrix Preliminary Injunction reply brief and declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Yasmin  Ghassab*
Yasmin Ghassab

Executed this 6th day of November 2018 in Boston, MA

# Exhibit 1





# Exhibit 2

# Exhibit 3

| | |
|---|---|
| **From:** | Biggs, Brian |
| **Sent:** | Friday, September 28, 2018 6:20 PM |
| **To:** | Palapura, Bindu A.; Strapp, Michael G. |
| **Cc:** | Lyon, H. Mark; Lange, Kris; karen.gibbs@workspot.com; Bifano, Larissa; Kraft, Denise; Hsin, Y. Ernest |
| **Subject:** | RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS) |
| **Attachments:** | D.I. 86, 09.21.2018 Lesley Hamlin Declaration [Redacted].pdf; D.I. 84 09.21.2018 FILED UNDER SEAL Plaintiff's Reply Brief No Conf.._.pdf; D.I. 85 09.21.2018 Rebuttal Declaration of Dr. Hugh Smith No Conf.pdf; D.I. 87 09.21.2018 Declaration of Brian A. Biggs No Conf.pdf |

Bindu,

Apologies for the delay in getting this to you and your team, but the letter has eaten up some of the afternoon.  Attached are our proposed redactions to the reply brief and declarations.  Since much of this is Workspot confidential information, please let us know as soon as you can whether you have any additional redactions.  We will plan to file first thing Monday morning.

I hope you have a great weekend.

Best regards,
Brian

---

**From:** Biggs, Brian
**Sent:** Friday, September 28, 2018 5:21 PM
**To:** 'Palapura, Bindu A.' <bpalapura@potteranderson.com>; Strapp, Michael G. <Michael.Strapp@dlapiper.com>
**Cc:** 'Lyon, H. Mark' <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; 'karen.gibbs@workspot.com' <karen.gibbs@workspot.com>; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; Kraft, Denise <denise.kraft@dlapiper.com>; 'Hsin, Y. Ernest' <EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

Bindu,

Following up.  We can agree to a mutual exchange at 5:30 with the understanding that we are both in good faith scaling back the paragraphs we have identified.  We don't want to do further exchanges after that, and hope that we can reach agreement now that unless there is something egregious the parties will stick with their scaled-back proposals.

Does that work for your team?

Thanks,
Brian

---

**From:** Biggs, Brian
**Sent:** Friday, September 28, 2018 5:10 PM
**To:** 'Palapura, Bindu A.' <bpalapura@potteranderson.com>; Strapp, Michael G. <Michael.Strapp@dlapiper.com>
**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; Kraft, Denise <denise.kraft@dlapiper.com>; Hsin, Y. Ernest

<EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

Bindu,

Thanks for the calls.  This is what we are thinking.  If Workspot can scale back the two paragraphs that were added this afternoon to a plain vanilla, non-argumentative few sentences, then we should be able to scale our third paragraph in kind.  I think we both recognize that at the end of the day that Judge Stark is going to rely on the briefing, so we would prefer that we let the briefing do the talking, and that is the spirit in which we will send around our edits.

To the extent you can get us edits in line with that by 5:30, we should be in a position to send back edits by 5:45, and we can get this on file.  Let us know if this works for y'all.

Thanks,
Brian

---

**From:** Palapura, Bindu A. <bpalapura@potteranderson.com>
**Sent:** Friday, September 28, 2018 3:35 PM
**To:** Strapp, Michael G. <Michael.Strapp@dlapiper.com>
**Cc:** Biggs, Brian <Brian.Biggs@dlapiper.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; Kraft, Denise <denise.kraft@dlapiper.com>; Hsin, Y. Ernest <EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

**[EXTERNAL]**

---

Michael – Workspot's edits are attached in redline.  Please send any additional edits for our consideration.    We reserve our right to amend in response.

---

**From:** Strapp, Michael G. [mailto:Michael.Strapp@dlapiper.com]
**Sent:** Friday, September 28, 2018 11:32 AM
**To:** Palapura, Bindu A. <bpalapura@potteranderson.com>
**Cc:** Brian.Biggs@dlapiper.com; Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; denise.kraft <denise.kraft@dlapiper.com>; Hsin, Y. Ernest <EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

Bindu,

A redline version of the joint status report is attached for your review.  If you have any additional edits, please send them to us by 2 pm.  We reserve our right to amend in response.

Regards,

Michael

**Michael Strapp**
Partner

**T** +1 617.406.6031
**F** +1 617.406.6100
**M** +1 917.518.3828
**E** michael.strapp@dlapiper.com



DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
United States
www.dlapiper.com

**From:** Palapura, Bindu A. <bpalapura@potteranderson.com>
**Sent:** Thursday, September 27, 2018 6:28 PM
**To:** Strapp, Michael G. <Michael.Strapp@dlapiper.com>
**Cc:** Biggs, Brian <Brian.Biggs@dlapiper.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; Kraft, Denise <denise.kraft@dlapiper.com>; Hsin, Y. Ernest <EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

[EXTERNAL]

Michael – Workspot's edits to the joint status report is attached.  The redlines reflect our changes to just the joint portion.  If Citrix has any edits, please circulate those in advance of tomorrow's deadline for our review.  We reserve our right to amend in response.

Concerning the deadlines on the motion to strike, I understood from our call that Citrix was interested in expediting briefing.  However, your proposal only shortens your standard deadline by one day.  Nonetheless, to avoid bringing a dispute to the Court, we will agree to follow Citrix's proposal (opening filed tomorrow; answer due 10/4; reply due 10/8).

Regards,
Bindu

**From:** Strapp, Michael G. [mailto:Michael.Strapp@dlapiper.com]
**Sent:** Thursday, September 27, 2018 5:04 PM
**To:** Palapura, Bindu A. <bpalapura@potteranderson.com>
**Cc:** Brian.Biggs@dlapiper.com; Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris <Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>; denise.kraft <denise.kraft@dlapiper.com>; Hsin, Y. Ernest <EHsin@gibsondunn.com>
**Subject:** RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

Bindu,

When do you expect to get us a draft of the joint status report that is due tomorrow?

Regards,

Michael

Michael Strapp
Partner

T +1 617.406.6031
F +1 617.406.6100
M +1 917.518.3828

E michael.strapp@dlapiper.com


DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
United States
www.dlapiper.com


-----Original Message-----
From: Strapp, Michael G.
Sent: Wednesday, September 26, 2018 7:24 PM
To: Palapura, Bindu A. <bpalapura@potteranderson.com>
Cc: Biggs, Brian <Brian.Biggs@dlapiper.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Lange, Kris
<Kris.Lange@dlapiper.com>; karen.gibbs@workspot.com; Bifano, Larissa <Larissa.Bifano@dlapiper.com>;
Kraft, Denise <denise.kraft@dlapiper.com>; Hsin, Y. Ernest <EHsin@gibsondunn.com>
Subject: Re: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)

Bindu,

We need until Thursday for the opposition. We're, of course, fine with you filing your reply on Friday.

Regards,

Michael

> On Sep 26, 2018, at 7:08 PM, Palapura, Bindu A. <bpalapura@potteranderson.com> wrote:
>
> [EXTERNAL]
>
> Michael - how about meeting in the middle?
>
> WS Opening Fri 9/28<x-apple-data-detectors://0> Citrix response Wed
> 10/3<x-apple-data-detectors://1> WS reply Fri
> 10/5<x-apple-data-detectors://2>
>
>
>
> Bindu A. Palapura | Partner
> Potter Anderson & Corroon LLP
> 1313 North Market Street<x-apple-data-detectors://0/1>
> P.O. Box 951<x-apple-data-detectors://0/1> Wilmington, DE
> 19899-0951<x-apple-data-detectors://0/1>
> 302 984 6092<tel:302%20984%206092> Direct Dial
> 302 658 1192<tel:302%20658%201192> Fax
> bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>
> www.potteranderson.com<http://www.potteranderson.com/>
>
> Potter Anderson & Corroon LLP is not providing any advice in this communication with respect to any

federal tax matters.
>
> THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN
PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE
PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR
THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.
>
>
> On Sep 26, 2018, at 6:12 PM, Strapp, Michael G.
<Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>> wrote:
>
> Bindu,
>
> We propose a slight modification to the briefing schedule as follows:
>
> WS Motion and Op. Letter - Friday, 9/28 Citrix Resp. - Thursday, 10/4
> WS Reply - Monday, 10/8
>
> Regards,
>
> Michael
>
> Michael Strapp
> Partner
>
> T +1 617.406.6031
> F +1 617.406.6100
> M +1 917.518.3828
> E michael.strapp@dlapiper.com <mailto:michael.strapp@dlapiper.com>
>
> <image001.gif>
>
> DLA Piper LLP (US)
> 33 Arch Street, 26th Floor
> Boston, Massachusetts 02110-1447
> United States
> www.dlapiper.com <http://www.dlapiper.com>
>
> From: Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>
> Sent: Wednesday, September 26, 2018 5:50 PM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Lyon, H.
> Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>
> Cc: Lange, Kris
> <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>; Bifano,
> Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>;

> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; 'Hsin,
> Y. Ernest' <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL]
> _____
> Michael/Brian: Following up on our call today, here's Workspot's proposal for expedited briefing on the
> motion to strike. Let us know if you approve, and I will insert into the joint status report.
>
> WS Motion and Op. Letter - Friday, 9/28 Citrix Resp. - Tuesday, 10/2
> WS Reply - Thursday, 10/4
>
> Regards,
> Bindu
>
> From: Biggs, Brian [mailto:Brian.Biggs@dlapiper.com]
> Sent: Tuesday, September 25, 2018 5:49 PM
> To: Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>
> Cc: Lange, Kris
> <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>; Bifano,
> Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>;
> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> denise.kraft
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; 'Hsin,
> Y. Ernest' <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> Bindu,
>
> We can talk tomorrow at 4pm ET.
>
> Thanks,
> Brian
>
> From: Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>
> Sent: Tuesday, September 25, 2018 12:46 PM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Lyon, H.
> Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>
> Cc: Lange, Kris

> <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>; Bifano,
> Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>;
> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; 'Hsin,
> Y. Ernest' <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL]
> _____
> Brian:
>
> We have reviewed Citrix's reply brief and believe there are new arguments and theories that Citrix should have raised in its opening brief. While we appreciate that Citrix could not anticipate all of Workspot's arguments, and is allowed to use evidence obtained during discovery, Citrix's reply brief goes beyond mere supplementation. Workspot intends to move to strike all new arguments and declarations to the extent they support those arguments. In particular, we will be moving to strike all of the newly-raised patent infringement theories, including the Smith declaration to the extent it ad-dresses those theories, as well as the following new arguments relating to the "false advertising" and irreparable harm claims (along with the Hamlin declaration and the Biggs declaration to the extent it addresses the new matter):
>
> . New blog posts that Citrix characterizes as containing "Workspot's False Statements," but were not mentioned in its original Motion.
>
> . New evidence/arguments that over fifty of Workspot's customers are Citrix customers
>
> . New examples of purported harm suffered by Citrix, including arguments that Workspot has attempted to disrupt Citrix's relationship with Microsoft and engage in a joint sales campaign with Microsoft.
>
> Please let us know your team's available to confer at the following times. Given the hearing date is fast approaching, we'd appreciate a response as soon as possible. Thanks.
> 9/26 - 3-5pm EST
> 9/27 - after 12pm EST
>
> We can use the following dial-in:
> Dial in: 1-800-525-8644
> Int'l Dial in: 1-719-234-0240
> Passcode: 3029846092
>
> From: Biggs, Brian [mailto:Brian.Biggs@dlapiper.com]
> Sent: Thursday, September 20, 2018 1:08 PM
> To: Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>
> Cc: Lange, Kris
> <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>; Bifano,

> Larissa
> <[Larissa.Bifano@dlapiper.com](mailto:Larissa.Bifano@dlapiper.com)>;
> Strapp, Michael G.
> <[Michael.Strapp@dlapiper.com](mailto:Michael.Strapp@dlapiper.com)>;
> denise.kraft
> <[denise.kraft@dlapiper.com](mailto:denise.kraft@dlapiper.com)>>
> Subject: RE: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> Mark,
>
> We sincerely appreciate your quick attention and turn around.
>
> Best regards,
> Brian
>
> From: Lyon, H. Mark
> <[MLyon@gibsondunn.com](mailto:MLyon@gibsondunn.com)>>
> Sent: Thursday, September 20, 2018 12:45 PM
> To: Biggs, Brian
> <[Brian.Biggs@dlapiper.com](mailto:Brian.Biggs@dlapiper.com)>; [EXT]
> Palapura, Bindu
> <[bpalapura@potteranderson.com](mailto:bpalapura@potteranderson.com)>>
> Cc: Lange, Kris
> <[Kris.Lange@dlapiper.com](mailto:Kris.Lange@dlapiper.com)>;
> [karen.gibbs@workspot.com](mailto:karen.gibbs@workspot.com)>; Bifano,
> Larissa
> <[Larissa.Bifano@dlapiper.com](mailto:Larissa.Bifano@dlapiper.com)>;
> Strapp, Michael G.
> <[Michael.Strapp@dlapiper.com](mailto:Michael.Strapp@dlapiper.com)>>
> Subject: Re: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL]
> _____
> Brian,
>
> To confirm, we produced yesterday the presentation from September 18 about which Mr. Peterson testified, as you requested. It is my understanding that we have already produced all later versions, if any existed, of WKSPT_0019692 as part of our prior productions.
>
> Regards,
> Mark
>
> From: "Biggs, Brian"
> <[Brian.Biggs@dlapiper.com](mailto:Brian.Biggs@dlapiper.com)>>
> Date: Tuesday, September 18, 2018 at 8:10 PM
> To: Bindu Palapura
> <[bpalapura@potteranderson.com](mailto:bpalapura@potteranderson.com)>>
> Cc: "Lange, Kris"
> <[Kris.Lange@dlapiper.com](mailto:Kris.Lange@dlapiper.com)>>, "H. Lyon*"

> <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>,
> "karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>"
> <karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>, "Bifano,
> Larissa"
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>,
> "Strapp, Michael G."
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>
> Subject: Re: [EXT] Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [External Email]
> Mark,
>
> Thanks again for your hospitality today and yesterday.
>
> Following up on today's deposition, please produce all later versions of WKSPT_0019692, including the
version that Mr. Peterson testified he presented today. Given the reply brief deadline of Friday, please produce
them by tomorrow, or at the very least produce by tomorrow the one Mr. Peterson testified he presented this
morning (and was readily available), and provide the rest by Thursday.
>
> Best regards,
> Brian
> Sent from my iPhone
>
> On Sep 14, 2018, at 12:02 PM, Palapura, Bindu A.
<bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>> wrote:
> [EXTERNAL]
> _____
> Kris/Brian - Please let us know who will be attending the depositions on Monday and Tuesday. Same start
time (9:30 am)? Thanks.
>
> From: Lange, Kris [mailto:Kris.Lange@dlapiper.com]
> Sent: Tuesday, September 11, 2018 9:10 PM
> To: Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>
> Cc: Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>;
> karen.gibbs@workspot.com<mailto:karen.gibbs@workspot.com>>; Bifano,
> Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Subject: Re: [EXT] RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A.
> No. 18-588-LPS)
>
> Hi Mark,
>
> Yes, 9:30 tomorrow. Same people except Julie Workman will not attend.
>
> On Sep 11, 2018, at 17:19, Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>
wrote:
> Hi Kris,
>

> Are you planning on starting at 9:30 tomorrow, too? Same attendees on your side?
>
> Thanks,
> Mark
>
> On Sep 10, 2018, at 7:16 PM, Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>
wrote:
> [External Email]
> Hi Bindu,
>
> Julie Workman will also attend tomorrow. We plan to start at 9:30.
>
> Thanks,
> Kris
>
> On Sep 10, 2018, at 19:09, Biggs, Brian <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>
wrote:
> Hi Bindu,
>
> Adding in Larissa and Kris. I believe the attendees tomorrow will be:
>
> Larissa Bifano
> Kris Lange
> Lynne Ledanois
> Tony Hensley
>
> I will let them weigh in on whether there are others and on the start time.
>
> Thanks,
> Brian
> Sent from my iPhone
>
> On Sep 10, 2018, at 10:04 PM, Palapura, Bindu A.
<bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>> wrote:
> [EXTERNAL]
> _____
> Brian - just confirming the start times for the depos are the times set forth in the depo notices. Also for
security purposes, can you let Mark know who will be attending? Thanks.
> Bindu A. Palapura | Partner
> Potter Anderson & Corroon LLP
> 1313 North Market Street<x-apple-data-detectors://0/1>
> P.O. Box 951<x-apple-data-detectors://0/1> Wilmington, DE
> 19899-0951<x-apple-data-detectors://0/1>
> 302 984 6092<tel:302%20984%206092> Direct Dial
> 302 658 1192<tel:302%20658%201192> Fax
> bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>
> www.potteranderson.com<http://www.potteranderson.com/>
>
> Potter Anderson & Corroon LLP is not providing any advice in this communication with respect to any
federal tax matters.
>

> THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
>
>
> On Sep 6, 2018, at 10:31 PM, Biggs, Brian <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>> wrote:
> Thanks, Bindu.
>
> From: Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>
> Sent: Thursday, September 06, 2018 10:30 PM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Andrea,
> Brian <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Cc: Rho, Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>;
> Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; Strapp,
> Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>;
> Moore, David E.
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>; Lyon,
> H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>; Hsin, Y.
> Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL MESSAGE]
> _____
> Brian -Yes, we can move Dr. Snoeren's deposition to Palo Alto. The list below reflects the confirmed dates and locations:
>
>
> . Mr. Chawla is available on Sept 11 at Gibson Dunn's offices in Palo Alto;
>
> . Dr. Snoeren is available on September 12 at Gibson Dunn's offices in Palo Alto;
>
> . Mr. Sinha is available on September 17 at Gibson Dunn's offices in Palo Alto; and
>
> . Mr. Peterson is available on September 18 at Gibson Dunn's offices in Palo Alto.
>
> Also, we're trying to figure out when we can make the exchange, and we'll get back to you shortly.
>

> From: Biggs, Brian [mailto:Brian.Biggs@dlapiper.com]
> Sent: Thursday, September 06, 2018 5:47 PM
> To: Andrea, Brian
> <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Cc: Rho, Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>;
> denise.kraft
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; Strapp,
> Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>;
> Moore, David E.
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu A.
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: [EXT] Re: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> Brian,
>
> Thanks for providing these dates. We can confirm the dates and locations for Chawla, Sinha, and Peterson. Would it be possible to hold Dr. Snoeren's deposition in Palo Alto as well? That date should work, if so.
>
> In addition, we accept your offer to exchange the withheld, non-responsive emails. Please let us know when you can be in a position to make the exchange. We can do so as early as tomorrow COB.
>
> Best regards,
> Brian
> Sent from my iPhone
>
> On Sep 4, 2018, at 9:56 PM, Andrea, Brian
<BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>> wrote:
> [EXTERNAL MESSAGE]
> _____
> Brian,
>
> Thank you for confirmation regarding your interrogatory response. Please confirm you will be amending your response accordingly.
>
> With respect to the test account, I sent an update to Kris Lange over the weekend. I trust that response answers your question, but if there is additional information you need, please let me know.
>
> With respect to the inadvertent disclosure, it remains Workspot's position that Citrix's attempt to leverage the inadvertent disclosure to obtain an unfair competitive advantage by prohibiting Workspot's executives from engaging with Microsoft during the pendency of this litigation is inappropriate and unjustified. If Citrix is unwilling to allow Messrs. Sinha and Chawla to sign onto the Protective Order under the constraints we set

forth in our prior email, please let us know and we will prepare a joint letter notifying the Court of the dispute.
>
> Finally, with respect to depositions, the witnesses are available on the following dates/locations:
>
>
> * Mr. Chawla is available on Sept 11 at Gibson Dunn's offices in Palo Alto;
> * Dr. Snoeren is available on September 12 at Gibson Dunn's offices in San Francisco;
> * Mr. Sinha is available on September 17 at Gibson Dunn's offices in Palo Alto; and
> * Mr. Peterson is available on September 18 at Gibson Dunn's offices in Palo Alto.
>
> Please confirm that these dates/locations work for you.
>
> Thanks,
> Brian
>
>
> Brian Andrea
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306 Tel +1
> 202.887.3624 . Fax +1 202.530.4220
> [BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>](mailto:BAndrea@gibsondunn.com) .
> [www.gibsondunn.com<http://www.gibsondunn.com>](http://www.gibsondunn.com)
>
> From: Biggs, Brian
> <[Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>](mailto:Brian.Biggs@dlapiper.com)>
> Sent: Tuesday, September 4, 2018 10:34 AM
> To: Andrea, Brian
> <[BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>](mailto:BAndrea@gibsondunn.com)>; Rho, Jennifer
> <[JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>](mailto:JRho@gibsondunn.com)>; Kraft, Denise
> <[denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>](mailto:denise.kraft@dlapiper.com)>; Strapp,
> Michael G.
> <[Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>](mailto:Michael.Strapp@dlapiper.com)>;
> Ghassab, Yasmin
> <[Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>](mailto:Yasmin.Ghassab@dlapiper.com)>;
> Lange, Kris <[Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>](mailto:Kris.Lange@dlapiper.com)>;
> Bifano, Larissa
> <[Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>](mailto:Larissa.Bifano@dlapiper.com)>
> Cc: POTTERANDERSON:Dave Moore
> <[dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>](mailto:dmoore@potteranderson.com)>;
> Palapura, Bindu
> <[bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>](mailto:bpalapura@potteranderson.com)>;
> Lyon, H. Mark <[MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>](mailto:MLyon@gibsondunn.com)>;
> Hsin, Y. Ernest <[EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>](mailto:EHsin@gibsondunn.com)>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [External Email]
> Brian,

>
> Thanks for the call on Friday. As you requested, and based on our investigation to date, there are no additional documents that "formed the basis for the patent infringement allegations set forth in Citrix's preliminary injunction motion, as of the filing date of the motion." We obviously will supplement that response if our understanding changes consistent with our obligations under Fed. R. Civ. P. 26(e).
>
> Please let us know as soon as you are able regarding: (i) the status of the Test Account; (ii) deposition dates; and (iii) Workspot's position on the remedy for the inadvertent disclosure. We will follow up soon on the non-responsive emails.
>
> Best regards,
> Brian
>
> From: Andrea, Brian
> <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Sent: Wednesday, August 29, 2018 9:15 AM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Rho,
> Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>; Kraft,
> Denise <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>;
> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL MESSAGE]
> _____
> 10am Friday works for Workspot. Please use the following dial in number:
>
> (866) 747-5969
> Access code: 2028873624
>
> Brian Andrea
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306 Tel +1
> 202.887.3624 . Fax +1 202.530.4220
> BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com> .

> www.gibsondunn.com<http://www.gibsondunn.com>
>
> From: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>
> Sent: Wednesday, August 29, 2018 9:10 AM
> To: Andrea, Brian
> <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>; Rho, Jennifer
> <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>; Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; Strapp,
> Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [External Email]
> Hi Brian,
>
> Unfortunately Thursday does not work for us. How about 10am ET on Friday? If you cannot do 10am, please
propose another time.
>
> Thanks,
> Brian
>
> From: Andrea, Brian
> <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Sent: Tuesday, August 28, 2018 7:51 PM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Rho,
> Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>; Kraft,
> Denise <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>;
> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu

> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL MESSAGE]
> _____
> Brian -
>
> We are now unavailable tomorrow; are you available on Thursday? I can do any time except 10am-11am ET.
>
> Thanks,
> Brian
>
> Brian Andrea
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306 Tel +1
> 202.887.3624 . Fax +1 202.530.4220
> BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com> .
> www.gibsondunn.com<http://www.gibsondunn.com>
>
> From: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>
> Sent: Tuesday, August 28, 2018 11:36 AM
> To: Rho, Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>;
> Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; Strapp,
> Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>;
> Andrea, Brian <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [External Email]
> Hi Jennifer,
>

> We can be available at 2pm ET tomorrow to address all the outstanding issues. Can you please circulate a dial-in?
>
> Thanks,
> Brian
>
> From: Rho, Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>
> Sent: Friday, August 24, 2018 2:18 PM
> To: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>; Kraft,
> Denise <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>;
> Strapp, Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>;
> Andrea, Brian <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [EXTERNAL MESSAGE]
> _____
> Brian,
>
> I write in response to your emails of August 22 and August 23. We are unavailable at the specified time on Monday, but are available for a meet and confer anytime after 9am PT on Wednesday to discuss Citrix's response to Interrogatory No. 6, Workspot's document production, and Workspot's inadvertent disclosure of information to Mr. Sinha and Mr. Chawla - and the motion for modification of the Protective Order that Workspot intends to make in light of your response.
>
> With respect to the last issue, as I explained in my email, Mr. Sinha and Mr. Chawla are willing to sign the Acknowledgement of the Protective Order with the conditions set forth in my email. However, we disagree with your contention that Mr. Sinha and Mr. Chawla should be subjected to the prosecution bar in light of the nature of the information at issue, which addresses subject matter that is covered by a third party license and would not be patentable by Workspot - and therefore would not affect the nature of what Workspot can patent. This was not technical information - about either Citrix or Workspot's products - that could be used by Workspot to draft patent applications that target Citrix's products as infringing Workspot's patents. And it is such technical information that is the subject of a patent prosecution bar, to avoid a scenario of increasing the likelihood of a patent reading on a product - not licensing information.
>
> Furthermore, as you are well aware, Workspot is a small company with few employees, and we disagree that others at Workspot could handle patent prosecution for the length of the litigation - or discussions between Microsoft and Workspot "in any capacity". We disagree that it is appropriate for Citrix to seek to leverage this

inadvertent disclosure in this manner, or that the terms of a license signed over 20 years ago would provide an unfair competitive advantage that would justify the demand that Citrix is making. Indeed, much of the information at issue is essentially public already; Microsoft, for example, published a press release that disclosed, among other information:

>
>
> * the timeframe of the agreement as signed in May 1997
> * the general scope of the license as:
>
> * directed to Citrix patents regarding advanced multiuser technology
> * in connection with joint development by Citrix and Microsoft of advanced multiuser capabilities for server-based systems and Windows-based terminals used by task-based users that run certain software from the servers
>
> See, e.g,. https://news.microsoft.com/1997/05/12/microsoft-and-citrix-sign-technology-cross-licensing-and-development-agreement/<https://news.microsoft.com/1997/05/12/microsoft-and-citrix-sign-technology-cross-licensing-and-development-agreement/>.
>
> Accordingly, and in light of your position, as noted above, Workspot intends to move the Court for a modification of the Protective Order with respect to Mr. Sinha and Mr. Chawla, to permit them to sign the Protective Order Acknowledgment under the conditions set forth below.
>
> Best regards,
> Jennifer
>
>
> Jennifer J. Rho
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197 Tel +1 213.229.7103
> . Fax +1 213.229.6103 JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>
> . www.gibsondunn.com<http://www.gibsondunn.com>
>
> From: Biggs, Brian
> <Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com>>
> Sent: Wednesday, August 22, 2018 6:55 PM
> To: Rho, Jennifer <JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>>;
> Kraft, Denise
> <denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com>>; Strapp,
> Michael G.
> <Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com>>;
> Ghassab, Yasmin
> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;

> Lyon, H. Mark <[MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com](MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com)>>;
> Hsin, Y. Ernest <[EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com](EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com)>>;
> Andrea, Brian <[BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com](BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com)>>
> Subject: RE: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No.
> 18-588-LPS)
>
> [External Email]
> Jennifer,
>
> Thank you for bringing this to our attention, and we appreciate your compliance with the Protective Order. Please do have Messrs. Sinha and Chawla sign the Acknowledgement and Agreement to Be Bound as required by Paragraph 11.
>
> But both Messrs. Sinha and Chawla are bound by the parties' agreed-to
> protective order, including the prosecution bar in paragraph 7.2. The language is unequivocal: "Absent written consent from the Producing Party, any individual who receives information designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" . . . shall not be involved in the prosecution of patents or patent applications relating to the subject matter of the patents-in-suit." Messrs. Sinha and Chawla received information designated Highly-Confidential-AEO, so they are bound. Citrix does not consent to their being involved in patent prosecution, particularly given the highly sensitive nature of the information shared and their executive-level positions at Workspot. There are surely others at Workspot who can handle patent prosecution, as defined in the protective order, for the limited period of time.
>
> Moreover, since Messrs. Sinha and Chawla received highly sensitive competitive information regarding the relationship between Citrix and Microsoft, Workspot, Mr. Sinha, and Mr. Chawla must stipulate to protect against the misuse of this information. Messrs. Sinha and Chawla are competitive decision-makers, and by receiving the terms of Citrix's agreement with Microsoft, they now have an unfair competitive advantage in discussions with a key partner of both Workspot and Citrix: Microsoft. And, as we have discussed in the context of the discovery dispute briefing, where Workspot seeks to gain irrelevant, highly sensitive competitive information, "[i]t is very difficult for the human mind to compartmentalize and selectively suppress information once learned, no matter how well-intentioned the effort may be to do so." In re Deutsche Bank Trust Co. Americas, 605 F.3d 1373, 1378 (Fed. Cir. 2010). Now that Messrs. Sinha and Chawla have this highly-sensitive, competitive information about the relationship with Microsoft and Citrix, they should not be permitted to engage with Microsoft on behalf of Workspot in any capacity for the pendency of this litigation. The scope of the disclosure is irrelevant; they received highly sensitive, competitive information that Messrs. Sinha and Chawla can use to Workspot's benefit and Citrix's detriment, despite any assurance they can make to the contrary. Please confirm that Workspot, Mr. Sinha, and Mr. Chawla will agree, and we will prepare a draft stipulation.
>
> Best regards,
>
> Brian
>
> From: Rho, Jennifer <[JRho@gibsondunn.com<mailto:JRho@gibsondunn.com](JRho@gibsondunn.com<mailto:JRho@gibsondunn.com)>>
> Sent: Monday, August 20, 2018 4:45 PM
> To: Biggs, Brian
> <[Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com](Brian.Biggs@dlapiper.com<mailto:Brian.Biggs@dlapiper.com)>>; Kraft,
> Denise <[denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com](denise.kraft@dlapiper.com<mailto:denise.kraft@dlapiper.com)>>;
> Strapp, Michael G.
> <[Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com](Michael.Strapp@dlapiper.com<mailto:Michael.Strapp@dlapiper.com)>>;
> Ghassab, Yasmin

> <Yasmin.Ghassab@dlapiper.com<mailto:Yasmin.Ghassab@dlapiper.com>>;
> Lange, Kris <Kris.Lange@dlapiper.com<mailto:Kris.Lange@dlapiper.com>>;
> Bifano, Larissa
> <Larissa.Bifano@dlapiper.com<mailto:Larissa.Bifano@dlapiper.com>>
> Cc: POTTERANDERSON:Dave Moore
> <dmoore@potteranderson.com<mailto:dmoore@potteranderson.com>>;
> Palapura, Bindu
> <bpalapura@potteranderson.com<mailto:bpalapura@potteranderson.com>>;
> Lyon, H. Mark <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>>;
> Hsin, Y. Ernest <EHsin@gibsondunn.com<mailto:EHsin@gibsondunn.com>>;
> Andrea, Brian <BAndrea@gibsondunn.com<mailto:BAndrea@gibsondunn.com>>
> Subject: Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS)
>
> [EXTERNAL MESSAGE]
> _____
> Counsel,
>
> Pursuant to section 11 of the Protective Order, we notify you that we have learned that certain Citrix information produced as Highly Confidential under the Protective Order was inadvertently not redacted in a draft of the Preliminary Injunction Opposition Brief provided to our client, and that we have used our best efforts to retrieve all copies of such draft and/or ensure their destruction. Specifically, the following excerpts of a few provisions of the Microsoft-Citrix license - and not a copy of the license itself - were inadvertently not redacted:

> The draft was provided only to Amitabh Sinha and Puneet Chawla, both of whom, upon notice from counsel, have destroyed the copy provided to them and confirmed that they did not provide the draft to anyone else. Mr. Sinha and Mr. Chawla have both agreed to hold the information as highly confidential and will not share it with anyone else. We have also provided them with the Protective Order for their review. Given the limited scope and nature of the inadvertently-disclosed information at issue, we believe that Mr. Sinha and Mr. Chawla can each sign an Acknowledgment and Agreement to be Bound by the Protective Order under the following terms: (1) their Acknowledgment and Agreement to be Bound is limited to the inadvertently-disclosed license information; and (2) section 7.2 of the Protective Order will not apply to them.
>
> Please confirm that Mr. Sinha and Mr. Chawla may sign the Acknowledgment and Agreement to be Bound by the Protective Order under these terms, and we will provide you with copies of their signed documents as soon as possible.
>
> Best regards,

> Jennifer
>
>
> Jennifer J. Rho
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197 Tel +1 213.229.7103
> . Fax +1 213.229.6103 JRho@gibsondunn.com<mailto:JRho@gibsondunn.com>
> . www.gibsondunn.com<http://www.gibsondunn.com>
>
> _____
> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
> _____
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the

sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error,

please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com<mailto:postmaster@dlapiper.com>. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 6th day of November 2018, I caused a true and correct copy of the foregoing **[FILED UNDER SEAL] Declaration of Yasmin Ghassab** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following attorneys of record, and is available for viewing and downloading.

David E. Moore
Stephanie E. O'Byrne
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
sobyrne@potteranderson.com
bpalapura@potteranderson.com

H. Mark Lyon
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
MLyon@gibsondunn.com

Aaron B. Frumkin
Jennifer Rho
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
afrumkin@gibsondunn.com
jrho@gibsondunn.com

Y. Ernest Hsin
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
ehsin@gibsondunn.com

Brian K. Andrea
Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
bandrea@gibsondunn.com
bburoker@gibsondunn.com

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)