IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITRIX SYSTEMS, INC., | | C.A. No. 18-00588-LPS |
| Plaintiff, | | |
| v. | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| WORKSPOT, INC. | | |
| Defendant. | | |

# CITRIX'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE WHY WORKSPOT SHOULD NOT BE HELD IN CONTEMPT

Dated: November 19, 2018

**OF COUNSEL**:

Michael G. Strapp (admitted *Pro Hac Vice*)
Larissa Bifano (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.bifano@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

Denise S. Kraft (DE Bar No. 2778)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com

*Attorneys for Plaintiff
Citrix Systems, Inc.*

EAST\162481482.1

Citrix files this supplemental brief to bring to the Court's attention very important information that has recently come to light. This new information corroborates claims made in Citrix's Motion for a TRO and an Order to Show Cause and underscores Citrix's need for the relief it seeks in the Motion.

On October 19, the Court issued an order authorizing Comcast to disclose personally identifiable information concerning the Comcast subscriber associated with a particular internet protocol ("IP") address. D.I. 108. Citrix had sought this Court order because two of its key executives were threatened and harassed in a series of emails. D.I. 106. Although the emails were sent anonymously, Citrix identified at least six of the threatening and harassing emails as having been sent from IP address 98.207.108.220, an IP address associated with a Comcast subscriber in Fremont, CA (the "Fremont IP Address"), the hometown of Puneet Chawla, Workspot's CTO and Co-Founder. D.I. 119, ¶ 14.

On November 13, Comcast served a response to Citrix's subpoena. Supplemental Declaration of Yasmin Ghassab ("Ghassab Supp. Decl."), Ex. 1. According to Comcast, the "Subscriber Name" for the Fremont IP Address is ▮▮▮▮▮▮ and the "Service Address" for the Fremont IP Address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the ▮▮▮▮▮▮ ▮▮▮▮▮▮). *Id.* According to publically available records, the ▮▮▮▮▮▮▮▮ was purchased on June 24, 2013 by Puneet Chawla and ▮▮▮▮▮▮ *Id.*, Ex. 2. At the time of the Grant Deed, the property was conveyed to Chawla and ▮▮ as husband and wife. *Id.* The Bank of America mortgage partially facilitating this purchase was made to Chawla and ▮▮ also as husband and wife. *Id.*, Ex. 3. When Chawla and ▮▮ refinanced the Silverlock Property in 2016, they again identified themselves as husband and wife. *Id.*, Ex. 4.

1

Evidence that the ▮▮▮▮▮▮▮▮▮▮ is the home of Puneet Chawla can also be found in Workspot's Statement of Information, which Workspot filed with the California Secretary of State on May 15, 2018. *Id.*, Ex. 5. In the Statement of Information, Chawla lists the ▮▮▮▮▮ ▮▮▮▮▮ as his address. *Id.*

In addition to Comcast's response to Citrix's subpoena, information tying Puneet Chawla to the Fremont IP Address was also recently provided by Workspot counsel. In its reply brief, Citrix explained how an individual tied to the Fremont IP Address accessed the ShareFile account of Gibson Dunn, Workspot's outside counsel, on September 8 and 9. D.I. 119, ¶¶ 11-12. Just this past week, on November 12, Workspot counsel confirmed that "Puneet Chawla's login credentials were used to login to Gibson Dunn's ShareFile Subscription on 9/8/18 5:59:25 PM PT and on 9/9/18 at 4:39:13 PM PT," within seconds of the dates indicated on Citrix's own security logs. *Compare* Ghassab Supp. Decl., Ex. 6 *with* D.I. 119, ¶¶ 11-12.

All told, there is now overwhelming and incontrovertible evidence tying Workspot and Puneet Chawla to a disturbing series of unlawful, harassing, and threatening emails and website posts targeted at Citrix executives.[1] The undisputed evidence demonstrates that:

- The address of the Comcast subscriber assigned the Fremont IP Address is the ▮▮▮▮▮▮▮▮▮▮ the home of Puneet Chawla and his wife. Ghassab Supp. Decl., Ex. 1.

- The subscriber name assigned the Fremont IP Address is ▮▮▮▮▮▮ Puneet Chawla's wife. *Id.*

- On October 9-11, an individual sent six emails from the Fremont IP Address to Citrix's CEO and SVP, informing them that (a) specific emails Citrix's CEO had sent to Nutanix and Microsoft, as well as emails concerning Citrix "internal issues," would be leaked as a "thanksgiving present"; (b) because of this "thanksgiving gift," and

---

[1] This evidence, which is summarized in Appendix A (an updated version of the chart Citrix attached to its reply brief), also directly calls into question Mr. Chawla's statements in his sworn declaration, which Workspot submitted to this Court in connection with its opposition. D.I. 116.

2

- because Citrix's CEO's emails were already "out in the dark web," his career would "end in 2 months!"; (c) a "Citrix email thread discussing legal patent cases have been leaked"; (d) additional "emails have leaked"; (e) Citrix is "copying everything these days"; and (f) Citrix's SVP could "work with legal but at the end [he] will have [his] face buried in shyt!" D.I. 119, ¶ 14.

- An individual using Puneet Chawla's login credentials and a computing device tied to the Fremont IP Address accessed the ShareFile account of Gibson Dunn, Workspot's outside counsel, on September 8 and 9, just a couple days before Puneet Chawla was defended at a deposition in this case by Gibson Dunn. Ghassab Supp. Decl., Ex. 6; D.I. 119, ¶¶ 11-12.

- IP address 104.46.110.21 is an IP address of a subscriber of Microsoft's Azure service (the "Azure IP Address"). When a subscriber registers for Azure, the subscriber is required to enter certain information. Based on Microsoft's response to a subpoena served by Citrix, the subscriber linked to the Azure IP Address ████████
████████████████████████████████████████
████████████████████████████████████████
████████

- On October 10-11, an individual using a device connected to the Azure IP Address posted to TheLayoff.com the statement that "David Henshall's [*i.e.,* Citrix's CEO's] emails have been leaked. They are going to cause serious stock issues in the next week." This same individual also posted a link on TheLayoff.com to Pastebin.com, where a screenshot of one such allegedly leaked email had been uploaded. D.I. 119, ¶ 14.

For all of these reasons, as well as the reasons set forth in Citrix's opening and reply briefs, Citrix respectfully reiterates its request for the Court to grant Citrix the relief it has specified in its Motion and opening brief. *See* D.I. 101, pp. 4-6; D.I. 102, pp. 16-17. Citrix also respectfully requests that the Court schedule a hearing on this matter at its earliest convenience given the serious, troubling nature of the threatening and harassing emails and website posts directed at its executives.

Dated: November 19, 2018

OF COUNSEL:

Michael G. Strapp (admitted *Pro Hac Vice*)
Larissa Bifano (admitted *Pro Hac Vice*)
Kristoffer W. Lange (admitted *Pro Hac Vice*)
Yasmin Ghassab (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.bifano@dlapiper.com
kris.lange@dlapiper.com
yasmin.ghassab@dlapiper.com

**DLA PIPER LLP (US)**

/s/ *Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com

*Attorneys for Plaintiff*
*Citrix Systems, Inc.*

# Appendix A

| Date/Time (all times PDT) | IP Address | Subject of Email/ Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 7.18.18 at 22:37:58 | 98.207.108.220<br><br>Subscriber Name: ▮<br><br>Service Address: ▮<br><br>Ghassab Supp. Decl., ¶¶ 1-4 | n/a | n/a | Citrix logs indicate IP Address accessed PDF file named "Citrix Cloud – XA and XD Service Poster" from publically available ShareFile link<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>Operating System: macOS X Version 10.13.2 running on an Intel CPU<br><br>Browser: Chrome 67.0.3396.99<br><br>D.I. 119, McSweeney Decl., ¶ 10 |
| 9.8.18 at 17:59:03<br><br>9.9.18 at 16:38:50<br><br>9.9.18 at 17:21:43 | 98.207.108.220<br><br>Subscriber Name: ▮<br><br>Service Address: ▮<br><br>Ghassab Supp. Decl., ¶¶ 1-4 | n/a | n/a | Citrix logs indicate IP Address accessed Gibson Dunn ShareFile account<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>Operating System: macOS X Version 10.13.2 running on an Intel CPU<br><br>Browser: Chrome 69.0.3497.81<br><br>D.I. 119, McSweeney Decl., ¶¶ 10-11 |

1

| Date/Time (all times PDT) | IP Address | Subject of Email/ Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 9.8.18 at 17:59:25<br><br>9.9.18 at 16:39:13 | n/a | n/a | n/a | Usage Report for Gibson Dunn ShareFile account indicates that Puneet Chawla's login credentials were used to login to Gibson Dunn's ShareFile account.<br><br>Ghassab Supp. Decl., ¶ 6 |
| 9.11.18 | n/a | n/a | n/a | Deposition of Puneet Chawla defended by Gibson Dunn<br><br>D.I. 87, Ex. 41 |
| 9.28.18 at 15:20 | n/a | Citrix Systems, Inc. v. Workspot, Inc. (C.A. No. 18-588-LPS) | Bindu,<br>Apologies for the delay in getting this to you and your team, but the letter has eaten up some of the afternoon. Attached are our proposed redactions to the reply brief and declarations. Since much of this is Workspot confidential information, please let us know as soon as you can whether you have any additional redactions. We will plan to file first thing Monday morning.<br>I hope you have a great weekend.<br>Best regards,<br>Brian | Email from DLA Piper to Potter Anderson providing redacted version of Citrix Reply in support of Preliminary Injunction<br><br>D.I. 118, Ghassab Decl., Ex. 3 |

2

| Date/Time (all times PDT) | IP Address | Subject of Email/ Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 9.30.18 at 12:10:52 | 98.207.108.220 | n/a | n/a | Citrix logs indicate IP Address accessed Potter Anderson ShareFile account |
| 9.30.18 at 21:13:40 | Subscriber Name: ▮▮▮ Service Address: ▮▮▮ Ghassab Supp. Decl., ¶¶ 1-4 | | | IP Address: Comcast Subscriber in Fremont, CA

Operating System: iPhone OS Version 11.4.30

Browser: Mobile Safari 11.0

D.I. 119, McSweeney Decl., ¶¶ 10-11 |
| 10.9.18 at 20:07:13 | 98.207.108.220

Subscriber Name: ▮▮▮

Service Address: ▮▮▮

Ghassab Supp. Decl., ¶¶ 1-4 | Emails leaked to take revenge | What will happen to your career if your emails are leaked? Emails to dheeraj at Nutanix? Emails to brad at Microsoft? Emails to templeton to discuss internal issues? You will get a thanksgiving present this year! | Recipient: David Henshall, Citrix CEO

Email Service: Guerrilla Mail

IP Address: Comcast Subscriber in Fremont, CA

D.I. 119, McSweeney Decl., ¶ 14, Fig. 1 |

3

| Date/Time (all times PDT) | IP Address | Subject of Email/Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.10.18 at 08:00:32 | 98.207.108.220<br><br>Subscriber Name: ███<br><br>Service Address: ███<br><br>Ghassab Supp. Decl., ¶ 14 | Patent trolls | DH: your career will end in 2 months! Your emails are out in the dark web. It's coming out as a thanksgiving gift! | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Guerrilla Mail<br><br>Includes link to article regarding Microsoft's decision to "open source" its "patent portfolio"<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 2 |
| 10.10.18 at 08:05:23 | 98.207.108.220<br><br>Subscriber Name: ███<br><br>Service Address: ███<br><br>Ghassab Supp. Decl., ¶ 14 | Emails leaked | Citrix email thread discussing legal patent cases have been leaked. | Recipient: Juan Rivera, Citrix SVP, Cloud & Server Engineering<br><br>Email Service: Guerrilla Mail<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 3 |

4

| Date/Time (all times PDT) | IP Address | Subject of Email/ Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.10.18 at 10:56:08 | 98.207.108.220<br><br>Subscriber Name: ▮<br><br>Service Address: ▮<br><br>Ghassab Supp. Decl., ¶¶ 1-4 | email leaks | Looks like some email conversations discussing Frame and Workspot got leaked. We are hearing rumors that brianmadden.com is planning to publish those in the next month. VMware is helping push it. | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Guerrilla Mail<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 4 |
| 10.10.18 at 17:23:21 | 98.207.108.220<br><br>Subscriber Name: ▮<br><br>Service Address: ▮<br><br>Ghassab Supp. Decl., ¶¶ 1-4 | Sorry | Our emails have leaked | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Guerrilla Mail<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 5 |

| Date/Time (all times PDT) | IP Address | Subject of Email/Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.10.18 at 17:58 | n/a | n/a | The art of patent trolling! Who Is the bigger troll! | Tweet from Puneet Chawla's Twitter account responding to third-party tweet stating, "Citrix's ShareFile targeted by patent suit" <br><br> D.I. 119, McSweeney Decl., ¶ 14, Fig. 6 |
| 10.10.18 at 23:26:57 | 104.46.110.21 <br><br> D.I. 112, Ex. 7 <br><br> IP Address Admin: ▓▓▓ ▓▓▓ | Emails leaked | Rumor is that David Henshall's emails have been leaked. They are going to cause serious stock issues in the next 4 weeks. | Original post to TheLayoff.com <br><br> D.I. 119, McSweeney Decl., ¶ 14, Fig. 7 <br><br> D.I. 118, Ghassab Decl., Exs. 1-2 |
| 10.11.18 | n/a | Re: ▓ | ▓▓▓▓▓ | Screenshot of alleged Citrix leaked email posted on Pastebin.com <br><br> D.I. 119, McSweeney Decl., ¶ 14, Fig. 8(a) |

6

| Date/Time (all times PDT) | IP Address | Subject of Email/Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.11.18 at 00:04:10 | 98.207.108.220<br><br>Subscriber Name: ■<br><br>Service Address: ■<br><br>Ghassab Supp. Decl., ¶ 14 | Cloud innovation | Do you track where you are getting new ideas from. Looks like you are copying everything these days. DaaS is also an original idea? You can work with legal but at the end you will have your face buried in shyt! | Recipient: Juan Rivera, Citrix SVP, Cloud & Server Engineering<br><br>Email Service: Guerrilla Mail<br><br>IP Address: Comcast Subscriber in Fremont, CA<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 9 |
| 10.11.18 at 12:30:56 | 104.46.110.21<br><br>D.I. 112, Ex. 7<br><br>IP Address Admin: ■ | n/a | ■ | Reply to original post to TheLayoff.com<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 8<br><br>D.I. 118, Ghassab Decl., Exs. 1-2 |
| 10.11.18 at 12:31:56 | 104.46.110.21<br><br>D.I. 112, Ex. 7<br><br>IP Address Admin: ■ | n/a | replace with paste dot bin | Reply to original post to TheLayoff.com<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 8<br><br>D.I. 118, Ghassab Decl., Exs. 1-2 |

7

| Date/Time (all times PDT) | IP Address | Subject of Email/Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.11.18 at 12:36:47 | 104.46.110.21<br><br>IP Address Admin: ▮▮ | Emails leaked | You are done as the CEO. Look at this sample email! | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Guerrilla Mail<br><br>Includes link to Pastebin.com<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 10<br><br>D.I. 118, Ghassab Decl., Exs. 1-2 |
| 10.11.18 at 12:38:34 | 104.46.110.21<br><br>IP Address Admin: ▮▮ | Check this email | Ethical? | Recipient: Juan Rivera, Citrix SVP, Cloud & Server Engineering<br><br>Email Service: Guerrilla Mail<br><br>Includes link to Pastebin.com<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 11.<br><br>D.I. 118, Ghassab Decl., Exs. 1-2 |

8

| Date/Time (all times PDT) | IP Address | Subject of Email/Post | Text of Email/Post | Additional Information |
|---|---|---|---|---|
| 10.15.18 at 15:44 | n/a | Citrix v. Workspot – Urgent Request for Meet & Confer | Workspot Counsel:<br><br>Very troubling information has come to our attention, and we request an immediate meet and confer anytime this evening or tomorrow morning before Noon EDT regarding our intent to seek expedited relief from the Court.<br><br>[Portions omitted]…..<br><br>Sincerely,<br><br>Michael Strapp | Email from DLA Piper to Gibson Dunn and Potter Anderson, informing Workspot counsel of information uncovered in investigation (including, among other things, the use of the Guerrilla Mail service, and IP Address information) and requesting Workspot assistance<br><br>D.I. 113, Ex. 1 |
| 10.16.18 at 20:40:16 | n/a | Emails leaked – you need to transfer bitcoin | Transfer needs to happen before Oct30. Wallet address next week. Keywords:<br>layoffs<br>patent litigation<br>elliott<br>cloud<br>Google<br>AWS<br>Cisco<br>Microsoft | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Protonmail<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 12 |
| 10.20.18 at 10:59:21 | n/a | Why did you fire employees? | Did you get sleepless nights Now you know what it feels like when you fire people I have no emails. No leaks. The email I sent is not real. I made it up to mess with you. Just want the execs at Citrix responsible for firing my friends understand the pain. | Recipient: David Henshall, Citrix CEO<br><br>Email Service: Protonmail<br><br>D.I. 119, McSweeney Decl., ¶ 14, Fig. 13 |

9

# CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 19th day of November 2018, I caused a true and correct copy of the foregoing **[FILED UNDER SEAL] Citrix's Supplemental Brief in Support of its Motion for Temporary Restraining Order and to Show Cause Why Workspot Should Not be Held in Contempt** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following attorneys of record, and is available for viewing and downloading.

David E. Moore
Stephanie E. O'Byrne
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
sobyrne@potteranderson.com
bpalapura@potteranderson.com

H. Mark Lyon
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
MLyon@gibsondunn.com

Aaron B. Frumkin
Jennifer Rho
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
afrumkin@gibsondunn.com
jrho@gibsondunn.com

Y. Ernest Hsin
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
ehsin@gibsondunn.com

Brian K. Andrea
Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
bandrea@gibsondunn.com
bburoker@gibsondunn.com

/s/ Denise S. Kraft
Denise S. Kraft (DE Bar No. 2778)