# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CITRIX SYSTEMS, INC.,

                Plaintiff,

    v.

WORKSPOT, INC.

                Defendant.

C.A. No. 1:18-cv-00588-LPS

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Public Version

## DECLARATION OF DAVID MCSWEENEY

I, David McSweeney, declare as follows:

1.      I am a Vice President in the Digital Forensics and Incident Response ("DFIR") practice group in the Boston, Massachusetts office of Stroz Friedberg, LLC, an Aon company ("Stroz Friedberg"). I have been employed full-time at Stroz Friedberg since September, 2017. As part of my duties, I oversee and participate in technical investigations, data preservations, and digital forensic examinations involving criminal and civil matters.

2.      I joined Stroz Friedberg following a twenty-four year career with the Massachusetts State Police, most recently assigned as the Executive Officer in the agency's Cyber Crimes Unit. During my career in law enforcement, I spent twenty years primarily focused in the areas of cyber investigations, digital forensics, and technical incident management. I was a founding member of the Commonwealth's first statewide cybercrimes unit at the Massachusetts Attorney General's Office. I also spent fourteen years assigned to the Norfolk County District Attorney's Office where I founded the digital forensics section and was responsible for directing all personnel and operations for cases involving complex technical investigations, the search and seizure of digital evidence, and digital forensics analysis.

3.      I have conducted and managed hundreds of forensic examinations and investigations involving computers, networks, storage media, and mobile devices. I have provided expert testimony related to the digital forensic process and findings.

4.      I am a Certified Information Systems Security Professional (CISSP) with the ISC², a GIAC Certified Forensics Analyst (GCFA), and an Encase Certified Examiner (EnCE).

5.      Additionally, during my career, and through my training and experience, I have participated in dozens of cases involving the investigation of individuals who attempt to use free web-based communication services to conceal their online identity while in the commission of a crime. Generally, these crimes include threats, intimidation, extortion, stalking, harassment, and swatting.

6.      Stroz Friedberg was retained by Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), on behalf of its client Citrix, in an investigation related to *Citrix, Inc. v.*

*Workspot*, Case 1:18-cv-00588-UNA, USDC – DDE, on October 21, 2018. Stroz Friedberg was asked to investigate an incident in which an outside actor sent a series of emails and online communications in an apparent attempt to extort money from and intimidate Citrix's CEO, David Henshall.

7.      Stroz had the opportunity to collect emails with expanded header data, as well as selected log data from Citrix. Expanded header information provides additional details regarding an emails path through email networks from sender to recipient. During a review of the emails, Stroz noted that six (6) of the emails originated from the IP address 98.207.108.220, two (2) originated from the IP address 104.46.110.21, and one (1) email originated from the IP address 146.185.157.230.

8.      On October 22, 2018, Stroz Friedberg joined a GoToMeeting video call with Mike Fernandez, a cyber security engineer at Citrix, to observe the collection of three Citrix executive's PST email files, David Henshall, PJ Hough, and Juan Rivera. These PSTs were collected to investigate evidence of a reported "leaked email" on Pastebin.com. The collection procedures, which are consistent with generally accepted industry standards, were as follows for all three (3) PST files.[1]

9.      The first three (3) emails received were delivered to their targeted recipients. The recipients forwarded the email (as attachments) to the Citrix Cyber Security Operations team.  Emails 4-8 were intercepted and quarantined ███████████████ and not delivered to the recipient's mailboxes. The ninth (9) email was delivered to the targeted recipient. Emails 10 and 11 were intercepted and quarantined, and not delivered to the recipients' mailboxes. For all the emails intercepted and quarantined Citrix Cyber Security Operations was also notified via an email notice containing the caught email as an attachment. During our GoToMeeting session, the emails in question were stored in a folder entitled "Guerrilla and Proton Mail" in Fernandez's mailbox. Stroz notes that the eleventh email was sent to support@citrix.com and was later observed and collected in the same manner. We note that there was a twelfth overall email that was sent from a Proton Mail account (the third from a Proton email address), but was identified █████████████ ████████████████████████████████The email was identified in

---

[1] We observed and documented the PST collections, but Citrix has maintained custody of the PST files.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

█████ Stroz Friedberg observed the method in which the eleven (11) emails sent by the actor(s), and received by recipients in the Citrix email domain, were collected. The Citrix cyber security team site has uploaded copies of all eleven (11) emails and expanded header information to Stroz Friedberg's secure FTP.

10.    When an information security team in a company detects suspicious activity in its computing environment and commences an investigation, it is standard procedure and a good security practice to review various types of network logs related to the suspicious activity, especially when an investigation has identified a specific IP address related to the activity. Here, we were informed that Citrix's internal cyber security team searched various logs, including ShareFile logs, for the IP addresses associated with the suspicious anonymous emails.  Stroz Friedberg requested that we observe searches of the ShareFile Information Internet Services (IIS)[2] for the two IP Addresses identified as the sources for the suspicious emails related to this event. While observing a GoToMeeting session with Michael Fernandez, Stroz observed a search across all ShareFile Information Internet Services (IIS) logs for the two IP addresses in scope of the investigation.  After reviewing the results of these queries, Stroz Friedberg can confirm that the queries resulted in 949 events between 1/1/2018 and 10/23/2018 for IP address "98.207.108.220". In this context, an event is defined as any network action associated with a particular IP address, logged as a result of that IP addresses' interaction with a particular ShareFile account. A search of the IIS logs does not have the ability to show user access to any particular files, does not reveal file names of ShareFile users, and no content of ShareFile user documents was accessed by this search. Further analysis of these results revealed that the IP address "98.207.108.220" accessed three (3) customer ShareFile accounts:

1.  gibsondunn.sharefile.com

---

[2] Internet Information Services (IIS) is a web server developed by Microsoft. IIS has the ability to host websites, web applications, and provide other miscellaneous services.

a. 2018-09-08 20:59:03 (EDT) thru 2018-09-09 20:27:17 (EDT)   (263 events)

2. potteranderson.sharefile.com

a. 2018-09-30 15:10:52 (EDT) thru 2018-10-01T00:14:01 (EDT)   (44 events)

3. mslca.sharefile.com

a. 2018-10-10 14:22:10 (EDT) thru 2018-10-12 14:17:53 (EDT)   (577 events)

The remaining 65 events are events related to general ShareFile access, or publically available information on the Citrix website. This activity occurs between 2018-07-18 01:38:07 -0400 and 2018-07-18 01:38:12 -0400. Additional review of ShareFile IIS logs also revealed the actor's IP address "98.207.108.220" downloaded a publicly available PDF named "***Citrix Cloud - XA and XD Service Poster***" on July 18, 2018. The actor arrived to this download from a link within an article published on a Citrix Blog site called "Ask the Architect" (https://virtualfeller.com).

11. Below are the dates and times (in UTC) when the actor at 98.207.108.220 accessed ShareFile. The information also includes the *User-Agent*, *Operating System*, and *Browser* used for the connections.

***citrix.sharefile.com***
7/18/2018 - 5:37 UTC
- **User-Agent:** Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36
- **Operating System:** macOS X Version 10.13.2 running on an Intel CPU
- **Browser:** Chrome 67.0.3396.99

***gibsondunn.sharefile.com***
9/9/2018 - 0:59 UTC
9/9/2018 - 23:38 UTC
9/10/2018 - 0:21 UTC
- **User-Agent:** Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/69.0.3497.81 Safari/537.36
- **Operating System:** macOS X Version 10.13.2 running on an Intel CPU
- **Browser:** Chrome 69.0.3497.81

***potteranderson.sharefile.com***
9/30/2018 - 19:10 UTC
10/1/2018 - 4:13 UTC
- **User-Agent:** Mozilla/5.0 (iPhone; CPU iPhone OS 11_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/11.0 Mobile/15E148 Safari/604.1
- **Operating System:** iPhone OS Version 11.4.1
- **Browser:** Mobile Safari 11.0

*mslca.sharefile.com*
10/10/2018 - 18:22:10 UTC
- **User-Agent:** Outlook-iOS/696.1102041.prod.iphone (2.99.0)
- **Operating System:** iPhone
- **Browser:** Microsoft Outlook App

10/10/2018 - 18:22:51 UTC
10/10/2018 - 18:53:24 UTC
- **User-Agent:** Mozilla/5.0 (iPhone; CPU iPhone OS 12_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.0 Mobile/15E148 Safari/604.1
- **Operating System:** iPhone OS Version 12.0
- **Browser:** Mobile Safari 12.0

10/11/2018 - 18:29:44 UTC
10/12/2018 - 18:17:39 UTC
- **User-Agent:** Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/11.1.2 Safari/605.1.15
- **Operating System**: macOS X Version 10.13.6 running on an Intel CPU
- **Browser:** Safari 11.1.2

12.      While the ShareFile IIS logs reveal access to the customer accounts, the ShareFile IIS logs we reviewed did not provide insight as to what files were accessed or downloaded, if any, during each session. As a result, neither Stroz Friedberg nor Citrix can attest to the filenames or content accessed during this activity, but the ShareFile IIS logs do reveal that the actor from the IP address 98.207.108.220 did login to the ShareFile customer accounts for Gibson Dunn and mslca.sharefile.com. The ShareFile IIS logs do not reveal the login account name used for these events. This information would reside within the customer's logging data, not accessible by the Cyber Security Operations team.

13.      On October 23 and 26, 2018, Stroz Friedberg joined a GoToMeeting with Mike Fernandez, a cyber security engineer at Citrix, to observe and document the Citrix cyber security team's methodology, which was consistent with generally accepted industry standards, for the collection of the eleven (11) emails in question.

14.      The following is a summary of the emails.

**October 9, 2018 at 11:07pm (EDT) Email**

On October 9, 2018 at 11:07pm, an email [Figure 1] was sent to Citrix CEO, David Henshall with the subject "Emails leaked to take revenge."  The email header identified the email sender as fab9c0+2cmtfrp8rsv4@guerrillamail.com.  Guerrilla Mail is a free

email service that provides a user with an anonymous email from which to compose and send an email communication. However, Guerrilla Mail, unlike some similar services, does not obfuscate a user's IP address when the user sends an email through the Guerrilla Mail service. Instead, the user's IP address is revealed in the expanded email header of the received email in the form of the "X-Originating-IP" address. In this email, the sender makes harassing and threatening statements to Henshall, writing,

*"What will happen to your career if your emails are leaked?  Emails to dheeraj at Nutanix?  Emails to brad at Microsoft?  Emails to templeton to discuss internal issues?   You will get a thanksgiving present this year!"*

The expanded header of the email reveals the X-Originating-IP address of 98.207.108.220.

**Date: Wed, 10 Oct 2018 03:07:09 +0000**

**To:** ███████████████████████████████

**From: <fab9c0+2cmtfrp8rsv4@guerrillamail.com>**

**Subject: Emails leaked to take revenge**

**X-Originating-IP: [98.207.108.220]**



**Figure 1: 10/9/2018 Email to David Henshall**

## October 10, 2018 at 11:00am (EDT) Email

On October 10, 2018 at 11:00am, an email [Figure 2] was sent to Henshall with the subject "Patent trolls." The email header identified the email sender as famtkf+5g76ils4mzc0mqeswqhvqk@guerrillamail.com. In this email, the sender states,

> *"DH: your career will end in 2 months! Your emails are out in the dark web. It's coming out as a thanksgiving gift!"*

This email includes a link to an article regarding Microsoft's decision to "open source" its "patent portfolio." The expanded header of the email reveals the X-Originating-IP address of 98.207.108.220.

**Date: Wed, 10 Oct 2018 15:00:28 +0000**

**To:** ████████████████████████████████████

**From: <famtkf+5g76ils4mzc0mqeswqhvqk@guerrillamail.com>**

**Subject: Patent trolls**

**X-Originating-IP: [98.207.108.220]**



**Figure 2: 10/10/2018 11:00 am Email to David Henshall**

## October 10, 2018 at 11:05am (EDT) Email

On October 10, 2018 at 11:05am, an email [Figure 3] was sent to Citrix Senior Vice President of Engineering, Juan Rivera with the subject "Emails leaked." The email header identified the email sender as famtkf+5g76ils4mzc0mqeswqhvqk@guerrillamail.com. In this email, the sender writes,

> *"Citrix email thread discussing legal patent cases have been leaked."*

The expanded header of the email reveals the X-Originating-IP address of 98.207.108.220.

Date: Wed, 10 Oct 2018 15:05:10 +0000

**To** ████████████████████████████████

**From: <famtkf+5g76ils4mzc0mqeswqhvqk@guerrillamail.com>**

**Subject: Emails leaked**

**X-Originating-IP: [98.207.108.220]**



**Figure 3: 10/10/2018 Email to Juan Rivera**

## October 10, 2018 at 1:56pm (EDT) Email

On October 10, 2018 at 1:56pm, an email [Figure 4] was sent to Henshall with the subject "email leaks." The email header identified the email sender as fann98+3gku7y2c5g23507f8w@guerrillamail.com. In this email, the sender writes,

> *"Looks like some email conversations discussing Frame and Workspot got leaked. We are hearing rumors that brianmadden.com is planning to publish those in the next month. VMware is helping push it."*

The expanded header of the email reveals the X-Originating-IP address of 98.207.108.220.

**Date: Wed, 10 Oct 2018 17:56:04 +0000**

**To:** ███████████████████████████████

**From: <fann98+3gku7y2c5g23507f8w@guerrillamail.com>**

**Subject: email leaks**

**X-Originating-IP: [98.207.108.220]**



**Figure 4: 10/10/2018 1:56 pm Email to David Henshall**

### October 10, 2018 at 8:23pm (EDT) Email

On October 10, 2018 at 8:23pm, an email [Figure 5] was sent to Henshall with the subject
"Sorry." The email header identified the email sender as
fatl1m+3doeneefgoww@guerrillamail.com. In this email, the sender writes,

>   *"Our emails have leaked."*

The expanded header of the email reveals the X-Originating-IP address of
98.207.108.220.

**Date: Thu, 11 Oct 2018 00:23:19 +0000**

**To:** ████████████████████████████████████

**From: <fatl1m+3doeneefgoww@guerrillamail.com>**

**Subject: Sorry**

**X-Originating-IP: [98.207.108.220]**



**Figure 5: 10/10/2018 8:23 pm Email to David Henshall**

## October 10, 2018 at 8:58pm (EDT) Tweet

On October 10, 2018 at 8:58pm, @puneetchawla tweets, [Figure 6]

*"The art of patent trolling! Who Is the bigger troll!"* in connection with a tweet from a third-party who had written, *"Citrix's ShareFile targeted by patent suit."* We navigated to the Twitter page for @puneetchawla and observed that the page is locked and the "Account's Tweets Are Protected", so that confirmed Twitter connections of the account can access tweets. As a result of conversations with Mike Fernandez, we learned that the @puneetchawla twitter account was publically accessible to anyone until on or about October 15, 2018.



**Figure 6: Tweet and Twitter Page**

**October 11, 2018 at 2:48am (EDT) LayOff.com Post**

On October 11, 2018 at 2:48am, an individual posted a statement [Figure 7] to a website called TheLayoff.com stating,

*"Rumor is that David Henshall's emails have been leaked. They are going to cause serious stock issues in the next 4 weeks."*



**Figure 7: Layoff.com Post**



**Figure 8: Layoff.com Post**

A post to layoff.com also contained a link ███████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████████████████████

The date on the alleged email in Pastebin screenshot is January 11, 2018. Stroz Friedberg observed keyword searches across the collected PST files for each of the three (3) user accounts (David Henshall, PJ Hough, and Juan Rivera).The keyword searches were conducted for each PST file as follows:

- PSTs imported and indexed with Outlook client.

- Searched all three PSTs using keywords from the Pastebin.com sample.

- Keywords searched included:



Indexed searches were unable to locate the email depicted in the Pastebin post, in any form or context.



**October 11, 2018 at 3:04am (EDT) Email**

On October 11, 2018 at 3:04am, an email [Figure 9] was sent to Rivera with the subject

"Cloud innovation." The email header identified the email sender as fb02ji

+2py3gfitiw@guerrillamail.com. In this email, the sender writes,

*"Do you track where you are getting new ideas from? Looks like you are copying*

*everything these days. DaaS is also an original idea? You can work with legal but at the*

*end you will have your face buried in shyt!"*

The expanded header of the email reveals the X-Originating-IP address of

98.207.108.220.

**Date: Thu, 11 Oct 2018 07:04:09 +0000**

**To:** ████████████████████████

**From: <fb02ji+2py3gfitiw@guerrillamail.com>**

**Subject: Cloud innovation**

**X-Originating-IP: [98.207.108.220]**



**Figure 9: 10/11/2018 3:04 am Email to Juan Rivera**

On October 11, 2018 at 3:37pm, an email [Figure 10] was sent to Henshall with the subject "Emails Leaked."  In this email, the sender writes,

"*You are done as the CEO.  Look at this sample email!*"

The email to Henshall includes a link to the screenshot of the email from Henshall to Hough on Pastebin.com. The expanded header of the email reveals the X-Originating-IP address of 104.46.110.21.

**Date: Thu, 11 Oct 2018 19:36:47 +0000**

**To:** ██████████████████████████

**From: <fbc7af+rb2f4d097u7vxv@guerrillamail.com>**

**Subject: Emails leaked**

**X-Originating-IP: [104.46.110.21]**



**Figure 10: 10/11/2018 3:37 pm Email to David Henshall**

## October 11, 2018 at 3:39 (EDT) pm Email

On October 11, 2018 at 3:39pm, an email [Figure 11] was sent to Rivera with the subject "Check this email."　　The email header identified the email sender as fbc7af +rb2f4d097u7vxv@guerrillamail.com. In this email, the sender writes,

*"Ethical?" [Includes Pastebin link: https://pastebin.com/embed_js/TjvvNcZ8]*

The email to Rivera includes a link to the screenshot of an email purported to be from Henshall to Hough on Pastebin.com. The expanded header of the email reveals the X-Originating-IP address of 104.46.110.21.

**Date: Thu, 11 Oct 2018 19:38:34 +0000**

**To:** ███████████████████████████████████

**From: <fbc7af+rb2f4d097u7vxv@guerrillamail.com>**

**Subject: Check this email**

**X-Originating-IP: [104.46.110.21]**



**Figure 11: 10/11/2018 3:39 pm Email to Juan Rivera**

## October 16, 2018 at 11:40pm (EDT) Email

On October 16, 2018 at 11:40pm, an email [Figure 12] was sent to Henshall with the subject "Emails leaked - you need to transfer bitcoin." The email header identified the email sender as citrixbitcoin@protonmail.com. In this email, the sender writes,

*"Transfer needs to happen before Oct30. Wallet address next week. Keywords: layoffs patent litigation Elliott cloud Google AWS Cisco Microsoft"*

A review of email headers reveals no "X-Originating-IP" header ████████████
████████████████████████████████████ reveals David Henshall as the only recipient.
It was following this email that Cyber Security Operations created an Incoming Content Filter to
quarantine and notify on emails targeting David Henshall or Juan Rivera and arriving from
@protonmail.com or @pm.me sending domains.

Date: Wed, 17 Oct 2018 03:40:08 +0000

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=protonmail.com;
    s=default; t=1539747614;
    bh=pq6rJ4zX5sRJ+YqLUuXTZ+cu0I54+Rg5Ai9mVglf9VU=;
    h=Date:To:From:Reply-To:Subject:Feedback-ID:From;
    b=oUqFI/mt76gSzZtWR27+1DqY1Z5tmtd5z2da9i94SZn4zmn7jrtJZErMy7
BNE+JYC5i67CxlTLrdz6GT7Bfnfxrgqkappdmt+/kwhc17MKeZV18hCDy8YgBa9Gv2
EKf2XhXAz+Oz4e3+6eh22OhukMTM14b0PDaZiVDl5SllFBw=

**To:** ████████████████████████████████████████████████

**From: citrixbitcoin <citrixbitcoin@protonmail.com>**

**Reply-To: citrixbitcoin <citrixbitcoin@protonmail.com>**

**Subject: Emails leaked - you need to transfer bitcoin**



**Figure 12: 10/16/2018 11:40 pm Email to David Henshall**

<u>**October 20, 2018 at 1:59pm (EDT) Email**</u>

On October 20, 2018 at 1:59pm, an email [Figure 13] was sent to Henshall with the subject "Why did you fire employees?" The email header identified the email sender as roger4988 <roger4988@protonmail.com>. In this email, the sender writes,

*"Did you get sleepless nights  Now you know what it feels like when you fire people  I have no emails. No leaks. The email I sent is not real. I made it up to mess with you. Just want execs at Citrix responsible for firing my friends to understand the pain.*

A review of email headers reveals no X-Originating-IP address.

Date: Sat, 20 Oct 2018 17:59:12 +0000

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=protonmail.com;
    s=default; t=1540058357;
    bh=Lf0XF8NQCu7xhIgPf2WiZYpN1duqIdwBBxHRcgoCDGc=;
    h=Date:To:From:Reply-To:Subject:Feedback-ID:From;
    b=VeYPOuniKBRFUIl1XKQytvNhw5meHJvhMPADmiuUfY+8hNFMDO
pHxPhmIG3eDYqH8bz1z+6jTBX9hwDq7TQwzZMjCCnrSGxsiJGiEGEDvjF+yBgq3X
pJWDM7cnhg7F0JI/J
    zMznnab+BVTZNQCbLp0GA+xztkHFNL9FJdlmhsfQ=

**To:** ███████████████████████████

**From: roger4988 <roger4988@protonmail.com>**

**Reply-To: roger4988 <roger4988@protonmail.com>**

**Subject: Why did you fire employees?**



**Figure 13: 10/20/2018 1:59 pm Email to David Henshall**

**October 23, 2018 at 2:30pm (EDT) Email**

On October 23, 2018 at 2:30pm, an email [Figure 14] was sent to support@citrix.com with the subject "Why did you fire so many people?" The email header identified the email sender as fhkthe+2f43c4v7sez4@guerrillamail.com   In this email, the sender writes, "to move your stock".   The expanded header of the email reveals the X-Originating-IP address of 146.185.157.230.

> **Date: Tue, 23 Oct 2018 18:30:42 +0000**
>
> **To: "support @ citrix.com" <support @ citrix.com>**
>
> **From: <fhkthe+2f43c4v7sez4 @ guerrillamail.com>**
>
> **Subject: Why did you fire so many people?**
>
> **X-Originating-IP: [146.185.157.230]**



**Figure 14: 10/23/2018 2:31 pm Email**

15.     On October 22, 2018 we performed a WHOIS Lookup[3] and a GeoIP Lookup[4] of the IP address **98.207.108.220** which revealed it belonged to the following provider and was located in the following area:

> **WHOIS Lookup results:**
>
>     Source: whois.arin.net

---

[3] A Whois Lookup is a query and response protocol that is widely used for querying databases that store the registered users or assignees of an Internet resource, such as a domain name, an IP address block or an autonomous system, but is also used for a wider range of other information.

[4] A GeoIP Lookup is a query of IP-based Geolocation mapping of an IP address or MAC address to the real-world geographic location of an Internet-connected computing or a mobile device. Geolocation involves mapping the IP address to a country, region (city), latitude/longitude, ISP, and domain name among other useful things.

IP address: 98.207.108.220

Name: BAYAREA-CPE-24

Handle: NET-98-207-0-0-1

Registration Date: 8/28/07

Range: 98.207.0.0-98.207.255.255

**Customer: Comcast Cable Communications, Inc.**

Customer Handle: C01716727

address: 1800 Bishops Gate Blvd

City: Mt Laurel

State/Province: NJ

Postal Code: 08054

Country: United States

**GeoIP Lookup Results:**

Continent: North America

Country: United States

Country Code: US

Country CF: 99

Region: Southwest

**State: California**

State Code: Ca

State CF: 82

DMA: 807

MSA: 41860

**City: Fremont**

**Postal Code: 94536**

Timezone: GMT-08:00

Area Code: 510

City CF: 66

Latitude: 37.56699

Longitude: -121.98266

16. On October 22, 2018 we performed a GeoIP Lookup of the IP address **104.46.110.21** which revealed it belonged to the following provider and was located in the following area:

**WHOIS Lookup results:**

Source: whois.arin.net

IP address: 104.46.110.21

Name: MSFT

Handle: NET-104-40-0-0-1

Registration Date: 5/7/14

Range: 104.40.0.0-104.47.255.255

Org: **Microsoft Corporation**

Org Handle: MSFT

address: One Microsoft Way

City: Redmond

State/Province: WA

Postal Code: 98052
Country: United States
**GeoIP Lookup Results:**
Continent: North America
Country: United States
Country Code: US
Country CF: 99
Region: Mid Atlantic
State: Virginia
State Code: Va
State CF: 97
DMA: 560
MSA:
City: Boydton
Postal Code: 23917
Timezone: GMT-05:00
Area Code: 804
City CF: 95
Latitude: 36.64047
Longitude: -78.26995

17.    On October 24, 2018, we performed a WHOIS Lookup and a GeoIP Lookup of the IP address **146.185.157.230** which revealed it belonged to the following provider and was located in the following area:

**WHOIS Lookup results:**
inetnum: 146.185.152.0 - 146.185.159.255
netname: DIGITALOCEAN-AMS-3
descr: Digital Ocean, Inc.
country: NL
admin-c: PT7353-RIPE
tech-c: PT7353-RIPE
status: ASSIGNED PA
mnt-by: digitalocean
mnt-lower: digitalocean
mnt-routes: digitalocean
created: 2013-09-17T17:11:53Z
last-modified: 2015-11-20T14:45:18Z
source: RIPE
**GeoIP Lookup Results:**
Continent: Europe
Country: **Netherlands**
Country Code: NL
Country CF: 86
Region:
State: Noord-holland

State Code:
State CF: 85
DMA:
MSA:
City: **Amsterdam**
Postal Code: 1101
Timezone: Greenwich Mean Time
Area Code:
City CF: 85
Latitude: 52.30905
Longitude: 4.94019

18.    On October 24, 2018, we navigated to the online business database operated by the California Secretary of State's Office. [Figure 15] Once there, we searched for the corporation name "Workspot". The results revealed an "active" corporation with entity number "C3488029" and a date of registration of "7/10/12"



**Figure 15: CA Secretary of State Online Database**

19.     Additionally, the search results revealed the company filed a Statement of Information ("SI") document [Figure 16] on "05/15/2018". The search results also listed Workspot's corporate officers, in which it names the Secretary as Puneet Chawla with a corresponding address of ████████████████████████ We note that Fremont, CA is the area to which the Comcast IP address 98.207.108.220 is geolocated.



**Figure 16: CA Secretary of State Statement of Information**

20.     In the email event chain more particularly described above, Guerrilla Mail emails 1 through 6 reveal the sender's X-Originating-IP address as 98.207.108.220 which resolves back to Comcast Communications. The IP address is unique to a specific subscriber's account at any given time while using the Internet. Therefore, with proper legal service, the internet service provider (Comcast) can possibly identify which of its customer accounts to which the IP address is assigned at a given date and time (with corresponding

time zone). The same methodology holds true for Microsoft and the IP address used to send Guerrilla Mail emails 7 through 8.

21.     Stroz Friedberg had the opportunity to test the Guerilla Mail email service. Stroz accessed the Guerrilla Mail website while connected to a standard Linksys Wireless Router located in the Stroz Friedberg Boston Office. The Stroz router has service provided by Comcast Communications with an IP address that resolves back to Boston, MA when queried in a WHOIS lookup. █████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████

22.     At Stroz Friedberg's request, Michael Fernandez set up a ShareFile share containing two (2) pdf documents and provided the link to Stroz Friedberg. Stroz Friedberg accessed the ShareFile link while connected to the same standard Linksys Wireless Router located in the Stroz Friedberg Boston Office. Stroz performed the following three (3) actions, once connected to ShareFile:

- Viewed one (1) of the pdf documents (but did not download).
- Downloaded one (1) of the pdf documents.
- Downloaded two (2) of the pdf documents, known as a bulk download.

Minutes later, Stroz then connected with Fernandez in a GoToMeeting session. Stroz observed Fernandez navigate to the ShareFile logs. The logs showed access to the ShareFile from the IP address of the same aforementioned Stroz Linksys Wireless Router, but not the filenames of the pdf documents viewed and downloaded.

23.     A virtual private network, or VPN, is essentially an encrypted point-to-point

connection between the user's device and the VPN server. Typically, when using a VPN connection, the user's IP address during internet activity will appear to originate from the VPN server regardless of the user's location. There are two examples of VPNs that typically apply when using the technology. The first example is a corporate VPN where an employee logs into a VPN setup by their employer for the purpose of encrypting and securing their business activities. In this instance, a lookup of the exit IP address (the public-facing IP address seen while using the Internet) would resolve back to either the corporation or a VPN business service provider. The second example is a commercially available VPN service, such as AirVPN or IPVanish, often used by an individual user to obfuscate the user's IP address. In this example the exit IP address would be the IP address belonging to the VPN service provider, not the user's Internet Service Provider, such as Comcast.

24.     Another example of a method to obfuscate an IP address is The Onion Router ("Tor"). When using Tor a user's IP would not be consistent each time. The methodology behind Tor is that when a user connects to the Internet while using Tor, the software randomly bounces the transmission though a number of "volunteer-operated servers". In doing so users obfuscate their IP addresses, which are revealed as the IP addresses of the exit node, or the final server it hits before connecting to the Internet. In looking at a user who sends an email through Tor, we would see the Tor exit node, or the last server the communication passed through before arriving at the recipient's mail server. Tor randomly assigns a user an IP address each time. Based on my training and experience, my familiarity with Tor, and the fact that the IP address 98.207.108.220 remains consistent in several emails and ShareFile connections on various dates and times instead of randomly assigned, I do not believe the IP address 98.207.108.220 discussed above was a Tor exit node during the time period of interest.

24.     On November 2, 2018, the client received a response to a subpoena request sent to Microsoft. The response revealed that the Microsoft IP address of 104.46.110.21 from which the October 11, 2018 3:37pm [Figure 10] email sent to David Henshall and the October 11, 2018 3:39pm [Figure 11] sent to Juan Rivera email originated, both containing a hyperlink to the aforementioned Pastebin website, was assigned to the Microsoft registered user with the Admin email addresses of ████████████████████████████ on the dates and times the two (2) emails were sent. The account was created on 01/21/2015 and

last changed on 10/10/2018. Stroz Friedberg notes that the content of the email header posted in Pastebin (which oddly does not contain a "To:" field), allegedly sent from David Henshall on January 11, 2018 at 3:37pm, has a date and time exactly 9 months, to the minute, before the email received by Henshall from IP address 104.46.110.21 containing the hyperlink to the Pastebin site containing that alleged email. The following is the subscriber information details returned from Microsoft for the IP address



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of November 2018, in Boston, MA

By:

David McSweeney

Stroz Friedberg, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I, Denise S. Kraft, hereby certify that on this 6th day of November 2018, I caused a true

and correct copy of the foregoing **[FILED UNDER SEAL] Declaration of David McSweeney**

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send

notification to the following attorneys of record, and is available for viewing and downloading.

David E. Moore
Stephanie E. O'Byrne
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
sobyrne@potteranderson.com
bpalapura@potteranderson.com

H. Mark Lyon
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
MLyon@gibsondunn.com

Aaron B. Frumkin
Jennifer Rho
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
afrumkin@gibsondunn.com
jrho@gibsondunn.com

Y. Ernest Hsin
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
ehsin@gibsondunn.com

Brian K. Andrea
Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
bandrea@gibsondunn.com
bburoker@gibsondunn.com

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)