**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 1:18-cv-00588-LPS |

**STIPULATION AND [PROPOSED] ORDER TO
SERVE A SUBPOENA PURSUANT TO 47 U.S.C. § 551(c)(2)(B)**

WHEREAS Citrix discovered Internet Protocol (IP) address information that ties particular IP addresses to certain alleged threatening emails and Internet posts at issue in this civil action;

WHEREAS Citrix has identified that actions related to possible account deletion concerning certain emails and Internet posts took place on a computing device associated with an IP address of a Comcast Cable Communications, LLC ("Comcast") subscriber;

WHEREAS Comcast, as a cable operator, is subject to the Cable Communications Policy Act, 47 U.S.C. § 551;

WHEREAS pursuant to 47 U.S.C. § 551(c)(2)(B), a cable operator may disclose the personal identifying information of a subscriber "pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed";

WHEREAS Citrix seeks an order from this Court pursuant to 47 U.S.C. § 551(c)(2)(B) authorizing Comcast to disclose, in response to an otherwise valid subpoena, the true name and

1

address of the subscriber associated with the known IP address associated with the destruction of evidence related to the threatening emails and Internet posts, as well as any additional IP addresses associated with Mr. Chawla or others residing at his home address;

WHEREAS in this case, disclosure is necessary to assist Citrix in ascertaining the identity of the individual or individuals who have destroyed evidence related to the threatening emails and Internet posts;

WHEREAS the parties have met and conferred and hereby stipulate and agree to seek a Court order permitting Citrix to serve a subpoena on Comcast as discussed above, on the condition that counsel for Citrix will provide to counsel for Workspot copies of any information provided by Comcast in response to the subpoena;

WHEREAS the subpoena Citrix will serve on Comcast will have a copy of this order attached;

WHEREFORE subject to the Court's approval, Comcast is hereby authorized pursuant to 47 U.S.C. § 551(c)(2)(B) to disclose the information sought by Citrix's otherwise valid subpoena.

| WILKS, LUKOFF & BRACEGIRDLE, LLC | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ Scott B. Czerwonka<br>Scott B. Czerwonka (No. 4844)<br>4250 Lancaster Pike, Suite 200<br>Wilmington, DE 19805<br>Telephone: (302) 225-0850<br><br>*Attorneys for Plaintiff* | /s/ David Ellis Moore<br>David Ellis Moore (No. 3983)<br>Stephanie E. O'Byrne (No. 4446)<br>Bindu Ann George Palapura (No. 5370)<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>*Attorneys for Defendant* |

DATED: February 6, 2019

**IT IS SO ORDERED**, this __ day of February, 2019.

_____
THE HONORABLE LEONARD P. STARK