

**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
**T**   302.468.5645
**F**   302.778.7917

February 7, 2019

*VIA E-FILE AND HAND DELIVERY*

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

**Re:**   *Citrix Systems Inc. v. Workspot, Inc.*,
C.A. No. 18-00588-LPS-SRF

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a meet and confer by telephone on January 30, 2019.

| | |
|---|---|
| Plaintiff's Counsel: | Denise S. Kraft |
| | Michael G. Strapp |
| | Yasmin Ghassab |
| Plaintiff's Delaware Counsel: | Denise S. Kraft |
| Plaintiff's Lead Counsel: | Michael G. Strapp |
| Defendant's Counsel: | David E. Moore |
| | Bindu A. Palapura |
| | Ronald F. Lopez |
| | Karen Gibbs |
| Defendant's Delaware Counsel: | David E. Moore |
| Defendant's Lead Counsel: | Ronald F. Lopez |

Plaintiff Citrix System, Inc.'s ("Citrix's") dispute requiring judicial attention is as follows:



February 7, 2019
Page Two

1. Defendant Workspot, Inc.'s ("Workspot's") privilege log concerning documents withheld from production by Workspot that are related to the issues raised in Citrix's Motion for a Temporary Restraining Order.

2. Workspot's refusal to produce or make available for inspection forensic images of the computing devices of Mr. Puneet Chawla in its possession, custody or control.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Denise S. Kraft*

Denise S. Kraft (DE Bar No. 2778)
Partner

cc: All counsel of record