**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No.18-00588-LPS-SRF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Denise S. Kraft, do hereby certify that on February 15, 2019, a copy of: **Plaintiff Citrix Systems, Inc.'s Rule 26(a)(1) Initial Disclosures** was emailed to the below counsel:

David E. Moore
Stephanie E. O'Byrne
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
sobyrne@potteransderson.com
bpalapura@potteranderson.com

Matthew A. Werber
Angelo Christopher
Nixon Peabody LLP
70 West Madison St.
Chicago, IL 60602
mwerber@nixonpeabody.com
achristopher@nixonpeabody.com

Karen A. Gibbs
1901 S. Bascom Ave
Suite 900
Campbell, CA 95008
karen.gibbs@workspot.com

Jennifer Hayes
Nixon Peabody LLP
300 South Grand Avenue
Los Angeles, CA 90071
jenhayes@nixonpeabody.com

Ronald F. Lopez
Nixon Peabody LLP
One Embarcadero Center
San Francisco, CA 94111
rflopez@nixonpeabody.com

| | |
|---|---|
| Dated: February 22, 2019 | **DLA PIPER LLP (US)** |
| | |
| **OF COUNSEL**: | */s/ Denise S. Kraft* |
| | Denise S. Kraft (DE Bar No. 2778) |
| Michael G. Strapp (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| Larissa Bifano (admitted *Pro Hac Vice*) | **DLA PIPER LLP (US)** |
| Kristoffer W. Lange (admitted *Pro Hac Vice*) | 1201 North Market Street, Suite 2100 |
| Yasmin Ghassab (admitted *Pro Hac Vice*) | Wilmington, DE  19801 |
| **DLA PIPER LLP (US)** | Telephone:  (302) 468-5700 |
| 33 Arch Street, 26th Floor | Facsimile:   (302) 394-2341 |
| Boston, MA 02110-1447 | denise.kraft@dlapiper.com |
| Telephone:  (617) 406-6031 | brian.biggs@dlapiper.com |
| michael.strapp@dlapiper.com | |
| larissa.bifano@dlapiper.com | *Attorneys for Plaintiff* |
| kris.lange@dlapiper.com | *Citrix Systems, Inc.* |
| yasmin.ghassab@dlapiper.com | |