**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
**T**  302.468.5645
**F**  302.778.7917



March 4, 2019

*VIA E-FILE AND HAND DELIVERY*

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

      Re:   *Citrix Systems Inc. v. Workspot, Inc.*,
              C.A. No. 18-00588-LPS-SRF

Dear Chief Judge Stark:

      The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.  The first issue set forth below is in addition to the two issues set forth in Plaintiff Citrix System, Inc.'s ("Citrix") discovery dispute letter filed with the Court on February 7, 2019 [D.I. 173].  Those discovery disputes are still pending and no hearing date or briefing schedule has yet been set.

The second issue set forth below involves a possible process, with the Court's agreement, by which to resolve the privilege log issue stated in the discovery dispute letter filed with the Court on February 7, 2019.  At the recent February 28, meet and confer, the parties further discussed the privilege log issue and agreed that the parties are amenable to submitting the privilege log documents in question to the Honorable Magistrate Judge Sherry R. Fallon for an *in camera* review.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a meet and confer by telephone on February 28, 2019.

Plaintiff's Counsel:                Denise S. Kraft
                                       Michael G. Strapp

EAST\165104990.1



| | |
|---|---|
| Plaintiff's Delaware Counsel: | Denise S. Kraft |
| Plaintiff's Lead Counsel: | Michael G. Strapp |
| Defendant's Counsel: | David E. Moore<br>Ronald F. Lopez<br>Jennifer Hayes |
| Defendant's Delaware Counsel: | David E. Moore |
| Defendant's Lead Counsel: | Ronald F. Lopez |

Plaintiff Citrix's disputes requiring judicial attention are as follows:

1. Defendant Workspot, Inc.'s ("Workspot") request for the Court to determine what are Citrix's reasonable attorneys' fees and costs incurred through December 12, 2018, per the Court's initial sanction awarding Citrix the recovery of 50% of its fees and costs in connection with Citrix's TRO motion.

2. Whether the discovery dispute issue raised with this Court by discovery dispute letter filed on February 7, 2019 [D.I. 173], regarding Defendant Workspot, Inc.'s privilege log concerning documents withheld from production by Workspot that are related to the issues raised in Citrix's Motion for a Temporary Restraining Order, may be resolved by submitting the privilege log documents in question to the Honorable Magistrate Judge Sherry R. Fallon for an *in camera* review.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Denise S. Kraft*

Denise S. Kraft (DE Bar No. 2778)
Partner

cc:   All counsel of record