# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-588-LPS-SRF |

## STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEUDLE

WHEREAS, on March 7, 2019, the parties participated in a teleconference with the Court regarding a process for briefing the issues outlined in the February 7, 2019 and March 4, 2019 Discovery Dispute Letters (D.I. 173 and 180);

WHEREAS, the parties have agreed that (1) on March 19, 2019, Workspot will submit to the Court 25 documents from Workspot's privilege log, identified in advance to Workspot by Citrix, for the Court's *in camera* review, and (2) the parties will file with the Court four-page opening and answering briefs and two-page reply briefs concerning the issues outlined in the February 7, 2019 and March 4, 2019 Discovery Dispute Letters according to the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| Defendant to file Opening Letter Brief re: Attorneys' Fees [D.I. 180] | March 19, 2019 |
| Plaintiff to file Opening Letter Brief re: Forensic Inspection of Mr. Chawla's Devices [D.I. 173] | March 19, 2019 |
| Plaintiff to file Opening Letter Brief re: Workspot's Privilege Log [DI. 173] | March 19, 2019 |

EAST\165274532.1

| | |
|---|---|
| Defendant to file Opening Letter Brief re: Workspot's Privilege Log [DI. 173] | March 19, 2019 |
| Plaintiff to file Answering Letter Brief re: Attorneys' Fees [D.I. 180] | March 22, 2019 |
| Defendant to file Answering Letter Brief re: Forensic Inspection of Mr. Chawla's Devices [D.I. 173] | March 22, 2019 |
| Defendant to file Reply Letter Brief re: Attorneys' Fees [D.I. 180] | March 25, 2019 |
| Plaintiff to file Reply Letter Brief re: Forensic Inspection of Mr. Chawla's Devices [D.I. 173] | March 25, 2019 |
| Defendant to file Reply Letter Brief re: Workspot's Privilege Log [DI. 173] | March 25, 2019 |
| Plaintiff to file Reply Letter Brief re: Workspot's Privilege Log [DI. 173] | March 25, 2019 |
| Teleconference Hearing | March 27, 2019 at 1:00 PM |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the briefing schedule for resolution of the issues raised in the February 7, 2019 and March 4, 2019 Discovery Dispute Letters is granted.

| | |
|---|---|
| Dated: March 8, 2019 | Respectfully submitted, |
| **DLA PIPER LLP (US)** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Denise S. Kraft* <br> Denise S. Kraft (DE Bar No. 2778) <br> Brian A. Biggs (DE Bar No. 5591) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE  19801 <br> Telephone:  (302) 468-5700 <br> Facsimile:   (302) 394-2341 <br> denise.kraft@dlapiper.com <br> brian.biggs@dlapiper.com <br><br> *Attorneys for Plaintiff Citrix Systems, Inc.* | */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Defendant Workspot, Inc.* |

IT IS SO ORDERED this ____ day of March, 2019.

 

                                               United States District Judge