

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
T  302.468.5645
F  302.778.7917

March 22, 2019

*VIA HAND DELIVERY*
The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street, Unit 14, Room 6100
Wilmington, DE 19801-3555

    Re:    *Citrix Systems, Inc. v. Workspot, Inc.*,
            C.A. No. 18-588-LPS-SRF

Dear Magistrate Judge Fallon:

      In conjunction with Plaintiff Citrix Systems, Inc.'s Answering Letter Brief regarding attorneys' fees and costs, Plaintiff submits the attorney and consultant invoices in question for *in camera* review. Please note that these invoices are highly confidential and contain attorney-client privileged information. For the Court's convenience, we are hand delivering a hard copy of the index of the invoices to Chambers.

      Counsel is available at your convenience should you have any questions.

Respectfully submitted,

/s/  *Denise S. Kraft*

Denise S. Kraft (DE Bar No. 2778)

*Counsel for Plaintiff Citrix Systems, Inc.*