# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITRIX SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 18-588-LPS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| WORKSPOT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING CASE SCHEDULE

At Wilmington this ___ day of _____, 2019, the Court having considered the parties' arguments to amend the case schedule;

IT IS HEREBY ORDERED that the Scheduling Order (D.I. 160) is amended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Rule 26(a)(1) and Paragraph 3 Initial Disclosures | N/A | Supplement within 10 days of entry of amended schedule |
| Identification of accused products and asserted patents, and production of file histories of asserted patents by claimant | N/A | October 30, 2019 |
| Production of core technical documents by accused infringer | N/A | November 12, 2019 |
| Production of initial infringement charts by claimant | N/A | December 2, 2019 |
| Production of initial invalidity contentions by accused infringer | N/A | January 17, 2020 |
| Exchange of claim terms for construction | June 7, 2019 | January 31, 2020 |
| Substantial completion of document Production | June 7, 2019 | February 7, 2020 |

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Exchange of proposed claim constructions | June 28, 2019 | February 14, 2020 |
| Last day to file final joint claim chart | July 10, 2019 | February 28, 2020 |
| Last day to file opening claim construction briefs | July 30, 2019 | March 6, 2020 |
| Last day to file answering claim construction briefs and the Joint Appendix of Intrinsic Evidence | August 23, 2019 | March 20, 2020 |
| Last day to file any motion to join other parties or amend or supplement pleadings | September 3, 2019 | March 10, 2020 |
| Claim construction hearing | Wednesday, September 18, 2019 at 3:00 p.m. | April 6, 2020 at 10:00 a.m. |
| Close of Fact Discovery | Friday, November 15, 2019 | July 17, 2020 |
| Final Infringement Contentions | November 20, 2019 | July 22, 2020 |
| Last day to supplement the identification of all accused products and invalidity references | November 22, 2019 | July 24, 2020 |
| Final Invalidity Contentions | December 13, 2019 | August 7, 2020 |
| Last day to serve opening expert reports | December 20, 2019 | August 21, 2002 |
| Last day to serve rebuttal expert reports | January 17, 2020 | September 18, 2020 |
| Last day to serve reply expert reports | February 7, 2020 | October 2, 2020 |
| Close of expert discovery | February 21, 2020 | October 30, 2020 |
| Motions for Summary Judgment/Daubert and Opening Briefs | March 2, 2020 | November 13, 2020 |
| Summary Judgment/Daubert Answering Briefs | March 16, 2020 | December 1, 2020 |
| Summary Judgment/Daubert Reply Briefs | March 23, 2020 | December 8, 2020 |
| Hearing on Summary Judgment/Daubert | Wednesday, April 7, 2020 at 11:00 a.m. | December 29, 2020 at 9:00 a.m. |

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Pretrial Order | Monday, June 1, 2020 | February 19, 2021 |
| Pretrial Conference | Friday, June 26, 2020 at 11:30 a.m. | February 26, 2021 at 9:00 a.m. |
| Trial | Monday, July 13, 2020 | March 8, 2021 |

All other provisions of the Scheduling Order remain unchanged.

IT IS SO ORDERED, this _____ day of _____ 2019.

_____
U.S.D.J.

45039/6233148