

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@dlapiper.com
T   302.468.5661
F   302.778.7813

June 20, 2019
*VIA E-FILE & HAND DELIVERY*

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

Re:   *Citrix Systems, Inc. v. Workspot, Inc*. - **C.A. No. 18-00588-LPS**

Dear Chief Judge Stark:

Pursuant to the Court's March 5, 2019, order referring current and future discovery disputes to Magistrate Judge Fallon (D.I. 181), Plaintiff Citrix Systems, Inc. ("Citrix") and Defendant Workspot, Inc. ("Workspot") submitted to Magistrate Judge Fallon's chambers on June 18, 2019, a Joint Motion for Teleconference to Resolve a Discovery Dispute consistent with her discovery dispute procedures. Ex. A.  Specifically, Citrix moved "the Court to order Workspot to produce certain documents on Workspot's supplemental privilege log," which Workspot withheld from the production of documents arising from the forensic inspection of Puneet Chawla's devices ordered by Magistrate Judge Fallon on March 28, 2019 (D.I. 197).  Ex. A.

In response, Magistrate Judge Fallon's chambers asked the parties to submit this letter to seek the Court's guidance on whether the discovery dispute referral order, referring "all ripe and future discovery disputes" to Magistrate Judge Fallon (D.I. 181), should remain in place for purposes of the Joint Motion. Ex. A. Judge Fallon made this request "[i]n light of the pending objection to the memorandum order that Judge Fallon issued in March." *Id.*; D.I. 203.

Pursuant to Magistrate Judge Fallon's request, we seek the Court's guidance on whether the instant dispute should remain referred to Magistrate Judge Fallon.  Counsel is available at the Court's convenience should you have any questions.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Brian A. Biggs*

Brian A. Biggs (DE Bar No. 5591)

cc: All Counsel of Record

EAST\167425509.1