# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-588-LPS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| WORKSPOT, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 23, 2019, upon the following attorneys of record as indicated below:

> WORKSPOT'S SUPPLEMENTAL INITIAL DISCLOSURES AND
> PARAGRAPH 3 DISCLOSURES

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Denise S. Kraft | Michael G. Strapp |
| Brian A. Biggs | Larissa Bifano |
| DLA Piper LLP (US) | Kris Lange |
| 1201 North Market Street, Suite 2100 | DLA Piper LLP (US) |
| Wilmington, DE  19801 | 33 Arch Street, 26th Floor |
| denise.kraft@dlapiper.com | Boston, MA  02110-1447 |
| brian.biggs@dlapiper.com | michael.strapp@dlapiper.com |
| | larissa.bifano@dlapiper.com |
| | kris.lange@dlapiper.com |

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Ronald F. Lopez<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>Tel: (415) 984-8200 | By:  */s/ Bindu A. Palapura*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Stephanie E. O'Byrne (#4446)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street |
| Jennifer Hayes<br>NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Tel: (213) 629-6179 | Wilmington, DE  19801<br>     Tel:  (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     sobyrne@potteranderson.com |
| Matthew A. Werber<br>Angelo J. Christopher<br>NIXON PEABODY LLP<br>70 West Madison, Suite 3500<br>Chicago, IL 60602-4224<br>Tel: (312) 977-4400 | *Attorneys for Defendant Workspot, Inc.* |

Karen A. Gibbs
1901 S. Bascom Avenue, Suite 900
Campbell, CA  95008

Dated:  July 24, 2019
6319385 / 45039