# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-00588-LPS <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF CITRIX SYSTEMS, INC.'S MOTION FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 7.1.2, Plaintiff Citrix Systems, Inc. ("Citrix"), by and through its undersigned counsel, respectfully moves this Court to issue sanctions on Defendant Workspot, Inc. ("Workspot") and its counsel.

In support of its motion, Citrix submits herewith Plaintiff's Opening Brief in Support of its Motion for Sanctions ("Opening Brief"), and supporting Declaration and Exhibits.

Dated: August 28, 2019

**OF COUNSEL**:

Michael G. Strapp (admitted *Pro Hac Vice*)
Larissa Bifano (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6031
michael.strapp@dlapiper.com
larissa.bifano@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Plaintiff*
*Citrix Systems, Inc.*