## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for Plaintiff and Defendant, including their representative local counsel, met and conferred regarding the substance of Plaintiff's Motion for Sanctions on August 28, 2019.  The parties were unable to resolve the dispute.

Dated: August 28, 2019

                                            */s/ Denise S. Kraft*
                                            Denise S. Kraft (DE Bar No. 2778)