# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-00588-LPS <br><br> **JURY TRIAL DEMANDED** <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮ <br> PUBLIC VERSION |

## DECLARATION OF MICHAEL G. STRAPP

I, Michael Strapp, hereby declare as follows:

1. I am an attorney with the law firm of DLA Piper LLP (US) ("DLA Piper") counsel for Plaintiff Citrix Systems, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath. I make this declaration in support of Citrix's Opening Brief in Support of its Motion for Sanctions.

2. A true and correct copy of the October 10, 2018 Guerilla Mail email to Puneet Chawla at puneet@workspot.com, Bates numbered WKSPT_0113023, with the subject line "Test" is attached hereto as Exhibit 1. The X-Originating-IP address is shown as 98.207.108.220.

3. A true and correct copy of the Deposition of Puneet Chawla taken on July 17, 2019 is attached hereto as Exhibit 2.

4. A true and correct copy of the October 9, 2018, 11:07 pm Guerrilla Mail email to David Henshall is attached hereto as Exhibit 3.

5. A true and correct of the October 10, 2018, 11:00 am Guerilla Mail email to David Henshall is attached hereto as Exhibit 4.

6. A true and correct copy of the October 10, 2018, 11:05 am Guerilla Mail email to Juan Rivera is attached hereto as Exhibit 5.

7. A true and correct copy of the October 10, 2018, 1:56 pm Guerrilla Mail email to David Henshall is attached hereto as Exhibit 6.

8. A true and correct copy of the October 10, 2018, 8:23 pm Guerrilla Mail email to David Henshall is attached hereto as Exhibit 7.

9. A true and correct copy of the October 11, 2018, 3:04 am Guerilla Mail email to Juan Rivera is attached hereto as Exhibit 8.

10. A true and correct copy of the October 11, 2018 post and subsequent replies regarding Citrix on TheLayoff.com is attached hereto as Exhibit 9.

11. A true and correct copy of the October 11, 2018 post to Pastebin.com purporting to be a screenshot of an email between David Henshall and PJ Hough is attached hereto as Exhibit 10.

12. A true and correct copy of the October 11, 2018, 3:37 pm Guerrilla Mail email to David Henshall is attached hereto as Exhibit 11.

13. A true and correct copy of the October 11, 2018, 3:39 pm Guerrilla Mail email to Juan Rivera is attached hereto as Exhibit 12.

14. A true and correct copy the October 15, 2018 email correspondence, Bates numbered WKSPT_0106182 – WKSPT_0106186, with the subject line "Citrix v. Workspot – Urgent Request for Meet & Confer" from Citrix to Workspot counsel, is attached hereto as Exhibit 13.

15. A true and correct copy of the October 15, 2018 email, Bates numbered WKSPT_0114189 – WKSPT_0114191, forwarding Citrix's email to Amitabh Sinha, Puneet Chawla, and Karen Gibbs, is attached hereto as Exhibit 14.

16. A true and correct copy of a Computer Forensics Summary prepared by Califorensics dated May 6, 2019, providing a forensics report of a MacBook Pro – A1502, with the Serial Number C2QPQ038G971, is attached hereto as Exhibit 15.

17. A true and correct copy of Puneet Chawla's October 10, 2018 tweet referring to Citrix as a "patent troll" is attached hereto as Exhibit 16.

18. A true and correct copy of the October 16, 2018, 2:24 am email from Puneet Chawla to Harry Labana, Bates numbered WKSPT_0106219, with the subject line "Privileged: remove patent troll tweet," requesting Labana to delete his response to Chawla's tweet, is attached hereto as Exhibit 17.

19. A true and correct copy of the October 15-16, 2018 emails between Puneet Chawla and Harry Labana, Bates numbered WKSPT_0106218, regarding Labana's removal of his response to Chawla's tweet, is attached hereto as Exhibit 18.

20. A true and correct copy of the October 24, 2018 email from Karen Gibbs to Bindu Palapura, Mark H. Lyon, Ernest Y. Hsin, copying Amitabh Sinha and Puneet Chawla, Bates numbered WKSPT_0114106, with the subject line "Emails," is attached hereto as Exhibit 19.

21. A true and correct copy of the October 24, 2018 email from Karen Gibbs to Amitabh Sinha and Puneet Chawla, Bates numbered WKSPT_0113876 – WKSPT_0113877, with the subject line "Re: Action Items," is attached hereto as Exhibit 20.

22.    A true and correct copy of the October 16, 2018 email from Amitabh Sinha to Mark H. Lyon, Karen Gibbs, and Puneet Chawla, Bates numbered WKSPT_0106181, is attached hereto as Exhibit 21.

23.    A true and correct copy of the October 16, 2018 email from Amitabh Sinha to Karen Gibbs, Puneet Chawla and copying Mark Lyon, Bates numbered WKSPT_0114061 – WKSPT_0114063, with the subject line: "RE: Activity in Case 1:18-cv-00588-LPS Citrix Systems Inc. v. Workspot, Inc. Order," is attached hereto as Exhibit 22.

24.    A true and correct copy of the October 22, 2018 email from Puneet Chawla to Amitabh Sinha and Karen Gibbs, which Chawla forwarded to himself, Bates numbered WKSPT_0106187 – WKSPT_0106190, with the subject line "Fwd: Privileged & Confidential," is attached hereto as Exhibit 23.

25.    A true and correct copy of the October 16, 2018, 11:40 pm ProtonMail email to David Henshall demanding a ransom payment of bitcoin is attached hereto as Exhibit 24.

26.    A true and correct copy of the October 20, 2018, 1:59 pm ProtonMail email to David Henshall is attached hereto as Exhibit 25.

27.    A true and correct copy of the October 23, 2018, 2:31 pm Guerrilla Mail email to support@citrix.com is attached hereto as Exhibit 26.

28.    A true and correct copy of a draft engagement agreement between Gibson, Dunn & Crutcher LLP, Workspot and Kivu Consulting, Inc., Bates numbered WKSPT_0113437 – WKSPT_0113442, is attached hereto as Exhibit 27.

29.    A true and correct copy of the October 26-27, 2018 emails between Amitabh Sinha, Mark H. Lyon, Karen Gibbs, Ernest Y. Hsin, Puneet Chawla, and Kelly Olson, Bates

numbered WKSPT_0106197 – WKSPT_0106200, with the subject line "Re: Kivu Consulting – Engagement Agreement," is attached hereto as Exhibit 28.

30. A true and correct copy of the October 28-29, 2018 emails from Karen Gibbs, Ernest Y. Hsin, Mark H. Lyon, Puneet Chawla, Amitabh Sinha, and Bindu Palapura, Bates numbered WKSPT_0114261 – WKSPT_0114264, with the subject line "RE: Weekly meeting," is attached hereto as Exhibit 29.

31. A true and correct copy of a revised engagement and scope of work by Kivu, sent by Workspot's counsel to Amitabh Sinha and Puneet Chawla on October 26, 2018, Bates numbered WKSPT_0113963 – WKSPT_0113973, is attached hereto as Exhibit 30.

32. A true and correct copy of Workspot's executed engagement agreement and scope of work by Kivu, dated October 26, 2018 and Bates numbered WKSPT_0113822 – WKSPT_0113835, is attached hereto as Exhibit 31.

33. A true and correct copy of the October 25, 2018 email correspondence between Karen Gibbs, Ernest Y. Hsin, Amitabh Sinha, Puneet Chawla, Bates numbered WKSPT_0114004 – WKSPT_0114005, with the subject line "Re: Quote from forensic company," is attached hereto as Exhibit 32.

34. A true and correct copy of the October 29, 2018 correspondence between Workspot counsel and Puneet Chawla regarding his declaration in support of Workspot's Opposition to Citrix's TRO Motion, Bates numbered WKSPT_0113997 – WKSPT_0114000, with the subject line "Re: Weekly meeting," is attached hereto as Exhibit 33.

35. A true and correct copy of the October 30, 2018 Declaration of Puneet Chawla in Support of Defendant Workspot, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for TRO and to Show Cause (D.I. 115) is attached hereto as Exhibit 34.

36. A true and correct copy of the October 18, 2018 email from Mark H. Lyon to Puneet Chawla, copying Amitabh Sinha, Karen Gibbs, Ernest Y. Hsin, and Bindu Palapura, Bates numbered WKSPT_0113746 – WKSPT_0113750, with the subject line "Re: Privileged and Confidential," is attached hereto as Exhibit 35.

37. A true and correct copy of the October 29, 2018 email from TheLayoff.com Team confirming the IP address 104.46.110.21 of the individual who made the October 11, 2018, 2:26 am post and subsequent replies regarding Citrix is attached hereto as Exhibit 36.

38. A true and correct copy of the November 8, 2018 response from Microsoft to Citrix's subpoena associated with the IP address 104.46.110.21 used on October 11, 2018 is attached hereto as Exhibit 37.

39. A true and correct copy of the November 13, 2018 response from Comcast to Citrix's subpoena associated with the IP address 98.207.108.220 used on October 11, 2018 is attached hereto as Exhibit 38.

40. A true and correct copy of the November 5-6, 2018 emails between Workspot counsel and Puneet Chawla, forwarded by Chawla to his Gmail email, Bates numbered WKSPT_0106191 – WKSPT_0106194, with the subject line: "Fwd: Comcast," is attached hereto as Exhibit 39.

41. A true and correct copy of the December 4-6, 2018 correspondence, between Workspot and Workspot counsel and forwarded to Puneet Chawla, Bates numbered WKSPT_0106171 – WKSPT_0106180, with the subject line "Fwd: Kivu investigation – Attorney Work Product – Confidential," is attached hereto as Exhibit 40.

42. A true and correct copy of the November 16 and November 19, 2018 correspondence from Citrix counsel to Workspot counsel, with the subject line "RE: Citrix v.

Workspot, C.A. No. 1:18-cv-00588-LPS – ESI Demand," requesting forensic images of Chawla's computers, mobile phones, or other computing device that may have used the 98.207.108.220 or 104.46.110.21 IP addresses and/or accessed Guerrilla Mail, ProtonMail, TheLayoff.com, or Pastebin.com, including any computers and mobile phones used by residents of 34937 Silverlock Ct., Fremont, CA, is attached hereto as Exhibit 41.

43. A true and correct copy of the December 2018 emails between Puneet Chawla and Kivu's India affiliate InSite, Bates numbered WKSPT_0106241 – WKSPT_0106243, with the subject line "RE: Imaging Computers," is attached hereto as Exhibit 42.

44. A true and correct copy of December 5-7, 2018 emails between Puneet Chawla, InSite, Workspot counsel, Bates numbered WKSPT_0106202 – WKSPT_106204, with the subject line "Re: Imaging Computers," is attached hereto as Exhibit 43.

45. A true and correct excerpt of the transcript from the December 12, 2018 hearing on Citrix's TRO Motion is attached hereto as Exhibit 44.

46. A true and correct copy of correspondence dated January 16, 2019, requesting a meet and confer to discuss Workspot's production of four documents on January 11, 2019 and other issues with Workspot's discovery responses is attached hereto as Exhibit 45.

47. A true and correct copy of Workspot's privilege log with log entries numbered 1-516 is attached hereto as Exhibit 46.

48. A true and correct copy of Citrix's First Set of Requests for Production of Documents to Defendant Workspot, Inc. Regarding Email Investigation served on December 7, 2018 is attached hereto as Exhibit 47.

49. A true and correct copy of the February 1, 2019 letter from Workspot counsel regarding Workspot's document production and privilege issues is attached hereto as Exhibit 48.

50. A true and correct copy of the February 15, 2019 letter from Workspot counsel regarding the search performed for responsive documents is attached hereto as Exhibit 49.

51. A true and correct copy of the February 20-21, 2019 email correspondence between Citrix's counsel and Puneet Chawla's counsel, with the subject line "Re: Subpoena to Puneet Chawla" is attached hereto as Exhibit 50.

52. A true and correct copy of the March 1, 2019 Motion to Compel filed by Citrix in the Northern District of California is attached hereto as Exhibit 51.

53. A true and correct copy of the April 2, 2019 Order by Magistrate Judge Laporte in the Northern District of California is attached hereto as Exhibit 52.

54. Following the March 28, 2019 Order by Magistrate Judge Fallon in the District of Delaware and the April 2, 2019 Order by Magistrate Judge Laporte in the Northern District of California granting Citrix's motions to compel forensic images of Mr. Chawla's work and personal electronic devices, Citrix counsel, Workspot counsel, and Mr. Chawla's personal counsel, Eugene Illovsky, engaged in an extensive meet and confer process to (1) select a neutral third party vendor to conduct the forensic imaging; and (2) negotiated the terms of the forensic review protocol. The parties ultimately selected Califorensics as the neutral vendor.

55. A true and correct copy of the April 17, 2019 email from Mr. Illovsky stating that Mr. Chawla would be providing a Mac laptop for forensic inspection is attached hereto as Exhibit 53.

56. A true and correct copy of the April 17, 2019 email to Mr. Illovsky requesting confirmation "that the **only** personal device 'that Mr. Chawla used to browse the Internet and send emails between October 9, 2018 and October 16, 2018' is a Mac Laptop" is attached hereto as Exhibit 54.

57.   A true and correct copy of the April 17, 2019 email from Mr. Illovsky regarding the device that Mr. Chawla used to send emails and browse the Internet during October 9-16, 2018 is attached hereto as Exhibit 55.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August, 2019, in Boston, Massachusetts.

                                  */s/ Michael G. Strapp*
                                  Michael G. Strapp

## **CERTIFICATE OF SERVICE**

I, Denise S. Kraft, do hereby certify that on this 28th day of August, 2019, I caused a true and correct copy of the foregoing **[FILED UNDER SEAL] DECLARATION OF MICHAEL G. STRAPP** to be electronically filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the following counsel of record via email:

David E. Moore
Stephanie E. O'Byrne
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
sobyrne@potteransderson.com
bpalapura@potteranderson.com

Matthew A. Werber
Angelo Christopher
Nixon Peabody LLP
70 West Madison St.
Chicago, IL 60602
Tel:  (312) 977-4400
mwerber@nixonpeabody.com
achristopher@nixonpeabody.com

Karen A. Gibbs
1901 S. Bascom Ave
Suite 900
Campbell, CA 95008
karen.gibbs@workspot.com

Jennifer Hayes
Nixon Peabody LLP
300 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 629-6000
jenhayes@nixonpeabody.com

Ronald F. Lopez
Nixon Peabody LLP
One Embarcadero Center
San Francisco, CA 94111
Tel:  (415) 984-8200
rflopez@nixonpeabody.com

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)

EAST/168638366