# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORKSPOT, INC. <br><br> Defendant. | C.A. No. 18-00588-LPS |

## PLAINTIFF'S MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Citrix Systems, Inc. ("Citrix") respectfully moves this Court to schedule a teleconference to address outstanding disputes with Defendant Workspot, Inc. ("Workspot") regarding the following discovery matters:

- Workspot's production of communications for which Citrix alleges Workspot waived the attorney-client communication privilege

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on October 22, 2019:

- Delaware Counsel:

    Brian A. Biggs (on behalf of Citrix)
    Steven J. Balick (on behalf of Workspot)

- Lead Counsel:

    Michael G. Strapp (on behalf of Citrix)
    Ronald F. Lopez (on behalf of Workspot)

Citrix informs the Court that this dispute seeks discovery relevant to Citrix's Motion for Sanctions, D.I. 260, and Citrix's reply brief in support is due November 6, 2019. Workspot notes that if hearing this dispute by Citrix's November 6 reply brief deadline is not convenient for the Court, Workspot consents to extending Citrix's reply brief deadline until the Court is available to consider the issues in dispute.

The parties are available for a teleconference on the following dates:

- November 4
- November 5
- November 6

| | |
|---|---|
| Dated: October 24, 2019<br>**DLA PIPER LLP (US)**<br><br>  /s/ Brian A. Biggs  <br>Denise S. Kraft (DE Bar No. 2778)<br>Brian A. Biggs (DE Bar No. 5591)<br>Erin E. Larson (DE Bar No. 6616)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801<br>Tel: (302) 468-5700<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br>erin.larson@dlapiper.com<br><br>*Attorneys for Plaintiff Citrix Systems, Inc.* | Respectfully submitted,<br>**ASHBY & GEDDES**<br><br>By:  /s/ Steven J. Balick  <br>Steven J. Balick (DE Bar No. 2114)<br>Andrew C. Mayo (DE Bar No. 5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19801<br>Tel:  (302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant Workspot, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2019.

_____
The Honorable Sherry R. Fallon