# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) **REDACTED PUBLIC** |
| | ) **VERSION** |
| Plaintiff, | ) |
| | ) C.A. No. 18-588-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| WORKSPOT, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MATTHEW A. WERBER

*Of Counsel:*

Ronald F. Lopez
NIXON PEABODY LLP
One Embarcardero Center, 18th Floor
San Francisco, CA  94111-3600
(415) 984-8200

Jennifer Hayes
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA  90071-3151
(213) 629-6179

Matthew A. Werber
Angelo J. Christopher
NIXON PEABODY LLP
70 West Madison, Suite 3500
Chicago, IL  60602-4224
(312) 977-4400

Dated:  October 9, 2019

ASHBY & GEDDES
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01495123;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-588-LPS ) ) **JURY TRIAL DEMANDED** |
| WORKSPOT, INC., | ) ) ) |
| Defendant. | ) |

## DECLARATION OF MATTHEW A. WERBER

I, Matthew Werber, hereby declare as follows:

1.  I am an attorney with the law firm of Nixon Peabody LLP, counsel for Defendant Workspot, Inc. ("Workspot"). I make this declaration in support of Workspot's Answering Brief in Response to Plaintiff Citrix Systems, Inc.'s ("Citrix") Motion for Sanctions.

2.  Exhibit A is a true and correct copy of email correspondence dated between October 16, 2018 and October 22, 2018 between Workspot and Workspot counsel with the subject line "Privileged and Confidential," Bates numbered WKSPT_0114265 – WKSPT_0114267.

3.  Exhibit B provides a true and correct copy of an email dated October 16, 2018 addressed to Citrix counsel from Mark Lyon of Gibson Dunn with the subject line "Re: Citrix v. Workspot – Urgent Request for Meet & Confer – Outside Counsel Eyes' Only." A forwarding message to counsel from 2019 has been redacted.

4.  Exhibit C provides a true and correct copy of email correspondence dated between October 16, 2018 and October 24, 2018 between Workspot counsel and Citrix counsel with the subject line "RE: [EXT] Citrix Systems Inc. v. Workspot, Inc., Case No. 1:18-cv-00588-LPS" regarding redactions to Citrix's TRO brief, motion, proposed order, and supporting declarations. A forwarding message to counsel from 2019 has been redacted.

5. Exhibit D provides a true and correct copy of a redacted version of the Declaration of Mike Fernandez in support of Citrix's TRO motion (filed completely under seal as D.I. 103) that was provided by Citrix counsel to Workspot counsel.

6. Exhibit E provides a true and correct copy of an email dated October 23, 2018 from Amitabh Sinha to Workspot counsel with the subject line "Re: Redacted version of Citrix brief PRIVILEGED" regarding Mr. Sinha's review of Citrix's redacted TRO brief, Bates number WKSPOT_0113859.

7. Exhibit F provides a true and correct copy of email correspondence dated between November 2, 2018 and November 5, 2018 between Citrix counsel and Workspot counsel with the subject line "RE: Citrix v. Workspot, C.A. No. 1:18-cv-00588-LPS -- Investigation Update" regarding a telephone conference between Citrix counsel and Workspot counsel on November 2, 2018. A forwarding message to counsel from 2019 has been redacted.

8. Exhibit G provides a true and correct copy of an email dated November 26, 2018 addressed to Citrix counsel from Bindu Palapura with the subject line "RE: Citrix v. Workspot, C.A. No. 1:18-cv-00588-LPS -- Open Issues" concerning Amitabh Sinha's review of the redacted TRO filings at Gibson Dunn's offices. A forwarding message to counsel from 2019 has been redacted.

9. Exhibit H provides a true and correct copy of an email dated December 18, 2018 addressed to Amitabh Sinha and Maryam Alexandrian from Ernest Hsin with the subject line "TRO briefs to be shared with BOD" forwarding redacted versions of Citrix's TRO filings for review by Workspot's Board of Directors.

10. Exhibit I provides a true and correct copy of a Summary Report dated March 6, 2019 prepared by Califorensics regarding its "Forensic Review for Workspot Devices; [and] Forensic Review for Chawla Personal Devices."

11. Exhibit J provides a true and correct copy of Workspot's Employee Handbook including an "Acknowledgment and Agreement" signed by Puneet Chawla on August 16, 2018.

12. Exhibit K provides a true and correct copy of an email dated July 29, 2019 addressed to Workspot counsel from Joy Kim with the subject line "RE: Citrix v. Workspot – Meet and Confer re Forensic Imaging" concerning Citrix's July 26, 2019 correspondence directed to Mr. Chawla's personal counsel, Eugene Illovsky.

13. Exhibit L provides a true and correct copy on the webpage downloaded from https://www.sharefile.com/company concerning an estimate of the number of Citrix ShareFile customers.

14. Exhibit M provides a true and correct copy of a letter dated April 18, 2019 addressed to Denise Kraft from Matthew Werber regarding deficiencies in Citrix's April 5, 2019 responses to Workspot's interrogatories.

15. Exhibit N provides a true and correct copy of an email dated April 30, 2019 addressed to Brian Biggs and Denise Draft from Matthew Werber summarizing a meet and confer telephone conference between the parties discussing discovery issues.

16. Exhibit O provides a true and correct copy of an email dated October 25, 2019 addressed to Ernest Hsin, Ambitabh Sinha, Puneet Chawla, Mark Lyon, and Bindu Palapura from Karen Gibbs with the subject line "Re: Quote from forensics company" concerning Workspot's network logs, Bates numbers WKSPT_0114118-WKSPT_014119.

I declare under penalty of perjury of the laws of the United States that all statements made of my own knowledge are true and that all statements made on information and belief are believed to be true.

                                                  Dated: October 9, 2019

                                                  /s/ Matthew A. Werber
                                                  Matthew A. Werber