IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-588-LPS |
| v. | ) |
| | ) |
| WORKSPOT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that with respect to Workspot's asserted patent, the parties' initial infringement contention and initial invalidity contention deadlines are extended two weeks, to December 16, 2019 and January 31, 2020, respectively. All other current case deadlines remain unchanged.

| | |
|---|---|
| DLA PIPER LLP (US) | ASHBY & GEDDES |
| */s/ Brian A. Biggs* | */s/ Steven J. Balick* |
| Denise S. Kraft (#2778) | Steven J. Balick (#2114) |
| Brian A. Biggs (#5591) | Andrew C. Mayo (#5207) |
| Erin E. Larson (#6616) | 500 Delaware Avenue, 8th Floor |
| 1201 North Market Street, Suite 2100 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 468-5700 | (302) 654-1888 |
| denise.kraft@dlapiper.com | sbalick@ashbygeddes.com |
| brian.biggs@dlapiper.com | amayo@ashbygeddes.com |
| erin.larson@dlapiper.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2019.

_____
Chief Judge

{01512747;v1 }